# INSURED
# MAILER PAGE

Reference:   **PKG 0182015 00**

FOUR BUILDERS PLUS LLC
PO BOX 2322
SUMMERVILLE, SC  29484



The following information is provided in accordance with applicable state and federal laws and regulations.  No action on your part is necessary.

**PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES**

Builders Insurance Group, Inc., Association Services, Inc., Association Insurance Company, Vinings Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group."

This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, that are not part of the Builders Insurance Group.  Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.

**What categories of information about you do we collect?**

We may collect the following categories of nonpublic personal information about you from the following sources:
- Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;
- Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and
- Information we obtain about you from consumer reporting agencies.

**What categories of information about you do we disclose?**

We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law.  In some cases, this means that we can disclose information about you to certain third parties without your authorization.

**How do we protect the confidentiality and security of your information?**

We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law. We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records.  Our employees who violate our privacy policy are subject to disciplinary action.

Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.

You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate.  We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information.  Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta Georgia 31139-0099 regarding our privacy notice.

**BIG PRVN 01 08 06**



# <u>How To File A Claim</u>

**Policyholder Responsibility:**

*As soon as you are notified of the loss, immediately contact Builders Insurance Group using one of the following methods:*

> Call 1-800-883-9305, listen to prompts, and dial 2 for 24/7 loss reporting (please advise the intake specialist if you have any concerns regarding the validity of the claim).

> Report via Internet: www.bldrs.com and click on "File a Claim".

> E-mail: firstreport@bldrs.com

> Fax: 678-631-3409

**Builders Insurance Group's Responsibility:**

> Builders Insurance Group will prepare the state required First Report of Injury on WC losses and forward a copy to you for your records.

> Builders Insurance Group will assign a claims adjuster to handle the loss and contact you for additional details.

> If you receive additional information regarding the loss such as: medical bills, medical reports, legal forms, court orders, etc., please send them to:

> **Builders Insurance Group**
> **Claims Department**
> **PO Box 723099**
> **Atlanta, GA  31139-0099**

BIGCL PHN E 08 11



# Cómo Presentar Una Reclamación

## Responsabilidad del Titular:

Tan pronto como se le notifique de la pérdida, comuníquese inmediatamente con Builders Group Insurance utilizando uno de los siguientes métodos:

> Llame 1-800-883-9305, escuche las indicaciones, y marque 2 para asistencia 24/7 para reportar su pérdida (por favor avise al especialista en el consumo si tiene alguna duda sobre la validez de la reclamación).

> Informe a través de internet:  www.bldrs.com y haga clic en "Presentar Una Reclamación".

> E-mail:  firstreport@bldrs.com

> Fax:  678-631-3409

## Responsabilidad de Builders Insurance Group:

> Builders Insurance Group preparará el Primer Informe de Lesión requerido por el estado sobre las pérdidas de Compensación a los Trabajadores y enviará una copia para sus registros.

> Builders Insurance Group le asignará un ajustador de seguros para manejar la pérdida y se comunicará con usted para obtener más detalles.

> Si recibe información adicional acerca de la pérdida, tales como:  gastos médicos, informes médicos, formas jurídicas, las órdenes judiciales, etc, por favor envíelas a:

Builders Insurance Group
Departamento de Reclamo
PO Box 723099
Atlanta, GA  31139-0099

BUILDERS INSURANCE GROUP
GENERAL LIABILITY SUPPLEMENTAL APPLICATION
CPP



**All information on this application and the accompanying ACORD application must be completed. Both applications must be signed by the applicant and the producer.**

| | |
|---|---|
| Proposed Effective Date   01/30/2015 | Today's Date   01/28/2015 |

DBA Name (This is the name by which we will refer to this account)

Legal Name (If different)   FOUR BUILDERS PLUS LLC

Has any owner or officer of this company ever declared bankruptcy? Yes___ No___. If "yes" please provide the following details: Date Filed_____ Amount Filed_____ Chapter? 7___ 11___ 13___ Attach documents verifying court's final disposition.

PROPERTY DAMAGE DEDUCTIBLE    ☐ $1,000 (Std)    ☐ $2,000    ☒ $5,000    ☐ $10,000    ☐ Other

Signature _____

---

**MOLD ELECTION (YOU MUST ELECT "A" OR "B" BELOW AND SIGN WHERE INDICATED)**

A. On behalf of the named insured above, the undersigned hereby acknowledges that this policy provides limited ($2,500) coverage for <u>property damage</u> losses only (not bodily injury), from mold, mildew, fungi, or bacteria or any similar or related cause of loss.

_____     _____
Owner Name Printed                    Signature
                                   *-OR-*

B. We hereby elect the option selected below for mold, mildew, fungi, bacteria and understand and acknowledge coverage is limited by an annual aggregate and coverage is inclusive of defense costs and is for <u>property damage</u> losses only. A deductible of two times the policy deductible applies to each occurrence. Choose one only if you elect this additional coverage:

_____ $5,000 (Premium of $500.00)      _____ $10,000 (Premium of $1,000.00)

_____     _____
Owner Name Printed                     Signature

---

AFFIDAVIT: I, the undersigned, hereby certify that I have read, understand, and certify the validity of the statements and information included in and made a part of this application. I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules, and regulations relating to the welfare, health, and safety of employees. I further agree to comply with all reasonable recommendations made by the Company with regard to same.

                                         Producer's

Owner/Officer's Signature_____    Signature_____

Owner/Officer's Name (Printed)_____    Agency Name (Printed)
                                         _____ C. T. LOWNDES & COMPANY _____

To request a quotation, fax a complete submission to your underwriter. Do not send a check until you have received our written quotation. Mail to: Builders Insurance Group, PO Box 723099, Atlanta, GA 31139-0099.

**BUILDERS INSURANCE GROUP**

**ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

**COMMERCIAL PACKAGE POLICY**

**Named Insured:** FOUR BUILDERS PLUS LLC                    **Policy Number:** PKG 0182015 00

---

**Commercial Property**

_____    I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____    I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**General Liability**

_____    I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**
             Final Premium to be determined at audit.

_____    I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Inland Marine**

_____    I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____    I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Policyholder/Applicant Signature_____

---

Date_____

CPP Terr Suppl 03/10

**POLICY NUMBER:**   PKG 0182015 00

**INSURED:**   FOUR BUILDERS PLUS LLC

# Association Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139
1-800-883-9305

**COMMERCIAL PACKAGE POLICY**

**For:**
FOUR BUILDERS PLUS LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**By:**
C. T. Lowndes & Company
799 St. Andrews Blvd.
Charleston, SC  29407

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

CPPPJA001



**Association Insurance Co.**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 00 | **Renewal of** |
| **Transaction Type** POLICY DECLARATION | **Audit Type** ANNUAL |

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>799 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015  **To**  01/30/2016 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

|  | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>  Includes Extra Coverage Endorsement | $350.00   $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 28 Day of January, 2015

By_____

Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



# SOUTH CAROLINA INSURANCE FEE DISCLOSURE NOTICE

Insured:     FOUR BUILDERS PLUS LLC

PLEASE BE ADVISED THAT THE FOLLOWING FEES MAY APPLY:

### Maximum Fee Schedule:

| | |
|---|---|
| LATE CHARGES | $10.00 |
| REINSTATEMENT CHARGES | $10.00 |
| CONVENIENCE CHARGES | $ 3.00 |
| INSTALLMENT PAYMENT FEE | $10.00 |
| NOT SUFFICIENT FUNDS FEE | $30.00 |

ACKNOWLEDGED BY:

_____                    _____
            Insured                                                    Date

GLSCFDN001

*P.O.Box 723099 ● Atlanta, GA 31139-0099 ● 678-309-4000 ● 800-883-9305 ● Fax 678-309-4077 ● www.bldrs.com*

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS LLC |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIGPRVN01  (8/06)     Privacy Notice
CPPPJA001  (1/05)     Policy Jacket Page
AIC C DEC  (9/09)     Common Policy Declarations
IL0003     (9/08)     Calculation Of Premium
IL0017     (11/98)    Common Policy Conditions
IL0249     (9/08)     SC Changes-Canc & Nonrnwl
ILN001     (9/03)     Fraud Statement
ILP001     (1/04)     US Treasury Notice

**General Liability Forms**
AIC GLPDEC (9/09)     GL PKG Declarations Page
CG0001     (4/13)     Comml Gen Liab Coverage Form
BIG GLECE  (4/13)     GL Extra Coverage Endorsement
BIG CXEMP  (2/12)     Earned Minimum Premium Endt
CG0300     (1/96)     Deductible Liability Insurance
CG2010     (4/13)     Addl Insd-Owners,Less.or Con B
CG2101     (11/85)    Exclusion-Athletic/Sports Part
CG2106     (5/14)     Excl-Access or Discl of Info
CG2116     (4/13)     Excl-Designated Profes.Service
CG2117     (7/98)     Excl-Movement of Bldgs/Struct
CG2146     (7/98)     Abuse or Molestation Exclusion
CG2147     (12/07)    Excl-Employ.-Related Practices
CG2152     (4/13)     Exclusion-Financial Services
CG2165     (12/04)    Total Pollution Exclusion
CG2166     (4/13)     Excl-Volunteer Workers
CG2167     (12/04)    Fungi or Bacteria Exclusion
CG2173     (1/08)     Exclusion-Cert Acts of Terrori
CG2186     (12/04)    Excl-Exterior Insulation
CG2196     (3/05)     Silica or Lead Exclusion
CG2233     (4/13)     Excl-Testing or Consult.E&O
CG2234     (4/13)     Excl-Constr.Mgmt E & O
CG2243     (4/13)     Excl-Engineers,Arch.Surv. Prof
CG2279     (4/13)     Excl-Contractors Prof Liab
CG2301     (4/13)     Excl-Real Est Agents & Brokers
CG2404     (5/09)     Waiver of Transf.Rgts of Recov
CG2413     (4/13)     Amndmnt-Pers Inj & Ad Inj Def
CG2426     (4/13)     Amend Insd Contract Definition
GLALX      (1/09)     Asbestos or Lead Exclusion
GLCAP      (6/14)     Condominium Exclusion
GLCCC      (1/07)     Care, Custody and Control
GLCPTT001  (8/03)     Copyright Infringement
GLEDW      (6/10)     Excl - Designated Work
GLEICD     (1/07)     Expansion of Insured Contract
GLFB       (1/09)     Fungi & Bacteria
GLPCO      (2/14)     Excl-Prior Completed Operation
GL RFWE    (10/13)    Resulting Damage Coverage
GL-XDW     (10/13)    Excl-Contaminated Drywall
IL0021     (9/08)     Broad Form Nuclear Energy Excl
IL0985     (1/08)     Terrorism Disclosure

**Inland Marine Forms**
AIC IMCDEC (9/09)     Comml Inland Marine Cov Dec
AICCE DEC  (9/09)     Cont Equip/Emp Tools Cov Dec

Issued Date: 01/28/2015
CPPFIA001                          INSURED COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORM INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS LLC |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

```
AICCE SCH  (9/09)    Cont Equip Schedule
CM0001     (9/04)    Coml Inland Marine Conditions
CM0122     (9/00)    South Carolina Chgs-Legal Act
IH0068     (9/09)    Contract Equip Covg Form
IMMD       (9/09)    Excl-Mysterious Disappearance
IL0935     (7/02)    Exc of Certain Cmpter Rel Loss
IL0953     (1/08)    Exc of Cert Acts of Terrorism
IL0985     (1/08)    Terrorism Disclosure
```

Issued Date: 01/28/2015

INSURED COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS LLC | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #        1      Bldg #          1
PRIMARY
0
DORCHESTER,  180

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**NAMED INSURED SCHEDULE**

| Policy Number:  PKG 0182015 00 |
|---|
| Named Insured:  FOUR BUILDERS PLUS LLC |
| Agent:    C. T. LOWNDES & COMPANY              0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Wolters Kluwer Financial Services | Uniform Forms TM

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

      Copyright, Insurance Services Office, Inc., 1998

IL 02 49 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured and the agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpay-ment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's and agent's last known addresses.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 120 Days Or More**

If this policy has been in effect for 120 days or more, or is a renewal or contin-uation of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Material misrepresentation of fact which, if known to us, would have caused us not to issue the policy;

**c.** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the policy;

**d.** Substantial breaches of contractual duties, conditions or warranties; or

**e.** Loss of our reinsurance covering all or a significant portion of the particular policy insured, or where continuation of the policy would imperil our solvency or place us in violation of the insurance laws of South Carolina.

Prior to cancellation for reasons permit-ted in this Item **e.,** we will notify the Commissioner, in writing, at least 60 days prior to such cancellation and the Commissioner will, within 30 days of such notification, approve or disap-prove such action.

Any notice of cancellation will state the precise reason for cancellation.

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms[TM]

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** We will not refuse to renew a policy issued for a term of more than one year, until expiration of its full term, if anniversary renewal has been guaranteed by additional premium consideration.

**2.** If we decide not to renew this policy, we will:

    **a.** Mail or deliver written notice of nonrenewal to the first Named Insured and agent, if any, before:

        **(1)** The expiration date of this policy, if the policy is written for a term of one year or less; or

        **(2)** An anniversary date of this policy, if the policy is written for a term of more than one year or for an indefinite term; and

    **b.** Provide at least:

        **(1)** 60 days' notice of nonrenewal, when nonrenewal is to become effective between November 1 and May 31; or

        **(2)** 90 days' notice of nonrenewal, when nonrenewal is to become effective between June 1 and October 31.

**3.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's last known addresses. If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** Any notice of nonrenewal will state the precise reason for nonrenewal.

© ISO Properties, Inc., 2007
**IL 02 49 09 08**

IL N 001 09 03

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

IL P 001 01 04 — © ISO Properties, Inc., 2004 — Page 1 of 1

**Association Insurance Company**

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS LLC |

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

|  |  |
|---|---|
| General Liability Coverage Premium | $  |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium (Subject to Audit) | $ |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC  GLPDEC 09 09

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
**GENERAL LIABILITY COVERAGE PART**

| Policy Number: | PKG 0182015 00 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS LLC | |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**

Issued Date: 01/28/2015
GL CSA001                                    INSURED COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
**GENERAL LIABILITY COVERAGE PART**

| Policy Number: | PKG 0182015 00 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS LLC | |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Issued Date: 01/28/2015
CPPLOCA001                          INSURED COPY

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.** **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.** **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d.** **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.** **Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

**f.** **Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided in the "auto is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

 © Insurance Services Office, Inc., 2012

**i.** **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.** **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, boarders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.** **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.** **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.** **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.** **Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.** **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.** **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C - MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGE A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012
**CG 00 01 04 13**

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than you "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

    © Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A; and**

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.** **Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

          © Insurance Services Office, Inc., 2012          **CG 00 01 04 13**

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos":

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.  "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012            **CG 00 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARNED MINIMUM PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMON POLICY CONDITIONS**  (IL 00 17 11 98),

**A.  Cancellation,** subpart 5 is amended as follows:

If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, there will be a minimum earned premium retained by us of 25% of the annual premium due at inception.  The cancellation will be effective even if we have not made or offered a refund.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BIG CXEMP 02 12**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES YOUR POLICY. PLEASE READ IT CAREFULLY.**

**GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**TABLE OF CONTENTS**

**Additions to SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. Non-Owned Watercraft

2. Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System

**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. Increased Limits for Bail Bonds

2. Increased Limit of Loss of Earnings

**Additions to SECTION II - WHO IS AN INSURED**

1. Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2. Incidental Medical Malpractice

3. Newly Acquired or Formed Organizations

**Additions to SECTION III - LIMITS OF INSURANCE**

1. Damage to Premises Rented To You

2. Increased Medical Payments Limit

3. Additional Insured - Persons or Organizations Required by Written Contract or Agreement

**Additions to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. Knowledge of Occurrence

2. Primary and Noncontributory

3. Transfer of Rights of Recovery

4. Liberalization

5. Unintentional Failure to Disclose

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1. **Non-Owned Watercraft**. Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
>> **(2)** A watercraft you do not own that is:
>>> **(a)** Less than 51 feet long; and
>>> **(b)** Not being used to carry persons or property for a charge;

2. **Property Damage Exclusion**. Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
>> Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

>  and replacing it with:
>> Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is revised as follows:

3. **Increased Limits.**  Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
>> **b.**  Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

4. **Increased Limits.**  Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
>> **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II - WHO IS AN INSURED** - is revised as follows:

**1.  Additional Insureds.**

**A.  Section II - Who Is An Insured** is amended to include as an additional insured:

**1.**  Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
**2.**  Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(a)** Your acts or omissions; or

**(b)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

**(a)** Only applies to the extent permitted by law; and

**(b)** Will not be broader than that which you are required by the contract  or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additionalexclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

**(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **A.1.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice**.  The following exception is added:

Paragraph **2.a.(1)(d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

    **(i)** Emergency Medical Technician; or
    **(ii)** Paramedic.

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3.  **Newly Acquired or Formed Organizations.**

    Paragraph **3.a.** is deleted and replaced with the following:

    **(a)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    Paragraph **3.b.** is deleted and replaced with the following:

    **(b)** Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

1.  **Damage To Premises Rented To You.**

The Limit for Damage to Premises Rented to You is amended to be the lesser of:
    **(a)** The Each Occurrence Limit shown in the Declarations; or
    **(b)** $300,000.

2.  **Increased Medical Payments Limit.**

    Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

1.  **Knowledge of Occurrence.**  The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

    When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:
    **(1)** You, if you are an individual;
    **(2)** A member or partner, if you are a partnership or joint venture;
    **(3)** A member or manager, if you are a limited liability company;
    **(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
    **(5)** A trustee, if you are a trust;
    **(6)** Your insurance manager;
    **(7)** Your legal representative if you die or dissolve;
    **(8)** Any person claiming coverage or seeking benefits under the policy; or

COMMERCIAL GENERAL LIABILITY

**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

2. **Primary and Noncontributory.** The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

3. **Transfer Of Rights Of Recovery.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us.**

We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:

**(a)** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
**(b)** The ownership, maintenance or use of that part of a premise leased to you.

Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage. The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights. At our request, the insured shall bring "suit" against liable parties or transfer those rights to us.

4. **Liberalization.** The following is added:

If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

5. **Unintentional Failure to Disclose.** The following is added:

An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations. An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAIN UNCHANGED.

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | **PER CLAIM   or** | **PER OCCURRENCE** |
| Bodily Injury Liability<br>OR | $ | $ |
| Property Damage Liability<br>OR | $ | $      5,000.00 |
| Bodily Injury Liability and/or<br>Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above.  The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**CG 03 00 01 96**            Copyright, Insurance Services Office, Inc., 1994            **Page 1 of 2**   □

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence."

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994
**CG 03 00 01 96**    □

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:  PKG 0182015 00                                           **CG 21 01 11 85**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL  LIABILITY  COVERAGE  PART

**SCHEDULE**

**Description of Operations:**

 Any operations of the named insured or any persons or organizations that are insured by this policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

**CG 21 01 11 85**              Copyright, Insurance Services Office, Inc., 1984

**COMMERCIAL GENERAL LIABILITY**
**CG 21 06 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY
CG 21 16 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
| --- |
| **1.** Real Estate Agents and/or Brokers |
| **2.** Architects, Engineers or Surveyors |
| **3.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 17 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MOVEMENT OF BUILDINGS OR STRUCTURES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of and occurring during the course of the movement of any building or structure by an "auto" or "mobile equipment". The period of movement:

1. Begins when the building or structure is removed from its old foundation; and

2. Ends when the unloading of the vehicle begins for the purpose of placing the building or structure on its new foundation.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 46 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

**CG 21 46 07 98**     Copyright, Insurance Services Office, Inc., 1997     **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage A − Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sis- ter of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage B − Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 52 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

**1.** Planning, administering or advising on:
  **a.** Any:
    **(1)** Investment;
    **(2)** Pension;
    **(3)** Annuity;
    **(4)** Savings;
    **(5)** Checking; or
    **(6)** Individual retirement;
    plan, fund or account;
  **b.** The issuance or withdrawal of any bond, de-benture, stock or other securities;
  **c.** The trading of securities, commodities or currencies; or
  **d.** Any acquisitions or mergers;

**2.** Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

**3.** Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mort-gage operations or activities or interbank transfers;

**4.** Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

**5.** Checking or reporting of credit;

**6.** Maintaining of financial accounts or records;

**7.** Tax planning, tax advising or the preparation of tax returns; or

**8.** Selling or issuing traveler's checks, letters of credit, certified checks, bank checks or money orders.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render financial services by any insured to others.

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests: or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from

a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 66 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **2.a. Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a.** To any insured.

**B.** Exclusion **2.g.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

**(1)** Owned or operated by or rented or loaned to any insured; or

**(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

This exclusion applies even if the claims against the insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012

**C.** Paragraphs **2.a.** and **2.b.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**2.** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

 © Insurance Services Office, Inc., 2012 **CG 21 66 04 13**

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of "a certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 86 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury"arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of the structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

   **a.** Any test performed; or

   **b.** An evaluation, a consultation or advice given; by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2. or 3.**

     © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawing, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

**COMMERCIAL GENERAL LIABILITY**
**CG 22 43 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

**COMMERCIAL GENERAL LIABILITY**
**CG 23 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

**CG 23 01 04 13**                © Insurance Services Office, Inc., 2012                **Page 1 of 1**

POLICY NUMBER: PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization:** |
| --- |
| BLANKET |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

**COMMERCIAL GENERAL LIABILITY
CG 24 13 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability,** Paragraph **14.e.** of the **Definitions** section does not apply.

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf.  However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS OR LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Section I - Coverage B - Personal And Advertising Injury Liability,** and **Section I - Coverage C - Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, caused by, or attributable to, whether in whole or in part the following:

1.  Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos or lead, or toxic substances from the same, in any form, including but not limited to goods, products, or structures containing the same;

2.  The existence of asbestos or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of the same, or goods or products containing the same;

3.  Any supervision, instructions, recommendations, requests, warnings, or advice given or which should have been given in regard to asbestos or lead;

4.  Any costs, including but not limited to, abatement, mitigation, removal, or disposal of asbestos, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos or lead, in any form; or

5.  Any obligation to share damages with or repay anyone else who must pay damages in connection with any of the above.

**GL ALX  01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER    PKG 018201500                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDOMINIUM EXCLUSION**

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" included in the "products/completed operations hazard" and/or arising out of "your work" in the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any part of a **"condominium project"** and/or a **"community apartment project/co-operative project"** including any structure later converted into a **"condominium project"** or a **"community apartment project/co-operative project"** except:

(1) when the **"condominium project"** and/or a **"community apartment project/co-operative project"** is not permitted, designed, remodeled, constructed, fabricated or manufactured for residential use, or
(2) when "your work" is for **"remodeling"** operations performed to a unit within a residential **"condominium project"** and/or **"community apartment project/co-operative project."**

For the purpose of this endorsement, the following terms mean:

**"Condominium project"** means a development consisting of condominiums.  A condominium consists of an undivided interest in common in a portion of real property coupled with a separate interest in space called a unit.

**"Community apartment project/co-operative project"** means a development in which an undivided interest in land is coupled with the right of exclusive occupancy of any apartment located thereon.

**"Remodeling"** means work being performed on behalf of a unit owner or apartment occupant to change the appearance of functional utility of the parts of the unit or apartment for which the unit owner or apartment occupant controls exclusively for their use by any deed restrictions, by-laws or Association covenants, codes or restrictions.

**GL CAP 06 14**

**Includes copyrighted material of The Insurance Services Office, Inc., with its permission.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CARE, CUSTODY AND CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion j.(4) of Section 1 - Coverage A - Bodily Injury and Property Damage Liability is eliminated and replaced by the following:**

**j.(4) Personal property in the care, custody or control of the Insured.**

    a.  Insuring Agreement

      (1)  We will pay for "property damage" to "covered property" of others caused by an "occurrence" to which this insurance applies, subject to the limits of coverage, and all terms and conditions stated herein.

      (2)  This insurance applies to "property damage" to "covered property" only if:

          a.  The "property damage" to "covered property" is caused by an "occurrence" that takes place in the "coverage territory".

          b.  The "property damage" to "covered property" occurs during the policy period; and

          c.  The damages are incurred and reported to us.

      (3)  We will make these payments regardless of fault.  Our obligation to pay sums under this coverage ends when we have used up the application limits of insurance.

      (4)  This coverage does not create or imply a duty to defend.

      **(5)  The limit of coverage for property damage covered by this endorsement is $10,000 in the aggregate, and inclusive of any costs of defense.**

    b.  Exclusions

      We will not pay expenses for "property damage" to "covered property"

      (1)  On premises owned by any insured or leased or rented to any insured.

      (2)  Expected or intended from the standpoint of any insured.

      (3)  For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

      (4)  Arising out of actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

          a.  At or from any premises, site or location which is or was at any time owned by or occupied by, or rented, or loaned to, any insured;

          b.  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

Includes copyrighted material of Insurance Service Office, Inc. with its permission

    c. Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    d. At or from any premises, site or location on which any insured or contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        i  If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor

        ii  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Subparagraphs (a) and (d) (i) do not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

    (5) Arising out of any:

      a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

      b. Claim or suit by or on behalf of a governmental authority for damages because testing for, monitoring, cleaning-up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

    (6) Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and loading or unloading.

This exclusion does not apply to:

      a. A watercraft while ashore on premises you own or rent

      b. A watercraft you do not own that is:

         i.  Less than 51 feet long; and

         ii.  Not being used to carry persons or property for a charge or

      c. Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

    (7) Arising out of:

      a. The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

      b. The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

    (8) You own or rent.

    (9) Loaned to you.

GL CCC 01 07

Includes copyrighted material of Insurance Service Office, Inc. with its permission

(10)   Arising out of the "products-completed operations hazard".

(11)   That has been physically injured as a result of:

    a.   A defect, deficiency, inadequate or dangerous condition in "your product" or "your work" or

    b.   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

(12)   Incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    a.   "Your product",

    b.   "Your work"; or

    c.   "Impaired property",

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

    **d.   Definitions**

"Covered Property" means personal property in the care, custody or control of the insured.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# Amendment of
# Copyright, Patent, Trademark Or Trade Secret Exclusion

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION 1. -COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions, i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** is deleted in its entirety and replaced by the following:

This insurance does not apply to:

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights, including infringement of copyright, trade dress or slogan in your "advertisement".

**SECTION V. -DEFINITIONS 14.** "Personal and Advertising Injury" **14.** g. is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:  PKG 0182015 00                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(1) Arising out of the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any structure, not otherwise excluded by this endorsement, which exceeds (3) stories.  This does not apply to "bodily injury" or "property damage" arising out of "your work" performed within a structure.

(2) Arising out of any work or operations with respect to any exterior component, fixture or feature of any structure if a **spray on siding product** is used on any part of that structure.


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

GL EDW 06 10                                                                              Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXPANSION OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

Endorsement CG 24 26 AMENDMENT OF INSURED CONTRACT DEFINITION is hereby expanded by the addition of the following:

**g.** A contract or agreement for a lease of office equipment including but not limited to items such as printers, copiers, telephone systems, and computer systems.

**GL EICD 01 07**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Fungi and Bacteria Each Occurrence Limit and Aggregate Limit | Fungi and Bacteria Per Occurrence Deductible For This Coverage Part |
|---|---|
| $  2,500.00 | $2,000 |

The insurance provided under **Section I - Coverage A - Bodily Injury and Property Damage Liability** as modified by the **Fungi Or Bacteria Exclusion** is hereby extended to provide insurance for **(a)** "property damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and **(b)** any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of fungi or bacteria, by any insured or by any other person or entity.

**A.**    For any purposes of this **Limited Fungi or Bacteria Liability** insurance only, Paragraph **1.a., 1.b., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A and B,** are deleted: **DEFENSE EXPENSES AND OTHER COSTS PROVIDED UNDER THE DELETED PARAGRAPHS ARE INCLUDED WITHIN THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE ABOVE.**

**B.**    For purposes of this **Limited Fungi or Bacteria Liability** insurance only, **Section III - Limits of Insurance** is deleted and replaced by the following:

1. The Limits of Insurance shown in the **Limited Fungi or Bacteria Liability Schedule** above and the provisions below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit shown in the **Limited Fungi or Bacteria Liability Schedule** above is the most we will pay for the sum of:
   a. Damages under Coverage **A.** for "property damage" insured under this endorsement; and
   b. Any amounts that, but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d., and 1.e.** of **Section I-Supplementary Payments-Coverages A and B.**

**GL FB 01 09**                                                           Page 1 of 2

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

3. The Products-Completed Operations Aggregate Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as and included within the Aggregate Limit shown in the **Schedule** above, and subject to the terms of this endorsement, is the most we will pay for such "property damage".

4. Subject to 2. and 3. above, whichever applies, the Each Occurrence Limit shown in the **Schedule** above is the most we will pay for the sum of:
   a. Damages under Coverage **A.**;
   b. Any amounts that but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A. and B.**

   because of "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** arising out of any one "occurrence".

5. Subject to **4.** above, The Damage To Premises Rented To You Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as the Aggregate Limit shown in the **Schedule** above and, subject to the terms of this endorsement, is the most we will pay for such "property damage".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after the issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of Insurance.

**GL FB 01 09**

Page 2 of 2

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR COMPLETED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "property damage" arising out of "your work" if "your work" was completed or abandoned prior to the first date of coverage, or renewal thereof without lapse, with Builders Insurance (A Mutual Captive Company), Association Insurance Company or Vinings Insurance Company.

For purposes of this endorsement only, this exclusion does not apply to "property damage" arising out of service, maintenance, correction, repair or replacement of any part of any structure performed during the policy period.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RESULTING DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In regard only to "your work" in connection with residential structures, **Exclusion I. Damage to Your Work** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability, 2. Exclusions** is deleted and replaced with:

**I.  Faulty, Defective or Poor Workmanship in Your Work**

This insurance does not apply to any claim or "suit" for the cost of repair, replacement, adjustment, removal, loss of use, inspection, disposal, or otherwise making good any faulty, defective or poor workmanship in "your work" for which any insured or any insured's employees, contractors, or subcontractors may be liable.

This exclusion does not apply to "property damage" sustained by any other property that is caused by the faulty, defective or poor workmanship in "your work".

This exclusion applies only to residential structures for which coverage is not otherwise excluded under this insurance.

GL RFWE 10 13                                                            page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright, Insurance Services Office, Inc

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

**1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

**2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material.  Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

GL XDW 10 13                                                                    page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2007    **IL 00 21 09 08**

POLICY NUMBER: PKG 0182045100

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

**\*Terrorism Premium (Certified Acts) $**  Coverage Not Included

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

 \* General Liability

**Additional information, if any, concerning the terrorism premium:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act.  The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations..

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program.  The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.  However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C.  Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.



**Association Insurance Co.**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS LLC

**Policy Period: From** 01/30/2015  **To**  01/30/2016  **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▆▆▆▆ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS LLC

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| Blanket Owned Limit: | $ |
| Deductible: | $ |
| Blanket Non-Owned Limit: | $ |
| Deductible: | $ |
| Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule) | $ ▇▇▇▇▇ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| Maximum Any One Tool: | $ |
| Maximum All Employee Tools: | $ |
| Deductible: | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:** See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part: $ ▇▇▇▇▇

AIC CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

 **Builders Insurance Group®**

**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

| | |
|---|---|
| **Policy Number:** PKG 0182015 00 | |
| **Named Insured:** FOUR BUILDERS PLUS LLC | |
| **Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** | |

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | ■■■■■ | $■■■■■ | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause

of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E. Loss Payment**

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the own-

ers' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

  **a.** We have reached agreement with you on the amount of the loss; or

  **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

  **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

  **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

  **a.** Someone insured by this insurance; or

  **b.** A business firm:

    **(1)** Owned or controlled by you; or

    **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

© ISO Properties, Inc., 2003      **CM 00 01 09 04**

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 01 22 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C.  Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

Hart Forms & Services
Reorder No. 14-F159

COMMERCIAL INLAND MARINE
IH 00 68 09 09

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this coverage form, means the following property described in the Declarations:

**a.** Your contractor's equipment; and

**b.** Similar property of others in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

**a.** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

**b.** Aircraft or watercraft;

**c.** Plans, blueprints, designs or specifications;

**d.** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

**e.** Property while underground or under water;

**f.** Property that you loan, lease or rent to others;

**g.** Contraband, or property in the course of illegal transportation or trade; or

**h.** Tools and clothing belonging to your employees.

### 3. Covered Causes Of Loss

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

#### a. Additionally Acquired Property

If during the policy period you acquire additional property of a type already covered by this coverage form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $50,000

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

This Additional Coverage does not increase the applicable Limit of Insurance shown in the Declarations.

#### b. Debris Removal

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

**(3)** Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

Wolters Kluwer Financial Services | Uniform Forms™

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $5,000 in any one occurrence under this Additional Coverage.

**(4)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**c. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage does not increase the Limit of Insurance.

**d. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

The limit for this Additional Coverage is in addition to the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this coverage form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**c.** Insects, vermin, rodents.

**d.** Corrosion, rust.

**e.** Mechanical breakdown or failure of the Covered Property.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

**a.** We cover property wherever located within:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**b.** We also cover property being shipped by air within and between points in Paragraph **a.**

**2. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

© Insurance Services Office, Inc., 2009

We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

Instead, we will determine the most we will pay using the following steps:

**a.** Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

**b.** Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

**c.** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

**d.** Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property or rented equipment.

**F.** **Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

© Insurance Services Office, Inc., 2009
**IH 00 68 09 09**

**COMMERCIAL INLAND MARINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**EXCLUSION – MYSTERIOUS DISAPPEARANCE**

This endorsement modifies insurance provided under the following:

Commercial Inland Marine – Contractors Equipment Coverage Form IH 00 68 09 09
Commercial Inland Marine – Personal Portable Computer Coverage Form IH 00 75 09 09

The following is added to B. **Exclusions:**

We do not cover loss due to mysterious disappearance.

The following is added to F. **Definitions:**

Mysterious disappearance means an item is missing or lost without evidence of forced entry.

IM MD 09 09

Includes copyrighted material of Insurance Services Office, Inc with its permission

**IL 09 35 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

POLICY NUMBER: PKG 0182015 00                                    **IL 09 53 01 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |  |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

Wolters Kluwer Financial Services | Uniform Forms™

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.   Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2007
**IL 09 53 01 08**

POLICY NUMBER: PKG 0182013 00

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.  THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

**\*Terrorism Premium (Certified Acts) $**  Coverage Not Included

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

* Inland Marine

**Additional information, if any, concerning the terrorism premium:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act.  The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations..

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program.  The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.  However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C.  Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.



**Association Insurance Co.**
P.O. Box 723026
Atlanta, GA  31139

AGENT COPY
Date Issued: 02/27/2015

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

Insured                                          Policy Number    Policy Period
FOUR BUILDERS PLUS LLC                           PKG 0182015 00   01/30/2015 01/30/2016

Agent                                            Agent Telephone
C. T. Lowndes & Company                          843-884-3159

WRITTEN PREMIUM          $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE     $█████████
PAYMENT PLAN             25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2015 | ██████ |
| 03/30/2015 | |
| 04/30/2015 | |
| 05/30/2015 | |
| 06/30/2015 | |
| 07/30/2015 | |
| 08/30/2015 | |
| 09/30/2015 | |
| 10/30/2015 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**                                     **Agent:**

FOUR BUILDERS PLUS LLC                           C. T. Lowndes & Company
PO BOX 2322                                       799 St. Andrews Blvd.
SUMMERVILLE, SC  29484                            Charleston, SC  29407

FOUR BUILDERS PLUS LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 00 | 02/24/2015 | Association Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS LLC | |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure
☐ Add Coverages          ☐ Delete Coverages

CHANGES

```
ADD THE FOLLOWING FORMS
BLANKET ADDITIONAL INSURED - FORM CG2033
COMPLETED OPERATIONS- FORM CG2037
ADD PRIMARY AND NON-CONTRIBUTORY

MANORHOUSE BUILDERS OF SC LLC
MANORHOUSE BUILDERS LEASING OF SC LLC
215 EAST BAY STREET, STE 504
CHARLESTON, SC 29401
Annual Return/Additional Premium:        $███████
```

_____
Authorized Representative Signature

**IL 12 01 11 85**      Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983      **Page 1 of 1**



**Association Insurance Co.**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 00 | **Renewal of** |
| **Transaction Type** AMENDED DECLARATION | **Audit Type** ANNUAL |

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>799 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015   **To**   01/30/2016 **12:01 A.M. Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

|  | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>Includes Extra Coverage Endorsement   $350.00 | $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 27 Day of February, 2015

By_____

Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORM INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 00 | |
| Named Insured: FOUR BUILDERS PLUS LLC | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**
| | | |
|---|---|---|
| BIGPRVN01 | (8/06) | Privacy Notice |
| CPPPJA001 | (1/05) | Policy Jacket Page |
| AIC C DEC | (9/09) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |

**General Liability Forms**
| | | |
|---|---|---|
| AIC GLPDEC | (9/09) | GL PKG Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| BIG CXEMP | (2/12) | Earned Minimum Premium Endt |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (4/13) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/08) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (2/14) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL0985 | (1/08) | Terrorism Disclosure |

Issued Date: 02/27/2015
CPPFIA001                    AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORM INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 00 | |
| Named Insured: FOUR BUILDERS PLUS LLC | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| IL1201 | (11/85) | Policy Change |
| **Inland Marine Forms** | | |
| AIC IMCDEC | (9/09) | Comml Inland Marine Cov Dec |
| AICCE DEC | (9/09) | Cont Equip/Emp Tools Cov Dec |
| AICCE SCH | (9/09) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/08) | Excl of Cert Acts of Terrorism |
| IL0985 | (1/08) | Terrorism Disclosure |

Issued Date: 02/27/2015

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS LLC | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #       1      Bldg #        1
PRIMARY
0
DORCHESTER,  180

Issued Date: 02/27/2015
CPP SCHED                                   AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS LLC | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

```
Named Insured
FOUR BUILDERS PLUS LLC
```

Issued Date: 02/27/2015
CPPNISA001                                    AGENT COPY

**Builders Insurance Group®**

**Association Insurance Company**

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS LLC |

**Policy Period: From** 01/30/2015  **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | |
|---|---|
| General Liability Coverage Premium | $ ██████ |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium (Subject to Audit) | $ |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC  GLPDEC 09 09

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY COVERAGE PART

| Policy Number: | PKG 0182015 00 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS LLC | |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**       $▇▇▇▇▇▇

Issued Date: 02/27/2015
GL CSA001                                    AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY COVERAGE PART

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS LLC |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Issued Date: 02/27/2015
CPPLOCA001                              AGENT COPY

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**            © Insurance Services Office, Inc., 2012            **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

**a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional isnured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 33 04 13**

POLICY NUMBER: PKG 018201500

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| BLANKET BY WRITTEN CONTRACT | 215 EAST BAY STREET, STE 504 CHARLESTON, SC 29401 |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSUREDS PRIMARY AND NONCONTRIBUTORY COVERAGE AS REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Paragraph 4. "Other Insurance", subsection b. "Excess Insurance" paragraph (1)**:

(c) Any of the other insurance, whether primary, excess, contingent or on any other basis unless a written contract specifically requires that this insurance be primary and noncontributing.  The written contract must:
   (i) be in effect or become effective during the term of this policy; and,
   (ii) must have been enacted prior to the "bodily injury", "property damage" or "personal and advertising injury".

(d) Primary and noncontributory coverage under Paragraph **c.** above is limited to the operations of the named insured.

**GL AIPNC 01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**Association Insurance Co.**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS LLC

**Policy Period: From** 01/30/2015  **To** 01/30/2016  **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

---

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

---

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▬▬▬ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**  See Attached Forms Inventory Schedule

---

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy  Number:** PKG 0182015 00

**Named Insured:**  FOUR BUILDERS PLUS LLC

**Policy Period: From** 01/30/2015 **To**   01/30/2016 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address**

---

| **Contractors Equipment Coverage** | **Limits of Insurance** |
|---|---|
| **Blanket Owned Limit:** | **$** |
| **Deductible:** | **$** |
| **Blanket Non-Owned Limit:** | **$** |
| **Deductible:** | **$** |
| **Scheduled Equipment Total Value** <br> **(See Attached Contractors Equipment Schedule)** | **$** ■■■■ |

| **Employee Tools Coverage** | **Limits of Insurance** |
|---|---|
| **Maximum Any One Tool:** | **$** |
| **Maximum All Employee Tools:** | **$** |
| **Deductible:** | **$** |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**   See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

---

**Premium**
Premium for this Coverage Part:  $      ■■■■■

---

AIC  CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

| |
|---|
| **Policy Number:** PKG 0182015 00 |
| **Named Insured:** FOUR BUILDERS PLUS LLC |
| **Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** |

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | ███████ | $█████ | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**Association Insurance Co.**
P.O. Box 723026
Atlanta, GA  31139

AGENT COPY
Date Issued: 03/12/2015

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

<u>Insured</u>
FOUR BUILDERS PLUS SIDING DIVISION LLC

<u>Policy Number</u>        <u>Policy Period</u>
PKG 0182015 00    01/30/2015 01/30/2016

<u>Agent</u>
C. T. Lowndes & Company

<u>Agent Telephone</u>
843-884-3159

WRITTEN PREMIUM          $▓▓▓▓▓▓▓
EXPENSE CONSTANT

TOTAL POLICY BALANCE    $▓▓▓▓▓▓▓
PAYMENT PLAN          25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|---|---|
| 02/28/2015 | |
| 03/30/2015 | |
| 04/30/2015 | |
| 05/30/2015 | |
| 06/30/2015 | |
| 07/30/2015 | |
| 08/30/2015 | |
| 09/30/2015 | |
| 10/30/2015 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  02

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 00 | 01/30/2015 | Association Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED

[x] Insured's Name     [ ] Insured's Mailing Address     [ ] Change Exposure

[ ] Add Coverages     [ ] Delete Coverages

<div align="center">CHANGES</div>

AMEND NAMED INSURED TO READ AS FOLLOWS

FOUR BUILDERS PLUS SIDING DIVISION LLC

Annual Return/Additional Premium: N/A

_____

Authorized Representative Signature

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983



**Association Insurance Co.**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 00 | **Renewal of** |
| **Transaction Type** AMENDED DECLARATION | **Audit Type** ANNUAL |

| **Named Insured and Mailing Address** | **Agent Name and Mailing Address** |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015   **To**   01/30/2016 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

|  | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>Includes Extra Coverage Endorsement | $350.00    $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 12 Day of March, 2015

By_____

Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

| COMMERCIAL PACKAGE POLICY FORM INVENTORY SCHEDULE |
|---|
| Policy Number: PKG 0182015 00 |
| Named Insured: FOUR BUILDERS PLUS SIDING DIVI |
| Agent: C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

**Policy Level Forms**
| | | |
|---|---|---|
| BIGPRVN01 | (8/06) | Privacy Notice |
| CPPPJA001 | (1/05) | Policy Jacket Page |
| AIC C DEC | (9/09) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |

**General Liability Forms**
| | | |
|---|---|---|
| AIC GLPDEC | (9/09) | GL PKG Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| BIG CXEMP | (2/12) | Earned Minimum Premium Endt |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (4/13) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/08) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (2/14) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL0985 | (1/08) | Terrorism Disclosure |

Issued Date: 03/12/2015

CPPFIA001                              AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORM INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| IL1201 | (11/85) | Policy Change |
| **Inland Marine Forms** | | |
| AIC IMCDEC | (9/09) | Comml Inland Marine Cov Dec |
| AICCE DEC | (9/09) | Cont Equip/Emp Tools Cov Dec |
| AICCE SCH | (9/09) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/08) | Excl of Cert Acts of Terrorism |
| IL0985 | (1/08) | Terrorism Disclosure |

Issued Date: 03/12/2015

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #        1        Bldg #            1
PRIMARY
0
DORCHESTER,  180

Issued Date: 03/12/2015
CPP SCHED                                        AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

NAMED INSURED SCHEDULE

| Policy Number: | PKG 0182015 00 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY       0002528 |

## NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

Issued Date: 03/12/2015
CPPNISA001                              AGENT COPY

**Association Insurance Company**

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2015   **To** 01/30/2016   **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

|  |  |
|---|---|
| General Liability Coverage Premium | $ ███████ |
| State Tax or Other (if applicable) | $ ███████ |
| Total General Liability Coverage Premium (Subject to Audit) | $ ███████ |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC   GLPDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY COVERAGE PART**

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|------|------|------|-----------|------------|---------------|-----|-------|---------|
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

Classification Description

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $█████

Issued Date: 03/12/2015
GL CSA001                                    AGENT COPY

**Association Insurance Co.
A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY COVERAGE PART**

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

POLICY NUMBER: PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012



**Association Insurance Co.**

### COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015  **To** 01/30/2016  **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

---

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

---

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**  See Attached Forms Inventory Schedule

---

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy  Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015**To**   01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ |
| **Blanket Non-Owned Limit:** | $ |
| **Deductible:** | $ |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ████ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $     ████

AIC  CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

| | |
|---|---|
| **Policy Number:** PKG 0182015 00 | |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI | |
| **Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** | |

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | ███ | $███ | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  03

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 00 | 03/25/2015 | Association Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED

☐ Insured's Name   ☐ Insured's Mailing Address   ☐ Change Exposure
☐ Add Coverages    ☐ Delete Coverages

CHANGES

ADD THE FOLLOWING EQUIPMENT

1998 JLG LIFT MODEL 600S SERIAL #██████████ VALUE $██████

2000 GENIE LIFT MODEL S60 SERIAL ██████████ VALUE $██████

Annual Return/Additional Premium:      $██████

_____
Authorized Representative Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc., 1983          **Page 1 of 1**
Copyright, ISO Commercial Risk Services, Inc., 1983

 **Builders Insurance Group**®

**Association Insurance Co.**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number**  PKG 0182015 00 | **Renewal of** |
| **Transaction Type**  AMENDED DECLARATION | **Audit Type**  ANNUAL |

| **Named Insured and Mailing Address** | **Agent Name and Mailing Address** |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015   **To**   01/30/2016  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci            **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

|  |  | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>    Includes Extra Coverage Endorsement      $350.00 | $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 26 Day of March, 2015

By_____

Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIGPRVN01  (8/06)    Privacy Notice
CPPPJA001  (1/05)    Policy Jacket Page
AIC C DEC  (9/09)    Common Policy Declarations
IL0003     (9/08)    Calculation Of Premium
IL0017     (11/98)   Common Policy Conditions
IL0249     (9/08)    SC Changes-Canc & Nonrnwl
ILN001     (9/03)    Fraud Statement
ILP001     (1/04)    US Treasury Notice

**General Liability Forms**
AIC GLPDEC (9/09)    GL PKG Declarations Page
CG0001     (4/13)    Comml Gen Liab Coverage Form
BIG GLECE  (4/13)    GL Extra Coverage Endorsement
BIG CXEMP  (2/12)    Earned Minimum Premium Endt
CG0300     (1/96)    Deductible Liability Insurance
CG2010     (4/13)    Addl Insd-Owners,Less.or Con B
CG2033     (4/13)    Addl Insd-Own,Less,Cntr-Constr
CG2037     (4/13)    Addl Insd-Own,Lss,Cntr-Comp Op
CG2101     (11/85)   Exclusion-Athletic/Sports Part
CG2106     (5/14)    Excl-Access or Discl of Info
CG2116     (4/13)    Excl-Designated Profes.Service
CG2117     (7/98)    Excl-Movement of Bldgs/Struct
CG2146     (7/98)    Abuse or Molestation Exclusion
CG2147     (12/07)   Excl-Employ.-Related Practices
CG2152     (4/13)    Exclusion-Financial Services
CG2165     (12/04)   Total Pollution Exclusion
CG2166     (4/13)    Excl-Volunteer Workers
CG2167     (12/04)   Fungi or Bacteria Exclusion
CG2173     (1/08)    Exclusion-Cert Acts of Terrori
CG2186     (12/04)   Excl-Exterior Insulation
CG2196     (3/05)    Silica or Silica-Related Excl
CG2233     (4/13)    Excl-Testing or Consult.E&O
CG2234     (4/13)    Excl-Constr.Mgmt E & O
CG2243     (4/13)    Excl-Engineers,Arch.Surv. Prof
CG2279     (4/13)    Excl-Contractors Prof Liab
CG2301     (4/13)    Excl-Real Est Agents & Brokers
CG2404     (5/09)    Waiver of Transf.Rgts of Recov
CG2413     (4/13)    Amndmnt-Pers Inj & Ad Inj Def
CG2426     (4/13)    Amend Insd Contract Definition
GLAIPNC    (1/09)    Addl Ins Prim/Noncontrib. Covg
GLALX      (1/09)    Asbestos or Lead Exclusion
GLCAP      (6/14)    Condominium Exclusion
GLCCC      (1/07)    Care, Custody and Control
GLCPTT001  (8/03)    Copyright Infringement
GLEDW      (6/10)    Excl - Designated Work
GLEICD     (1/07)    Expansion of Insured Contract
GLFB       (1/09)    Fungi & Bacteria
GLPCO      (2/14)    Excl-Prior Completed Operation
GL RFWE    (10/13)   Resulting Damage Coverage
GL-XDW     (10/13)   Excl-Contaminated Drywall
IL0021     (9/08)    Broad Form Nuclear Energy Excl
IL0985     (1/08)    Terrorism Disclosure

Issued Date: 03/26/2015
CPPFIA001                        AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| AIC IMCDEC | (9/09) | Comml Inland Marine Cov Dec |
| AICCE DEC | (9/09) | Cont Equip/Emp Tools Cov Dec |
| AICCE SCH | (9/09) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/08) | Excl of Cert Acts of Terrorism |
| IL0985 | (1/08) | Terrorism Disclosure |

Issued Date: 03/26/2015

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #      1      Bldg #      1
PRIMARY
0
DORCHESTER,  180

Issued Date: 03/26/2015
CPP SCHED                          AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

NAMED INSURED SCHEDULE

| Policy Number: | PKG 0182015 00 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

Issued Date: 03/26/2015
CPPNISA001                              AGENT COPY



**Association Insurance Company**

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |



| | |
|---|---|
| General Liability Coverage Premium | $ |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium | $ |
| (Subject to Audit) | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC  GLPDEC 09 09

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY COVERAGE PART

| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY     0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|------|------|------|-----------|------------|---------------|-----|-------|---------|
| \multicolumn Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**     $▮▮▮▮▮▮

Issued Date: 03/26/2015
GL CSA001                                    AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
**GENERAL LIABILITY COVERAGE PART**

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**           © Insurance Services Office, Inc., 2012           **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

**Builders Insurance Group®**

**Association Insurance Co.**

## COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015   **To** 01/30/2016   **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**  See Attached Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| Blanket Owned Limit: | $ |
| Deductible: | $ 250 |
| Blanket Non-Owned Limit: | $ 5,000 |
| Deductible: | $ 250 |
| Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule) | $ ▮▮▮▮▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| Maximum Any One Tool: | $ |
| Maximum All Employee Tools: | $ |
| Deductible: | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $    ▮▮▮▮▮

AIC CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

| |
|---|
| **Policy Number:** PKG 0182015 00 |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI |
| **Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** |

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | ███ | ███ | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | ███ | ███ | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | ███ | ███ | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**Association Insurance Co.**
P.O. Box 723026
Atlanta, GA 31139

AGENT COPY

**COMMERCIAL PACKAGE POLICY**

Date Issued: 04/07/2015

**POLICY INVOICE**

| | | |
|---|---|---|
| <u>Insured</u> | <u>Policy Number</u> | <u>Policy Period</u> |
| FOUR BUILDERS PLUS SIDING DIVISION LLC | PKG 0182015 00 | 01/30/2015 01/30/2016 |
| Agent: C. T. LOWNDES & COMPANY | Agent Telephone: 843-884-3159 | |

Payment Plan: 25% Down, 9 Installments $5 Fee

| INSTALLMENT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 03 | 03/09/2015 | Previous Balance | |
| 04 | 04/07/2015 | PREMIUM INVOICE | |
| | 04/07/2015 | Late Fee | |
| | | INSTALLMENT FEE | |



PAST DUE AMOUNT - MUST BE PAID IMMEDIATELY:
CURRENT INSTALLMENT DUE ON 04/30/2015

TOTAL AMT DUE:
POLICY BALANCE:



Payments received after the cancellation date will be posted to the policy-holder's account. This in no way obligates Association Insurance Company to reinstate or extend coverage. Any refund due to the insured will be issued after the cancellation audit has been processed.
**If payment is not received by the due date, a late fee will be assessed and in addition, coverage may expire or a notice of cancellation may be issued. For your convenience, you may make a payment by calling 1-800-883-9305 option 5, or pay securely online at www.bldrs.com.**

DETACH ALONG PERFORATION BELOW

RETURN THIS PORTION WITH YOUR REMITTANCE

THANK YOU FOR YOUR BUSINESS

**COMMERCIAL PACKAGE POLICY**

PAST DUE AMOUNT - MUST BE PAID IMMEDIATELY
CURRENT INSTALLMENT DUE ON 04/30/2015



Policy Number
PKG 0182015 00

AMOUNT DUE                    $█████

PLEASE REMIT PAYMENT TO:

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

Association Insurance Company

P.O. Box 723026
Atlanta, GA  31139

NOTICE1 0597



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**Association Insurance Co.**
P.O. Box 723026
Atlanta, GA  31139

AGENT COPY
Date Issued: 04/07/2015

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

<u>Insured</u>
FOUR BUILDERS PLUS SIDING DIVISION LLC

<u>Agent</u>
C. T. Lowndes & Company

WRITTEN PREMIUM        $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE   $█████████
PAYMENT PLAN           25% Down, 9 Installments $5 Fee

<u>Policy Number</u>      <u>Policy Period</u>
PKG 0182015 00    01/30/2015 01/30/2016

<u>Agent Telephone</u>
843-884-3159

| DUE DATE | INSTALLMENT AMOUNT |
|----------|-------------------|
| 02/28/2015 | |
| 03/30/2015 | |
| 04/30/2015 | |
| 05/30/2015 | |
| 06/30/2015 | |
| 07/30/2015 | |
| 08/30/2015 | |
| 09/30/2015 | |
| 10/30/2015 | |



The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  04

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 00 | 04/06/2015 | Association Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

**CHANGES**

ADD PROPERTY TO THE POLICY AS FOLLOWS
BUILDING ▆▆▆▆▆
BPP ▆▆▆▆▆

Annual Return/Additional Premium:    $▆▆▆▆▆

_____
Authorized Representative Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc., 1983          **Page 1 of 1**
                           Copyright, ISO Commercial Risk Services, Inc., 1983



**Association Insurance Co.**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 00 | **Renewal of** |
| **Transaction Type** AMENDED DECLARATION | **Audit Type** ANNUAL |

| **Named Insured and Mailing Address** | **Agent Name and Mailing Address** |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015   **To**   01/30/2016 **12:01 A.M. Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci     **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

| | | |
|---|---|---|
| Commercial Property Coverage Part<br>   Includes Extra Coverage Endorsement | $205.00 | $ |
| Commercial General Liability Coverage Part<br>   Includes Extra Coverage Endorsement | $350.00 | $ |
| Commercial Inland Marine Coverage Part | | $ |
| Crime and Fidelity Coverage Part | | $ |
| Total | | $ |
| Taxes/Surcharges (If Applicable) | | $ |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 07 Day of April, 2015

By_____

Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

COMMERCIAL PACKAGE POLICY
FORM INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIGPRVN01 (8/06)     Privacy Notice
CPPPJA001 (1/05)     Policy Jacket Page
AIC C DEC (9/09)     Common Policy Declarations
IL0003    (9/08)     Calculation Of Premium
IL0017    (11/98)    Common Policy Conditions
IL0249    (9/08)     SC Changes-Canc & Nonrnwl
ILN001    (9/03)     Fraud Statement
ILP001    (1/04)     US Treasury Notice

**Commercial Fire Forms**
AIC PR DEC (9/09)    Property Declarations Page
CP0010    (10/12)    Bldg and Pers Prop Cov Form
CP0090    (7/88)     Commercial Property Conditions
CP1030    (10/12)    Cause of Loss - Special Form
BIPECE    (4/13)     Property Extra Coverage Endt
CP0140    (7/06)     Excl of Loss Due To Virus/Bact
IL0194    (10/12)    SC Chgs Legal Action Agst US
IL0935    (7/02)     Exc of Certain Cmpter Rel Loss
IL0953    (1/08)     Excl of Cert Acts of Terrorism
IL0985    (1/08)     Terrorism Disclosure

**General Liability Forms**
AIC GLPDEC (9/09)    GL PKG Declarations Page
CG0001    (4/13)     Comml Gen Liab Coverage Form
BIG GLECE (4/13)     GL Extra Coverage Endorsement
BIG CXEMP (2/12)     Earned Minimum Premium Endt
CG0300    (1/96)     Deductible Liability Insurance
CG2010    (4/13)     Addl Insd-Owners,Less.or Con B
CG2033    (4/13)     Addl Insd-Own,Less,Cntr-Constr
CG2037    (4/13)     Addl Insd-Lss,Cntr-Comp Op
CG2101    (11/85)    Exclusion-Athletic/Sports Part
CG2106    (5/14)     Excl-Access or Discl of Info
CG2116    (4/13)     Excl-Designated Profes.Service
CG2117    (7/98)     Excl-Movement of Bldgs/Struct
CG2146    (7/98)     Abuse or Molestation Exclusion
CG2147    (12/07)    Excl-Employ.-Related Practices
CG2152    (4/13)     Exclusion-Financial Services
CG2165    (12/04)    Total Pollution Exclusion
CG2166    (4/13)     Excl-Volunteer Workers
CG2167    (12/04)    Fungi or Bacteria Exclusion
CG2173    (1/08)     Exclusion-Cert Acts of Terrori
CG2186    (12/04)    Excl-Exterior Insulation
CG2196    (3/05)     Silica or Silica-Related Excl
CG2233    (4/13)     Excl-Testing or Consult.E&O
CG2234    (4/13)     Excl-Constr.Mgmt E & O
CG2243    (4/13)     Excl-Engineers,Arch.Surv. Prof
CG2279    (4/13)     Excl-Contractors Prof Liab
CG2301    (4/13)     Excl-Real Est Agents & Brokers
CG2404    (5/09)     Waiver of Transf.Rgts of Recov
CG2413    (4/13)     Amndmnt-Pers Inj & Ad Inj Def
CG2426    (4/13)     Amend Insd Contract Definition
GLAIPNC   (1/09)     Addl Ins Prim/Noncontrib. Covg
GLALX     (1/09)     Asbestos or Lead Exclusion

Issued Date:  04/07/2015
CPPFIA001                    AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORM INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

```
GLCAP      (6/14)    Condominium Exclusion
GLCCC      (1/07)    Care, Custody and Control
GLCPTT001  (8/03)    Copyright Infringement
GLEDW      (6/10)    Excl - Designated Work
GLEICD     (1/07)    Expansion of Insured Contract
GLFB       (1/09)    Fungi & Bacteria
GLPCO      (2/14)    Excl-Prior Completed Operation
GL RFWE    (10/13)   Resulting Damage Coverage
GL-XDW     (10/13)   Excl-Contaminated Drywall
IL0021     (9/08)    Broad Form Nuclear Energy Excl
IL0985     (1/08)    Terrorism Disclosure
IL1201     (11/85)   Policy Change
```

**Inland Marine Forms**
```
AIC IMCDEC (9/09)    Comml Inland Marine Cov Dec
AICCE DEC  (9/09)    Cont Equip/Emp Tools Cov Dec
AICCE SCH  (9/09)    Cont Equip Schedule
CM0001     (9/04)    Coml Inland Marine Conditions
CM0122     (9/00)    South Carolina Chgs-Legal Act
IH0068     (9/09)    Contract Equip Covg Form
IMMD       (9/09)    Excl-Mysterious Disappearance
IL0935     (7/02)    Exc of Certain Cmpter Rel Loss
IL0953     (1/08)    Excl of Cert Acts of Terrorism
IL0985     (1/08)    Terrorism Disclosure
```

Issued Date: 04/07/2015

AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY              0002528 | |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #      1      Bldg #        1
PRIMARY                          0702
0
DORCHESTER,  180

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

| NAMED INSURED SCHEDULE | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

```
Named Insured
FOUR BUILDERS PLUS LLC
```



**Association Insurance Co.**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|-----------------------|------------|-------------|-----------|
| 00001 | 00001 | BLDG | ■■■■ | Special | $ 2,500.00 80 | | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ■■■■ | Special | $ 2,500.00 80 | | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 **Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|-------------|-----------|
| | | | | | | |

| *Monthly Limit Of Indemnity | *Maximum Period Of Indemnity | * Extended Period Of Indemnity (Days) |
|-----------------------------|------------------------------|---------------------------------------|
| | N/A | N/A |

*Applies to Business Income Only

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|---------------------------------------|
| | | |

| Forms Applicable:   See Attached Forms Inventory Schedule |
|-----------------------------------------------------------|
| Premium for this Coverage Part: $          ■■■■ |

AIC  PR DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL PROPERTY                                    POLICY NUMBER:  PKG 0182015 00

**PROPERTY EXTRA COVERAGE ENDORSEMENT**

**TABLE OF CONTENTS**

**A.**  Property within 100 feet of the Building

**B.**  Debris Removal

**C.**  Fire Department Service Charge
    **(1)** Fire Extinguisher Recharge Cost
    **(2)** Reward of the arrest & conviction of a person or persons who caused damage to covered property
    **(3)** Outdoor Sign Coverage
    **(4)** Employee Dishonesty
    **(5)** Forgery or Alteration of checks, drafts or notes
    **(6)** Money or Securities inside the described premises
    **(7)** Money or Securities outside the described premises
    **(8)** Computer Fraud
    **(9)** Appraisal or Inventory Expense undertaken at the Insurance Company's request
    **(10)** Lock Repair
    **(11)** Sewer or Drain Backup
    **(12)** Contractors Equipment
    **(13)** Fine Arts
    **(14)** Accounts Receivable

**D.**  **(1)** Newly Acquired Buildings
    **(2)** Newly Acquired Business Personal Property
    **(3)** Period of Restoration

**E.**  Personal Effects and Property of Others

**F.**  Valuable Papers & Records

**G.**  Outdoor Property

**H.**  Non-Owned Detached Trailers

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This endorsement modifies insurance provided under the following forms:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
COMMON POLICY CONDITIONS

The terms of the **Building and Personal Property Coverage Form** and **Causes Of Loss - Special Form** are amended as set forth in this Endorsement, and:
1. The provisions set forth in this Endorsement, for which you have paid a premium, shall apply and supersede any terms to the contrary set forth in the **Building and Personal Property Coverage Form** and **Causes Of Loss - Special Form**; and
2. All other terms of the **Building and Personal Property Coverage Form** and **Causes Of Loss - Special Form** shall continue to apply to the extent they do not conflict with this Endorsement.

Insurance provided by this Endorsement is primary to all other coverages.

Words that appear in quotation marks in this Endorsement have special meaning.  Please refer to the Definitions section of the **Building and Personal Property Coverage Form.**

**Property Enhancements**

**A.** In the **A. Coverage** section of the **Building and Personal Property Coverage Form**, the references to "100 feet" are amended to "1,000 feet" in the following paragraphs:
  **1. A.1.a.(5)(b) Building**
  **2. A.1.b. Your Business Personal Property**
  **3. A.1.c.(2) Personal Property Of Others**

**B.** The **Building and Personal Property Coverage Form, A.4. Additional Coverages** is revised as follows:
  **1.** Paragraph **4.a. Debris Removal:**  Subject to all limitations and the deductible, our limit of liability for debris removal is increased to $50,000.
  **2.** Paragraph **4.c. Fire Department Service Charge:**  Our limit of liability for the **Fire Department Service Charge** is increased to $2,000, unless a higher limit is shown in the Declarations for this coverage.

**C.** In the **Building and Personal Property Coverage Form,** the following coverages are added to **A.4. Additional Coverages** in the **A. Coverage** section:
  **1. Fire Extinguisher System Expense**
    **a.** We will pay:
      **(1)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems if they are discharged within 100 feet of the described "premises"; and
      **(2)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or fire extinguishing system.
    **b.** No coverage will apply if the fire extinguisher or fire extinguishing system is discharged during installation or testing.
    **c.** The most we will pay under this Additional Coverage is $1,500 in any one occurrence.
    **d.** No deductible applies to this Additional Coverage.

**2. Reward Payment**

**a.** For information leading to the arrest and conviction of any person or persons who have committed a crime resulting in loss to Covered Property from a Covered Cause of Loss, we will:

**(1)** Reimburse you for rewards you paid to an eligible person, up to the lowest of:

**(a)** The actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it;

**(b)** The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition; or

**(c)** $5,000.

**(2)** Pay an eligible person for the return of stolen Covered Property, when the loss is caused by theft, up to the lowest of:

**(a)** The actual cash value of the Covered Property, based on the condition of the Covered Property at the time it is returned;

**(b)** The cost to replace the Covered Property with other property of like kind and quality;

**(c)** The lowest amount we pay for a loss under the Loss Payment Condition; or

**(d)** $5,000.

**b.** This Additional Coverage is subject to the following additional conditions:

**(1)** An eligible person is any person confirmed by a law enforcement agency as being the first person to voluntarily provide information leading to the arrest and conviction of the responsible person or persons, and who is/are not:

**(a)** You or any of your family members;

**(b)** Your "employee" or any of his or her family members;

**(c)** An "employee" of a law enforcement agency;

**(d)** An "employee" of a business engaged in property protection;

**(e)** A person who had custody of the Covered Property at the time the crime was committed; or

**(f)** A person who planned, participated in, contributed to or concealed the crime.

**(2)** No reward will be paid to you unless and until each person who committed the crime is convicted.

**(3)** No reward will be paid to an eligible person for the return of stolen Covered Property until the Covered Property is returned.

**3. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the "premises" described in the Declarations:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** We will not pay for loss or damage to any outdoor sign caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion;

**(5)** Mechanical breakdown; or

**(6)** Failure to maintain.

**c.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $5,000 unless any other limit for outdoor signs is shown in the Declarations.

**d.** This Additional Coverage is in addition to other coverage for loss or damage to outdoor signs provided in the **Building And Personal Property Coverage Form** but shall not duplicate payment for loss or damage paid under such other coverage.

**4. "Employee" Dishonesty**

**a.** We will pay for direct loss of or damage to Your Business Personal Property and your "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partners, members or "managers") with the manifest intent to:

**(1)** Cause you to sustain loss or damage; and

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any "employee; or

**(b)** Any other person or organization.

**b.** We will not pay for:

**(1)** Loss or damage resulting from any dishonest or criminal act, with or without a conviction, that you or any of your partners, members, officers, "managers", directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose, commit, whether acting alone or in collusion with other persons;

**(2)** Loss or damage that is an indirect result of any act covered by this insurance including, but not limited to, loss or damage resulting from:

**(a)** Your inability to realize income that you would have realized had there been no loss of or damage to your "money" or "securities";

**(b)** Payment of damages of any type for which you are legally liable other than compensatory damages arising directly from a loss covered under this insurance; or

**(c)** Payment of costs, fees or other expenses you incur in proving the loss occurred or the amount of the loss.

**(3)** Expenses related to any legal action; or

**(4)** Loss or damage, the only proof of which is:

**(a)** An inventory computation, and/or

**(b)** A profit and loss computation.

**c.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $5,000 unless any other limit for "employee" dishonesty is shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more "employees"; and

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** We will pay only for loss or damage you sustain due to acts or events that occur during the policy period. Without regard to the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance accumulates from year-to-year or period-to-period.

**f.** This Additional Coverage does not apply to loss caused by any "employee" after discovery by:

**(1)** You; or

**(2)** Any of your partners, officers, directors, members or "managers" who are not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

**g.** We will not pay for loss or damage that has occurred during the policy period but is discovered later than one year from the end of the policy period.

**h.** If you discover a loss or damage during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance for which you could have recovered under that prior insurance except that the time within which to discover loss or damage has expired, this Additional Coverage will apply if:

**(1)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

However, any insurance provided under this Clause **h.** is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Additional Coverage as of its effective date; or

**(2)** The prior insurance, had it remained in effect.

**5. Forgery Or Alteration**

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises , orders or directions to pay a certain sum of "money" that are:

**(1)** Made or drawn upon your account;

**(2)** Made or drawn upon your account by one acting as your agent; or

**(3)** Made or drawn upon your account by one claiming or appearing to be acting as your agent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**b.** If you are sued because you refuse to pay any instrument covered in Clause **a.** above on the basis that it has been forged or altered, and you have our written consent to defend the lawsuit, then subject to our limit of liability stated in Clause **5.d.** below, we will reimburse you for reasonable legal expenses you incur and pay in that defense.

**c.** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

**d.** The most we will pay for any loss in any one occurrence, including legal expenses, under this Additional Coverage is $2,500 unless any other limit for "forgery" or alteration is shown in the Declarations.

**6. Money Or Securities**

**a.** We will pay for loss of "money" or "securities" used in your business while:

**(1)** At the bank or savings institution;

**(2)** Within your living quarters or the living quarters of your partners or any "employee" having care, custody and control of the "money" or "securities", at the described premises; or

**(3)** In transit between the locations described in Paragraphs **6.a.(1)** and **6.a.(2)** above.

**b.** We will pay only for loss or "money" and "securities" resulting from:

**(1)** Theft;

**(2)** Disappearance; or

**(3)** Destruction.

**c.** We will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of the "money" or "securities" in any exchange or purchase; or

**(3)** Of "money" contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous reading instrument in the device.

**d.** Unless any other limit for "money" or "securities" is shown in the Declarations, the most we will pay for loss under this coverage for "money" or "securities" in any one occurrence is:

**(1)** $5,000 for "money" and "securities" while:

**(a)** In or on the described "premises"; or

**(b)** Within a bank or savings institution; and

**(2)** $2,500 for "money" or "securities" while anywhere else.

**e.** All loss:

**(1)** Caused by one or more persons; and

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**f.** You must keep records of all "money" or "securities" and provide the records to us after any loss.

**g.** The **Property Not Covered** provisions in the Coverage section of the **Building And Personal Property Coverage Form** do not apply for loss of "money" or "securities" used in your business to which this Additional Coverage applies.

**7. Computer Fraud**

**a.** We will pay for loss of "money" or "securities" or damage to other property resulting directly from the use of any "computer" to fraudulently cause a transfer of that "money", "securities" or other property from inside a building at the described "premises" or from any bank or similar safe depository to:

**(1)** A person outside those "premises"; or

**(2)** A place outside those "premises".

**b.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $2,500 unless any other limit for computer fraud is shown in the Declarations.

**8. Appraisal or Inventory Expense**

**a.** We will pay, in the event of covered loss or damage, for reasonable expenses you incur at our written request, for taking inventory, securing contractor estimates or preparing a statement of loss and other supporting exhibits.

**b.** The most we will pay under this Additional Coverage is $5,000 in any one occurrence at each described "premises". Payments under this Additional Coverage will not increase the applicable Limit of Insurance.

**9. Lock Repair**

 **a.** We will pay the cost to repair, but not to replace, the door locks or tumblers of your described "premises" due to loss or damage caused by or resulting from a covered theft loss, including the theft of your door keys.

 **b.** We will not pay the cost of this Additional Coverage if the theft of your door keys is from any dishonest acts committed by you, any of your partners, full time, part time or temporary "employees", directors, officers, trustees, any authorized representative, or anyone that you have entrusted with door keys for any purpose.

 **c.** The most we will pay under this Additional Coverage is $1,000 in any one occurrence for each location described in the Declarations. The most we will pay under this coverage during any one policy period is $1,000, without regard to the number of occurrences. Payments made for lock or tumbler repair will increase the Limit of Insurance.

 **d.** No deductible applies to this additional coverage.

 **e.** Theft does not include:

  **(1)** Unexplained or mysterious disappearance of your door keys; or

  **(2)** The voluntary parting of your door keys by you or anyone else you have entrusted with your door keys.

**10. Sewer or Drain Back Up**

 **a.** We will pay for loss or damage to your Covered Property caused by or resulting from water which:

  **(1)** Backs up through sewers, drains or sump; or

  **(2)** Enters into and overflows from within a sump pump or sump pump well designed to remove subsurface water from the foundation area.

 **b.** The most we will pay in any one occurrence under this Additional Coverage is $7,500 for each location.

**11. Contractor's Equipment**

 **a.** **Coverage.** We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

 **b.** **Covered Property.** Covered Property, as used in this Additional Coverage, means the following property:

  **(1)** Your contractor's equipment; and

  **(2)** Property not owned by you that is leased, rented or borrowed which is used in your business operations.

 **c.** **Property Not Covered.** Covered Property does not include:

  **(1)** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

  **(2)** Aircraft or watercraft;

  **(3)** Plans, blueprints, designs or specifications;

  **(4)** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada. This exception for property on certain ferries does not extend any coverage for property on any ferries or other waterborne vessels traveling to or from Alaska or Hawaii, without regard to its place of origin;

  **(5)** Property while underground or under water;

  **(6)** Property that you loan, lease or rent to others;

  **(7)** Contraband, or property in the course of illegal transportation or trade; or

  **(8)** Tools and clothing belonging to your "employees".

 **d.** **Covered Causes Of Loss.** Covered Causes of Loss means Risks Of Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions, Paragraph **11.f.** below.

 **e.** **Loss During Transport.** If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property if the loss or damage occurs:

  **(1)** While the Covered Property is being moved or temporarily stored at another location; and

  **(2)** Within 30 days after the property is first moved.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**f. Exclusions - Contractor's Equipment**

**(1)** Without regard to any other cause or event that contributes concurrently or in any sequence to a loss or damage, we will not pay for loss or damage caused directly or indirectly by any of the following:

**(a) Governmental Action**

Seizure or destruction of property by order of governmental authority. However, this shall not be applied to exclude coverage for loss or damage caused by or resulting from acts of destruction ordered by governmental authority at the time of a fire in order to prevent spread of the fire if the loss or damage is covered under this Endorsement.

**(b) Nuclear Hazard**

**(i)** Any weapon employing atomic fission or fusion; or

**(ii)** Nuclear reaction or radiation, or radioactive contamination from any cause. But if a nuclear hazard results in fire to which coverage applies under this Coverage Form, this exclusion shall not be applied to direct loss or damage caused by that fire.

**(c) War And Military Action**

**(i)** War, including undeclared or civil war;

**(ii)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(iii)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusion **1.a.** through **1.c.** above apply whether or not the event or events that cause the loss results in widespread damage or affects a substantial area.

**(2)** We will not pay for loss or damage caused by or resulting from any of the following:

**(a)** Delay, loss of use, loss of market or any other consequential loss.

**(b)** Dishonest or criminal acts committed by:

**(i)** You, any of your partners, "employees", directors, officers, trustees, or authorized representatives;

**(ii)** A "manager" or a member if you are a limited liability company;

**(iii)** Anyone else with an interest in the property, or their "employees" or authorized representatives; or

**(iv)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or whether or not such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your "employees". But theft by "employees" is not covered.

**(c)** Work upon the property. Except, if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Endorsement.

**(d)** Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Endorsement, but only the loss or damage to that article in which the disturbance occurs. Except, if artificially generated current, as described above, results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Endorsement.

**(e)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**(f)** Unauthorized instructions to transfer property to any person or to any place.

**(g)** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**(3)** We will not pay for loss or damage caused by or resulting from any of the following:

**(a)** Wear and tear or depreciation;

**(b)** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, or gradual deterioration;

**(c)** Insects, vermin, or rodents;

**(d)** Corrosion or rust; or

**(e)** Mechanical breakdown or failure of the Covered Property.

But if loss or damage by a Coverage Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

(4) We will not pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.

**g. Limits Of Insurance.** This Contractor's Equipment coverage does not increase the Limit of Insurance. The most we will pay for loss or damage in any one occurrence is $2,500.

**h. Deductible.** We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds $250. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**i. Additional Conditions.** The following conditions apply in addition to the **Common Policy Conditions:**

**(1) Coverage Territory**

**(a)** We cover property wherever located within:

**(i)** The United States of America (including its territories and possessions);

**(ii)** Puerto Rico; and

**(iii)** Canada

**(b)** We also cover property being shipped by air within and between points in the territory described in Paragraph **(a)** above.

**(2) Abandonment**

There can be no abandonment of any property to us.

**(3) Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**(a)** Pay its chosen appraiser; and

**(b)** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**(4) Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

**(a)** Notify the police if a law may have been broken.

**(b)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(c)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(d)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(e)** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**(f)** As often as may be reasonable required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(g)** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonable required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**(h)** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(i)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**(j)** Cooperate with us in the investigation or settlement of the claim.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(5) Insurance Under Two Or More Coverages**
If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**(6) Loss Payment**
  **(a)** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.
  **(b)** We will not pay you more than your financial interest in the Covered Property.
  **(c)** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.
  **(d)** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.
  **(e)** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:
    **(i)** We have reached agreement with you on the amount of the loss; or
    **(ii)** An appraisal award has been made.
  **(f)** We will not be liable for any part of a loss that has been paid or made good by others.

**(7) Pair, Sets Or Parts**
  **(a)** Pair or Set
  In case of loss or damage to any part of a pair or set we may:
    **(i)** Repair or replace any part to restore the pair or set to its value before the loss or damage; or
    **(ii)** Pay the difference between the value of the pair or set before and after the loss or damage.
  **(b)** Parts
  In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**(8) Recovered Property**
If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**(9) Reinstatement Of Limit After Loss**
The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**(10) Valuation**
The value of property will be the least of the following amounts:
  **(a)** The actual cash value of that property;
  **(b)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or
  **(c)** The cost of replacing that property with substantially identical property.
In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

## 12. Fine Arts

  **a.** Your Business Personal Property may be extended to apply to your "Fine Arts" at the described "premises".
  This Coverage Extension applies only if loss or damage is caused by a Covered Cause of Loss. We will not pay for loss or damage under this Coverage Extension to:
  **(1)** Jewelry;
  **(2)** Coins, stamps or numismatic collections;
  **(3)** Furs or fur trimmed garments;
  **(4)** Automobiles; or
  **(5)** "Antique Furniture".
  **b.** **Limits of Insurance.** The most we will pay for all "Fine Arts" in any one occurrence at all described premises is $5,000.
  In addition to all other Limits of Liability and Conditions, the following shall apply regarding valuation of "Fine Arts" in the event of a loss or damage:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

The value of "Fine Arts" shall be the lesser of:

**(1)** Market value;

**(2)** The cost to replace the damaged property with substantially similar property; or

**(3)** The cost to repair or restore the damaged property.

**13.** **Accounts Receivable**

   **a.** **Coverage.**

     **(1)** We will pay:

       **(a)** All amounts due from your customers that you are unable to collect;

       **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

       **(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

       **(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable, that result from Covered Causes of Loss to your records of accounts receivable.

     **(2)** Property Not Covered

     Coverage does not apply to:

       **(a)** Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

       **(b)** Contraband or property in the course of illegal transportation or trade.

     **(3)** Covered Causes of Loss

     Covered Causes of Loss means direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.

     **(4)** Additional Coverage - Collapse

     The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs a. and b. below.

       **(a)** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

       **(b)** We will pay for direct physical loss or damage to Covered Property caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this coverage form, if such collapse is caused by one or more of the following:

         **(i)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

         **(ii)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

         **(iii)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation; or

         **(iv)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

           **(a)** A Cause of Loss listed in Paragraph **13.a.(4)(i)** or **13.a.(4)(ii);**

           **(b)** One or more of the following causes of loss: Fire, lightning, windstorm, hail, explosion, smoke, aircraft, vehicles, riot, civil commotion, vandalism, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, breakage of building glass, falling objects, weight of snow, ice or sleet, water damage, earthquake, all only as insured against in this coverage form;

           **(c)** Weight of people or personal property; or

           **(d)** Weight of rain that collects on a roof.

This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this coverage form.

   **b.** **Coverage Extension.**

     **Removal**

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

    **(a)** At a safe place away from your "premises"; or

    **(b)** Being taken to or returned from a safe place away from your "premises".

    This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**c. Exclusions.**

  **(1)** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **(a) Governmental Action**

      Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

    **(b) Nuclear Hazard**

      Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

    **(c) War and Military Action**

      **(i)** War, including undeclared or civil war;

      **(ii)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      **(iii)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **13.c.(1)(a)** through **13.c.(1)(c)** apply whether or not the loss event results in widespread damage or affects a substantial area.

  **(2)** We will not pay for loss or damage caused by or resulting from any of the following:

    **(a)** Delay, loss of use, loss of market or any other consequential loss.

    **(b)** Dishonest or criminal act committed by:

      **(i)** You, any of your partners, employees, directors, officers, trustees, or authorized representatives;

      **(ii)** A "manager" or a member if you are a limited liability company;

      **(iii)** Anyone else with an interest in the property, or their "employees" or authorized representatives; or

      **(iv)** Anyone else to whom the property is entrusted for any purpose.

      Exclusion **13.c.(2)(b)** applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

      Exclusion **13.c.(2)(b)** does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your "employees". But theft by "employees" is not covered.

    **(c)** Alteration, falsification, concealment or destruction or records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property. This exclusion applies only to the extent of the wrongful giving, taking or withholding.

    **(d)** Bookkeeping, accounting or billing errors or omissions.

    **(e)** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

      **(i)** Programming errors or faulty machine instructions;

      **(ii)** Faulty installation or maintenance of data processing equipment or component parts;

      **(iii)** An occurrence that took place more than 100 feet from your "premises"; or

      **(iv)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises". But we will pay for direct loss or damage caused by lightning.

    **(f)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

    **(g)** Unauthorized instructions to transfer property to any person or to any place.

    **(h)** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(3)** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**(4)** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(a)** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **13.c.(1)** above to produce the loss or damage.

**(b)** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**(c)** Faulty, inadequate or defective:

**(i)** Planning, zoning, development, surveying, siting;

**(ii)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(iii)** Materials used in repair, construction, renovation or remodeling; or

**(iv)** Maintenance of part or all of any property wherever located.

**(d)** Collapse, including any of the following conditions of property or any part of the property:

**(i)** An abrupt falling down or caving in;

**(ii)** Loss of structural integrity, including separation of parts of the property, or property in danger of falling down or caving in; or

**(iii)** Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such condition relates to Paragraph **13.c.(1)** or **13.c.(2)** above.

Exclusion **13.c.(4)(d)** does not apply to the extent that coverage is provided under the Additional Coverage - Collapse or to collapse caused by one or more of the following: Fire, lightning, windstorm, hail, explosion, smoke, aircraft, vehicles, riot, civil commotion, vandalism, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, breakage of building glass, falling objects, weight of snow, ice or sleet, water damage, earthquake, weight of people or personal property, or weight of rain that collects on a roof.

**d. Limits Of Insurance.**

The most we will pay for loss or damage in any one occurrence is $5,000.

**e. Additional Conditions.** The following conditions apply in addition to the **Common Policy Conditions:**

**(1) Determination Of Receivables**

If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(c)** The following will be deducted from the total amount of accounts receivable, however that amount is established.

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**(2) Recoveries**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. But any recoveries in excess of the amount we have paid belong to you. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**(3) Coverage Territory**

We cover records of accounts receivable:

**(a)** Within your "premises"; and

      (b) Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

          (i)   The United States of America (including its territories and possessions);

          (ii)  Puerto Rico; and

          (iii) Canada

**(4) Protection Of Records**

    Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**D.** Provision **a.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Newly Acquired Or Constructed Property** is amended as follows:

  **1.** The last sentence in section **(1) Buildings** is deleted and replaced with the following:

    The most we will pay for loss or damage under this Extension is $500,000 at each building.

  **2.** The last sentence in section **(2) Your Business Personal Property** is deleted and replaced with the following:

    The most we will pay for loss or damage under this Extension is $250,000 at each building.

  **3.** Paragraph **(b)** in section **(3) Period Of Coverage** is deleted and replaced with the following:

    90 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property;

    This change shall not affect any other applicable time period or coverage end date,

**E.** Provision **b.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Personal Effects and Property Of Others** is deleted and replaced by the following:

  **b.** **Personal Effects And Property Of Others**

    You may extend the insurance that applies to Your Business Personal Property to apply to:

    **(1)** Personal effects owned by you, your officers, your partners or members, your "managers" or your "employees".  This Extension does not apply to loss or damage by theft or mysterious or unexplained disappearance.

    **(2)** Personal property of others in your care, custody or control.

        The most we will pay for loss or damage under this Extension is $5,000 in any one occurrence at each described "premises" unless a different limit of insurance for personal effects and property of others is shown in the Declarations.  Our payment for loss of or damage to Personal Effects And Property Of Others will only be for the account of the owner of the property.

        Coverage for Personal Effects And Property Of Others does not include tools of your partners, members, "managers" or "employees" used in construction activities.  The Additional Condition with respect to Coinsurance in the **Building and Personal Property Coverage Form** does not apply to this Extension.

**F.** Provision **c.(4)** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Valuable Papers and Records (Other Than Electronic Data)** is deleted and replaced with the following:

    **(4)** Under this Extension, the most we will pay to replace or restore the lost information is $5,000 at each described "premises", unless a higher limit is shown in the Declarations.  Such amount is additional insurance.  We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records.  The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**G.** Provision **e.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Outdoor Property,** is amended as follows:

The last paragraph is deleted and replaced with the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

The most we will pay for loss or damage under this Extension if $7,500, but not more than $500 for any one tree, shrub or plant.  These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**H.** Provision **f.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Non-Owned Detached Trailers,** is deleted and replaced by the following:

    **f.**  **Non-Owned Detached Trailers**

      **(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

        **(a)** The trailer is used in your business;

        **(b)** The trailer is in your care, custody or control at the "premises" described in the Declarations; and

        **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

      **(2)** We will not pay for any loss or damage that occurs:

        **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

        **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

      **(3)** The most we will pay for loss or damage under this Extension is $7,500, unless a higher limit is shown in the Declarations.

      **(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance coverage such property.

      The Additional Condition with respect to Coinsurance does not apply to this Extension.

**I.** The following definitions are added to **Definitions Section** of the **Building and Personal Property Coverage Form:**

      **(1)** "Antique Furniture" means furniture having increased in value because its age is 100 years or more.

      **(2)** "Computer" means a programmable electronic device that performs high-speed mathematical or logical operations or that assembles, stores, correlates, or otherwise processes information.

      **(3)** "Employee" means:

        **(a)** Any natural person:

          **(i)** While in your service and for the first 30 days after termination of service, unless such termination is due to theft or any other dishonest act by the "employee";

          **(ii)** Who you directly pay salary, wages or commissions; and

          **(iii)** Who you have the right to direct and control while performing services for you;

        **(b)** Any natural person who is furnished temporarily to you:

          **(i)** To substitute for a permanent "employee" as defined in Paragraph **I.(3)(a)(i)** above, who is on a leave of absence; or

          **(ii)** To meet seasonal or short-term work load conditions, while that person is subject to your direction and control and performing services for you, excluding any such person while having care and custody of your property outside the "premises";

        **(c)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **I.(3)(b)(ii)** above;

        **(d)** Any natural person who is:

          **(i)** A trustee, officer, "employee", administrator or "manager", except an administrator or "manager" who is an independent contractor of any "employee benefit plan"; and

          **(ii)** A director or trustee of your while that person is engaged in handling funds or other property of any "employee benefit plan";

        **(e)** Any natural person who is a former "employee", partner, member, "manager", director, officer or trustee retained as a consultant while performing services for you;

        **(f)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of your property outside the "premises";

**(g)** Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

**(h)** Any of your "managers", directors, officers or trustees while:

    **(i)** Performing acts within the scope of the usual duties of an "employee"; or

    **(ii)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

"Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **I.(3)(a)** above.

**(4)** "Employee Benefit Plan" means a benefit other than salary granted by an employer to its employees, subject to a written plan document, the taxable status of which is governed by the federal Employment Retirement Income Security Acts of 1974.

**(5)** "Fine Arts" means paintings, etchings, pictures, tapestries, photographs, rare or art glass, valuable rugs, statuary, bronzes, "Antique Furniture", porcelains, bric-a-brac, and other similar property having rare, historical value or artistic merit.

**(6)** "Forgery" means the act of falsely making, altering or imitating a document or signature with intent to defraud.

**(7)** "Manager" means a person servicing in a capacity as the managing director, managing officer or managing member of a limited liability company.

**(8)** "Money" means:

    **(a)** Currency, coins and bank notes whether or not in current use; and

    **(b)** Travelers checks, register checks and money orders held for sale to the public.

**(9)** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**(10)** "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

**(11)** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    **(a)** Tokens, tickets, revenue and other stamps whether represented by actual stamps or unused value in a meter and whether or not in current use; and

    **(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued to you;

    **(c)** But does not include "money".

Includes copyrighted material of Insurance Services Office, Inc., with its permission

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

   **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increase Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effect of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

 © Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fire, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-Owned Detach Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension if $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

Deductible:                                   $    250

Limit of Insurance - Building 1:        $ 60,000

Limit of Insurance - Building 2:        $ 80,000

Loss to Building 1:                         $ 60,100

Loss to Building 2:                         $ 90,000

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

    $ 60,100
-        250
    $ 59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

Loss to Building 1:                              $ 70,000

   (Exceeds Limit of Insurance plus Deductible)

Loss to Building 2:                              $ 90,000

   (Exceeds Limit of Insurance plus Deductible)

Loss Payable - Building 1:                      $ 60,000

   (Limit of Insurance)

Loss Payable - Building 2:                      $ 80,000

   (Limit of Insurance)

Total amount of loss payable:                  $140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this Event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the policy if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

 © Insurance Services Office, Inc., 2011

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss of the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Other To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

© Insurance Services Office, Inc., 2011

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F.  Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1.  Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

Step **(1)**:  $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**:  $100,000 ÷ $200,000 = .50

Step **(3)**:  $40,000 x .50 = $20,000

Step **(4)**:  $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $      250 |
| | The amount of loss is: | $   40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:

| | |
|---|---|
| The value of the property is: | |
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $250,000 |
| The Coinsurance percentage for it is: | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $180,000 |
| The Deductible is: | $ 1,000 |
| The amount of loss is: | |
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1)**: $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2)**: $180,000 ÷$225,000 = .80

Step **(3)**: $50,000 x .80 = $40,000

Step **(4)**: $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If:     The applicable Limit of Insurance is:     $100,000

The annual percentage increase is:     8%

The number of days since the beginning of the policy year (or last policy change) is:     146

The amount of increase is: $100,000 x .08 x 146 ÷365 =     $ 3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2) or (3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

  **a.** During the policy period shown in the Declarations; and

  **b.** Within the coverage territory.

**2.** The coverage territory is:

  **a.** The United States of America (including its territories and possessions);

  **b.** Puerto Rico; and

  **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

     Copyright, ISO Commercial Risk Services, Inc., 1993, 1987     **CP 00 90 07 88** □

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause of event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through;

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusion **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

but if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.3.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone of in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under this Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

   © Insurance Services Office, Inc., 2011   CP 10 30 10 12

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your Cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss or of damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the courseof the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collpase is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.;**

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does not apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limit of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

CP 10 30 10 12

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, then the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.** **Additional Coverage Extensions**

**1.** **Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2.** **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3.** **Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

### G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces creased by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

     © Insurance Services Office, Inc., 2011     **CP 10 30 10 12**

IL 01 94 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES -
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART - FARM LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - FARM MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
FORM
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
STANDARD PROPERTY POLICY

**A.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy, the Capital Assets Program Coverage From (Output Policy), and in the Farm Forms listed above, is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part, Coverage Form or Policy to which this Condition applies unless:

**1.** There has been full compliance with all of the terms of this Coverage Part, Coverage Form or Policy; and

**2.** The action is brought within 3 years after the date on which the direct physical loss ("loss") or damage occurred.

**B.** Under the Commercial Property Coverage Part, Paragraph **(1)** of the **Legal Action Against Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**(1)** No one may bring a legal action against us under Coverages A and B unless:

**(a)** There has been full compliance with all of the terms of Coverages A and B; and

**(b)** The action is brought within 3 years after you discover the error or accidental omission.

IL 01 94 10 12                    © Insurance Services Office, Inc., 2011                    **Page 1 of 1**

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including microprocessors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

        due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

    **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

        **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

    we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 00                                                                    **IL 09 53 01 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

Wolters Kluwer Financial Services | Uniform Forms™

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

2:22-cv-03209-DCN    Date Filed 07/12/22    Entry Number 1-2    Page 212 of 1242

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

| |
|---|
| **\*Terrorism Premium (Certified Acts) $**  Coverage Not Included |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):** |
|   * Commercial Fire |
| **Additional information, if any, concerning the terrorism premium:** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations..

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.



**Association Insurance Company**

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2015   **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

|  |  |
|---|---|
| General Liability Coverage Premium | $  |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium (Subject to Audit) | $ |

**ENDORSEMENTS**

| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC  GLPDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY COVERAGE PART

| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|----|------|------|-----------|------------|---------------|-----|-------|---------|
| Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

REINSTATEMENT/LATE FEES

\*\* - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**        $▉▉▉▉▉

Issued Date: 04/07/2015
GL CSA001                                    AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
**GENERAL LIABILITY COVERAGE PART**

| Policy Number: | PKG 0182015 00 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY        0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Issued Date: 04/07/2015
CPPLOCA001                                    AGENT COPY

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

POLICY NUMBER: PKG 0182013 00

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

---

**\*Terrorism Premium (Certified Acts) $**  Coverage Not Included

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

  \* General Liability

**Additional information, if any, concerning the terrorism premium:**

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations..

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

---

© ISO Properties, Inc., 2007



Association Insurance Co.

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015  **To**  01/30/2016  **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address**

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▅▅▅▅ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ▄▄▄▄▄ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $   ▄▄▄▄▄

AIC CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Builders Insurance Group®**

**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

2:22-cv-03209-DCN    Date Filed 07/12/22    Entry Number 1-2    Page 222 of 1242

IL 09 85 01 08

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.  THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

SCHEDULE

---

**\*Terrorism Premium (Certified Acts) $**  Coverage Not Included

**This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(s):**

  \* Inland Marine

**Additional information, if any, concerning the terrorism premium:**

---

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

---

**A.  Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act.  The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations..

**B.  Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program.  The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention.  However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C.  Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  05

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 00 | 02/24/2015 | Association Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

☐ Insured's Name　　　　☐ Insured's Mailing Address　　　　☐ Change Exposure
☐ Add Coverages　　　　☐ Delete Coverages

**CHANGES**

REVISED THE CG2037 TO READ

BLANKET BY WRITTEN CONTRACT
ALL LOCATIONS

Annual Return/Additional Premium: N/A

_____
Authorized Representative Signature

**IL 12 01 11 85**　　　　Copyright, Insurance Services Office, Inc., 1983　　　　**Page 1 of 1**
Copyright, ISO Commercial Risk Services, Inc., 1983



## Association Insurance Co.

### COMMON POLICY DECLARATIONS

**Policy Number** PKG 0182015 00                                   **Renewal of**
**Transaction Type** AMENDED DECLARATION                           **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015 **To**  01/30/2016 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

|  |  | Premium |
|---|---|---|
| Commercial Property Coverage Part<br>    Includes Extra Coverage Endorsement | $ | █████ |
|  $205.00 |  |  |
| Commercial General Liability Coverage Part<br>    Includes Extra Coverage Endorsement | $ | █████ |
|  $350.00 |  |  |
| Commercial Inland Marine Coverage Part | $ | █████ |
| Crime and Fidelity Coverage Part | $ | █████ |
| Total | $ | █████ |
| Taxes/Surcharges (If Applicable) | $ | █████ |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 09 Day of April, 2015

By_____
                    Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORM INVENTORY SCHEDULE

| Policy Number: | PKG 0182015 00 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIGPRVN01 (8/06)    Privacy Notice
CPPPJA001 (1/05)    Policy Jacket Page
AIC C DEC (9/09)    Common Policy Declarations
IL0003    (9/08)    Calculation Of Premium
IL0017    (11/98)   Common Policy Conditions
IL0249    (9/08)    SC Changes-Canc & Nonrnwl
ILN001    (9/03)    Fraud Statement
ILP001    (1/04)    US Treasury Notice

**Commercial Fire Forms**
AIC PR DEC (9/09)   Property Declarations Page
CP0010    (10/12)   Bldg and Pers Prop Cov Form
CP0090    (7/88)    Commercial Property Conditions
CP1030    (10/12)   Cause of Loss - Special Form
BIPECE    (4/13)    Property Extra Coverage Endt
CP0140    (7/06)    Excl of Loss Due To Virus/Bact
IL0194    (10/12)   SC Chgs Legal Action Agst US
IL0935    (7/02)    Exc of Certain Cmpter Rel Loss
IL0953    (1/08)    Excl of Cert Acts of Terrorism
IL0985    (1/08)    Terrorism Disclosure

**General Liability Forms**
AIC GLPDEC (9/09)   GL PKG Declarations Page
CG0001    (4/13)    Comml Gen Liab Coverage Form
BIG GLECE (4/13)    GL Extra Coverage Endorsement
BIG CXEMP (2/12)    Earned Minimum Premium Endt
CG0300    (1/96)    Deductible Liability Insurance
CG2010    (4/13)    Addl Insd-Owners,Less.or Con B
CG2033    (4/13)    Addl Insd-Own,Less,Cntr-Constr
CG2037    (4/13)    Addl Insd-Lss,Cntr-Comp Op
CG2101    (11/85)   Exclusion-Athletic/Sports Part
CG2106    (5/14)    Excl-Access or Discl of Info
CG2116    (4/13)    Excl-Designated Profes.Service
CG2117    (7/98)    Excl-Movement of Bldgs/Struct
CG2146    (7/98)    Abuse or Molestation Exclusion
CG2147    (12/07)   Excl-Employ.-Related Practices
CG2152    (4/13)    Exclusion-Financial Services
CG2165    (12/04)   Total Pollution Exclusion
CG2166    (4/13)    Excl-Volunteer Workers
CG2167    (12/04)   Fungi or Bacteria Exclusion
CG2173    (1/08)    Exclusion-Cert Acts of Terrori
CG2186    (12/04)   Excl-Exterior Insulation
CG2196    (3/05)    Silica or Silica-Related Excl
CG2233    (4/13)    Excl-Testing or Consult.E&O
CG2234    (4/13)    Excl-Constr.Mgmt E & O
CG2243    (4/13)    Excl-Engineers,Arch.Surv. Prof
CG2279    (4/13)    Excl-Contractors Prof Liab
CG2301    (4/13)    Excl-Real Est Agents & Brokers
CG2404    (5/09)    Waiver of Transf.Rgts of Recov
CG2413    (4/13)    Amndmnt-Pers Inj & Ad Inj Def
CG2426    (4/13)    Amend Insd Contract Definition
GLAIPNC   (1/09)    Addl Ins Prim/Noncontrib. Covg
GLALX     (1/09)    Asbestos or Lead Exclusion

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**COMMERCIAL PACKAGE POLICY**
**FORM INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

```
GLCAP       (6/14)    Condominium Exclusion
GLCCC       (1/07)    Care, Custody and Control
GLCPTT001   (8/03)    Copyright Infringement
GLEDW       (6/10)    Excl - Designated Work
GLEICD      (1/07)    Expansion of Insured Contract
GLFB        (1/09)    Fungi & Bacteria
GLPCO       (2/14)    Excl-Prior Completed Operation
GL RFWE     (10/13)   Resulting Damage Coverage
GL-XDW      (10/13)   Excl-Contaminated Drywall
IL0021      (9/08)    Broad Form Nuclear Energy Excl
IL0985      (1/08)    Terrorism Disclosure
IL1201      (11/85)   Policy Change
```

**Inland Marine Forms**
```
AIC IMCDEC (9/09)    Comml Inland Marine Cov Dec
AICCE DEC  (9/09)    Cont Equip/Emp Tools Cov Dec
AICCE SCH  (9/09)    Cont Equip Schedule
CM0001     (9/04)    Coml Inland Marine Conditions
CM0122     (9/00)    South Carolina Chgs-Legal Act
IH0068     (9/09)    Contract Equip Covg Form
IMMD       (9/09)    Excl-Mysterious Disappearance
IL0935     (7/02)    Exc of Certain Cmpter Rel Loss
IL0953     (1/08)    Excl of Cert Acts of Terrorism
IL0985     (1/08)    Terrorism Disclosure
```

Issued Date: 04/09/2015

AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #      1      Bldg #        1
PRIMARY                          0702
0
DORCHESTER,  180

Issued Date: 04/09/2015
CPP SCHED                                    AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



Association Insurance Co.

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▇▇▇ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▇▇▇ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity          \* Extended Period Of Indemnity (Days)**

N/A                              N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $            ▇▇▇

AIC  PR DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Builders Insurance Group®**

## Association Insurance Company

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

|  |  |
|---|---|
| General Liability Coverage Premium | $  |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium (Subject to Audit) | $ |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC  GLPDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY COVERAGE PART**

| Policy Number: | PKG 0182015 00 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY     0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn Classification Description ||||||||||||

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT |||||||||||
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED |||||||||||
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED |||||||||||
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 02/24/2015 | | | O | |
| ADD'L INSURED |||||||||||
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED |||||||||||
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS |||||||||||
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS |||||||||||
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS |||||||||||

REINSTATEMENT/LATE FEES

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**     $▮▮▮▮▮▮

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
**GENERAL LIABILITY COVERAGE PART**

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #     1
121 ESTATES DR
SUMMERVILLE, SC 29483

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC<br>INSURANCE COMPLIANCE | PO BOX 12010 DR<br>HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

    © Insurance Services Office, Inc., 2012    **CG 20 10 04 13**

POLICY NUMBER: PKG 018201500

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| BLANKET BY WRITTEN CONTRACT | ALL LOCATIONS |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012



**Association Insurance Co.**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015  **To** 01/30/2016  **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**  See Attached Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015**To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ███████ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| **Forms Applicable:** See Attached Forms Inventory Schedule |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

| **Premium**<br>Premium for this Coverage Part: $ ███████ |
|---|

AIC CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

| | |
|---|---|
| **Policy Number:** PKG 0182015 00 | |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI | |
| **Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** | |

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**Association Insurance Co.**
P.O. Box 723026
Atlanta, GA 31139

AGENT COPY
Date Issued: 04/15/2015

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

Insured
FOUR BUILDERS PLUS SIDING DIVISION LLC

Policy Number    Policy Period
PKG 0182015 00   01/30/2015 01/30/2016

Agent
C. T. Lowndes & Company

Agent Telephone
843-884-3159

WRITTEN PREMIUM        $▮▮▮▮▮▮
EXPENSE CONSTANT

TOTAL POLICY BALANCE   $▮▮▮▮▮▮
PAYMENT PLAN           25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2015 | |
| 03/30/2015 | |
| 04/30/2015 | |
| 05/30/2015 | |
| 06/30/2015 | |
| 07/30/2015 | |
| 08/30/2015 | |
| 09/30/2015 | |
| 10/30/2015 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice. Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  06

| POLICY NUMBER<br><br>PKG 0182015 00 | POLICY CHANGES EFFECTIVE<br> 02/24/2015 | COMPANY<br><br>Association Insurance Company |
|---|---|---|
| NAMED INSURED<br><br>FOUR BUILDERS PLUS SIDING DIVISION LLC | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

<div align="center">CHANGES</div>

AMEND THE CG2037 TO READ AS FOLLOWS

D R HORTON INC. ITS AFFILIATES AND SUBSIDIARIES

ALL WORK PERFORMED FOR ADDITIONAL INSURED

Annual Return/Additional Premium: N/A

_____

Authorized Representative Signature



**Association Insurance Co.**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 00 | **Renewal of** |
| **Transaction Type** AMENDED DECLARATION | **Audit Type** ANNUAL |

| **Named Insured and Mailing Address** | **Agent Name and Mailing Address** |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

| | | Premium |
|---|---|---|
| Commercial Property Coverage Part | | $ |
| Includes Extra Coverage Endorsement | $205.00 | |
| Commercial General Liability Coverage Part | | $ |
| Includes Extra Coverage Endorsement | $350.00 | |
| Commercial Inland Marine Coverage Part | | $ |
| Crime and Fidelity Coverage Part | | $ |
| | Total | $ |
| Taxes/Surcharges (If Applicable) | | $ |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 15 Day of April, 2015

By_____

Authorized Representative

AIC  C DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORM INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 00 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY     0002528 |

# FORMS INVENTORY

**Policy Level Forms**
| | | |
|---|---|---|
| BIGPRVN01 | (8/06) | Privacy Notice |
| CPPPJA001 | (1/05) | Policy Jacket Page |
| AIC C DEC | (9/09) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |

**Commercial Fire Forms**
| | | |
|---|---|---|
| AIC PR DEC | (9/09) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| BIPECE | (4/13) | Property Extra Coverage Endt |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/08) | Excl of Cert Acts of Terrorism |
| IL0985 | (1/08) | Terrorism Disclosure |

**General Liability Forms**
| | | |
|---|---|---|
| AIC GLPDEC | (9/09) | GL PKG Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| BIG CXEMP | (2/12) | Earned Minimum Premium Endt |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (4/13) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/08) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| GLALX | (1/09) | Asbestos or Lead Exclusion |

Issued Date: 04/15/2015

CPPFIA001                          AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORM INVENTORY SCHEDULE

| Policy Number: | PKG 0182015 00 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

# FORMS INVENTORY

```
GLCAP       (6/14)    Condominium Exclusion
GLCCC       (1/07)    Care, Custody and Control
GLCPTT001   (8/03)    Copyright Infringement
GLEDW       (6/10)    Excl - Designated Work
GLEICD      (1/07)    Expansion of Insured Contract
GLFB        (1/09)    Fungi & Bacteria
GLPCO       (2/14)    Excl-Prior Completed Operation
GL RFWE     (10/13)   Resulting Damage Coverage
GL-XDW      (10/13)   Excl-Contaminated Drywall
IL0021      (9/08)    Broad Form Nuclear Energy Excl
IL0985      (1/08)    Terrorism Disclosure
IL1201      (11/85)   Policy Change
```
**Inland Marine Forms**
```
AIC IMCDEC (9/09)    Comml Inland Marine Cov Dec
AICCE DEC  (9/09)    Cont Equip/Emp Tools Cov Dec
AICCE SCH  (9/09)    Cont Equip Schedule
CM0001     (9/04)    Coml Inland Marine Conditions
CM0122     (9/00)    South Carolina Chgs-Legal Act
IH0068     (9/09)    Contract Equip Covg Form
IMMD       (9/09)    Excl-Mysterious Disappearance
IL0935     (7/02)    Exc of Certain Cmpter Rel Loss
IL0953     (1/08)    Excl of Cert Acts of Terrorism
IL0985     (1/08)    Terrorism Disclosure
```

Issued Date: 04/15/2015

AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #      1     Bldg #         1
PRIMARY                            0702
0
DORCHESTER,  180

Issued Date: 04/15/2015
CPP SCHED                         AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

```
Named Insured
FOUR BUILDERS PLUS LLC
```

Issued Date: 04/15/2015
CPPNISA001                                    AGENT COPY



Association Insurance Co.

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

*Monthly Limit Of Indemnity      *Maximum Period Of Indemnity        * Extended Period Of Indemnity (Days)

                                                    N/A                                              N/A

*Applies to Business Income Only

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $          ███ |

AIC  PR DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Company**

## GENERAL LIABILITY COVERAGE PART DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 00 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2015  **To** 01/30/2016  **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate Prem/Ops | Rate Prod/Comp Ops | Advance Premium Prem/Ops | Advance Premium Prod/Comp Ops |
|---|---|---|---|---|---|---|---|
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium (Subject to Audit) | $ | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

AIC  GLPDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY COVERAGE PART**

| Policy Number: | PKG 0182015 00 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI | |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 02/24/2015 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 02/24/2015 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2015 | 01/30/2016 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2015 | 01/30/2016 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2015 | 01/30/2016 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

REINSTATEMENT/LATE FEES

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**    $█████

Issued Date: 04/15/2015
GL CSA001                          AGENT COPY

**Association Insurance Co.**
**A Stock Company**
P.O. Box 723026
Atlanta, GA  31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY COVERAGE PART**

| | |
|---|---|
| Policy Number:  PKG 0182015 00 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Issued Date: 04/15/2015
CPPLOCA001                              AGENT COPY

POLICY NUMBER:  PKG 0182015 00

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC<br>INSURANCE COMPLIANCE | PO BOX 12010 DR<br>HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 10 04 13**

POLICY NUMBER:  PKG 018201500

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| D R HORTON INC. ITS AFFILIATES ANDSUBSIDIARIES | ALL WORK PERFORMED FOR ADDITIONAL INSURED |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.


Builders Insurance Group®

**Association Insurance Co.**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

| |
|---|
| **Policy Number:** PKG 0182015 00 |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI |
| **Policy Period: From** 01/30/2015  **To**  01/30/2016  **12:01 A.M.** Standard Time At The Named Insured's Mailing Address |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| |
|---|
| **THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.** |

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| |
|---|
| **Forms Applicable:**   See Attached Forms Inventory Schedule |

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

AIC  IMCDEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 00

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ███████ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:** See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

---

**Premium**
Premium for this Coverage Part: $ ███████

---

AIC CE DEC 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



**ASSOCIATION INSURANCE COMPANY**

**CONTRACTORS EQUIPMENT SCHEDULE**

| | |
|---|---|
| **Policy Number:** PKG 0182015 00 | |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI | |
| **Policy Period: From** 01/30/2015 **To** 01/30/2016 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** | |

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

AIC  CE SCH 09 09

Includes copyrighted material of Insurance Services Office, Inc. with its permission.



The following information is provided in accordance with applicable state and federal laws and regulations.  No action on your part is necessary.

**PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES**

**Builders Insurance Group, Inc., Association Services, Inc., American Builders Insurance Company, National Builders Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group."**

**This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, who are not part of the Builders Insurance Group.  Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.**

**What categories of information about you do we collect?**

**We may collect the following categories of nonpublic personal information about you from the following sources:**

- **Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;**
- **Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and**
- **Information we obtain about you from consumer reporting agencies.**

**What categories of information about you do we disclose?**

**We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law.  In some cases, this means that we can disclose information about you to certain third parties without your authorization.**

**How do we protect the confidentiality and security of your information?**

**We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law. We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records.  Our employees who violate our privacy policy are subject to disciplinary action.**

**Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.**

**You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate.  We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information.  Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta Georgia 31139-0099 regarding our privacy notice.**

BIG PRVN 05 15

BUILDERS INSURANCE GROUP
GENERAL LIABILITY SUPPLEMENTAL APPLICATION
CPP



**All information on this application and the accompanying ACORD application must be completed. Both applications must be signed by the applicant and the producer.**

| Proposed Effective Date  01/30/2016 | Today's Date  12/08/2015 |
|---|---|

DBA Name (This is the name by which we will refer to this account)

Legal Name (If different)  FOUR BUILDERS PLUS SIDING DIVI

Has any owner or officer of this company ever declared bankruptcy? Yes___ No___. If "yes" please provide the following details: Date Filed_____ Amount Filed_____ Chapter? 7___ 11___ 13___ Attach documents verifying court's final disposition.

PROPERTY DAMAGE DEDUCTIBLE      ☐ $1,000 (Std)   ☐ $2,000   ☒ $5,000   ☐ $10,000   ☐ Other

Signature _____

---

**MOLD ELECTION (YOU MUST ELECT "A" OR "B" BELOW AND SIGN WHERE INDICATED)**

A.  On behalf of the named insured above, the undersigned hereby acknowledges that this policy provides limited ($2,500) coverage for property damage losses only (not bodily injury), from mold, mildew, fungi, or bacteria or any similar or related cause of loss.

_____          _____
Owner Name Printed                                         Signature

*-OR-*

B.  We hereby elect the option selected below for mold, mildew, fungi, bacteria and understand and acknowledge coverage is limited by an annual aggregate and coverage is inclusive of defense costs and is for property damage losses only.  A deductible of two times the policy deductible applies to each occurrence.  Choose one only if you elect this additional coverage:

_____ $5,000 (Premium of $500.00)        _____ $10,000 (Premium of $1,000.00)

_____          _____
Owner Name Printed                                         Signature

---

AFFIDAVIT:  I, the undersigned, hereby certify that I have read, understand, and certify the validity of the statements and information included in and made a part of this application.  I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules, and regulations relating to the welfare, health, and safety of employees.  I further agree to comply with all reasonable recommendations made by the Company with regard to same.

Producer's

Owner/Officer's Signature_____     Signature_____

Owner/Officer's Name (Printed)_____     Agency Name (Printed)
                                                                               _____ C. T. LOWNDES & COMPANY

To request a quotation, fax a complete submission to your underwriter.  Do not send a check until you have received our written quotation.  Mail to: Builders Insurance Group, PO Box 723099, Atlanta, GA 31139-0099.

CPP GL Suppl App 01/10

**BUILDERS INSURANCE GROUP**

**ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

**COMMERCIAL PACKAGE POLICY**

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC          **Policy Number:** PKG 0182015 01

---

**Commercial Property**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**General Liability**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**
Final Premium to be determined at audit.

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Inland Marine**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Policyholder/Applicant Signature_____

---

Date_____

CPP Terr Suppl 03/10


*Builders Insurance Group*℠

**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 01                 **Renewal of** PKG 0182015
**Transaction Type** RENEWAL DECLARATION          **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2016   **To**  01/30/2017 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

Premium

Commercial Property Coverage Part                                        $
   Includes Extra Coverage Endorsement     $250.00

Commercial General Liability Coverage Part                               $
   Includes Extra Coverage Endorsement     $350.00

Commercial Inland Marine Coverage Part                                   $

Crime and Fidelity Coverage Part                                         $

                             Total     $

Taxes/Surcharges (If Applicable)     $

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 08 Day of December, 2015

By_____

Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



# SOUTH CAROLINA INSURANCE FEE DISCLOSURE NOTICE

Insured:     FOUR BUILDERS PLUS SIDING DIVISION LLC

PLEASE BE ADVISED THAT THE FOLLOWING FEES MAY APPLY:

**Maximum Fee Schedule:**

| | |
|---|---|
| LATE CHARGES | $10.00 |
| REINSTATEMENT CHARGES | $10.00 |
| CONVENIENCE CHARGES | $ 3.00 |
| INSTALLMENT PAYMENT FEE | $10.00 |
| NOT SUFFICIENT FUNDS FEE | $30.00 |

GLSCFDN002

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA 31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**

| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| BIPECE | (4/13) | Property Extra Coverage Endt |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**

| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| BIG CXEMP | (2/12) | Earned Minimum Premium Endt |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (4/13) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA 31139-0099

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 12/08/2015                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| Policy Number: | PKG 0182015 01 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI | |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #　　　1　　Bldg #　　　1
PRIMARY　　　　　　　　　　　0702
0
DORCHESTER,　180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**NAMED INSURED SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Wolters Kluwer Financial Services | Uniform Forms™

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 02 49 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured and the agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpay-ment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's and agent's last known addresses.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 120 Days Or More**

If this policy has been in effect for 120 days or more, or is a renewal or contin-uation of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Material misrepresentation of fact which, if known to us, would have caused us not to issue the policy;

**c.** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the policy;

**d.** Substantial breaches of contractual duties, conditions or warranties; or

**e.** Loss of our reinsurance covering all or a significant portion of the particular policy insured, or where continuation of the policy would imperil our solvency or place us in violation of the insurance laws of South Carolina.

Prior to cancellation for reasons permit-ted in this Item **e.,** we will notify the Commissioner, in writing, at least 60 days prior to such cancellation and the Commissioner will, within 30 days of such notification, approve or disap-prove such action.

Any notice of cancellation will state the precise reason for cancellation.

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** We will not refuse to renew a policy issued for a term of more than one year, until expiration of its full term, if anniversary renewal has been guaranteed by additional premium consideration.

**2.** If we decide not to renew this policy, we will:

   **a.** Mail or deliver written notice of nonrenewal to the first Named Insured and agent, if any, before:

      **(1)** The expiration date of this policy, if the policy is written for a term of one year or less; or

      **(2)** An anniversary date of this policy, if the policy is written for a term of more than one year or for an indefinite term; and

   **b.** Provide at least:

      **(1)** 60 days' notice of nonrenewal, when nonrenewal is to become effective between November 1 and May 31; or

      **(2)** 90 days' notice of nonrenewal, when nonrenewal is to become effective between June 1 and October 31.

**3.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's last known addresses. If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** Any notice of nonrenewal will state the precise reason for nonrenewal.

© ISO Properties, Inc., 2007
**IL 02 49 09 08**

IL N 001 09 03

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC.  **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC.  When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC.  Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity          \* Extended Period Of Indemnity (Days)**

N/A                                    N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $ ███ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

COMMERCIAL PROPERTY                              POLICY NUMBER:  PKG 0182015 01

**PROPERTY EXTRA COVERAGE ENDORSEMENT**

**TABLE OF CONTENTS**

**A.** Property within 100 feet of the Building

**B.** Debris Removal

**C.** Fire Department Service Charge
    **(1)** Fire Extinguisher Recharge Cost
    **(2)** Reward of the arrest & conviction of a person or persons who caused damage to covered property
    **(3)** Outdoor Sign Coverage
    **(4)** Employee Dishonesty
    **(5)** Forgery or Alteration of checks, drafts or notes
    **(6)** Money or Securities inside the described premises
    **(7)** Money or Securities outside the described premises
    **(8)** Computer Fraud
    **(9)** Appraisal or Inventory Expense undertaken at the Insurance Company's request
  **(10)** Lock Repair
  **(11)** Sewer or Drain Backup
  **(12)** Contractors Equipment
  **(13)** Fine Arts
  **(14)** Accounts Receivable

**D.** **(1)** Newly Acquired Buildings
    **(2)** Newly Acquired Business Personal Property
    **(3)** Period of Restoration

**E.** Personal Effects and Property of Others

**F.** Valuable Papers & Records

**G.** Outdoor Property

**H.** Non-Owned Detached Trailers

Includes copyrighted material of Insurance Services Office, Inc., with its permission

This endorsement modifies insurance provided under the following forms:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
COMMON POLICY CONDITIONS

The terms of the **Building and Personal Property Coverage Form** and **Causes Of Loss - Special Form** are amended as set forth in this Endorsement, and:

1.  The provisions set forth in this Endorsement, for which you have paid a premium, shall apply and supersede any terms to the contrary set forth in the **Building and Personal Property Coverage Form** and **Causes Of Loss - Special Form**; and

2.  All other terms of the **Building and Personal Property Coverage Form** and **Causes Of Loss - Special Form** shall continue to apply to the extent they do not conflict with this Endorsement.

Insurance provided by this Endorsement is primary to all other coverages.

Words that appear in quotation marks in this Endorsement have special meaning.  Please refer to the Definitions section of the **Building and Personal Property Coverage Form.**

**Property Enhancements**

**A.**  In the **A. Coverage** section of the **Building and Personal Property Coverage Form**, the references to "100 feet" are amended to "1,000 feet" in the following paragraphs:
   **1. A.1.a.(5)(b) Building**
   **2. A.1.b. Your Business Personal Property**
   **3. A.1.c.(2) Personal Property Of Others**

**B.**  The **Building and Personal Property Coverage Form, A.4. Additional Coverages** is revised as follows:
   **1.** Paragraph **4.a. Debris Removal:**  Subject to all limitations and the deductible, our limit of liability for debris removal is increased to $50,000.
   **2.** Paragraph **4.c. Fire Department Service Charge:**  Our limit of liability for the **Fire Department Service Charge** is increased to $2,000, unless a higher limit is shown in the Declarations for this coverage.

**C.**  In the **Building and Personal Property Coverage Form**, the following coverages are added to **A.4. Additional Coverages** in the **A. Coverage** section:
   **1. Fire Extinguisher System Expense**
      **a.**  We will pay:
         **(1)** The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems if they are discharged within 100 feet of the described "premises"; and
         **(2)** For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or fire extinguishing system.
      **b.**  No coverage will apply if the fire extinguisher or fire extinguishing system is discharged during installation or testing.
      **c.**  The most we will pay under this Additional Coverage is $1,500 in any one occurrence.
      **d.**  No deductible applies to this Additional Coverage.

**2. Reward Payment**

   **a.** For information leading to the arrest and conviction of any person or persons who have committed a crime resulting in loss to Covered Property from a Covered Cause of Loss, we will:

      **(1)** Reimburse you for rewards you paid to an eligible person, up to the lowest of:

         **(a)** The actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it;

         **(b)** The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition; or

         **(c)** $5,000.

      **(2)** Pay an eligible person for the return of stolen Covered Property, when the loss is caused by theft, up to the lowest of:

         **(a)** The actual cash value of the Covered Property, based on the condition of the Covered Property at the time it is returned;

         **(b)** The cost to replace the Covered Property with other property of like kind and quality;

         **(c)** The lowest amount we pay for a loss under the Loss Payment Condition; or

         **(d)** $5,000.

   **b.** This Additional Coverage is subject to the following additional conditions:

      **(1)** An eligible person is any person confirmed by a law enforcement agency as being the first person to voluntarily provide information leading to the arrest and conviction of the responsible person or persons, and who is/are not:

         **(a)** You or any of your family members;

         **(b)** Your "employee" or any of his or her family members;

         **(c)** An "employee" of a law enforcement agency;

         **(d)** An "employee" of a business engaged in property protection;

         **(e)** A person who had custody of the Covered Property at the time the crime was committed; or

         **(f)** A person who planned, participated in, contributed to or concealed the crime.

      **(2)** No reward will be paid to you unless and until each person who committed the crime is convicted.

      **(3)** No reward will be paid to an eligible person for the return of stolen Covered Property until the Covered Property is returned.

**3. Outdoor Signs**

   **a.** We will pay for direct physical loss of or damage to all outdoor signs at the "premises" described in the Declarations:

      **(1)** Owned by you; or

      **(2)** Owned by others but in your care, custody or control.

   **b.** We will not pay for loss or damage to any outdoor sign caused by or resulting from:

      **(1)** Wear and tear;

      **(2)** Hidden or latent defect;

      **(3)** Rust;

      **(4)** Corrosion;

      **(5)** Mechanical breakdown; or

      **(6)** Failure to maintain.

   **c.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $5,000 unless any other limit for outdoor signs is shown in the Declarations.

   **d.** This Additional Coverage is in addition to other coverage for loss or damage to outdoor signs provided in the **Building And Personal Property Coverage Form** but shall not duplicate payment for loss or damage paid under such other coverage.

**4. "Employee" Dishonesty**

   **a.** We will pay for direct loss of or damage to Your Business Personal Property and your "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partners, members or "managers") with the manifest intent to:

      **(1)** Cause you to sustain loss or damage; and

      **(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any "employee; or

**(b)** Any other person or organization.

**b.** We will not pay for:

**(1)** Loss or damage resulting from any dishonest or criminal act, with or without a conviction, that you or any of your partners, members, officers, "managers", directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose, commit, whether acting alone or in collusion with other persons;

**(2)** Loss or damage that is an indirect result of any act covered by this insurance including, but not limited to, loss or damage resulting from:

**(a)** Your inability to realize income that you would have realized had there been no loss of or damage to your "money" or "securities";

**(b)** Payment of damages of any type for which you are legally liable other than compensatory damages arising directly from a loss covered under this insurance; or

**(c)** Payment of costs, fees or other expenses you incur in proving the loss occurred or the amount of the loss.

**(3)** Expenses related to any legal action; or

**(4)** Loss or damage, the only proof of which is:

**(a)** An inventory computation, and/or

**(b)** A profit and loss computation.

**c.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $5,000 unless any other limit for "employee" dishonesty is shown in the Declarations.

**d.** All loss or damage:

**(1)** Caused by one or more "employees"; and

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** We will pay only for loss or damage you sustain due to acts or events that occur during the policy period.  Without regard to the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance accumulates from year-to-year or period-to-period.

**f.** This Additional Coverage does not apply to loss caused by any "employee" after discovery by:

**(1)** You; or

**(2)** Any of your partners, officers, directors, members or "managers" who are not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

**g.** We will not pay for loss or damage that has occurred during the policy period but is discovered later than one year from the end of the policy period.

**h.** If you discover a loss or damage during the policy period that you (or any predecessor in interest) sustained during the period of any prior insurance for which you could have recovered under that prior insurance except that the time within which to discover loss or damage has expired, this Additional Coverage will apply if:

**(1)** This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

However, any insurance provided under this Clause **h.** is provided within, and not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Additional Coverage as of its effective date; or

**(2)** The prior insurance, had it remained in effect.

**5. Forgery Or Alteration**

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises , orders or directions to pay a certain sum of "money" that are:

**(1)** Made or drawn upon your account;

**(2)** Made or drawn upon your account by one acting as your agent; or

**(3)** Made or drawn upon your account by one claiming or appearing to be acting as your agent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

    **b.** If you are sued because you refuse to pay any instrument covered in Clause **a.** above on the basis that it has been forged or altered, and you have our written consent to defend the lawsuit, then subject to our limit of liability stated in Clause **5.d.** below, we will reimburse you for reasonable legal expenses you incur and pay in that defense.

    **c.** We will treat mechanically reproduced facsimile signatures the same as handwritten signatures.

    **d.** The most we will pay for any loss in any one occurrence, including legal expenses, under this Additional Coverage is $2,500 unless any other limit for "forgery" or alteration is shown in the Declarations.

**6.** **Money Or Securities**

    **a.** We will pay for loss of "money" or "securities" used in your business while:

      **(1)** At the bank or savings institution;

      **(2)** Within your living quarters or the living quarters of your partners or any "employee" having care, custody and control of the "money" or "securities", at the described premises; or

      **(3)** In transit between the locations described in Paragraphs **6.a.(1)** and **6.a.(2)** above.

    **b.** We will pay only for loss or "money" and "securities" resulting from:

      **(1)** Theft;

      **(2)** Disappearance; or

      **(3)** Destruction.

    **c.** We will not pay for loss:

      **(1)** Resulting from accounting or arithmetical errors or omissions;

      **(2)** Due to the giving or surrendering of the "money" or "securities" in any exchange or purchase; or

      **(3)** Of "money" contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous reading instrument in the device.

    **d.** Unless any other limit for "money" or "securities" is shown in the Declarations, the most we will pay for loss under this coverage for "money" or "securities" in any one occurrence is:

      **(1)** $5,000 for "money" and "securities" while:

        **(a)** In or on the described "premises"; or

        **(b)** Within a bank or savings institution; and

      **(2)** $2,500 for "money" or "securities" while anywhere else.

    **e.** All loss:

      **(1)** Caused by one or more persons; and

      **(2)** Involving a single act or series of related acts;

    is considered one occurrence.

    **f.** You must keep records of all "money" or "securities" and provide the records to us after any loss.

    **g.** The **Property Not Covered** provisions in the Coverage section of the **Building And Personal Property Coverage Form** do not apply for loss of "money" or "securities" used in your business to which this Additional Coverage applies.

**7.** **Computer Fraud**

    **a.** We will pay for loss of "money" or "securities" or damage to other property resulting directly from the use of any "computer" to fraudulently cause a transfer of that "money", "securities" or other property from inside a building at the described "premises" or from any bank or similar safe depository to:

      **(1)** A person outside those "premises"; or

      **(2)** A place outside those "premises".

    **b.** The most we will pay under this Additional Coverage for loss or damage in any one occurrence is $2,500 unless any other limit for computer fraud is shown in the Declarations.

**8.** **Appraisal or Inventory Expense**

    **a.** We will pay, in the event of covered loss or damage, for reasonable expenses you incur at our written request, for taking inventory, securing contractor estimates or preparing a statement of loss and other supporting exhibits.

    **b.** The most we will pay under this Additional Coverage is $5,000 in any one occurrence at each described "premises".  Payments under this Additional Coverage will not increase the applicable Limit of Insurance.

**9. Lock Repair**

   **a.** We will pay the cost to repair, but not to replace, the door locks or tumblers of your described "premises" due to loss or damage caused by or resulting from a covered theft loss, including the theft of your door keys.

   **b.** We will not pay the cost of this Additional Coverage if the theft of your door keys is from any dishonest acts committed by you, any of your partners, full time, part time or temporary "employees", directors, officers, trustees, any authorized representative, or anyone that you have entrusted with door keys for any purpose.

   **c.** The most we will pay under this Additional Coverage is $1,000 in any one occurrence for each location described in the Declarations. The most we will pay under this coverage during any one policy period is $1,000, without regard to the number of occurrences. Payments made for lock or tumbler repair will increase the Limit of Insurance.

   **d.** No deductible applies to this additional coverage.

   **e.** Theft does not include:

      **(1)** Unexplained or mysterious disappearance of your door keys; or

      **(2)** The voluntary parting of your door keys by you or anyone else you have entrusted with your door keys.

**10. Sewer or Drain Back Up**

   **a.** We will pay for loss or damage to your Covered Property caused by or resulting from water which:

      **(1)** Backs up through sewers, drains or sump; or

      **(2)** Enters into and overflows from within a sump pump or sump pump well designed to remove subsurface water from the foundation area.

   **b.** The most we will pay in any one occurrence under this Additional Coverage is $7,500 for each location.

**11. Contractor's Equipment**

   **a.** **Coverage.** We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

   **b.** **Covered Property.** Covered Property, as used in this Additional Coverage, means the following property:

      **(1)** Your contractor's equipment; and

      **(2)** Property not owned by you that is leased, rented or borrowed which is used in your business operations.

   **c.** **Property Not Covered.** Covered Property does not include:

      **(1)** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

      **(2)** Aircraft or watercraft;

      **(3)** Plans, blueprints, designs or specifications;

      **(4)** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada. This exception for property on certain ferries does not extend any coverage for property on any ferries or other waterborne vessels traveling to or from Alaska or Hawaii, without regard to its place of origin;

      **(5)** Property while underground or under water;

      **(6)** Property that you loan, lease or rent to others;

      **(7)** Contraband, or property in the course of illegal transportation or trade; or

      **(8)** Tools and clothing belonging to your "employees".

   **d.** **Covered Causes Of Loss.** Covered Causes of Loss means Risks Of Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions, Paragraph **11.f.** below.

   **e.** **Loss During Transport.** If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property if the loss or damage occurs:

      **(1)** While the Covered Property is being moved or temporarily stored at another location; and

      **(2)** Within 30 days after the property is first moved.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**f. Exclusions - Contractor's Equipment**

**(1)** Without regard to any other cause or event that contributes concurrently or in any sequence to a loss or damage, we will not pay for loss or damage caused directly or indirectly by any of the following:

**(a) Governmental Action**

Seizure or destruction of property by order of governmental authority.  However, this shall not be applied to exclude coverage for loss or damage caused by or resulting from acts of destruction ordered by governmental authority at the time of a fire in order to prevent spread of the fire if the loss or damage is covered under this Endorsement.

**(b) Nuclear Hazard**

**(i)** Any weapon employing atomic fission or fusion; or

**(ii)** Nuclear reaction or radiation, or radioactive contamination from any cause.  But if a nuclear hazard results in fire to which coverage applies under this Coverage Form, this exclusion shall not be applied to direct loss or damage caused by that fire.

**(c) War And Military Action**

**(i)** War, including undeclared or civil war;

**(ii)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(iii)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusion **1.a.** through **1.c.** above apply whether or not the event or events that cause the loss results in widespread damage or affects a substantial area.

**(2)** We will not pay for loss or damage caused by or resulting from any of the following:

**(a)** Delay, loss of use, loss of market or any other consequential loss.

**(b)** Dishonest or criminal acts committed by:

**(i)** You, any of your partners, "employees", directors, officers, trustees, or authorized representatives;

**(ii)** A "manager" or a member if you are a limited liability company;

**(iii)** Anyone else with an interest in the property, or their "employees" or authorized representatives; or

**(iv)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or whether or not such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your "employees".  But theft by "employees" is not covered.

**(c)** Work upon the property.  Except, if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Endorsement.

**(d)** Artificially generated current creating a short circuit or other electric disturbance within an article covered under this Endorsement, but only the loss or damage to that article in which the disturbance occurs.  Except, if artificially generated current, as described above, results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Endorsement.

**(e)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**(f)** Unauthorized instructions to transfer property to any person or to any place.

**(g)** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**(3)** We will not pay for loss or damage caused by or resulting from any of the following:

**(a)** Wear and tear or depreciation;

**(b)** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, or gradual deterioration;

**(c)** Insects, vermin, or rodents;

**(d)** Corrosion or rust; or

**(e)** Mechanical breakdown or failure of the Covered Property.

But if loss or damage by a Coverage Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(4)** We will not pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.

**g. Limits Of Insurance.** This Contractor's Equipment coverage does not increase the Limit of Insurance. The most we will pay for loss or damage in any one occurrence is $2,500.

**h. Deductible.** We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds $250. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**i. Additional Conditions.** The following conditions apply in addition to the **Common Policy Conditions:**

**(1) Coverage Territory**

   **(a)** We cover property wherever located within:

      **(i)** The United States of America (including its territories and possessions);

      **(ii)** Puerto Rico; and

      **(iii)** Canada

   **(b)** We also cover property being shipped by air within and between points in the territory described in Paragraph **(a)** above.

**(2) Abandonment**

There can be no abandonment of any property to us.

**(3) Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **(a)** Pay its chosen appraiser; and

   **(b)** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**(4) Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

   **(a)** Notify the police if a law may have been broken.

   **(b)** Give us prompt notice of the loss or damage. Include a description of the property involved.

   **(c)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

   **(d)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **(e)** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

   **(f)** As often as may be reasonable required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   **(g)** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonable required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

   **(h)** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   **(i)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

   **(j)** Cooperate with us in the investigation or settlement of the claim.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(5) Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**(6) Loss Payment**

**(a)** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**(b)** We will not pay you more than your financial interest in the Covered Property.

**(c)** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**(d)** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**(e)** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

**(i)** We have reached agreement with you on the amount of the loss; or

**(ii)** An appraisal award has been made.

**(f)** We will not be liable for any part of a loss that has been paid or made good by others.

**(7) Pair, Sets Or Parts**

**(a)** Pair or Set

In case of loss or damage to any part of a pair or set we may:

**(i)** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**(ii)** Pay the difference between the value of the pair or set before and after the loss or damage.

**(b)** Parts

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**(8) Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**(9) Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**(10) Valuation**

The value of property will be the least of the following amounts:

**(a)** The actual cash value of that property;

**(b)** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**(c)** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**12. Fine Arts**

**a.** Your Business Personal Property may be extended to apply to your "Fine Arts" at the described "premises".

This Coverage Extension applies only if loss or damage is caused by a Covered Cause of Loss. We will not pay for loss or damage under this Coverage Extension to:

**(1)** Jewelry;

**(2)** Coins, stamps or numismatic collections;

**(3)** Furs or fur trimmed garments;

**(4)** Automobiles; or

**(5)** "Antique Furniture".

**b. Limits of Insurance.** The most we will pay for all "Fine Arts" in any one occurrence at all described premises is $5,000.

In addition to all other Limits of Liability and Conditions, the following shall apply regarding valuation of "Fine Arts" in the event of a loss or damage:

The value of "Fine Arts" shall be the lesser of:
**(1)** Market value;
**(2)** The cost to replace the damaged property with substantially similar property; or
**(3)** The cost to repair or restore the damaged property.

**13.** **Accounts Receivable**
   **a.** **Coverage.**
      **(1)** We will pay:
         **(a)** All amounts due from your customers that you are unable to collect;
         **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;
         **(c)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and
         **(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable, that result from Covered Causes of Loss to your records of accounts receivable.
      **(2)** Property Not Covered
        Coverage does not apply to:
         **(a)** Records of accounts receivable in storage away from the "premises" shown in the Declarations; or
         **(b)** Contraband or property in the course of illegal transportation or trade.
      **(3)** Covered Causes of Loss
        Covered Causes of Loss means direct physical loss or damage to your records of accounts receivable except those causes of loss listed in the Exclusions.
      **(4)** Additional Coverage - Collapse
        The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in Paragraphs a. and b. below.
         **(a)** For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.
         **(b)** We will pay for direct physical loss or damage to Covered Property caused by abrupt collapse of a building or any part of a building that contains Covered Property insured under this coverage form, if such collapse is caused by one or more of the following:
           **(i)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;
           **(ii)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;
           **(iii)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation; or
           **(iv)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:
              **(a)** A Cause of Loss listed in Paragraph **13.a.(4)(i)** or **13.a.(4)(ii);**
              **(b)** One or more of the following causes of loss:  Fire, lightning, windstorm, hail, explosion, smoke, aircraft, vehicles, riot, civil commotion, vandalism, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, breakage of building glass, falling objects, weight of snow, ice or sleet, water damage, earthquake, all only as insured against in this coverage form;
              **(c)** Weight of people or personal property; or
              **(d)** Weight of rain that collects on a roof.
    This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this coverage form.
   **b.** **Coverage Extension.**
     **Removal**
     If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

   **(a)** At a safe place away from your "premises"; or
   **(b)** Being taken to or returned from a safe place away from your "premises".
   This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

**c.  Exclusions.**

   **(1)** We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **(a) Governmental Action**

   Seizure or destruction of property by order of governmental authority.  But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

   **(b) Nuclear Hazard**

   Nuclear reaction or radiation, or radioactive contamination, however caused.  But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

   **(c) War and Military Action**

   **(i)** War, including undeclared or civil war;

   **(ii)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(iii)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

   Exclusions **13.c.(1)(a)** through **13.c.(1)(c)** apply whether or not the loss event results in widespread damage or affects a substantial area.

   **(2)** We will not pay for loss or damage caused by or resulting from any of the following:

   **(a)** Delay, loss of use, loss of market or any other consequential loss.

   **(b)** Dishonest or criminal act committed by:

   **(i)** You, any of your partners, employees, directors, officers, trustees, or authorized representatives;

   **(ii)** A "manager" or a member if you are a limited liability company;

   **(iii)** Anyone else with an interest in the property, or their "employees" or authorized representatives; or

   **(iv)** Anyone else to whom the property is entrusted for any purpose.

   Exclusion **13.c.(2)(b)** applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

   Exclusion **13.c.(2)(b)** does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your "employees".  But theft by "employees" is not covered.

   **(c)** Alteration, falsification, concealment or destruction or records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.  This exclusion applies only to the extent of the wrongful giving, taking or withholding.

   **(d)** Bookkeeping, accounting or billing errors or omissions.

   **(e)** Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

   **(i)** Programming errors or faulty machine instructions;

   **(ii)** Faulty installation or maintenance of data processing equipment or component parts;

   **(iii)** An occurrence that took place more than 100 feet from your "premises"; or

   **(iv)** Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".  But we will pay for direct loss or damage caused by lightning.

   **(f)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   **(g)** Unauthorized instructions to transfer property to any person or to any place.

   **(h)** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**(3)** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**(4)** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(a)** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **13.c.(1)** above to produce the loss or damage.

**(b)** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**(c)** Faulty, inadequate or defective:

**(i)** Planning, zoning, development, surveying, siting;

**(ii)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(iii)** Materials used in repair, construction, renovation or remodeling; or

**(iv)** Maintenance of part or all of any property wherever located.

**(d)** Collapse, including any of the following conditions of property or any part of the property:

**(i)** An abrupt falling down or caving in;

**(ii)** Loss of structural integrity, including separation of parts of the property, or property in danger of falling down or caving in; or

**(iii)** Any cracking, bulging, sagging, bending, leaning, settling, shrinking or expansion as such condition relates to Paragraph **13.c.(1)** or **13.c.(2)** above.

Exclusion **13.c.(4)(d)** does not apply to the extent that coverage is provided under the Additional Coverage - Collapse or to collapse caused by one or more of the following: Fire, lightning, windstorm, hail, explosion, smoke, aircraft, vehicles, riot, civil commotion, vandalism, leakage from fire extinguishing equipment, sinkhole collapse, volcanic action, breakage of building glass, falling objects, weight of snow, ice or sleet, water damage, earthquake, weight of people or personal property, or weight of rain that collects on a roof.

**d. Limits Of Insurance.**

The most we will pay for loss or damage in any one occurrence is $5,000.

**e. Additional Conditions.** The following conditions apply in addition to the **Common Policy Conditions:**

**(1) Determination Of Receivables**

If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(c)** The following will be deducted from the total amount of accounts receivable, however that amount is established.

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**(2) Recoveries**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. But any recoveries in excess of the amount we have paid belong to you. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**(3) Coverage Territory**

We cover records of accounts receivable:

**(a)** Within your "premises"; and

Includes copyrighted material of Insurance Services Office, Inc., with its permission

  **(b)** Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

    **(i)** The United States of America (including its territories and possessions);

    **(ii)** Puerto Rico; and

    **(iii)** Canada

 **(4) Protection Of Records**

  Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**D.** Provision **a.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Newly Acquired Or Constructed Property** is amended as follows:

 **1.** The last sentence in section **(1) Buildings** is deleted and replaced with the following:

  The most we will pay for loss or damage under this Extension is $500,000 at each building.

 **2.** The last sentence in section **(2) Your Business Personal Property** is deleted and replaced with the following:

  The most we will pay for loss or damage under this Extension is $250,000 at each building.

 **3.** Paragraph **(b)** in section **(3) Period Of Coverage** is deleted and replaced with the following:

  90 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property;

  This change shall not affect any other applicable time period or coverage end date,

**E.** Provision **b.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Personal Effects and Property Of Others** is deleted and replaced by the following:

 **b. Personal Effects And Property Of Others**

  You may extend the insurance that applies to Your Business Personal Property to apply to:

  **(1)** Personal effects owned by you, your officers, your partners or members, your "managers" or your "employees". This Extension does not apply to loss or damage by theft or mysterious or unexplained disappearance.

  **(2)** Personal property of others in your care, custody or control.

   The most we will pay for loss or damage under this Extension is $5,000 in any one occurrence at each described "premises" unless a different limit of insurance for personal effects and property of others is shown in the Declarations. Our payment for loss of or damage to Personal Effects And Property Of Others will only be for the account of the owner of the property.

   Coverage for Personal Effects And Property Of Others does not include tools of your partners, members, "managers" or "employees" used in construction activities. The Additional Condition with respect to Coinsurance in the **Building and Personal Property Coverage Form** does not apply to this Extension.

**F.** Provision **c.(4)** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Valuable Papers and Records (Other Than Electronic Data)** is deleted and replaced with the following:

 **(4)** Under this Extension, the most we will pay to replace or restore the lost information is $5,000 at each described "premises", unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**G.** Provision **e.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Outdoor Property,** is amended as follows:

The last paragraph is deleted and replaced with the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

The most we will pay for loss or damage under this Extension if $7,500, but not more than $500 for any one tree, shrub or plant.  These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**H.** Provision **f.** of the **Coverage Extensions** in the **Building and Personal Property Coverage Form,** with respect to **Non-Owned Detached Trailers,** is deleted and replaced by the following:

    **f.**   **Non-Owned Detached Trailers**

        **(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

            **(a)** The trailer is used in your business;

            **(b)** The trailer is in your care, custody or control at the "premises" described in the Declarations; and

            **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

        **(2)** We will not pay for any loss or damage that occurs:

            **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

            **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

        **(3)** The most we will pay for loss or damage under this Extension is $7,500, unless a higher limit is shown in the Declarations.

        **(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance coverage such property.

        The Additional Condition with respect to Coinsurance does not apply to this Extension.

**I.** The following definitions are added to **Definitions Section** of the **Building and Personal Property Coverage Form:**

        **(1)** "Antique Furniture" means furniture having increased in value because its age is 100 years or more.

        **(2)** "Computer" means a programmable electronic device that performs high-speed mathematical or logical operations or that assembles, stores, correlates, or otherwise processes information.

        **(3)** "Employee" means:

            **(a)** Any natural person:

                **(i)** While in your service and for the first 30 days after termination of service, unless such termination is due to theft or any other dishonest act by the "employee";

                **(ii)** Who you directly pay salary, wages or commissions; and

                **(iii)** Who you have the right to direct and control while performing services for you;

            **(b)** Any natural person who is furnished temporarily to you:

                **(i)** To substitute for a permanent "employee" as defined in Paragraph **I.(3)(a)(i)** above, who is on a leave of absence; or

                **(ii)** To meet seasonal or short-term work load conditions, while that person is subject to your direction and control and performing services for you, excluding any such person while having care and custody of your property outside the "premises";

            **(c)** Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **I.(3)(b)(ii)** above;

            **(d)** Any natural person who is:

                **(i)** A trustee, officer, "employee", administrator or "manager", except an administrator or "manager" who is an independent contractor of any "employee benefit plan"; and

                **(ii)** A director or trustee of your while that person is engaged in handling funds or other property of any "employee benefit plan";

            **(e)** Any natural person who is a former "employee", partner, member, "manager", director, officer or trustee retained as a consultant while performing services for you;

            **(f)** Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of your property outside the "premises";

**(g)** Any "employee" of an entity merged or consolidated with you prior to the effective date of this policy; or

**(h)** Any of your "managers", directors, officers or trustees while:

    **(i)** Performing acts within the scope of the usual duties of an "employee"; or

    **(ii)** Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

"Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **I.(3)(a)** above.

**(4)** "Employee Benefit Plan" means a benefit other than salary granted by an employer to its employees, subject to a written plan document, the taxable status of which is governed by the federal Employment Retirement Income Security Acts of 1974.

**(5)** "Fine Arts" means paintings, etchings, pictures, tapestries, photographs, rare or art glass, valuable rugs, statuary, bronzes, "Antique Furniture", porcelains, bric-a-brac, and other similar property having rare, historical value or artistic merit.

**(6)** "Forgery" means the act of falsely making, altering or imitating a document or signature with intent to defraud.

**(7)** "Manager" means a person servicing in a capacity as the managing director, managing officer or managing member of a limited liability company.

**(8)** "Money" means:

    **(a)** Currency, coins and bank notes whether or not in current use; and

    **(b)** Travelers checks, register checks and money orders held for sale to the public.

**(9)** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**(10)** "Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

**(11)** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    **(a)** Tokens, tickets, revenue and other stamps whether represented by actual stamps or unused value in a meter and whether or not in current use; and

    **(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued to you;

    **(c)** But does not include "money".

Includes copyrighted material of Insurance Services Office, Inc., with its permission

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |

($10,000 is 20% of $50,000)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increase Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effect of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.  Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fire, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f.    Non-Owned Detach Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension if $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.    Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.    Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C.    Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $    250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100

-      250

$ 59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2.  Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss.  In this Event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire.  If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction.  The appraisers will state separately the value of the property and amount of loss.  If they fail to agree, they will submit their differences to the umpire.  A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the policy if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss of the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits Of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Other To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

    © Insurance Services Office, Inc., 2011    CP 00 10 10 12

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:    The value of the property is:

Building at Location 1:        $ 75,000

Building at Location 2:        $100,000

Personal Property
at Location 2:        $ 75,000

$250,000

The Coinsurance percentage
for it is:        90%

The Limit of Insurance for
Buildings and Personal Property
at Locations 1 and 2 is:        $180,000

The Deductible is:        $ 1,000

The amount of loss is:

Building at Location 2:        $ 30,000

Personal Property
at Location 2:        $ 20,000

$ 50,000

Step **(1):**    $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**    $180,000 ÷ $225,000 = .80

Step **(3):**    $50,000 x .80 = $40,000

Step **(4):**    $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so: and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If:   The applicable Limit of Insurance is:  $100,000

The annual percentage increase is:        8%

The number of days since the beginning of the policy year (or last policy change) is:      146

The amount of increase is:
$100,000 x .08 x 146 ÷ 365 =    $  3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2) or (3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

  **a.** During the policy period shown in the Declarations; and

  **b.** Within the coverage territory.

**2.** The coverage territory is:

  **a.** The United States of America (including its territories and possessions);

  **b.** Puerto Rico; and

  **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

     Copyright, ISO Commercial Risk Services, Inc., 1993, 1987     **CP 00 90 07 88** ☐

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause of event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2011

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through;

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusion **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

but if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.3.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone of in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under this Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your Cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C.** **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss or of damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

 © Insurance Services Office, Inc., 2011 CP 10 30 10 12

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the courseof the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collpase is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does not apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limit of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

© Insurance Services Office, Inc., 2011

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, then the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

1. **Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces creased by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

IL 01 94 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES -
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART - FARM LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - FARM MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
FORM
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
STANDARD PROPERTY POLICY

**A.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy, the Capital Assets Program Coverage From (Output Policy), and in the Farm Forms listed above, is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part, Coverage Form or Policy to which this Condition applies unless:

**1.** There has been full compliance with all of the terms of this Coverage Part, Coverage Form or Policy; and

**2.** The action is brought within 3 years after the date on which the direct physical loss ("loss") or damage occurred.

**B.** Under the Commercial Property Coverage Part, Paragraph **(1)** of the **Legal Action Against Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**(1)** No one may bring a legal action against us under Coverages A and B unless:

**(a)** There has been full compliance with all of the terms of Coverages A and B; and

**(b)** The action is brought within 3 years after you discover the error or accidental omission.

                    © Insurance Services Office, Inc., 2011

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including micro-processors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 01                                                                    IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

>    BOILER AND MACHINERY COVERAGE PART
>    COMMERCIAL INLAND MARINE COVERAGE PART
>    COMMERCIAL PROPERTY COVERAGE PART
>    CRIME AND FIDELITY COVERAGE PART
>    EQUIPMENT BREAKDOWN COVERAGE PART
>    FARM COVERAGE PART
>    STANDARD PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.   The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

                    © Insurance Services Office, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

**IL 09 53 01 15**



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 01 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2016   **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |



General Liability Coverage Premium $
State Tax or Other (if applicable) $
Total General Liability Coverage Premium $
(Subject to Audit)

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 01 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn | | | | | | | | | | |

Classification Description

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 22.041 | 01/30/2016 | 01/30/2017 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.044 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.124 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $▇▇▇▇▇▇

Issued Date: 12/08/2015          AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Issued Date: 12/08/2015          AGENT COPY

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.** **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.** **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d.** **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.** **Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

     © Insurance Services Office, Inc., 2012     **CG 00 01 04 13**

**f.** **Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, or material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

    © Insurance Services Office, Inc., 2012     **CG 00 01 04 13**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, boarders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

     **(1)** On premises you own or rent;

     **(2)** On ways next to premises you own or rent; or

     **(3)** Because of your operations;

     provided that:

       **(a)** The accident takes place in the "coverage territory" and during the policy period;

       **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

       **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

     **(1)** First aid administered at the time of an accident;

     **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

     **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

   **a. Any Insured**

     To any insured, except "volunteer workers".

   **b. Hired Person**

     To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   **c. Injury On Normally Occupied Premises**

     To a person injured on that part of premises you own or rent that the person normally occupies.

   **d. Workers' Compensation And Similar Laws**

     To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **e. Athletics Activities**

     To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   **f. Products-Completed Operations Hazard**

     Included within the "products-completed operations hazard".

   **g. Coverage A Exclusions**

     Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGE A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services.

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by;

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than you "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **(1)** With respect to liability arising out of the maintenance or use of that property; and

        **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C;**

    **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A; and**

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

 © Insurance Services Office, Inc., 2012

9.  "Insured contract" means:

a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.  A sidetrack agreement;

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    Paragraph **f.** does not include that part of any contract or agreement:

    **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b.  While it is in or on an aircraft, watercraft or "auto"; or

c.  While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.  Vehicles maintained for use solely on or next to premises you own or rent;

c.  Vehicles that travel on crawler treads;

d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **(1)** Power cranes, shovels, loaders, diggers or drills; or

    **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.  Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **(2)** Cherry pickers and similar devices used to raise or lower workers;

f.  Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos":

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EARNED MINIMUM PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMON POLICY CONDITIONS**  (IL 00 17 11 98),

**A.  Cancellation,** subpart 5 is amended as follows:

If this policy is cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will be pro rata.  If the first Named Insured cancels, there will be a minimum earned premium retained by us of 25% of the annual premium due at inception.  The cancellation will be effective even if we have not made or offered a refund.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**BIG CXEMP 02 12**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**TABLE OF CONTENTS**

**Additions to SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  Non-Owned Watercraft

2.  Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System

**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.  Increased Limits for Bail Bonds

2.  Increased Limit of Loss of Earnings

**Additions to SECTION II - WHO IS AN INSURED**

1.  Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2.  Incidental Medical Malpractice

3.  Newly Acquired or Formed Organizations

**Additions to SECTION III - LIMITS OF INSURANCE**

1.  Damage to Premises Rented To You

2.  Increased Medical Payments Limit

3.  Additional Insured - Persons or Organizations Required by Written Contract or Agreement

**Additions to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1.  Knowledge of Occurrence

2.  Primary and Noncontributory

3.  Transfer of Rights of Recovery

4.  Liberalization

5.  Unintentional Failure to Disclose

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1.   **Non-Owned Watercraft**. Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
> **(2)** A watercraft you do not own that is:
> **(a)** Less than 51 feet long; and
> **(b)** Not being used to carry persons or property for a charge;

2.   **Property Damage Exclusion**. Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
> Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

> and replacing it with:
> Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is revised as follows:

3.   **Increased Limits.**   Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
> **b.** Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

4.   **Increased Limits.**   Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
> **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II - WHO IS AN INSURED** - is revised as follows:

**1.**   **Additional Insureds.**

**A.**   **Section II - Who Is An Insured** is amended to include as an additional insured:

**1.**   Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
**2.**   Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

 **(a)** Your acts or omissions; or
 **(b)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

 **(a)** Only applies to the extent permitted by law; and
 **(b)** Will not be broader than that which you are required by the contract  or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additionalexclusions apply:

This insurance does not apply to:
**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:
 **(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or
 **(b)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

 **(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
 **(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:
 **1.** Required by the contract or agreement described in Paragraph **A.1.;** or
 **2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice**. The following exception is added:

Paragraph **2.a.(1)(d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

    **(i)** Emergency Medical Technician; or
    **(ii)** Paramedic.

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3. **Newly Acquired or Formed Organizations.**

    Paragraph **3.a.** is deleted and replaced with the following:

    **(a)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    Paragraph **3.b.** is deleted and replaced with the following:

    **(b)** Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

1. **Damage To Premises Rented To You.**

The Limit for Damage to Premises Rented to You is amended to be the lesser of:
    **(a)** The Each Occurrence Limit shown in the Declarations; or
    **(b)** $300,000.

2. **Increased Medical Payments Limit.**

    Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

1. **Knowledge of Occurrence.** The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

    When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:
    **(1)** You, if you are an individual;
    **(2)** A member or partner, if you are a partnership or joint venture;
    **(3)** A member or manager, if you are a limited liability company;
    **(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
    **(5)** A trustee, if you are a trust;
    **(6)** Your insurance manager;
    **(7)** Your legal representative if you die or dissolve;
    **(8)** Any person claiming coverage or seeking benefits under the policy; or

COMMERCIAL GENERAL LIABILITY

**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

2. **Primary and Noncontributory.**     The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

3. **Transfer Of Rights Of Recovery.**     The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us.**
We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:
**(a)** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
**(b)** The ownership, maintenance or use of that part of a premise leased to you.

Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage.  The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights.  At our request, the insured shall bring "suit" against liable parties or transfer those rights to us.

4. **Liberalization.**  The following is added:

If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

5. **Unintentional Failure to Disclose**.  The following is added:

An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations.  An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAIN UNCHANGED.

POLICY NUMBER:   PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

| | SCHEDULE | | |
|---|---|---|---|
| **Coverage** | | **Amount and Basis of Deductible** | |
| | | **PER CLAIM** or | **PER OCCURRENCE** |
| Bodily Injury Liability OR | | $ | $ |
| Property Damage Liability OR | | $ | $    5,000.00 |
| Bodily Injury Liability and/or Property Damage Liability Combined | | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above.  The deductible amount stated in the Schedule above applies as follows:

**1.** **PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**CG 03 00 01 96**        Copyright, Insurance Services Office, Inc., 1994        **Page 1 of 2**

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence."

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

          Copyright, Insurance Services Office, Inc., 1994          **CG 03 00 01 96**  ☐

POLICY NUMBER:   PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

**a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional isnured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER: PKG 018201501

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| D R HORTON INC. ITS AFFILIATES ANDSUBSIDIARIES | ALL WORK PERFORMED FOR ADDITIONAL INSURED |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**CG 20 37 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 1**

POLICY NUMBER:   PKG 0182015 01                           **CG 21 01 11 85**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Operations:**

 Any operations of the named insured or any persons or organizations that are insured by this policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

**CG 21 01 11 85**             Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

POLICY NUMBER:  PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 21 16 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
|---|
| **1.** Real Estate Agents and/or Brokers |
| **2.** Architects, Engineers or Surveyors |
| **3.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 17 07 98**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MOVEMENT OF BUILDINGS OR STRUCTURES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of and occurring during the course of the movement of any building or structure by an "auto" or "mobile equipment". The period of movement:

1. Begins when the building or structure is removed from its old foundation; and

2. Ends when the unloading of the vehicle begins for the purpose of placing the building or structure on its new foundation.

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

   **a.** Employment;

   **b.** Investigation;

   **c.** Supervision;

   **d.** Reporting to the proper authorities, or failure to so report; or

   **e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage A − Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sis- ter of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage B − Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 52 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

**1.** Planning, administering or advising on:
  **a.** Any:
    **(1)** Investment;
    **(2)** Pension;
    **(3)** Annuity;
    **(4)** Savings;
    **(5)** Checking; or
    **(6)** Individual retirement;
    plan, fund or account;
  **b.** The issuance or withdrawal of any bond, debenture, stock or other securities;
  **c.** The trading of securities, commodities or currencies; or
  **d.** Any acquisitions or mergers;

**2.** Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

**3.** Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

**4.** Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

**5.** Checking or reporting of credit;

**6.** Maintaining of financial accounts or records;

**7.** Tax planning, tax advising or the preparation of tax returns; or

**8.** Selling or issuing traveler's checks, letters of credit, certified checks, bank checks or money orders.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render financial services by any insured to others.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests: or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from

a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by

or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 66 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **2.a. Exclusions** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a.** To any insured.

**B.** Exclusion **2.g.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

**(1)** Owned or operated by or rented or loaned to any insured; or

**(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

This exclusion applies even if the claims against the insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012

**C.** Paragraphs **2.a.** and **2.b.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**2.** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 86 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury"arising out of, caused by, or attributable to, whether in whole or in part, the following:

  **1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

  **2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of the structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

  1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

  2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

  3. A reinforced or unreinforced base coat;

  4. A finish coat providing surface texture to which color may be added; and

  5. Any flashing, caulking or sealant used with the system for any purpose.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I − Coverage A − Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I − Coverage B − Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

**a.** Any test performed; or

**b.** An evaluation, a consultation or advice given; by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2. or 3.**

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawing, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

**COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2. Subject to Paragraph **3.** below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

© Insurance Services Office, Inc., 2012

**COMMERCIAL GENERAL LIABILITY**
**CG 23 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

COMMERCIAL GENERAL LIABILITY
CG 24 13 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability,** Paragraph **14.e.** of the **Definitions** section does not apply.

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf.  However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSUREDS PRIMARY AND NONCONTRIBUTORY COVERAGE AS REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Paragraph 4. "Other Insurance", subsection b. "Excess Insurance" paragraph (1)**:

(c) Any of the other insurance, whether primary, excess, contingent or on any other basis unless a written contract specifically requires that this insurance be primary and noncontributing.  The written contract must:
   (i)   be in effect or become effective during the term of this policy; and,
   (ii)  must have been enacted prior to the "bodily injury", "property damage" or "personal and advertising injury".

(d) Primary and noncontributory coverage under Paragraph **c.** above is limited to the operations of the named insured.

GL AIPNC 01 09

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS OR LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Section I - Coverage B - Personal And Advertising Injury Liability,** and **Section I - Coverage C - Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, caused by, or attributable to, whether in whole or in part the following:

1.  Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos or lead, or toxic substances from the same, in any form, including but not limited to goods, products, or structures containing the same;

2.  The existence of asbestos or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of the same, or goods or products containing the same;

3.  Any supervision, instructions, recommendations, requests, warnings, or advice given or which should have been given in regard to asbestos or lead;

4.  Any costs, including but not limited to, abatement, mitigation, removal, or disposal of asbestos, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos or lead, in any form; or

5.  Any obligation to share damages with or repay anyone else who must pay damages in connection with any of the above.

**GL ALX  01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER   PKG 0182013 01                                  COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDOMINIUM EXCLUSION**

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" included in the "products/completed operations hazard" and/or arising out of "your work" in the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any part of a **"condominium project"** and/or a **"community apartment project/co-operative project"** including any structure later converted into a **"condominium project"** or a **"community apartment project/co-operative project"** except:

(1) when the **"condominium project"** and/or **"community apartment project/co-operative project"** is not permitted, designed, remodeled, constructed, fabricated or manufactured for residential use, or
(2) when "your work" is for **"remodeling"** operations performed to a unit within a residential **"condominium project"** and/or **"community apartment project/co-operative project."**

For the purpose of this endorsement, the following terms mean:

**"Condominium project"** means a development consisting of condominiums.  A condominium consists of an undivided interest in common in a portion of real property coupled with a separate interest in space called a unit.

**"Community apartment project/co-operative project"** means a development in which an undivided interest in land is coupled with the right of exclusive occupancy of any apartment located thereon.

**"Remodeling"** means work being performed on behalf of a unit owner or apartment occupant to change the appearance of functional utility of the parts of the unit or apartment for which the unit owner or apartment occupant controls exclusively for their use by any deed restrictions, by-laws or Association covenants, codes or restrictions.

GL CAP 06 14

**Includes copyrighted material of The Insurance Services Office, Inc., with its permission.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CARE, CUSTODY AND CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion j.(4) of Section 1 - Coverage A - Bodily Injury and Property Damage Liability is eliminated and replaced by the following:**

**j.(4) Personal property in the care, custody or control of the Insured.**

    a.  Insuring Agreement

      (1)  We will pay for "property damage" to "covered property" of others caused by an "occurrence" to which this insurance applies, subject to the limits of coverage, and all terms and conditions stated herein.

      (2)  This insurance applies to "property damage" to "covered property" only if:

         a.  The "property damage" to "covered property" is caused by an "occurrence" that takes place in the "coverage territory".

         b.  The "property damage" to "covered property" occurs during the policy period; and

         c.  The damages are incurred and reported to us.

      (3)  We will make these payments regardless of fault.  Our obligation to pay sums under this coverage ends when we have used up the application limits of insurance.

      (4)  This coverage does not create or imply a duty to defend.

      **(5)  The limit of coverage for property damage covered by this endorsement is $10,000 in the aggregate, and inclusive of any costs of defense.**

    b.  Exclusions

      We will not pay expenses for "property damage" to "covered property"

      (1)  On premises owned by any insured or leased or rented to any insured.

      (2)  Expected or intended from the standpoint of any insured.

      (3)  For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

      (4)  Arising out of actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

         a.  At or from any premises, site or location which is or was at any time owned by or occupied by, or rented, or loaned to, any insured;

         b.  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

Includes copyrighted material of Insurance Service Office, Inc. with its permission

    c. Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    d. At or from any premises, site or location on which any insured or contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        i  If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor

        ii  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Subparagraphs (a) and (d) (i) do not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

    (5) Arising out of any:

      a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

      b. Claim or suit by or on behalf of a governmental authority for damages because testing for, monitoring, cleaning-up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

    (6) Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and loading or unloading.

This exclusion does not apply to:

      a. A watercraft while ashore on premises you own or rent

      b. A watercraft you do not own that is:

        i.  Less than 51 feet long; and

        ii.  Not being used to carry persons or property for a charge or

      c. Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

    (7) Arising out of:

      a. The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

      b. The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

    (8) You own or rent.

    (9) Loaned to you.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

(10)    Arising out of the "products-completed operations hazard".

(11)    That has been physically injured as a result of:

    a.  A defect, deficiency, inadequate or dangerous condition in "your product" or "your work" or

    b.  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

(12)    Incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    a.  "Your product",

    b.  "Your work"; or

    c.  "Impaired property",

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

    **d.  Definitions**

"Covered Property" means personal property in the care, custody or control of the insured.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# Amendment of
# Copyright, Patent, Trademark Or Trade Secret Exclusion

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION 1. -COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions, i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** is deleted in its entirety and replaced by the following:

This insurance does not apply to:

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights, including infringement of copyright, trade dress or slogan in your "advertisement".

**SECTION V. -DEFINITIONS 14.** "Personal and Advertising Injury" **14.** g. is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

**GL-CPTT-001 (08/03)**                                                                      Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:  PKG 0182015 01                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(1) Arising out of the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any structure, not otherwise excluded by this endorsement, which exceeds (3) stories.  This does not apply to "bodily injury" or "property damage" arising out of "your work" performed within a structure.

(2) Arising out of any work or operations with respect to any exterior component, fixture or feature of any structure if a **spray on siding product** is used on any part of that structure.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

GL EDW 06 10                                                                 Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXPANSION OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART

Endorsement CG 24 26 AMENDMENT OF INSURED CONTRACT DEFINITION is hereby expanded by the addition of the following:

   **g.** A contract or agreement for a lease of office equipment including but not limited to items such as printers, copiers, telephone systems, and computer systems.

**GL EICD 01 07**

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Fungi and Bacteria Each Occurrence Limit and Aggregate Limit | Fungi and Bacteria Per Occurrence Deductible For This Coverage Part |
|---|---|
| $ 2,500.00 | $2,000 |

The insurance provided under **Section I - Coverage A - Bodily Injury and Property Damage Liability** as modified by the **Fungi Or Bacteria Exclusion** is hereby extended to provide insurance for **(a)** "property damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and **(b)** any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of fungi or bacteria, by any insured or by any other person or entity.

**A.**   For any purposes of this **Limited Fungi or Bacteria Liability** insurance only, Paragraph **1.a., 1.b., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A and B,** are deleted: **DEFENSE EXPENSES AND OTHER COSTS PROVIDED UNDER THE DELETED PARAGRAPHS ARE INCLUDED WITHIN THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE ABOVE.**

**B.**   For purposes of this **Limited Fungi or Bacteria Liability** insurance only, **Section III - Limits of Insurance** is deleted and replaced by the following:

1. The Limits of Insurance shown in the **Limited Fungi or Bacteria Liability Schedule** above and the provisions below fix the most we will pay regardless of the number of:
   a.   Insureds;
   b.   Claims made or "suits" brought; or
   c.   Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit shown in the **Limited Fungi or Bacteria Liability Schedule** above is the most we will pay for the sum of:
   a.   Damages under Coverage **A.** for "property damage" insured under this endorsement; and
   b.   Any amounts that, but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d., and 1.e.** of **Section I-Supplementary Payments-Coverages A and B.**

GL FB 01 09                                                                           Page 1 of 2

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

3.  The Products-Completed Operations Aggregate Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as and included within the Aggregate Limit shown in the **Schedule** above, and subject to the terms of this endorsement, is the most we will pay for such "property damage".

4.  Subject to 2. and 3. above, whichever applies, the Each Occurrence Limit shown in the **Schedule** above is the most we will pay for the sum of:
    a.  Damages under Coverage **A.**;
    b.  Any amounts that but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A. and B.**
    because of "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** arising out of any one "occurrence".

5.  Subject to **4.** above, The Damage To Premises Rented To You Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as the Aggregate Limit shown in the **Schedule** above and, subject to the terms of this endorsement, is the most we will pay for such "property damage".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after the issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of Insurance.

**GL FB 01 09**                                                                                    Page 2 of 2

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR COMPLETED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "property damage" arising out of "your work" if "your work" was completed or abandoned prior to the first date of coverage, or renewal thereof without lapse, with Builders Insurance (A Mutual Captive Company), American Builders Insurance Company or National Builders Insurance Company.

For purposes of this endorsement only, this exclusion does not apply to "property damage" arising out of service, maintenance, correction, repair or replacement of any part of any structure performed during the policy period.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RESULTING DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In regard only to "your work" in connection with residential structures, **Exclusion l. Damage to Your Work** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability, 2. Exclusions** is deleted and replaced with:

**I. Faulty, Defective or Poor Workmanship in Your Work**

This insurance does not apply to any claim or "suit" for the cost of repair, replacement, adjustment, removal, loss of use, inspection, disposal, or otherwise making good any faulty, defective or poor workmanship in "your work" for which any insured or any insured's employees, contractors, or subcontractors may be liable.

This exclusion does not apply to "property damage" sustained by any other property that is caused by the faulty, defective or poor workmanship in "your work".

This exclusion applies only to residential structures for which coverage is not otherwise excluded under this insurance.

GL RFWE 10 13                                                                 page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

    **1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

    **2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material.  Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

Includes copyrighted material of Insurance Services Office, Inc., with permission

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 **IL 00 21 09 08**



**American Builders Insurance Company**

### COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

---

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

---

| **COVERAGE** | **PREMIUM** |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▬▬▬ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule)** | $ ■■■■ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:** See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part: $ ■■■■

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause

of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the own-

ers' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of the loss; or

**b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance; or

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 01 22 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

Hart Forms & Services
Reorder No. 14-F159

CM 01 22 09 00          Copyright, Insurance Services Office, Inc., 1999          **Page 1 of 1**

COMMERCIAL INLAND MARINE
IH 00 68 09 09

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this coverage form, means the following property described in the Declarations:

**a.** Your contractor's equipment; and

**b.** Similar property of others in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

**a.** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

**b.** Aircraft or watercraft;

**c.** Plans, blueprints, designs or specifications;

**d.** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

**e.** Property while underground or under water;

**f.** Property that you loan, lease or rent to others;

**g.** Contraband, or property in the course of illegal transportation or trade; or

**h.** Tools and clothing belonging to your employees.

### 3. Covered Causes Of Loss

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

#### a. Additionally Acquired Property

If during the policy period you acquire additional property of a type already covered by this coverage form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $50,000

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

This Additional Coverage does not increase the applicable Limit of Insurance shown in the Declarations.

#### b. Debris Removal

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

**(3)** Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

IH 00 68 09 09    © Insurance Services Office, Inc., 2009    **Page 1 of 4**

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $5,000 in any one occurrence under this Additional Coverage.

(4) This Additional Coverage does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

**c. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage does not increase the Limit of Insurance.

**d. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

The limit for this Additional Coverage is in addition to the Limit of Insurance.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this coverage form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**c.** Insects, vermin, rodents.

**d.** Corrosion, rust.

**e.** Mechanical breakdown or failure of the Covered Property.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

**a.** We cover property wherever located within:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**b.** We also cover property being shipped by air within and between points in Paragraph **a.**

**2. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

Instead, we will determine the most we will pay using the following steps:

**a.** Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

**b.** Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

**c.** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

**d.** Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property or rented equipment.

**F. Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**COMMERCIAL INLAND MARINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**EXCLUSION – MYSTERIOUS DISAPPEARANCE**

This endorsement modifies insurance provided under the following:

Commercial Inland Marine – Contractors Equipment Coverage Form IH 00 68 09 09
Commercial Inland Marine – Personal Portable Computer Coverage Form IH 00 75 09 09

The following is added to B. **Exclusions:**

We do not cover loss due to mysterious disappearance.

The following is added to F. **Definitions:**

Mysterious disappearance means an item is missing or lost without evidence of forced entry.

IM MD 09 09

Includes copyrighted material of Insurance Services Office, Inc with its permission

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 01                                           IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.  Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015
**IL 09 53 01 15**



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

```
AGENT COPY
Date Issued: 01/28/2016
```

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

<u>Insured</u>

FOUR BUILDERS PLUS SIDING DIVISION LLC

<u>Policy Number</u>     <u>Policy Period</u>

PKG 0182015 01   01/30/2016 01/30/2017

<u>Agent</u>

C. T. Lowndes & Company

<u>Agent Telephone</u>

843-884-3159

WRITTEN PREMIUM          $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE     $█████████
PAYMENT PLAN          25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|----------|---------------------|
| 02/29/2016 | ███████ |
| 03/30/2016 | |
| 04/30/2016 | |
| 05/30/2016 | |
| 06/30/2016 | |
| 07/30/2016 | |
| 08/30/2016 | |
| 09/30/2016 | |
| 10/30/2016 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

```
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484
```

**Agent:**

```
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407
```

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 01 | 01/30/2016 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

**CHANGES**

REVISED THE SCHEDULE MOD

Annual Return/Additional  Premium:      -$▮▮▮▮▮

_____

Authorized Representative Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc., 1983          **Page 1 of 1**

Copyright, ISO Commercial Risk Services, Inc., 1983



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 01                           **Renewal of** PKG 0182015
**Transaction Type** AMENDED DECLARATION              **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2016   **To**  01/30/2017  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                          $
    Includes Extra Coverage Endorsement      $250.00

Commercial General Liability Coverage Part                             $
    Includes Extra Coverage Endorsement      $350.00

Commercial Inland Marine Coverage Part                               $

Crime and Fidelity Coverage Part                                           $

                                          Total        $

                Taxes/Surcharges (If Applicable)      $

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 28 Day of January, 2016

By_____

                    Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 018201S 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

**Policy Level Forms**
| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**
| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| BIPECE | (4/13) | Property Extra Coverage Endt |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**
| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| BIG CXEMP | (2/12) | Earned Minimum Premium Endt |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (4/13) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 01/28/2016                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #        1      Bldg #        1
PRIMARY                         0702
0
DORCHESTER,   180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
**NAMED INSURED SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 01 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

## NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR<br>SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███████ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███████ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity      \* Extended Period Of Indemnity (Days)**

N/A                                              N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $         ███████ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 01 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |



| | | |
|---|---|---|
| General Liability Coverage Premium | $ | |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|-----|------|------|------|-----------|------------|---------------|-----|-------|---------|
| All | SC | 999 | 44444 | 350.000 | 01/30/2016 | 01/30/2017 | | | O | |
| | | | ENHANCEMENT ENDORSEMENT | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2016 | 01/30/2017 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.600 | 01/30/2016 | 01/30/2017 | 300,000 | Payroll | O | |
| | | | CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.023 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | O | |
| | | | INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.062 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | P | |
| | | | INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**     $

Issued Date: 01/28/2016                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

POLICY NUMBER:  PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s)<br>Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC<br>INSURANCE COMPLIANCE | PO BOX 12010 DR<br>HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

---

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $        ▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy  Number:** PKG 0182015 01

**Named Insured:**  FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016**To**  01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| **Contractors Equipment Coverage** | **Limits of Insurance** |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule)** | $ ███████ |

| **Employee Tools Coverage** | **Limits of Insurance** |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| **Forms Applicable:**   See Attached Forms Inventory Schedule |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

| **Premium** |
|---|
| Premium for this Coverage Part:  $    ██████ |

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

 **American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

AGENT COPY
Date Issued: 07/27/2016

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

Insured

FOUR BUILDERS PLUS SIDING DIVISION LLC

Agent

C. T. Lowndes & Company

Policy Number     Policy Period

PKG 0182015 01    01/30/2016 01/30/2017

Agent Telephone

843-884-3159

WRITTEN PREMIUM          $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE     $█████████
PAYMENT PLAN          25% Down, 9 Installments $5 Fee

|  DUE DATE  | INSTALLMENT AMOUNT |
|------------|--------------------|
| 02/29/2016 |  |
| 03/30/2016 | |
| 04/30/2016 | |
| 05/30/2016 | |
| 06/30/2016 | |
| 07/30/2016 | |
| 08/30/2016 | |
| 09/30/2016 | |
| 10/30/2016 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  03

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 01 | 06/24/2016 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

- ☐ Insured's Name
- ☐ Add Coverages
- ☐ Insured's Mailing Address
- ☐ Delete Coverages
- ☐ Change Exposure

**CHANGES**

ADD THE ADDITIONAL INSURED CG2011
ADD THE CLASS CODE 68702 WITH EXPOSURE OF 1500 ON LOCATION 1508 B HWY 9 EAST, LONG, SC
 29568

Annual Return/Additional  Premium:     $▆▆▆▆▆

_____

Authorized Representative Signature

IL 12 01 11 85          Copyright, Insurance Services Office, Inc., 1983          **Page 1 of 1**
Copyright, ISO Commercial Risk Services, Inc., 1983



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 01                    **Renewal of** PKG 0182015
**Transaction Type** AMENDED DECLARATION            **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2016   **To**  01/30/2017 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                    $
    Includes Extra Coverage Endorsement      $250.00

Commercial General Liability Coverage Part                           $
    Includes Extra Coverage Endorsement      $350.00

Commercial Inland Marine Coverage Part                               $

Crime and Fidelity Coverage Part                                     $

                                    Total      $

              Taxes/Surcharges (If Applicable)      $

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 27 Day of July, 2016

By_____

                    Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY  0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**

| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CP1033 | (10/12) | Theft Exclusion |
| CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**

| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| BIG CXEMP | (2/12) | Earned Minimum Premium Endt |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (4/13) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 07/27/2016                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 01 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #      1     Bldg #         1                Prem #        2     Bldg #        1
PRIMARY                          0702          TENANT                          0702
0                                               Horry/Inland,   260
DORCHESTER,  180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 01 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███████ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███████ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity       \*Maximum Period Of Indemnity       \* Extended Period Of Indemnity (Days)**

N/A                                          N/A

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $       ███████ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**Builders Insurance Group℠**

**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ███ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity      \* Extended Period Of Indemnity (Days)**

N/A

N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $     ███

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



## American Builders Insurance Company

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 01 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2016   **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium (Subject to Audit) | $ | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 01 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

## COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| Classification Description |
| All | SC | 999 | 44444 | 350.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ENHANCEMENT ENDORSEMENT |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 999 | 44444 | 250.000 | 06/24/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 001 | 91580 | 21.600 | 01/30/2016 | 01/30/2017 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS |
| 00001 | SC | 001 | 91583 | 1.023 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS |
| 00001 | SC | 999 | 91583 | 3.062 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS |
| 00002 | SC | 999 | 44444 | 50.000 | 06/24/2016 | 01/30/2017 | | | O | |
| ADD'L INSURED |
| 00002 | SC | 001 | 68702 | 11.091 | 06/24/2016 | 01/30/2017 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) |

REINSTATEMENT/LATE FEES

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $

Issued Date: 07/27/2016                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Issued Date: 07/27/2016                    AGENT COPY

POLICY NUMBER:  PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**        © Insurance Services Office, Inc., 2012        **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 10 04 13**

POLICY NUMBER:  PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Designation Of Premises (Part Leased To You):** | 1301 PRIDGEN RD APT 302 MYRTLE BEACH SC 29577 |
| **Name Of Person(s) Or Organization(s) (Additional Insured):** | TREVOR VENTERS |
| **Additional Premium:** | $■■■■■ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

**1.** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

**CG 20 33 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 2**

**2.** "Bodily injury" or "property damage" occurring after:

    **a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional isnured is the amount of insurance:

    **1.** Required by the contract or agreement you have entered into with the additional insured; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 33 04 13**



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▬▬▬ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**     See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ▆▆▆▆ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $   ▆▆▆▆

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

| | |
|---|---|
| **Policy Number:** PKG 0182015 01 | |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI | |
| **Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address | |

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  04

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 01 | 11/09/2016 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

☐ Insured's Name     ☐ Insured's Mailing Address     ☐ Change Exposure

☐ Add Coverages     ☐ Delete Coverages

**CHANGES**

ADD THE FOLLOWING PREMISES
3487 SOUTH OKATIE HWY, HARDEEVILLE, SC 29927

CLASS CODE 61217 IF ANY

Annual Return/Additional Premium: N/A

_____
Authorized Representative Signature

IL 12 01 11 85     Copyright, Insurance Services Office, Inc., 1983     **Page 1 of 1**
Copyright, ISO Commercial Risk Services, Inc., 1983



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 01                                    **Renewal of** PKG 0182015
**Transaction Type** AMENDED DECLARATION                          **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2016   **To**  01/30/2017  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci                **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                         $
    Includes Extra Coverage Endorsement   $250.00

Commercial General Liability Coverage Part                            $
    Includes Extra Coverage Endorsement   $350.00

Commercial Inland Marine Coverage Part                                 $

Crime and Fidelity Coverage Part                                           $

               Total     $

Taxes/Surcharges (If Applicable)     $

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 11 Day of November, 2016

By_____

                       Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 01 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIG PRVN    (5/15)    Privacy Notice
COMMON DEC (5/15)    Common Policy Declarations
IL0003     (9/08)    Calculation Of Premium
IL0017     (11/98)   Common Policy Conditions
IL0249     (9/08)    SC Changes-Canc & Nonrnwl
ILN001     (9/03)    Fraud Statement
ILP001     (1/04)    US Treasury Notice
PKGPOLJAC  (5/15)    Policy Jacket Page

**Commercial Fire Forms**
PR DEC     (5/15)    Property Declarations Page
CP0010     (10/12)   Bldg and Pers Prop Cov Form
CP0090     (7/88)    Commercial Property Conditions
CP1030     (10/12)   Cause of Loss - Special Form
CP0140     (7/06)    Excl of Loss Due To Virus/Bact
CP1033     (10/12)   Theft Exclusion
CP1059     (6/07)    SC Wndstrm or Hail Exclusion
IL0194     (10/12)   SC Chgs Legal Action Agst US
IL0935     (7/02)    Exc of Certain Cmpter Rel Loss
IL0953     (1/15)    Excl of Cert Acts of Terrorism

**General Liability Forms**
GL DEC     (5/15)    GL Declarations Page
CG0001     (4/13)    Comml Gen Liab Coverage Form
BIG GLECE  (4/13)    GL Extra Coverage Endorsement
BIG CXEMP  (2/12)    Earned Minimum Premium Endt
CG0300     (1/96)    Deductible Liability Insurance
CG2010     (4/13)    Addl Insd-Owners,Less.or Con B
CG2011     (4/13)    Addl Insd-Managers or Less.OFP
CG2033     (4/13)    Addl Insd-Own,Less,Cntr-Constr
CG2037     (4/13)    Addl Insd-Own,Lss,Cntr-Comp Op
CG2101     (11/85)   Exclusion-Athletic/Sports Part
CG2106     (5/14)    Excl-Access or Discl of Info
CG2116     (4/13)    Excl-Designated Profes.Service
CG2117     (7/98)    Excl-Movement of Bldgs/Struct
CG2146     (7/98)    Abuse or Molestation Exclusion
CG2147     (12/07)   Excl-Employ.-Related Practices
CG2152     (4/13)    Exclusion-Financial Services
CG2165     (12/04)   Total Pollution Exclusion
CG2166     (4/13)    Excl-Volunteer Workers
CG2167     (12/04)   Fungi or Bacteria Exclusion
CG2173     (1/15)    Exclusion-Cert Acts of Terrori
CG2186     (12/04)   Excl-Exterior Insulation
CG2196     (3/05)    Silica or Silica-Related Excl
CG2233     (4/13)    Excl-Testing or Consult.E&O
CG2234     (4/13)    Excl-Constr.Mgmt E & O
CG2243     (4/13)    Excl-Engineers,Arch.Surv. Prof
CG2279     (4/13)    Excl-Contractors Prof Liab
CG2301     (4/13)    Excl-Real Est Agents & Brokers
CG2404     (5/09)    Waiver of Transf.Rgts of Recov
CG2413     (4/13)    Amndmnt-Pers Inj & Ad Inj Def
CG2426     (4/13)    Amend Insd Contract Definition
GLAIPNC    (1/09)    Addl Ins Prim/Noncontrib. Covg

Issued Date: 11/11/2016                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA 31139-0099

| Policy Number: | PKG 0182015 01 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| Policy Number: | PKG 0182015 01 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #     1     Bldg #          1                    Prem #        2     Bldg #          1
PRIMARY                               0702            TENANT                                0702
0                                                     Horry/Inland,  260
DORCHESTER,  180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| NAMED INSURED SCHEDULE | |
|---|---|
| Policy Number:  PKG 0182015 01 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR<br>SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity        \*Maximum Period Of Indemnity        \* Extended Period Of Indemnity (Days)**

N/A                                            N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $          ▮ |

PR DEC 05 15



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------------------|------------|--------------|-----------|
| 00002 | 00001 | PERS | ███ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|--------------|-----------|
|  |  |  |  |  |  |  |

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity      \* Extended Period Of Indemnity (Days)**

N/A                          N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|---------------------------------------|
|  |  |  |

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $            ███ |

PR DEC 05 15



## American Builders Insurance Company

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 01 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
|     Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
|     Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |



| | | |
|---|---|---|
| General Liability Coverage Premium | $ | |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 01 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2016 | 01/30/2017 | | | O | |

Classification Description

ENHANCEMENT ENDORSEMENT

| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2016 | 01/30/2017 | | | O | |

ADD'L INSURED

| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |

ADD'L INSURED

| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2016 | 01/30/2017 | | | O | |

ADD'L INSURED

| 00001 | SC | 999 | 44444 | 250.000 | 06/24/2016 | 01/30/2017 | | | O | |

ADD'L INSURED

| 00001 | SC | 001 | 91580 | 21.600 | 01/30/2016 | 01/30/2017 | 300,000 | Payroll | O | |

CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS

| 00001 | SC | 001 | 91583 | 1.023 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | O | |

INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS

| 00001 | SC | 999 | 91583 | 3.062 | 01/30/2016 | 01/30/2017 | 1,600,000 | Total Cost | P | |

INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS

| 00002 | SC | 999 | 44444 | 50.000 | 06/24/2016 | 01/30/2017 | | | O | |

ADD'L INSURED

| 00002 | SC | 001 | 68702 | 11.091 | 06/24/2016 | 01/30/2017 | 1,500 | Area | O | |

WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO)

| 00003 | SC | 001 | 61217 | 39.998 | 11/09/2016 | 01/30/2017 | | Area | O | |

BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT

REINSTATEMENT/LATE FEES

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**    $

Issued Date: 11/11/2016                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 01 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OKATIE HWY
HARDEEVILLE, SC 29927

POLICY NUMBER:  PKG 0182015 01

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC<br>INSURANCE COMPLIANCE | PO BOX 12010 DR<br>HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 10 04 13**



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

---

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▮▮▮▮ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy  Number:** PKG 0182015 01

**Named Insured:**  FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016**To**  01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $  250 |
| **Blanket Non-Owned Limit:** | $  5,000 |
| **Deductible:** | $  250 |
| **Scheduled Equipment Total Value** <br> **(See Attached Contractors Equipment Schedule)** | $  ██████ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $     ██████

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 01

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2016 **To** 01/30/2017 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

AGENT COPY
Date Issued: 01/04/2017

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

Insured
FOUR BUILDERS PLUS SIDING DIVISION LLC

Policy Number     Policy Period
PKG 0182015 02    01/30/2017 01/30/2018

Agent
C. T. Lowndes & Company

Agent Telephone
843-884-3159

WRITTEN PREMIUM   $███████████

PAYMENT PLAN      25% Down, 9 Installments $5 Fee

| INSTALLMENT # | DUE DATE | INSTALLMENT AMOUNT |
|---|---|---|
| 01 | 01/30/2017 | |
| 02 | 02/28/2017 | |
| 03 | 03/30/2017 | |
| 04 | 04/30/2017 | |
| 05 | 05/30/2017 | |
| 06 | 06/30/2017 | |
| 07 | 07/30/2017 | |
| 08 | 08/30/2017 | |
| 09 | 09/30/2017 | |
| 10 | 10/30/2017 | |



The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



To:        Our Valued Policyholder

From:    Builders Insurance Group

Re:        Notification of Change in Policy Terms

---

Dear Policyholder:

The Department of Insurance requires all insurance carriers to provide advance notice to policyholders when there is a change in the policy terms or a reduction in coverage.  No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements.  You should read your policy and review your declaration page for complete information on the coverage you are provided.  If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL CONTROL**.  Your general liability policy or package policy is scheduled to renew soon.  Your renewal will be conditioned on a change(s) in the policy terms as described below:

### CG 21 09 06 15 - Exclusion - Unmanned Aircraft

This endorsement is being added to your policy.  This endorsement excludes bodily injury, property damage and personal and advertising injury arising out of the ownership, maintenance, use or entrustment to others of any unmanned aircraft.  This applies to Coverage A, Bodily Injury and Property Damage Liability and Coverage B, Personal and Advertising Injury.

### CG 21 66 06 15 - Exclusion - Volunteer Workers

This replaces CG 21 66 04 13.  This endorsement replaces Exclusion g. in the CGL, as does CG 21 09 - Exclusion - Unmanned Aircraft.  This endorsement was revised so that it may be used when the CG 21 09 - Exclusion - Unmanned Aircraft endorsement is attached with respect to bodily injury or property damage arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than unmanned aircraft), auto or watercraft operated by any volunteer worker.

Please read your policy and the endorsements attached to your policy carefully.  Not all forms shown above will appear on all policies.  If you have any questions regarding this notice, please contact your agent who is familiar with the changes in your policy.

Thank you and we appreciate you business.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



The following information is provided in accordance with applicable state and federal laws and regulations. No action on your part is necessary.

**PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES**

Builders Insurance Group, Inc., Association Services, Inc., American Builders Insurance Company, National Builders Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group."

This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, who are not part of the Builders Insurance Group. Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.

**What categories of information about you do we collect?**

We may collect the following categories of nonpublic personal information about you from the following sources:

- Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;
- Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and
- Information we obtain about you from consumer reporting agencies.

**What categories of information about you do we disclose?**

We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law. In some cases, this means that we can disclose information about you to certain third parties without your authorization.

**How do we protect the confidentiality and security of your information?**

We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law. We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records. Our employees who violate our privacy policy are subject to disciplinary action.

Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.

You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate. We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information. Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta Georgia 31139-0099 regarding our privacy notice.

BIG PRVN 05 15



BUILDERS INSURANCE GROUP
GENERAL LIABILITY SUPPLEMENTAL APPLICATION
CPP

**All information on this application and the accompanying ACORD application must be completed. Both applications must be signed by the applicant and the producer.**

| Proposed Effective Date 01/30/2017 | Today's Date 01/04/2017 |
|---|---|

DBA Name (This is the name by which we will refer to this account)

Legal Name (If different)  FOUR BUILDERS PLUS SIDING DIVI

Has any owner or officer of this company ever declared bankruptcy? Yes___ No___. If "yes" please provide the following details: Date Filed_____ Amount Filed_____ Chapter? 7___ 11___ 13___ Attach documents verifying court's final disposition.

PROPERTY DAMAGE DEDUCTIBLE   ☐ $1,000 (Std)   ☐ $2,000   ☒ $5,000   ☐ $10,000   ☐ Other

Signature _____

---

### MOLD ELECTION (YOU MUST ELECT "A" OR "B" BELOW AND SIGN WHERE INDICATED)

A.  On behalf of the named insured above, the undersigned hereby acknowledges that this policy provides limited ($2,500) coverage for property damage losses only (not bodily injury), from mold, mildew, fungi, or bacteria or any similar or related cause of loss.

_____        _____
Owner Name Printed                         Signature
                                                    -OR-

B.  We hereby elect the option selected below for mold, mildew, fungi, bacteria and understand and acknowledge coverage is limited by an annual aggregate and coverage is inclusive of defense costs and is for property damage losses only.  A deductible of two times the policy deductible applies to each occurrence.  Choose one only if you elect this additional coverage:

_____ $5,000 (Premium of $500.00)        _____ $10,000 (Premium of $1,000.00)

_____        _____
Owner Name Printed                         Signature

---

AFFIDAVIT:  I, the undersigned, hereby certify that I have read, understand, and certify the validity of the statements and information included in and made a part of this application.  I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules, and regulations relating to the welfare, health, and safety of employees.  I further agree to comply with all reasonable recommendations made by the Company with regard to same.

Producer's

Owner/Officer's Signature_____    Signature_____

Owner/Officer's Name (Printed)_____    Agency Name (Printed)
                                                                              C. T. LOWNDES & COMPANY

To request a quotation, fax a complete submission to your underwriter.  Do not send a check until you have received our written quotation.  Mail to: Builders Insurance Group, PO Box 723099, Atlanta, GA 31139-0099.

**BUILDERS INSURANCE GROUP**

**ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

**COMMERCIAL PACKAGE POLICY**

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC          **Policy Number:** PKG 0182015 02

---

**Commercial Property**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**General Liability**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**
           Final Premium to be determined at audit.

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Inland Marine**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Policyholder/Applicant Signature_____

---

Date_____

CPP Terr Suppl 03/10


*Builders Insurance Group*℠

### American Builders Insurance Company
P.O. Box 723099
Atlanta, Ga. 31139-0099

#### COMMON POLICY DECLARATIONS

**Policy Number** PKG 0182015 02                                    **Renewal of** PKG 0182015
**Transaction Type** RENEWAL DECLARATION                       **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2017   **To**   01/30/2018 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

| | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>Includes Extra Coverage Endorsement    $350.00 | $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 04 Day of January, 2017

By_____

Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



# SOUTH CAROLINA INSURANCE FEE DISCLOSURE NOTICE

Insured:     <u>FOUR BUILDERS PLUS SIDING DIVISION LLC</u>

PLEASE BE ADVISED THAT THE FOLLOWING FEES MAY APPLY:

### Maximum Fee Schedule:

| | |
|---|---|
| LATE CHARGES | $10.00 |
| REINSTATEMENT CHARGES | $10.00 |
| CONVENIENCE CHARGES | $ 3.00 |
| INSTALLMENT PAYMENT FEE | $10.00 |
| NOT SUFFICIENT FUNDS FEE | $30.00 |

GLSCFDN002

*P.O.Box 723099 ● Atlanta, GA 31139-0099 ● 678-309-4000 ● 800-883-9305 ● Fax 678-309-4077 ● www.bldrs.com*

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 02 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**

| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CP1033 | (10/12) | Theft Exclusion |
| CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**

| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (6/15) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| Policy Number: | PKG 0182015 02 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 02 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #    1    Bldg #    1
PRIMARY                0702
0
DORCHESTER,  180

Prem #    2    Bldg #    1
TENANT                0702
Horry/Inland,  260

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

     © ISO Properties, Inc.,  2007
Wolters Kluwer Financial Services | Uniform Forms™

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 02 49 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured and the agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpay -ment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's and agent's last known addresses.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 120 Days Or More**

If this policy has been in effect for 120 days or more, or is a renewal or contin-uation of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Material misrepresentation of fact which, if known to us, would have caused us not to issue the policy;

**c.** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the policy;

**d.** Substantial breaches of contractual duties, conditions or warranties; or

**e.** Loss of our reinsurance covering all or a significant portion of the particular policy insured, or where continuation of the policy would imperil our solvency or place us in violation of the insurance laws of South Carolina.

Prior to cancellation for reasons permit-ted in this Item **e.,** we will notify the Commissioner, in writing, at least 60 days prior to such cancellation and the Commissioner will, within 30 days of such notification, approve or disap-prove such action.

Any notice of cancellation will state the precise reason for cancellation.

IL 02 49 09 08                    © ISO Properties, Inc., 2007                    **Page 1 of 2**

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** We will not refuse to renew a policy issued for a term of more than one year, until expiration of its full term, if anniversary renewal has been guaranteed by additional premium consideration.

**2.** If we decide not to renew this policy, we will:

    **a.** Mail or deliver written notice of nonrenewal to the first Named Insured and agent, if any, before:

      **(1)** The expiration date of this policy, if the policy is written for a term of one year or less; or

      **(2)** An anniversary date of this policy, if the policy is written for a term of more than one year or for an indefinite term; and

    **b.** Provide at least:

      **(1)** 60 days' notice of nonrenewal, when nonrenewal is to become effective between November 1 and May 31; or

      **(2)** 90 days' notice of nonrenewal, when nonrenewal is to become effective between June 1 and October 31.

**3.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's last known addresses. If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** Any notice of nonrenewal will state the precise reason for nonrenewal.

    © ISO Properties, Inc., 2007     **IL 02 49 09 08**

IL N 001 09 03

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 **Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| \*Monthly Limit Of Indemnity | \*Maximum Period Of Indemnity | \* Extended Period Of Indemnity (Days) |
|---|---|---|
| | N/A | N/A |

\*Applies to Business Income Only

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $          ███ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ■■■■ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity      \* Extended Period Of Indemnity (Days)**

N/A                                                                              N/A

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $        ■■■■■

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

COMMERCIAL PROPERTY
CP 00 10 10 12

# BUILDING AND PERSONAL PROPERTY
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

© Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 $+$ $10,000 $=$ $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 $+$ $500) x .25 $=$ $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 $+$ $40,000 $=$ $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500;  $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increase Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effect of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.** **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.** **Newly Acquired Or Constructed Property**

**(1)** **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)** **Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)** **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fire, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-Owned Detach Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension if $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $   250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
-      250
$ 59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this Event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the policy if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss of the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Other To Us Condition in this policy.

**5.** **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.** **Vacancy**

  **a.** **Description Of Terms**

    **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

      **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

        **(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

        **(ii)** Used by the building owner to conduct customary operations.

    **(2)** Buildings under construction or renovation are not considered vacant.

  **b.** **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

    **(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

      **(a)** Vandalism;

      **(b)** Sprinkler leakage, unless you have protected the system against freezing;

      **(c)** Building glass breakage;

      **(d)** Water damage;

      **(e)** Theft; or

      **(f)** Attempted theft.

    **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.** **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

  **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

  **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | | |
|---|---|---|
| | The value of the property is: | $250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | | |
|---|---|---|
| | The value of the property is: | $250,000 |
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:    The value of the property is:

| | |
|---|---:|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: $180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---:|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):**   $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**   $180,000 ÷$225,000 = .80

Step **(3):**   $50,000 x .80 = $40,000

Step **(4):**   $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so: and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If:    The applicable Limit of Insurance is:    $100,000

The annual percentage increase is:         8%

The number of days since the beginning of the policy year (or last policy change) is:         146

The amount of increase is: $100,000 x .08 x 146 ÷365 =    $   3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2) or (3),** subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

© Insurance Services Office, Inc., 2011

**CP 00 10 10 12**

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

  **a.** Someone insured by this insurance;

  **b.** A business firm:

    **(1)** Owned or controlled by you; or

    **(2)** That owns or controls you; or

  **c.** Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1993, 1987

**CP 00 90 07 88** ☐

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

  **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

  **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause of event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through;

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

© Insurance Services Office, Inc., 2011

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusion **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

but if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.3.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone of in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under this Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

   © Insurance Services Office, Inc., 2011

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your Cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.** **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

       © Insurance Services Office, Inc., 2011       CP 10 30 10 12

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

a. $2,500 for furs, fur garments and garments trimmed with fur.

b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $2,500 for patterns, dies, molds and forms.

d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the courseof the construction, remodeling or renovation.

d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collpase is caused in part by:

(1) A cause of loss listed in **2.a.** or **2.b.;**

(2) One or more of the "specified causes of loss";

(3) Breakage of building glass;

(4) Weight of people or personal property; or

(5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does not apply to:

a. A building or any part of a building that is in danger of falling down or caving in;

b. A part of a building that is standing, even if it has separated from another part of the building; or

c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limit of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, then the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

   1. **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

      a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

      b. Loss or damage must be caused by or result from one of the following causes of loss:

         (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

         (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

         (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

      c. The most we will pay for loss or damage under this Extension is $5,000.

      This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

      If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

   3. **Glass**

      a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces creased by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

POLICY NUMBER:  PKG 0182015 02

**COMMERCIAL PROPERTY**
**CP 10 33 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - SPECIAL FORM

**SCHEDULE**

| Premises Number | | Building Number |
|---|---|---|
| Pers Prop Covg          00002 | | 00001 |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

With respect to the location(s) indicated in the Schedule, the following is added to the **Exclusions** section:

We will not pay for loss or damage caused by or resulting from theft.

But we will pay for:

1.  Loss or damage that occurs due to looting at the time and place of a riot or civil commotion; or

2.  Building damage caused by the breaking in or exiting of burglars.

And if theft results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

© Insurance Services Office, Inc., 2011

POLICY NUMBER: PKG 0182015 02

**COMMERCIAL PROPERTY**
**CP 10 59 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
# WINDSTORM OR HAIL EXCLUSION – SOUTH CAROLINA

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number |
|---|---|
| 00002 | 00001 |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the Exclusions section and is therefore **not** a Covered Cause of Loss:

**WINDSTORM OR HAIL**

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**B.** The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

**C.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, Windstorm Or Hail is deleted from Paragraph **2.a.**

**D.** In the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from the "specified causes of loss".

**E.** Under **Additional Coverage Extensions – Property In Transit,** in the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from Paragraph **b.(1).**

**F.** This endorsement does not apply to Extra Expense Coverage provided under the following:

**1.** Business Income Coverage Form (And Extra Expense)

**2.** Extra Expense Coverage Form.

**G.** This endorsement does not apply to coverage provided under the Leasehold Interest Coverage Form.

Wolters Kluwer Financial Services | Uniform Forms™

IL 01 94 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART - FARM LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - FARM MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
STANDARD PROPERTY POLICY

**A.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy, the Capital Assets Program Coverage From (Output Policy), and in the Farm Forms listed above, is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part, Coverage Form or Policy to which this Condition applies unless:

**1.** There has been full compliance with all of the terms of this Coverage Part, Coverage Form or Policy; and

**2.** The action is brought within 3 years after the date on which the direct physical loss ("loss") or damage occurred.

**B.** Under the Commercial Property Coverage Part, Paragraph **(1)** of the **Legal Action Against Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**(1)** No one may bring a legal action against us under Coverages A and B unless:

**(a)** There has been full compliance with all of the terms of Coverages A and B; and

**(b)** The action is brought within 3 years after you discover the error or accidental omission.

  © Insurance Services Office, Inc., 2011

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

     Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 02                                                    IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

    **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

    **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

    © Insurance Services Office, Inc., 2015    **IL 09 53 01 15**



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

**Policy Number:** PKG 0182015 02
**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

|  |  |
|---|---|
| General Liability Coverage Premium | $  |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium | $ |
| (Subject to Audit) | |

**ENDORSEMENTS**

| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 02 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \| Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.600 | 01/30/2017 | 01/30/2018 | 300,000 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.023 | 01/30/2017 | 01/30/2018 | 1,600,000 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.062 | 01/30/2017 | 01/30/2018 | 1,600,000 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.091 | 01/30/2017 | 01/30/2018 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**    $█████

Issued Date: 01/04/2017                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Issued Date: 01/04/2017                    AGENT COPY

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, or material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i.  Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j.  Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, boarders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n.  Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

© Insurance Services Office, Inc., 2012

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS - COVERAGE A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services.

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by;

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than you "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **(1)** With respect to liability arising out of the maintenance or use of that property; and

        **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C;**

    **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

    © Insurance Services Office, Inc., 2012

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

      Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

       (2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    © Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos":

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

**CG 00 01 04 13**

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**TABLE OF CONTENTS**

**Additions to SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. Non-Owned Watercraft

2. Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System

**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. Increased Limits for Bail Bonds

2. Increased Limit of Loss of Earnings

**Additions to SECTION II - WHO IS AN INSURED**

1. Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2. Incidental Medical Malpractice

3. Newly Acquired or Formed Organizations

**Additions to SECTION III - LIMITS OF INSURANCE**

1. Damage to Premises Rented To You

2. Increased Medical Payments Limit

3. Additional Insured - Persons or Organizations Required by Written Contract or Agreement

**Additions to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. Knowledge of Occurrence

2. Primary and Noncontributory

3. Transfer of Rights of Recovery

4. Liberalization

5. Unintentional Failure to Disclose

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1.   **Non-Owned Watercraft**. Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
> **(2)** A watercraft you do not own that is:
>> **(a)** Less than 51 feet long; and
>> **(b)** Not being used to carry persons or property for a charge;

2.   **Property Damage Exclusion**. Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
> Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

> and replacing it with:
> Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is revised as follows:

3.   **Increased Limits.**   Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
> **b.**  Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

4.   **Increased Limits.**   Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
> **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II - WHO IS AN INSURED** - is revised as follows:

**1.**   **Additional Insureds.**

**A.**   **Section II - Who Is An Insured** is amended to include as an additional insured:

**1.**   Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
**2.**   Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(a)** Your acts or omissions; or

**(b)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

**(a)** Only applies to the extent permitted by law; and

**(b)** Will not be broader than that which you are required by the contract  or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additionalexclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

**(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **A.1.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice**. The following exception is added:

Paragraph **2.a.(1)(d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**(i)** Emergency Medical Technician; or
**(ii)** Paramedic.

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3. **Newly Acquired or Formed Organizations.**

   Paragraph **3.a.** is deleted and replaced with the following:

   **(a)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   Paragraph **3.b.** is deleted and replaced with the following:

   **(b)** Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

1. **Damage To Premises Rented To You.**

The Limit for Damage to Premises Rented to You is amended to be the lesser of:
   **(a)** The Each Occurrence Limit shown in the Declarations; or
   **(b)** $300,000.

2. **Increased Medical Payments Limit.**

   Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

1. **Knowledge of Occurrence.**   The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

   When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:
   **(1)** You, if you are an individual;
   **(2)** A member or partner, if you are a partnership or joint venture;
   **(3)** A member or manager, if you are a limited liability company;
   **(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
   **(5)** A trustee, if you are a trust;
   **(6)** Your insurance manager;
   **(7)** Your legal representative if you die or dissolve;
   **(8)** Any person claiming coverage or seeking benefits under the policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

2. **Primary and Noncontributory.** The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

3. **Transfer Of Rights Of Recovery.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us.**
We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:
**(a)** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
**(b)** The ownership, maintenance or use of that part of a premise leased to you.

Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage. The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights. At our request, the insured shall bring "suit" against liable parties or transfer those rights to us.

4. **Liberalization.** The following is added:

If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

5. **Unintentional Failure to Disclose.** The following is added:

An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations. An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:  PKG 0182015 02

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM   or | PER OCCURRENCE |
| Bodily Injury Liability OR | $ | $ |
| Property Damage Liability OR | $ | $    5,000.00 |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above.  The deductible amount stated in the Schedule above applies as follows:

**1.** **PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**CG 03 00 01 96**          Copyright, Insurance Services Office, Inc., 1994          **Page 1 of 2**   □

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

  **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

  **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

  **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence."

**C.** The terms of this insurance, including those with respect to:

  **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

  **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

     Copyright, Insurance Services Office, Inc., 1994     **CG 03 00 01 96**  □

POLICY NUMBER:  PKG 0182015 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:  PKG 0182015 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| | |
|---|---|
| **Designation Of Premises (Part Leased To You):** | 1301 PRIDGEN RD APT 302 MYRTLE BEACH SC 29577 |
| **Name Of Person(s) Or Organization(s) (Additional Insured):** | TREVOR VENTERS |
| **Additional Premium:**    $■■■■■ | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

**1.** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**2.** Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**CG 20 11 04 13**        © Insurance Services Office, Inc., 2012        **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

    **a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional isnured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 33 04 13**

POLICY NUMBER:

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| | |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:  PKG 0182015 02                                                    **CG 21 01 11 85**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL  LIABILITY  COVERAGE  PART

**SCHEDULE**

**Description of Operations:**

 Any operations of the named insured or any persons or organizations that are insured by this policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

          Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

    **2. Exclusions**

    This insurance does not apply to:

    **p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

    Damages arising out of:

    **(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

    **(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

    This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

    However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **Access Or Disclosure Of Confidential Or Personal Information**

    "Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

    This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".   Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

© Insurance Services Office, Inc., 2014

(e) "Bodily Injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

POLICY NUMBER:  PKG 0182015 02

COMMERCIAL GENERAL LIABILITY
CG 21 16 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
|---|
| **1.** Real Estate Agents and/or Brokers |
| **2.** Architects, Engineers or Surveyors |
| **3.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

**CG 21 16 04 13**               © Insurance Services Office, Inc., 2012               **Page 1 of 1**

COMMERCIAL GENERAL LIABILITY
CG 21 17 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MOVEMENT OF BUILDINGS OR STRUCTURES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of and occurring during the course of the movement of any building or structure by an "auto" or "mobile equipment". The period of movement:

1. Begins when the building or structure is removed from its old foundation; and

2. Ends when the unloading of the vehicle begins for the purpose of placing the building or structure on its new foundation.

     Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

**CG 21 46 07 98**          Copyright, Insurance Services Office, Inc., 1997          **Page 1 of 1**

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage A − Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage B − Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**COMMERCIAL GENERAL LIABILITY**
**CG 21 52 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

**1.** Planning, administering or advising on:
  **a.** Any:
  **(1)** Investment;
  **(2)** Pension;
  **(3)** Annuity;
  **(4)** Savings;
  **(5)** Checking; or
  **(6)** Individual retirement;
  plan, fund or account;
  **b.** The issuance or withdrawal of any bond, debenture, stock or other securities;
  **c.** The trading of securities, commodities or currencies; or
  **d.** Any acquisitions or mergers;

**2.** Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

**3.** Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

**4.** Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

**5.** Checking or reporting of credit;

**6.** Maintaining of financial accounts or records;

**7.** Tax planning, tax advising or the preparation of tax returns; or

**8.** Selling or issuing traveler's checks, letters of credit, certified checks, bank checks or money orders.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render financial services by any insured to others.

**COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests: or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from

a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 66 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If Endorsement **CG 21 09, CG 21 10, CG 24 50 or CG 24 51** is attached to the Policy, the following exclusion is added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Volunteer Workers**

"Bodily Injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is operated by any "volunteer worker".

This exclusion does not apply to:

**1.** A watercraft while ashore on premises you own or rent;

**2.** A watercraft you do not own that is:

   **a.** Less than 26 feet long; and

   **b.** Not being used to carry persons or property for a charge;

**3.** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer worker" of the insured;

**4.** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**5.** "Bodily injury" or "property damage" arising out of:

   **a.** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   **b.** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** If Paragraph **A.** does not apply, **Exclusion 2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

   **(1)** Owned or operated by or rented or loaned to any insured; or

   **(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

© Insurance Services Office, Inc., 2014

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured or operated by any "volunteer worker".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**C.** Paragraph **2.a.** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

**D.** Paragraphs **2.a.** and **2.b.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**COMMERCIAL GENERAL LIABILITY**
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2014

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of the structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

 © ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

  **a.** Any test performed; or

  **b.** An evaluation, a consultation or advice given; by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2. or 3.**

CG 22 33 04 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawing, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

CG 22 79 04 13          © Insurance Services Office, Inc., 2012          **Page 1 of 1**

**COMMERCIAL GENERAL LIABILITY**
**CG 23 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

COMMERCIAL GENERAL LIABILITY
CG 24 13 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability,** Paragraph **14.e.** of the **Definitions** section does not apply.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf.  However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

    © Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSUREDS PRIMARY AND NONCONTRIBUTORY COVERAGE AS REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Paragraph 4. "Other Insurance", subsection b. "Excess Insurance" paragraph (1)**:

(c) Any of the other insurance, whether primary, excess, contingent or on any other basis unless a written contract specifically requires that this insurance be primary and noncontributing.  The written contract must:
(i)  be in effect or become effective during the term of this policy; and,
(ii) must have been enacted prior to the "bodily injury", "property damage" or "personal and advertising injury".

(d) Primary and noncontributory coverage under Paragraph **c.** above is limited to the operations of the named insured.

GL AIPNC 01 09

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS OR LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Section I - Coverage B - Personal And Advertising Injury Liability,** and **Section I - Coverage C - Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, caused by, or attributable to, whether in whole or in part the following:

1. Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos or lead, or toxic substances from the same, in any form, including but not limited to goods, products, or structures containing the same;

2. The existence of asbestos or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of the same, or goods or products containing the same;

3. Any supervision, instructions, recommendations, requests, warnings, or advice given or which should have been given in regard to asbestos or lead;

4. Any costs, including but not limited to, abatement, mitigation, removal, or disposal of asbestos, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos or lead, in any form; or

5. Any obligation to share damages with or repay anyone else who must pay damages in connection with any of the above.

**GL ALX  01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER    PKG 0182015 02                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDOMINIUM EXCLUSION**

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" included in the "products/completed operations hazard" and/or arising out of "your work" in the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any part of a **"condominium project"** and/or a **"community apartment project/co-operative project"** including any structure later converted into a **"condominium project"** or a **"community apartment project/co-operative project"** except:

(1) when the **"condominium project"** and/or **"community apartment project/co-operative project"** is not permitted, designed, remodeled, constructed, fabricated or manufactured for residential use, or
(2) when "your work" is for **"remodeling"** operations performed to a unit within a residential **"condominium project"** and/or **"community apartment project/co-operative project."**

For the purpose of this endorsement, the following terms mean:

**"Condominium project"** means a development consisting of condominiums.  A condominium consists of an undivided interest in common in a portion of real property coupled with a separate interest in space called a unit.

**"Community apartment project/co-operative project"** means a development in which an undivided interest in land is coupled with the right of exclusive occupancy of any apartment located thereon.

**"Remodeling"** means work being performed on behalf of a unit owner or apartment occupant to change the appearance of functional utility of the parts of the unit or apartment for which the unit owner or apartment occupant controls exclusively for their use by any deed restrictions, by-laws or Association covenants, codes or restrictions.

**GL CAP 06 14**

**Includes copyrighted material of The Insurance Services Office, Inc., with its permission.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CARE, CUSTODY AND CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion j.(4) of Section 1 - Coverage A - Bodily Injury and Property Damage Liability is eliminated and replaced by the following:**

**j.(4) Personal property in the care, custody or control of the Insured.**

    a.  Insuring Agreement

        (1)  We will pay for "property damage" to "covered property" of others caused by an "occurrence" to which this insurance applies, subject to the limits of coverage, and all terms and conditions stated herein.

        (2)  This insurance applies to "property damage" to "covered property" only if:

            a.  The "property damage" to "covered property" is caused by an "occurrence" that takes place in the "coverage territory".

            b.  The "property damage" to "covered property" occurs during the policy period; and

            c.  The damages are incurred and reported to us.

        (3)  We will make these payments regardless of fault.  Our obligation to pay sums under this coverage ends when we have used up the application limits of insurance.

        (4)  This coverage does not create or imply a duty to defend.

        **(5)  The limit of coverage for property damage covered by this endorsement is $10,000 in the aggregate, and inclusive of any costs of defense.**

    b.  Exclusions

      We will not pay expenses for "property damage" to "covered property"

      (1)  On premises owned by any insured or leased or rented to any insured.

      (2)  Expected or intended from the standpoint of any insured.

      (3)  For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

      (4)  Arising out of actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

         a.  At or from any premises, site or location which is or was at any time owned by or occupied by, or rented, or loaned to, any insured;

         b.  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

Includes copyrighted material of Insurance Service Office, Inc. with its permission

      c.  Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

      d.  At or from any premises, site or location on which any insured or contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

           i   If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor

           ii  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Subparagraphs (a) and (d) (i) do not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

   (5) Arising out of any:

      a.  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

      b.  Claim or suit by or on behalf of a governmental authority for damages because testing for, monitoring, cleaning-up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

   (6) Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and loading or unloading.

This exclusion does not apply to:

      a.  A watercraft while ashore on premises you own or rent

      b.  A watercraft you do not own that is:

          i.   Less than 51 feet long; and

          ii.  Not being used to carry persons or property for a charge or

      c.  Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

   (7) Arising out of:

      a.  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

      b.  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

   (8) You own or rent.

   (9) Loaned to you.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

(10)    Arising out of the "products-completed operations hazard".

(11)    That has been physically injured as a result of:

    a.  A defect, deficiency, inadequate or dangerous condition in "your product" or "your work" or

    b.  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

(12)    Incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    a.  "Your product",

    b.  "Your work"; or

    c.  "Impaired property",

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**d.  Definitions**

"Covered Property" means personal property in the care, custody or control of the insured.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# Amendment of
# Copyright, Patent, Trademark Or Trade Secret Exclusion

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION 1. -COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions, i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** is deleted in its entirety and replaced by the following:

This insurance does not apply to:

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights, including infringement of copyright, trade dress or slogan in your "advertisement".

**SECTION V. -DEFINITIONS 14.** "Personal and Advertising Injury" **14.** g. is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:  PKG 0182015 02                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(1) Arising out of the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any structure, not otherwise excluded by this endorsement, which exceeds (3) stories.  This does not apply to "bodily injury" or "property damage" arising out of "your work" performed within a structure.

(2) Arising out of any work or operations with respect to any exterior component, fixture or feature of any structure if a **spray on siding product** is used on any part of that structure.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

GL EDW 06 10                                                         Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXPANSION OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Endorsement CG 24 26 AMENDMENT OF INSURED CONTRACT DEFINITION is hereby expanded by the addition of the following:

**g.** A contract or agreement for a lease of office equipment including but not limited to items such as printers, copiers, telephone systems, and computer systems.

**GL EICD 01 07**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Fungi and Bacteria Each Occurrence Limit and Aggregate Limit | Fungi and Bacteria Per Occurrence Deductible For This Coverage Part |
|---|---|
| $  2,500.00 | $2,000 |

The insurance provided under **Section I - Coverage A - Bodily Injury and Property Damage Liability** as modified by the **Fungi Or Bacteria Exclusion** is hereby extended to provide insurance for **(a)** "property damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and **(b)** any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of fungi or bacteria, by any insured or by any other person or entity.

**A.**  For any purposes of this **Limited Fungi or Bacteria Liability** insurance only, Paragraph **1.a., 1.b., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A and B,** are deleted: **DEFENSE EXPENSES AND OTHER COSTS PROVIDED UNDER THE DELETED PARAGRAPHS ARE INCLUDED WITHIN THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE ABOVE.**

**B.**  For purposes of this **Limited Fungi or Bacteria Liability** insurance only, **Section III - Limits of Insurance** is deleted and replaced by the following:

    1.  The Limits of Insurance shown in the **Limited Fungi or Bacteria Liability Schedule** above and the provisions below fix the most we will pay regardless of the number of:
        a.  Insureds;
        b.  Claims made or "suits" brought; or
        c.  Persons or organizations making claims or bringing "suits".

    2.  The Aggregate Limit shown in the **Limited Fungi or Bacteria Liability Schedule** above is the most we will pay for the sum of:
        a.  Damages under Coverage **A.** for "property damage" insured under this endorsement; and
        b.  Any amounts that, but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d., and 1.e.** of **Section I-Supplementary Payments-Coverages A and B.**

GL FB 01 09

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

3. The Products-Completed Operations Aggregate Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as and included within the Aggregate Limit shown in the **Schedule** above, and subject to the terms of this endorsement, is the most we will pay for such "property damage".

4. Subject to 2. and 3. above, whichever applies, the Each Occurrence Limit shown in the **Schedule** above is the most we will pay for the sum of:
   a. Damages under Coverage **A.**;
   b. Any amounts that but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A. and B.**

   because of "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** arising out of any one "occurrence".

5. Subject to **4.** above, The Damage To Premises Rented To You Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as the Aggregate Limit shown in the **Schedule** above and, subject to the terms of this endorsement, is the most we will pay for such "property damage".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after the issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of Insurance.

**GL FB 01 09**                                                                                   Page 2 of 2

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR COMPLETED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART


This insurance does not apply to "property damage" arising out of "your work" if "your work" was completed or abandoned prior to the first date of coverage, or renewal thereof without lapse, with Builders Insurance (A Mutual Captive Company), American Builders Insurance Company or National Builders Insurance Company.

For purposes of this endorsement only, this exclusion does not apply to "property damage" arising out of service, maintenance, correction, repair or replacement of any part of any structure performed during the policy period.

All other terms and conditions of this Policy remain unchanged.

GL PCO 06 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RESULTING DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In regard only to "your work" in connection with residential structures, **Exclusion l. Damage to Your Work** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability, 2. Exclusions** is deleted and replaced with:

**I. Faulty, Defective or Poor Workmanship in Your Work**

This insurance does not apply to any claim or "suit" for the cost of repair, replacement, adjustment, removal, loss of use, inspection, disposal, or otherwise making good any faulty, defective or poor workmanship in "your work" for which any insured or any insured's employees, contractors, or subcontractors may be liable.

This exclusion does not apply to "property damage" sustained by any other property that is caused by the faulty, defective or poor workmanship in "your work".

This exclusion applies only to residential structures for which coverage is not otherwise excluded under this insurance.

GL RFWE 10 13                  page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright, Insurance Services Office, Inc

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

    **1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

    **2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material.  Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

Includes copyrighted material of Insurance Services Office, Inc., with permission

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08     © ISO Properties, Inc., 2007     **Page 1 of 2**

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 00 21 09 08



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

---

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule)** | $ ■■■■ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $   ■■■■

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause

of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E. Loss Payment**

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the own-

ers' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of the loss; or

**b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance; or

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 01 22 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES -
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

Hart Forms & Services
Reorder No. 14-F159

CM 01 22 09 00          Copyright, Insurance Services Office, Inc., 1999          **Page 1 of 1**

**COMMERCIAL INLAND MARINE**
**IH 00 68 09 09**

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this coverage form, means the following property described in the Declarations:

**a.** Your contractor's equipment; and

**b.** Similar property of others in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

**a.** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

**b.** Aircraft or watercraft;

**c.** Plans, blueprints, designs or specifications;

**d.** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

**e.** Property while underground or under water;

**f.** Property that you loan, lease or rent to others;

**g.** Contraband, or property in the course of illegal transportation or trade; or

**h.** Tools and clothing belonging to your employees.

### 3. Covered Causes Of Loss

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

#### a. Additionally Acquired Property

If during the policy period you acquire additional property of a type already covered by this coverage form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $50,000

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

This Additional Coverage does not increase the applicable Limit of Insurance shown in the Declarations.

#### b. Debris Removal

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

**(3)** Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

---

**IH 00 68 09 09**          © Insurance Services Office, Inc., 2009          **Page 1 of 4**

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $5,000 in any one occurrence under this Additional Coverage.

**(4)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**c. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage does not increase the Limit of Insurance.

**d. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

The limit for this Additional Coverage is in addition to the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

---

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this coverage form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**c.** Insects, vermin, rodents.

**d.** Corrosion, rust.

**e.** Mechanical breakdown or failure of the Covered Property.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

**a.** We cover property wherever located within:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**b.** We also cover property being shipped by air within and between points in Paragraph **a.**

**2. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

Instead, we will determine the most we will pay using the following steps:

**a.** Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

**b.** Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

**c.** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

**d.** Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property or rented equipment.

**F. Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**COMMERCIAL INLAND MARINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**EXCLUSION – MYSTERIOUS DISAPPEARANCE**

This endorsement modifies insurance provided under the following:

Commercial Inland Marine – Contractors Equipment Coverage Form IH 00 68 09 09
Commercial Inland Marine – Personal Portable Computer Coverage Form IH 00 75 09 09

The following is added to B. **Exclusions:**

We do not cover loss due to mysterious disappearance.

The following is added to F. **Definitions:**

Mysterious disappearance means an item is missing or lost without evidence of forced entry.

IM MD 09 09

Includes copyrighted material of Insurance Services Office, Inc with its permission

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 02                                                                IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.  Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

**IL 09 53 01 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 02 | 01/30/2017 | American Builders  Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED

☐ Insured's Name       ☐ Insured's Mailing Address       ☐ Change Exposure

☐ Add Coverages       ☐ Delete Coverages

CHANGES

ADD THE FOLLOWING LOCATION

3487 SOUTH OKATIE HWY HARDEEVILLE, SC 29927

Annual Return/Additional  Premium: N/A

_____
Authorized Representative Signature



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 02
**Transaction Type** AMENDED DECLARATION

**Renewal of** PKG 0182015
**Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2017   **To**   01/30/2018 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                      $

Commercial General Liability Coverage Part                            $
   Includes Extra Coverage Endorsement      $350.00

Commercial Inland Marine Coverage Part                               $

Crime and Fidelity Coverage Part                                          $

                    Total      $

Taxes/Surcharges (If Applicable)      $

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 13 Day of January, 2017

By_____

                  Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY**

| | |
|---|---|
| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIG PRVN      (5/15)     Privacy Notice
COMMON DEC (5/15)     Common Policy Declarations
IL0003       (9/08)     Calculation Of Premium
IL0017       (11/98)    Common Policy Conditions
IL0249       (9/08)     SC Changes-Canc & Nonrnwl
ILN001       (9/03)     Fraud Statement
ILP001       (1/04)     US Treasury Notice
PKGPOLJAC (5/15)     Policy Jacket Page

**Commercial Fire Forms**
PR DEC       (5/15)     Property Declarations Page
CP0010       (10/12)    Bldg and Pers Prop Cov Form
CP0090       (7/88)     Commercial Property Conditions
CP1030       (10/12)    Cause of Loss - Special Form
CP0140       (7/06)     Excl of Loss Due To Virus/Bact
CP1033       (10/12)    Theft Exclusion
CP1059       (6/07)     SC Wndstrm or Hail Exclusion
IL0194       (10/12)    SC Chgs Legal Action Agst US
IL0935       (7/02)     Exc of Certain Cmpter Rel Loss
IL0953       (1/15)     Excl of Cert Acts of Terrorism

**General Liability Forms**
GL DEC       (5/15)     GL Declarations Page
CG0001       (4/13)     Comml Gen Liab Coverage Form
BIG GLECE  (4/13)     GL Extra Coverage Endorsement
CG0300       (1/96)     Deductible Liability Insurance
CG2010       (4/13)     Addl Insd-Owners,Less.or Con B
CG2011       (4/13)     Addl Insd-Managers or Less.OFP
CG2033       (4/13)     Addl Insd-Own,Less,Cntr-Constr
CG2037       (4/13)     Addl Insd-Own,Lss,Cntr-Comp Op
CG2101       (11/85)    Exclusion-Athletic/Sports Part
CG2106       (5/14)     Excl-Access or Discl of Info
CG2109       (6/15)     Excl-Unmanned Aircraft
CG2116       (4/13)     Excl-Designated Profes.Service
CG2117       (7/98)     Excl-Movement of Bldgs/Struct
CG2146       (7/98)     Abuse or Molestation Exclusion
CG2147       (12/07)    Excl-Employ.-Related Practices
CG2152       (4/13)     Exclusion-Financial Services
CG2165       (12/04)    Total Pollution Exclusion
CG2166       (6/15)     Excl-Volunteer Workers
CG2167       (12/04)    Fungi or Bacteria Exclusion
CG2173       (1/15)     Exclusion-Cert Acts of Terrori
CG2186       (12/04)    Excl-Exterior Insulation
CG2196       (3/05)     Silica or Silica-Related Excl
CG2233       (4/13)     Excl-Testing or Consult.E&O
CG2234       (4/13)     Excl-Constr.Mgmt E & O
CG2243       (4/13)     Excl-Engineers,Arch.Surv. Prof
CG2279       (4/13)     Excl-Contractors Prof Liab
CG2301       (4/13)     Excl-Real Est Agents & Brokers
CG2404       (5/09)     Waiver of Transf.Rgts of Recov
CG2413       (4/13)     Amndmnt-Pers Inj & Ad Inj Def
CG2426       (4/13)     Amend Insd Contract Definition
GLAIPNC    (1/09)     Addl Ins Prim/Noncontrib. Covg

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 02 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY      0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (6/10) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 01/13/2017                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| Policy Number: | PKG 0182015 02 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #       1     Bldg #        1              Prem #        2     Bldg #       1
PRIMARY                       0702             TENANT                       0702
0                                              Horry/Inland,  260
DORCHESTER,  180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| Policy Number: | PKG 0182015 02 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** Standard Time At The Named Insured's Mailing **Address.**

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity         * Extended Period Of Indemnity (Days)

                                      N/A                                N/A

\*Applies to Business Income Only

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $        ▮ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC


**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------------------|------------|--------------|-----------|
| 00002 | 00001 | PERS | ███ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|--------------|-----------|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity     \* Extended Period Of Indemnity (Days)**

N/A                                                        N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|---------------------------------------|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
| Premium for this Coverage Part: $            ███ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



# American Builders Insurance Company

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 02 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2017  **To** 01/30/2018 **12:01A.M.Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |



| | | |
|---|---|---|
| General Liability Coverage Premium | $ | |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 02 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2017 | 01/30/2018 | | | O | |
| | | | ENHANCEMENT ENDORSEMENT | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2017 | 01/30/2018 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.600 | 01/30/2017 | 01/30/2018 | 300,000 | Payroll | O | |
| | | | CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.023 | 01/30/2017 | 01/30/2018 | 1,600,000 | Total Cost | O | |
| | | | INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.062 | 01/30/2017 | 01/30/2018 | 1,600,000 | Total Cost | P | |
| | | | INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2017 | 01/30/2018 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.091 | 01/30/2017 | 01/30/2018 | 1,500 | Area | O | |
| | | | WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | |
| 00003 | SC | 001 | 61217 | 39.998 | 01/30/2017 | 01/30/2018 | | Area | O | |
| | | | BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $▇▇▇▇▇▇

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

POLICY NUMBER:   PKG 0182015 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
CG 20 10 04 13



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

---

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▬▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ▮▮▮▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| **Forms Applicable:**   See Attached Forms Inventory Schedule |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

| **Premium** Premium for this Coverage Part:  $   ▮▮▮▮▮ |
|---|

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

AGENT COPY
Date Issued: 07/20/2017

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

Insured | Policy Number | Policy Period
FOUR BUILDERS PLUS SIDING DIVISION LLC
PKG 0182015 02   01/30/2017 01/30/2018

Agent | Agent Telephone
C. T. Lowndes & Company
843-884-3159

WRITTEN PREMIUM        $███████
EXPENSE CONSTANT

TOTAL POLICY BALANCE   $███████
PAYMENT PLAN        25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|---|---|
| 02/28/2017 | |
| 03/30/2017 | |
| 04/30/2017 | |
| 05/30/2017 | |
| 06/30/2017 | |
| 07/30/2017 | |
| 08/30/2017 | |
| 09/30/2017 | |
| 10/30/2017 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**                                    **Agent:**

FOUR BUILDERS PLUS SIDING DIVISION LLC          C. T. Lowndes & Company
PO BOX 2322                                     749 St. Andrews Blvd.
SUMMERVILLE, SC   29484                         Charleston, SC   29407

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  02

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 02 | 01/30/2017 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

☐ Insured's Name     ☐ Insured's Mailing Address     ☒ Change Exposure

☐ Add Coverages     ☐ Delete Coverages

**CHANGES**

Amend per the 2016 audit.

Annual Return/Additional Premium:  $█████████

_____

Authorized Representative Signature

IL 12 01 11 85     Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983     Page 1 of 1



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 02                    **Renewal of** PKG 0182015
**Transaction Type** AMENDED DECLARATION             **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2017   **To**   01/30/2018  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

|  | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>Includes Extra Coverage Endorsement | $350.00   $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 20 Day of July, 2017

By_____

Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 02 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY     0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**

| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CP1033 | (10/12) | Theft Exclusion |
| CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**

| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (6/15) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY**

| Policy Number: | PKG 0182015 02 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI | |
| Agent: | C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

```
GLALX       (1/09)    Asbestos or Lead Exclusion
GLCAP       (6/14)    Condominium Exclusion
GLCCC       (1/07)    Care, Custody and Control
GLCPTT001   (8/03)    Copyright Infringement
GLEDW       (6/10)    Excl - Designated Work
GLEICD      (1/07)    Expansion of Insured Contract
GLFB        (1/09)    Fungi & Bacteria
GLPCO       (6/15)    Excl-Prior Completed Operation
GL RFWE     (10/13)   Resulting Damage Coverage
GL-XDW      (10/13)   Excl-Contaminated Drywall
IL0021      (9/08)    Broad Form Nuclear Energy Excl
IL1201      (11/85)   Policy Change
```

**Inland Marine Forms**

```
IM C DEC    (5/15)    Comml Inland Marine Cov Dec
C E DEC     (5/15)    Cont Equip/Emp Tools Cov Dec
CE SCH      (5/15)    Cont Equip Schedule
CM0001      (9/04)    Coml Inland Marine Conditions
CM0122      (9/00)    South Carolina Chgs-Legal Act
IH0068      (9/09)    Contract Equip Covg Form
IMMD        (9/09)    Excl-Mysterious Disappearance
IL0935      (7/02)    Exc of Certain Cmpter Rel Loss
IL0953      (1/15)    Excl of Cert Acts of Terrorism
```

Issued Date: 07/20/2017                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY  0002528 | |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #      1    Bldg #      1                    Prem #      2    Bldg #      1
PRIMARY                          0702             TENANT                          0702
0                                                Horry/Inland,  260
DORCHESTER,  180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| NAMED INSURED SCHEDULE | |
|---|---|
| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

---

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------------------|------------|--------------|-----------|
| 00001 | 00001 | BLDG | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 **Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|--------------|-----------|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity          \* Extended Period Of Indemnity (Days)**

N/A                                                 N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|---------------------------------------|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $                ███ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------------------|------------|--------------|-----------|
| 00002 | 00001 | PERS | ███ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 **Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|--------------|-----------|

**\*Monthly Limit Of Indemnity    \*Maximum Period Of Indemnity        \* Extended Period Of Indemnity (Days)**

                        N/A                        N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|---------------------------------------|

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $          ███ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 02 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 02 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \ Classification Description |
| All | SC | 999 | 44444 | 350.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ENHANCEMENT ENDORSEMENT |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED |
| 00001 | SC | 001 | 91580 | 21.600 | 01/30/2017 | 01/30/2018 | 251,490 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS |
| 00001 | SC | 001 | 91583 | 1.023 | 01/30/2017 | 01/30/2018 | 2,274,678 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS |
| 00001 | SC | 999 | 91583 | 3.062 | 01/30/2017 | 01/30/2018 | 2,274,678 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2017 | 01/30/2018 | | | O | |
| ADD'L INSURED |
| 00002 | SC | 001 | 68702 | 11.091 | 01/30/2017 | 01/30/2018 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) |
| 00003 | SC | 001 | 61217 | 39.998 | 01/30/2017 | 01/30/2018 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**        $▮▮▮▮▮▮

Issued Date: 07/20/2017                    AGENT COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 02 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

Issued Date: 07/20/2017            AGENT COPY

POLICY NUMBER:   PKG 0182015 02

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 10 04 13**

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

**1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

**2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material.  Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

GL XDW 10 13                                                                page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017  **To**  01/30/2018   **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

---

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

---

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $      ▬▬▬ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy  Number:** PKG 0182015 02

**Named Insured:**  FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To**  01/30/2018 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address**

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value**<br>**(See Attached Contractors Equipment Schedule)** | $ ▮▮▮▮▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part:  $   ▮▮▮▮▮

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 02

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2017 **To** 01/30/2018 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

# INSURED
# MAILER PAGE

Reference:  **PKG 0182015 03**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**

**POLICY INVOICE**

INSURED COPY

Date Issued: 01/22/2018

<u>Insured</u>
FOUR BUILDERS PLUS SIDING DIVISION LLC

Agent: C. T. LOWNDES & COMPANY

<u>Policy Number</u>        <u>Policy Period</u>
PKG 0182015 03        01/30/2018 01/30/2019

Agent Telephone: 843-884-3159

Payment Plan:  25% Down, 9 Installments $5 Fee

| INSTALLMENT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 01 | 01/22/2018 | RENEWAL INSTALLMENT | ███████ |

TOTAL AMOUNT DUE UPON RECEIPT:

POLICY BALANCE                                            ████████

Payments received after the cancellation date will be posted to the policy-holder's account. This in no way obligates American Builders Insurance Company to reinstate or extend coverage.  Any refund due to the insured will be issued after the cancellation audit has been processed.
**If payment is not received by the due date, a late fee will be assessed and in addition, coverage may expire or a notice of cancellation may be issued.  For your convenience, you may make a payment by calling 1-800-883-9305 option 5, or pay securely online at www.bldrs.com.**

DETACH ALONG PERFORATION BELOW

RETURN THIS PORTION WITH YOUR REMITTANCE

**COMMERCIAL PACKAGE POLICY**

Policy Number
PKG 0182015 03

DUE ON RECEIPT                    $███████

PLEASE REMIT PAYMENT TO:

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

NOTICE1 0597



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

*Builders Insurance Group* ℠

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

INSURED COPY
Date Issued: 01/22/2018

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

**Insured**
FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Number**     **Policy Period**
PKG 0182015 03     01/30/2018 01/30/2019

**Agent**
C. T. Lowndes & Company

**Agent Telephone**
843-884-3159

WRITTEN PREMIUM   $██████████
PAYMENT PLAN     25% Down, 9 Installments $5 Fee

| INSTALLMENT # | DUE DATE | INSTALLMENT AMOUNT |
|---|---|---|
| 01 | 01/30/2018 | |
| 02 | 02/28/2018 | |
| 03 | 03/30/2018 | |
| 04 | 04/30/2018 | |
| 05 | 05/30/2018 | |
| 06 | 06/30/2018 | |
| 07 | 07/30/2018 | |
| 08 | 08/30/2018 | |
| 09 | 09/30/2018 | |
| 10 | 10/30/2018 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

The following information is provided in accordance with applicable state and federal laws and regulations.  No action on your part is necessary.

### PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES

Builders Insurance Group, Inc., Association Services, Inc., American Builders Insurance Company, National Builders Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group."

This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, who are not part of the Builders Insurance Group.  Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.

#### What categories of information about you do we collect?

We may collect the following categories of nonpublic personal information about you from the following sources:

- Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;
- Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and
- Information we obtain about you from consumer reporting agencies.

#### What categories of information about you do we disclose?

We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law.  In some cases, this means that we can disclose information about you to certain third parties without your authorization.

#### How do we protect the confidentiality and security of your information?

We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law. We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records.  Our employees who violate our privacy policy are subject to disciplinary action.

Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.

You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate.  We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information.  Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta Georgia 31139-0099 regarding our privacy notice.

BIG PRVN 05 15



# <u>How To File A Claim</u>

## Policyholder Responsibility:

*As soon as you are notified of the loss, immediately contact Builders Insurance Group using one of the following methods:*

> Report via Internet:  www.bldrs.com and click on "File a Claim".

> Call 1-800-883-9305, listen to prompts, and dial 2 for 24/7 loss reporting (please advise the intake specialist if you have any concerns regarding the validity of the claim).

> E-mail:  firstreport@bldrs.com

> Fax:  678-631-3409

## Builders Insurance Group's Responsibility:

> Builders Insurance Group will prepare the state required First Report of Injury on WC losses and forward a copy to you for your records.

> Builders Insurance Group will assign a claims adjuster to handle the loss and contact you for additional details.

> If you receive additional information regarding the loss such as: medical bills, medical reports, legal forms, court orders, etc., please send them to:

**Builders Insurance Group**
**Claims Department**
**PO Box 723099**
**Atlanta, GA  31139-0099**



# Cómo Presentar Una Reclamación

## Responsabilidad del Titular:

Tan pronto como se le notifique de la pérdida, comuníquese inmediatamente con Builders Group Insurance utilizando uno de los siguientes métodos:

> Informe a través de internet:  www.bldrs.com y haga clic en "Presentar Una Reclamación".

> Llame 1-800-883-9305, escuche las indicaciones, y marque 2 para asistencia 24/7 para reportar su pérdida (por favor avise al especialista en el consumo si tiene alguna duda sobre la validez de la reclamación).

> E-mail:  firstreport@bldrs.com

> Fax:  678-631-3409

## Responsabilidad de Builders Insurance Group:

> Builders Insurance Group preparará el Primer Informe de Lesión requerido por el estado sobre las pérdidas de Compensación a los Trabajadores y enviará una copia para sus registros.

> Builders Insurance Group le asignará un ajustador de seguros para manejar la pérdida y se comunicará con usted para obtener más detalles.

> Si recibe información adicional acerca de la pérdida, tales como:  gastos médicos, informes médicos, formas jurídicas, las órdenes judiciales, etc, por favor envíelas a:

<div align="center">

Builders Insurance Group
Departamento de Reclamo
PO Box 723099
Atlanta, GA  31139-0099

</div>

BIG CL PHN S 05 15

BUILDERS INSURANCE GROUP
GENERAL LIABILITY SUPPLEMENTAL APPLICATION
CPP



**All information on this application and the accompanying ACORD application must be completed. Both applications must be signed by the applicant and the producer.**

| Proposed Effective Date  01/30/2018 | Today's Date  01/22/2018 |
|---|---|

DBA Name (This is the name by which we will refer to this account)

Legal Name (If different)  FOUR BUILDERS PLUS SIDING DIVI

Has any owner or officer of this company ever declared bankruptcy? Yes___ No___. If "yes" please provide the following details: Date Filed_____ Amount Filed_____ Chapter? 7___ 11___ 13___ Attach documents verifying court's final disposition.

PROPERTY DAMAGE DEDUCTIBLE    ☐ $1,000 (Std)   ☐ $2,000   ☒ $5,000   ☐ $10,000   ☐ Other

Signature _____

---

**MOLD ELECTION (YOU MUST ELECT "A" OR "B" BELOW AND SIGN WHERE INDICATED)**

A.  On behalf of the named insured above, the undersigned hereby acknowledges that this policy provides limited ($2,500) coverage for <u>property damage</u> losses only (not bodily injury), from mold, mildew, fungi, or bacteria or any similar or related cause of loss.

_____          _____
Owner Name Printed                              Signature

-OR-

B.  We hereby elect the option selected below for mold, mildew, fungi, bacteria and understand and acknowledge coverage is limited by an annual aggregate and coverage is inclusive of defense costs and is for <u>property damage</u> losses only.  A deductible of two times the policy deductible applies to each occurrence.  Choose one only if you elect this additional coverage:

_____ $5,000 (Premium of $500.00)      _____ $10,000 (Premium of $1,000.00)

_____          _____
Owner Name Printed                              Signature

---

AFFIDAVIT:  I, the undersigned, hereby certify that I have read, understand, and certify the validity of the statements and information included in and made a part of this application.  I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules, and regulations relating to the welfare, health, and safety of employees.  I further agree to comply with all reasonable recommendations made by the Company with regard to same.

Producer's

Owner/Officer's Signature_____  Signature_____

Owner/Officer's Name (Printed)_____  Agency Name (Printed)

_____ C. T. LOWNDES & COMPANY

To request a quotation, fax a complete submission to your underwriter.  Do not send a check until you have received our written quotation.  Mail to: Builders Insurance Group, PO Box 723099, Atlanta, GA 31139-0099.

CPP GL Suppl App 01/10

**BUILDERS INSURANCE GROUP**

**ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

**COMMERCIAL PACKAGE POLICY**

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC          **Policy Number:** PKG 0182015 03

---

**Commercial Property**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**General Liability**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**
        Final Premium to be determined at audit.

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Inland Marine**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Policyholder/Applicant Signature_____

---

Date_____

CPP Terr Suppl 03/10



**POLICY NUMBER:** PKG 0182015 03

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

# American Builders Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**By:** C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

PKG POL JAC 05 15


*Builders Insurance Group*℠

**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 03                     **Renewal of** PKG 0182015
**Transaction Type** RENEWAL DECLARATION             **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2018   **To**   01/30/2019 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci       **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                      $ ■■■■■

Commercial General Liability Coverage Part                             $ ■■■■■
   Includes Extra Coverage Endorsement       $350.00

Commercial Inland Marine Coverage Part                                 $ ■■■■■

Crime and Fidelity Coverage Part                                       $ ■■■■■

                                       Total                           $ ■■■■■

                   Taxes/Surcharges (If Applicable)                    $ ■■■■■

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 22 Day of January, 2018

By_____

                        Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



# SOUTH CAROLINA INSURANCE FEE DISCLOSURE NOTICE

Insured:     FOUR BUILDERS PLUS SIDING DIVISION LLC

PLEASE BE ADVISED THAT THE FOLLOWING FEES MAY APPLY:

### Maximum Fee Schedule:

| | |
|---|---|
| LATE CHARGES | $10.00 |
| REINSTATEMENT CHARGES | $10.00 |
| CONVENIENCE CHARGES | $ 3.00 |
| INSTALLMENT PAYMENT FEE | $10.00 |
| NOT SUFFICIENT FUNDS FEE | $30.00 |

GLSCFDN002

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**

| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CP1033 | (10/12) | Theft Exclusion |
| CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**

| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (6/15) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |

INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY    0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (8/16) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 01/22/2018                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number:  PKG 0182015 03 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #      1      Bldg #        1                    Prem #        2      Bldg #        1
PRIMARY                          0702                 TENANT                          0702
0                                                     Horry/Inland,   260
DORCHESTER,  180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY           0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc.,  2007
Wolters Kluwer Financial Services | Uniform Forms™

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**4.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**6.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

**1.** We have the right to:

**a.** Make inspections and surveys at any time;

**b.** Give you reports on the conditions we find; and

**c.** Recommend changes.

**2.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

**a.** Are safe or healthful; or

**b.** Comply with laws, regulations, codes or standards.

**3.** Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.** Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

**1.** Is responsible for the payment of all premiums; and

**2.** Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 02 49 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured and the agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpay -ment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's and agent's last known addresses.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 120 Days Or More**

If this policy has been in effect for 120 days or more, or is a renewal or contin- uation of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Material misrepresentation of fact which, if known to us, would have caused us not to issue the policy;

**c.** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the policy;

**d.** Substantial breaches of contractual duties, conditions or warranties; or

**e.** Loss of our reinsurance covering all or a significant portion of the particular policy insured, or where continuation of the policy would imperil our solvency or place us in violation of the insurance laws of South Carolina.

Prior to cancellation for reasons permit- ted in this Item **e.,** we will notify the Commissioner, in writing, at least 60 days prior to such cancellation and the Commissioner will, within 30 days of such notification, approve or disap- prove such action.

Any notice of cancellation will state the precise reason for cancellation.

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** We will not refuse to renew a policy issued for a term of more than one year, until expiration of its full term, if anniversary renewal has been guaranteed by additional premium consideration.

**2.** If we decide not to renew this policy, we will:

    **a.** Mail or deliver written notice of nonrenewal to the first Named Insured and agent, if any, before:

        **(1)** The expiration date of this policy, if the policy is written for a term of one year or less; or

        **(2)** An anniversary date of this policy, if the policy is written for a term of more than one year or for an indefinite term; and

    **b.** Provide at least:

        **(1)** 60 days' notice of nonrenewal, when nonrenewal is to become effective between November 1 and May 31; or

        **(2)** 90 days' notice of nonrenewal, when nonrenewal is to become effective between June 1 and October 31.

**3.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's last known addresses. If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** Any notice of nonrenewal will state the precise reason for nonrenewal.

© ISO Properties, Inc., 2007
**IL 02 49 09 08**

IL N 001 09 03

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages: Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity    \*Maximum Period Of Indemnity    \* Extended Period Of Indemnity (Days)**

N/A                              N/A

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $ ▮

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------------------|------------|--------------|-----------|
| 00002 | 00001 | PERS | ■ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|--------------|-----------|
| | | | | | | |

**\*Monthly Limit Of Indemnity**   **\*Maximum Period Of Indemnity**   **\* Extended Period Of Indemnity (Days)**

N/A          N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|---------------------------------------|
| | | |

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $ ■ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire-extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

   **(1)** The lowest basement floor; or

   **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

   **(1)** Are licensed for use on public roads; or

   **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

   **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

 © Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

(b) Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

(c) Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

(d) Remove property of others of a type that would not be Covered Property under this Coverage Form;

(e) Remove deposits of mud or earth from the grounds of the described premises;

(f) Extract "pollutants" from land or water; or

(g) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4),** the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $    500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph (3) is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increase Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effect of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.  Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fire, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f.    Non-Owned Detach Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension if $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.    Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.  Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C.  Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
-     250

$ 59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this Event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the policy if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss of the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Other To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):**  $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):**  $100,000 ÷ $200,000 = .50

Step **(3):**  $40,000 x .50 = $20,000

Step **(4):**  $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $    250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:    The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $250,000 |

The Coinsurance percentage for it is:    90%

The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is:    $180,000

The Deductible is:    $  1,000

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):**    $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**    $180,000 ÷$225,000 = .80

Step **(3):**    $50,000 x .80 = $40,000

Step **(4):**    $40,000 - $1,000 = $39,000

We will pay no more than $39,000.  The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so: and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest.  In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies.  We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

If: The applicable Limit of Insurance is: $100,000

The annual percentage increase is: 8%

The number of days since the beginning of the policy year (or last policy change) is: 146

The amount of increase is: $100,000 x .08 x 146 ÷365 =    $ 3,200

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2) or (3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

  **a.** During the policy period shown in the Declarations; and

  **b.** Within the coverage territory.

**2.** The coverage territory is:

  **a.** The United States of America (including its territories and possessions);

  **b.** Puerto Rico; and

  **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1993, 1987

**CP 00 90 07 88** □

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

   **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

   **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Copyright, ISO Properties, Inc., 2006

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause of event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through;

    **(a)** Foundations, walls, floors or paved surfaces;

    **(b)** Basements, whether paved or not; or

    **(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

© Insurance Services Office, Inc., 2011

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusion **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

but if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.3.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone of in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under this Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

 © Insurance Services Office, Inc., 2011

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

b. **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your Cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

c. **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2011

**5.** **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss or of damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    **a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

        **(1)** The building or structure first sustains damage by a covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

        **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

    **d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

    **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

    **(2)** Business Income Coverage or Extra Expense Coverage.

    **e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

    **f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

    **g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

    **(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

    **(2)** Changes in or extremes of temperature;

    **(3)** Disease;

    **(4)** Frost or hail; or

    **(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

    **a.** Animals, and then only if they are killed or their destruction is made necessary.

    **b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

    **(1)** Glass; or

    **(2)** Containers of property held for sale.

    **c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

    **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

    **(2)** To Business Income Coverage or to Extra Expense Coverage.

© Insurance Services Office, Inc., 2011

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the courseof the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collpase is caused in part by:

     **(1)** A cause of loss listed in **2.a.** or **2.b.;**

     **(2)** One or more of the "specified causes of loss";

     **(3)** Breakage of building glass;

     **(4)** Weight of people or personal property; or

     **(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does not apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

    **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

    **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limit of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, then the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

### G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces creased by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

POLICY NUMBER:   PKG 0182015 03

**COMMERCIAL PROPERTY**
**CP 10 33 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - SPECIAL FORM

**SCHEDULE**

| Premises Number | | Building Number |
|---|---|---|
| Pers Prop Covg     00002 | | 00001 |
| | | |
| | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

With respect to the location(s) indicated in the Schedule, the following is added to the **Exclusions** section:

We will not pay for loss or damage caused by or resulting from theft.

But we will pay for:

1. Loss or damage that occurs due to looting at the time and place of a riot or civil commotion; or

2. Building damage caused by the breaking in or exiting of burglars.

And if theft results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**CP 10 33 10 12**        © Insurance Services Office, Inc., 2011        **Page 1 of 1**

POLICY NUMBER: PKG 0182015 03

**COMMERCIAL PROPERTY**
**CP 10 59 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL EXCLUSION – SOUTH CAROLINA

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number |
|---|---|
| 00002 | 00001 |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the Exclusions section and is therefore **not** a Covered Cause of Loss:

**WINDSTORM OR HAIL**

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**B.** The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

**C.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, Windstorm Or Hail is deleted from Paragraph **2.a.**

**D.** In the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from the "specified causes of loss".

**E.** Under **Additional Coverage Extensions – Property In Transit,** in the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from Paragraph **b.(1).**

**F.** This endorsement does not apply to Extra Expense Coverage provided under the following:

**1.** Business Income Coverage Form (And Extra Expense)

**2.** Extra Expense Coverage Form.

**G.** This endorsement does not apply to coverage provided under the Leasehold Interest Coverage Form.

Wolters Kluwer Financial Services | Uniform Forms™

**IL 01 94 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART - FARM LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - FARM MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
STANDARD PROPERTY POLICY

**A.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy, the Capital Assets Program Coverage From (Output Policy), and in the Farm Forms listed above, is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part, Coverage Form or Policy to which this Condition applies unless:

**1.** There has been full compliance with all of the terms of this Coverage Part, Coverage Form or Policy; and

**2.** The action is brought within 3 years after the date on which the direct physical loss ("loss") or damage occurred.

**B.** Under the Commercial Property Coverage Part, Paragraph **(1)** of the **Legal Action Against Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**(1)** No one may bring a legal action against us under Coverages A and B unless:

**(a)** There has been full compliance with all of the terms of Coverages A and B; and

**(b)** The action is brought within 3 years after you discover the error or accidental omission.

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

POLICY NUMBER: PKG 0182015 03                                                IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

  **1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

  **2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

IL 09 53 01 15                    © Insurance Services Office, Inc., 2015                    **Page 1 of 2**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 03 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2018  **To** 01/30/2019 **12:01A.M.Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) $ | | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

General Liability Coverage Premium    $ 
State Tax or Other (if applicable)        $
Total General Liability Coverage Premium  $
    (Subject to Audit)

**ENDORSEMENTS**

| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. LOWNDES & COMPANY          0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|----|------|------|-----------|------------|---------------|-----|-------|---------|
| All | SC | 999 | 44444 | 350.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.159 | 01/30/2018 | 01/30/2019 | 251,490 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.002 | 01/30/2018 | 01/30/2019 | 2,274,678 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 2.999 | 01/30/2018 | 01/30/2019 | 2,274,678 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 10.864 | 01/30/2018 | 01/30/2019 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 39.181 | 01/30/2018 | 01/30/2019 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $

Issued Date: 01/22/2018                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 03 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

**2.** **Exclusions**

This insurance does not apply to:

**a.** **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.** **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c.** **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d.** **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.** **Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided in the "auto is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, or material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, boarders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS - COVERAGE A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than you "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A; and**

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.** **Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop draw-ings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or fail-ing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building clean-ing, geophysical exploration, lighting and well servicing equipment; or

       (2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

 © Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

    **(a)** Snow removal;

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos":

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        **(a)** When all of the work called for in your contract has been completed.

        **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.  "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**TABLE OF CONTENTS**

**Additions to SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  Non-Owned Watercraft

2.  Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System

**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.  Increased Limits for Bail Bonds

2.  Increased Limit of Loss of Earnings

**Additions to SECTION II - WHO IS AN INSURED**

1.  Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2.  Incidental Medical Malpractice

3.  Newly Acquired or Formed Organizations

**Additions to SECTION III - LIMITS OF INSURANCE**

1.  Damage to Premises Rented To You

2.  Increased Medical Payments Limit

3.  Additional Insured - Persons or Organizations Required by Written Contract or Agreement

**Additions to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1.  Knowledge of Occurrence

2.  Primary and Noncontributory

3.  Transfer of Rights of Recovery

4.  Liberalization

5.  Unintentional Failure to Disclose

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1. **Non-Owned Watercraft**. Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
   **(2)** A watercraft you do not own that is:
    **(a)** Less than 51 feet long; and
    **(b)** Not being used to carry persons or property for a charge;

2. **Property Damage Exclusion**. Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
   Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

 and replacing it with:
   Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is revised as follows:

3. **Increased Limits.**  Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
   **b.**  Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

4. **Increased Limits.**  Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
   **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II - WHO IS AN INSURED** - is revised as follows:

**1.** **Additional Insureds.**

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured:

**1.**  Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
**2.**  Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(a)** Your acts or omissions; or

**(b)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

**(a)** Only applies to the extent permitted by law; and

**(b)** Will not be broader than that which you are required by the contract  or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additionalexclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

**(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **A.1.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice**.  The following exception is added:

Paragraph **2.a.(1)(d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**(i)** Emergency Medical Technician; or

**(ii)** Paramedic.

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3. **Newly Acquired or Formed Organizations.**

Paragraph **3.a.** is deleted and replaced with the following:

**(a)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

Paragraph **3.b.** is deleted and replaced with the following:

**(b)** Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

1. **Damage To Premises Rented To You.**

The Limit for Damage to Premises Rented to You is amended to be the lesser of:
    **(a)** The Each Occurrence Limit shown in the Declarations; or
    **(b)** $300,000.

2. **Increased Medical Payments Limit.**

Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

1. **Knowledge of Occurrence.** The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:
**(1)** You, if you are an individual;
**(2)** A member or partner, if you are a partnership or joint venture;
**(3)** A member or manager, if you are a limited liability company;
**(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
**(5)** A trustee, if you are a trust;
**(6)** Your insurance manager;
**(7)** Your legal representative if you die or dissolve;
**(8)** Any person claiming coverage or seeking benefits under the policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

2. **Primary and Noncontributory.**   The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

3. **Transfer Of Rights Of Recovery.**   The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us.**
   We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:
   **(a)** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
   **(b)** The ownership, maintenance or use of that part of a premise leased to you.

   Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage.   The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights.   At our request, the insured shall bring "suit" against liable parties or transfer those rights to us.

4. **Liberalization.**  The following is added:

   If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

5. **Unintentional Failure to Disclose.**  The following is added:

   An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations.   An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAIN UNCHANGED.

POLICY NUMBER:   PKG 0182015 03

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | **PER CLAIM   or** | **PER OCCURRENCE** |
| Bodily Injury Liability OR | $ | $ |
| Property Damage Liability OR | $ | $   5,000.00 |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above.  The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.**  If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

        **(1)** "Bodily injury";

        **(2)** "Property damage"; or

        **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence."

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

  Copyright, Insurance Services Office, Inc., 1994  **CG 03 00 01 96**  □

POLICY NUMBER:  PKG 0182015 03

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**            © Insurance Services Office, Inc., 2012            **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**CG 20 10 04 13**

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

    © Insurance Services Office, Inc., 2012

**2.** "Bodily injury" or "property damage" occurring after:

    **a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional isnured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**CG 20 33 04 13**

POLICY NUMBER:  PKG 018201503

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| D. R. HORTON INC ITS AFFILIATES & SUBSIDIARIES | ALL WORK PERFORMED BY ADD'L INSURED |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**CG 20 37 04 13**     © Insurance Services Office, Inc., 2012     **Page 1 of 1**

POLICY NUMBER:   PKG 0182015 03                                                **CG 21 01 11 85**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL  LIABILITY  COVERAGE  PART

**SCHEDULE**

**Description of Operations:**

 Any operations of the named insured or any persons or organizations that are insured by this policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

**CG 21 01 11 85**                Copyright, Insurance Services Office, Inc., 1984

**COMMERCIAL GENERAL LIABILITY**
**CG 21 06 05 14**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

**COMMERCIAL GENERAL LIABILITY**
**CG 21 09 06 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".  Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(e) "Bodily Injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014

**CG 21 09 06 15**

POLICY NUMBER:  PKG 0182015 03

**COMMERCIAL GENERAL LIABILITY**
**CG 21 16 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
|---|
| **1.** Real Estate Agents and/or Brokers |
| **2.** Architects, Engineers or Surveyors |
| **3.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

COMMERCIAL GENERAL LIABILITY
CG 21 17 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MOVEMENT OF BUILDINGS OR STRUCTURES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of and occurring during the course of the movement of any building or structure by an "auto" or "mobile equipment". The period of movement:

1. Begins when the building or structure is removed from its old foundation; and

2. Ends when the unloading of the vehicle begins for the purpose of placing the building or structure on its new foundation.

    Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage A − Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sis- ter of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage B − Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

  **(a)** Refusal to employ that person;

  **(b)** Termination of that person's employment; or

  **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 52 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

**1.** Planning, administering or advising on:
  **a.** Any:
    **(1)** Investment;
    **(2)** Pension;
    **(3)** Annuity;
    **(4)** Savings;
    **(5)** Checking; or
    **(6)** Individual retirement;
    plan, fund or account;
  **b.** The issuance or withdrawal of any bond, debenture, stock or other securities;
  **c.** The trading of securities, commodities or currencies; or
  **d.** Any acquisitions or mergers;

**2.** Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

**3.** Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

**4.** Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

**5.** Checking or reporting of credit;

**6.** Maintaining of financial accounts or records;

**7.** Tax planning, tax advising or the preparation of tax returns; or

**8.** Selling or issuing traveler's checks, letters of credit, certified checks, bank checks or money orders.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render financial services by any insured to others.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from

a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by

or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 66 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If Endorsement **CG 21 09, CG 21 10, CG 24 50 or CG 24 51** is attached to the Policy, the following exclusion is added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Volunteer Workers**

"Bodily Injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is operated by any "volunteer worker".

This exclusion does not apply to:

**1.** A watercraft while ashore on premises you own or rent;

**2.** A watercraft you do not own that is:

    **a.** Less than 26 feet long; and

    **b.** Not being used to carry persons or property for a charge;

**3.** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer worker" of the insured;

**4.** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**5.** "Bodily injury" or "property damage" arising out of:

    **a.** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    **b.** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** If Paragraph **A.** does not apply, **Exclusion 2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

    **(1)** Owned or operated by or rented or loaned to any insured; or

    **(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

© Insurance Services Office, Inc., 2014

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured or operated by any "volunteer worker".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**C.** Paragraph **2.a.** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

**D.** Paragraphs **2.a.** and **2.b.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

© Insurance Services Office, Inc., 2014

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2014

**COMMERCIAL GENERAL LIABILITY**
**CG 21 86 12 04**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

   **1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

   **2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of the structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

   1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

   2. The adhesive and/or mechanical fasterners used to attach the insulation board to the substrate;

   3. A reinforced or unreinforced base coat;

   4. A finish coat providing surface texture to which color may be added; and

   5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

**a.** Any test performed; or

**b.** An evaluation, a consultation or advice given; by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2. or 3.**

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawing, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

**COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** Of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

**COMMERCIAL GENERAL LIABILITY**
**CG 22 79 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   **a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   **b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

   **a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   **b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

**COMMERCIAL GENERAL LIABILITY**
**CG 23 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

POLICY NUMBER: PKG 0182015 03

**COMMERCIAL GENERAL LIABILITY**
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Name Of Person Or Organization:** <br> BLANKET AS REQUIRED BY WRITTEN |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

Wolters Kluwer Financial Services | Uniform Forms™

**COMMERCIAL GENERAL LIABILITY**
**CG 24 13 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability,** Paragraph **14.e.** of the **Definitions** section does not apply.

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf.  However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

CG 24 26 04 13                 © Insurance Services Office, Inc., 2012                 Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSUREDS PRIMARY AND NONCONTRIBUTORY COVERAGE AS REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Paragraph 4. "Other Insurance", subsection b. "Excess Insurance" paragraph (1)**:

(c) Any of the other insurance, whether primary, excess, contingent or on any other basis unless a written contract specifically requires that this insurance be primary and noncontributing.  The written contract must:

　(i)　be in effect or become effective during the term of this policy; and,

　(ii)　must have been enacted prior to the "bodily injury", "property damage" or "personal and advertising injury".

(d) Primary and noncontributory coverage under Paragraph **c.** above is limited to the operations of the named insured.

**GL AIPNC 01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS OR LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Section I - Coverage B - Personal And Advertising Injury Liability,** and **Section I - Coverage C - Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, caused by, or attributable to, whether in whole or in part the following:

1.  Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos or lead, or toxic substances from the same, in any form, including but not limited to goods, products, or structures containing the same;

2.  The existence of asbestos or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of the same, or goods or products containing the same;

3.  Any supervision, instructions, recommendations, requests, warnings, or advice given or which should have been given in regard to asbestos or lead;

4.  Any costs, including but not limited to, abatement, mitigation, removal, or disposal of asbestos, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos or lead, in any form; or

5.  Any obligation to share damages with or repay anyone else who must pay damages in connection with any of the above.

**GL ALX  01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDOMINIUM EXCLUSION**

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" included in the "products/completed operations hazard" and/or arising out of "your work" in the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any part of a **"condominium project"** and/or a **"community apartment project/co-operative project"** including any structure later converted into a **"condominium project"** or a **"community apartment project/co-operative project"** except:

(1) when the **"condominium project"** and/or a **"community apartment project/co-operative project"** is not permitted, designed, remodeled, constructed, fabricated or manufactured for residential use, or
(2) when "your work" is for **"remodeling"** operations performed to a unit within a residential **"condominium project"** and/or **"community apartment project/co-operative project."**

For the purpose of this endorsement, the following terms mean:

**"Condominium project"** means a development consisting of condominiums.  A condominium consists of an undivided interest in common in a portion of real property coupled with a separate interest in space called a unit.

**"Community apartment project/co-operative project"** means a development in which an undivided interest in land is coupled with the right of exclusive occupancy of any apartment located thereon.

**"Remodeling"** means work being performed on behalf of a unit owner or apartment occupant to change the appearance of functional utility of the parts of the unit or apartment for which the unit owner or apartment occupant controls exclusively for their use by any deed restrictions, by-laws or Association covenants, codes or restrictions.

**GL CAP 06 14**

**Includes copyrighted material of The Insurance Services Office, Inc., with its permission.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CARE, CUSTODY AND CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion j.(4) of Section 1 - Coverage A - Bodily Injury and Property Damage Liability is eliminated and replaced by the following:**

**j.(4) Personal property in the care, custody or control of the Insured.**

    a.  Insuring Agreement

        (1)  We will pay for "property damage" to "covered property" of others caused by an "occurrence" to which this insurance applies, subject to the limits of coverage, and all terms and conditions stated herein.

        (2)  This insurance applies to "property damage" to "covered property" only if:

            a.  The "property damage" to "covered property" is caused by an "occurrence" that takes place in the "coverage territory".

            b.  The "property damage" to "covered property" occurs during the policy period; and

            c.  The damages are incurred and reported to us.

        (3)  We will make these payments regardless of fault.  Our obligation to pay sums under this coverage ends when we have used up the application limits of insurance.

        (4)  This coverage does not create or imply a duty to defend.

        (5)  **The limit of coverage for property damage covered by this endorsement is $10,000 in the aggregate, and inclusive of any costs of defense.**

    b.  Exclusions

        We will not pay expenses for "property damage" to "covered property"

        (1)  On premises owned by any insured or leased or rented to any insured.

        (2)  Expected or intended from the standpoint of any insured.

        (3)  For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

        (4)  Arising out of actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

            a.  At or from any premises, site or location which is or was at any time owned by or occupied by, or rented, or loaned to, any insured;

            b.  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

GL CCC 01 07

Includes copyrighted material of Insurance Service Office, Inc. with its permission

    c.  Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    d.  At or from any premises, site or location on which any insured or contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

      i  If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor

      ii  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Subparagraphs (a) and (d) (i) do not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

    (5)  Arising out of any:

    a.  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

    b.  Claim or suit by or on behalf of a governmental authority for damages because testing for, monitoring, cleaning-up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

    (6)  Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and loading or unloading.

This exclusion does not apply to:

    a.  A watercraft while ashore on premises you own or rent

    b.  A watercraft you do not own that is:

      i.  Less than 51 feet long; and

      ii.  Not being used to carry persons or property for a charge or

    c.  Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

    (7)  Arising out of:

    a.  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

    b.  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

    (8)  You own or rent.

    (9)  Loaned to you.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

    (10)    Arising out of the "products-completed operations hazard".

    (11)    That has been physically injured as a result of:

        a.   A defect, deficiency, inadequate or dangerous condition in "your product" or "your work" or

        b.   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

    (12)    Incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

        a.   "Your product",

        b.   "Your work"; or

        c.   "Impaired property",

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

    **d.  Definitions**

"Covered Property" means personal property in the care, custody or control of the insured.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# Amendment of
# Copyright, Patent, Trademark Or Trade Secret Exclusion

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION 1. -COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions, i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** is deleted in its entirety and replaced by the following:

This insurance does not apply to:

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights, including infringement of copyright, trade dress or slogan in your "advertisement".

**SECTION V. -DEFINITIONS 14.** "Personal and Advertising Injury" **14.** g. is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:  PKG 0182015 03                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(1)  Arising out of the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any structure, not otherwise excluded by this endorsement, which exceeds (5) stories.  This does not apply to "bodily injury" or "property damage" arising out of "your work" performed within a structure.

(2)  Arising out of any work or operations with respect to any exterior component, fixture or feature of any structure if a **spray on siding product** is used on any part of that structure.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

GL EDW 08 16                                                                                    Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXPANSION OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

Endorsement CG 24 26 AMENDMENT OF INSURED CONTRACT DEFINITION is hereby expanded by the addition of the following:

   **g.**  A contract or agreement for a lease of office equipment including but not limited to items such as printers, copiers, telephone systems, and computer systems.

**GL EICD 01 07**

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Fungi and Bacteria Each Occurrence Limit and Aggregate Limit | Fungi and Bacteria Per Occurrence Deductible For This Coverage Part |
|---|---|
| $  2,500.00 | $2,000 |

The insurance provided under **Section I - Coverage A - Bodily Injury and Property Damage Liability** as modified by the **Fungi Or Bacteria Exclusion** is hereby extended to provide insurance for **(a)** "property damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and **(b)** any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of fungi or bacteria, by any insured or by any other person or entity.

**A.**    For any purposes of this **Limited Fungi or Bacteria Liability** insurance only, Paragraph **1.a., 1.b., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A and B,** are deleted: **DEFENSE EXPENSES AND OTHER COSTS PROVIDED UNDER THE DELETED PARAGRAPHS ARE INCLUDED WITHIN THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE ABOVE.**

**B.**    For purposes of this **Limited Fungi or Bacteria Liability** insurance only, **Section III - Limits of Insurance** is deleted and replaced by the following:

    1.    The Limits of Insurance shown in the **Limited Fungi or Bacteria Liability Schedule** above and the provisions below fix the most we will pay regardless of the number of:
        a.  Insureds;
        b.  Claims made or "suits" brought; or
        c.  Persons or organizations making claims or bringing "suits".

    2.    The Aggregate Limit shown in the **Limited Fungi or Bacteria Liability Schedule** above is the most we will pay for the sum of:
        a.  Damages under Coverage **A.** for "property damage" insured under this endorsement; and
        b.  Any amounts that, but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d., and 1.e.** of **Section I-Supplementary Payments-Coverages A and B.**

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

3. The Products-Completed Operations Aggregate Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as and included within the Aggregate Limit shown in the **Schedule** above, and subject to the terms of this endorsement, is the most we will pay for such "property damage".

4. Subject to 2. and 3. above, whichever applies, the Each Occurrence Limit shown in the **Schedule** above is the most we will pay for the sum of:
   a. Damages under Coverage **A.**;
   b. Any amounts that but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A. and B.**
   because of "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** arising out of any one "occurrence".

5. Subject to **4.** above, The Damage To Premises Rented To You Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as the Aggregate Limit shown in the **Schedule** above and, subject to the terms of this endorsement, is the most we will pay for such "property damage".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after the issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of Insurance.

**GL FB 01 09**

Page 2 of 2

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR COMPLETED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "property damage" arising out of "your work" if "your work" was completed or abandoned prior to the first date of coverage, or renewal thereof without lapse, with Builders Insurance (A Mutual Captive Company), American Builders Insurance Company or National Builders Insurance Company.

For purposes of this endorsement only, this exclusion does not apply to "property damage" arising out of service, maintenance, correction, repair or replacement of any part of any structure performed during the policy period.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RESULTING DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In regard only to "your work" in connection with residential structures, **Exclusion I. Damage to Your Work** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability, 2. Exclusions** is deleted and replaced with:

**I. Faulty, Defective or Poor Workmanship in Your Work**

This insurance does not apply to any claim or "suit" for the cost of repair, replacement, adjustment, removal, loss of use, inspection, disposal, or otherwise making good any faulty, defective or poor workmanship in "your work" for which any insured or any insured's employees, contractors, or subcontractors may be liable.

This exclusion does not apply to "property damage" sustained by any other property that is caused by the faulty, defective or poor workmanship in "your work".

This exclusion applies only to residential structures for which coverage is not otherwise excluded under this insurance.

GL RFWE 10 13                                                                                          page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright, Insurance Services Office, Inc

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

    **1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

    **2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material. Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

Includes copyrighted material of Insurance Services Office, Inc., with permission

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

    © ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ████ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**    See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | **$** |
| **Deductible:** | **$** 250 |
| **Blanket Non-Owned Limit:** | **$** 5,000 |
| **Deductible:** | **$** 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | **$** ▇▇▇▇ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | **$** |
| **Maximum All Employee Tools:** | **$** |
| **Deductible:** | **$** |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| **Forms Applicable:** See Attached Forms Inventory Schedule |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

| **Premium** |
|---|
| Premium for this Coverage Part: $ ▇▇▇▇ |

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause

of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E. Loss Payment**

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the own-

ers' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of the loss; or

    **b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

    **a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

    **b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance; or

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

© ISO Properties, Inc., 2003

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

**COMMERCIAL INLAND MARINE**
**CM 01 22 09 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this coverage form, means the following property described in the Declarations:

**a.** Your contractor's equipment; and

**b.** Similar property of others in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

**a.** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

**b.** Aircraft or watercraft;

**c.** Plans, blueprints, designs or specifications;

**d.** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

**e.** Property while underground or under water;

**f.** Property that you loan, lease or rent to others;

**g.** Contraband, or property in the course of illegal transportation or trade; or

**h.** Tools and clothing belonging to your employees.

### 3. Covered Causes Of Loss

Covered Causes Of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

#### a. Additionally Acquired Property

If during the policy period you acquire additional property of a type already covered by this coverage form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $50,000

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

This Additional Coverage does not increase the applicable Limit of Insurance shown in the Declarations.

#### b. Debris Removal

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

**(3)** Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $5,000 in any one occurrence under this Additional Coverage.

**(4)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**c. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage does not increase the Limit of Insurance.

**d. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

The limit for this Additional Coverage is in addition to the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this coverage form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**c.** Insects, vermin, rodents.

**d.** Corrosion, rust.

**e.** Mechanical breakdown or failure of the Covered Property.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

**a.** We cover property wherever located within:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**b.** We also cover property being shipped by air within and between points in Paragraph **a.**

**2. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

Instead, we will determine the most we will pay using the following steps:

**a.** Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

**b.** Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

**c.** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

**d.** Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property or rented equipment.

**F. Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**COMMERCIAL INLAND MARINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**EXCLUSION – MYSTERIOUS DISAPPEARANCE**

This endorsement modifies insurance provided under the following:

Commercial Inland Marine – Contractors Equipment Coverage Form IH 00 68 09 09
Commercial Inland Marine – Personal Portable Computer Coverage Form IH 00 75 09 09

The following is added to B. **Exclusions:**

We do not cover loss due to mysterious disappearance.

The following is added to F. **Definitions:**

Mysterious disappearance means an item is missing or lost without evidence of forced entry.

IM MD 09 09

Includes copyrighted material of Insurance Services Office, Inc with its permission

**IL 09 35 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

POLICY NUMBER: PKG 0182015 03                                                    IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

                    © Insurance Services Office, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.  Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

    © Insurance Services Office, Inc., 2015    **IL 09 53 01 15**

# INSURED
# MAILER PAGE

Reference:   **PKG 0182015 03**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

INSURED COPY
Date Issued: 04/11/2018

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

**Insured**
FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Number**   **Policy Period**
PKG 0182015 03   01/30/2018 01/30/2019

**Agent**
C. T. Lowndes & Company

**Agent Telephone**
843-884-3159

WRITTEN PREMIUM   $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE   $█████████
PAYMENT PLAN   25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2018 | █████████ |
| 03/30/2018 | |
| 04/30/2018 | |
| 05/30/2018 | |
| 06/30/2018 | |
| 07/30/2018 | |
| 08/30/2018 | |
| 09/30/2018 | |
| 10/30/2018 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**POLICY NUMBER:** PKG 0182015 03

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

# American Builders Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139-0099

**COMMERCIAL PACKAGE POLICY**

**For:** FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**By:** C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

PKG POL JAC 05 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 03 | 03/28/2018 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

CHANGES

Adding equipment to Inland Marine coverage Mahindra TR 2565 Shuttle Cab with attachments with Loss Payee Mahindra Finance USA LLC PO Box 2000 8001 Birchwood Ct Suite C Johnston IA 50131

Annual Return/Additional Premium:     $█████

_____
Authorized Representative Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc., 1983          **Page 1 of 1**
Copyright, ISO Commercial Risk Services, Inc., 1983



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 03
**Transaction Type** AMENDED DECLARATION

**Renewal of** PKG 0182015
**Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2018   **To**   01/30/2019  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                              $ ▮▮▮▮

Commercial General Liability Coverage Part                                     $ ▮▮▮▮
    Includes Extra Coverage Endorsement        $350.00

Commercial Inland Marine Coverage Part                                         $ ▮▮▮▮

Crime and Fidelity Coverage Part                                               $ ▮▮▮▮

                                        Total                                  $ ▮▮▮▮

                    Taxes/Surcharges (If Applicable)                           $ ▮▮▮▮

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 11 Day of April, 2018

By_____

                    Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA 31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company      0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIG PRVN      (5/15)    Privacy Notice
COMMON DEC (5/15)    Common Policy Declarations
IL0003        (9/08)    Calculation Of Premium
IL0017        (11/98)   Common Policy Conditions
IL0249        (9/08)    SC Changes-Canc & Nonrnwl
ILN001        (9/03)    Fraud Statement
ILP001        (1/04)    US Treasury Notice
PKGPOLJAC  (5/15)    Policy Jacket Page

**Commercial Fire Forms**
PR DEC        (5/15)    Property Declarations Page
CP0010        (10/12)   Bldg and Pers Prop Cov Form
CP0090        (7/88)    Commercial Property Conditions
CP1030        (10/12)   Cause of Loss - Special Form
CP0140        (7/06)    Excl of Loss Due To Virus/Bact
CP1033        (10/12)   Theft Exclusion
CP1059        (6/07)    SC Wndstrm or Hail Exclusion
IL0194        (10/12)   SC Chgs Legal Action Agst US
IL0935        (7/02)    Exc of Certain Cmpter Rel Loss
IL0953        (1/15)    Excl of Cert Acts of Terrorism

**General Liability Forms**
GL DEC        (5/15)    GL Declarations Page
CG0001        (4/13)    Comml Gen Liab Coverage Form
BIG GLECE  (4/13)    GL Extra Coverage Endorsement
CG0300        (1/96)    Deductible Liability Insurance
CG2010        (4/13)    Addl Insd-Owners,Less.or Con B
CG2011        (4/13)    Addl Insd-Managers or Less.OFP
CG2033        (4/13)    Addl Insd-Own,Less,Cntr-Constr
CG2037        (4/13)    Addl Insd-Own,Lss,Cntr-Comp Op
CG2101        (11/85)   Exclusion-Athletic/Sports Part
CG2106        (5/14)    Excl-Access or Discl of Info
CG2109        (6/15)    Excl-Unmanned Aircraft
CG2116        (4/13)    Excl-Designated Profes.Service
CG2117        (7/98)    Excl-Movement of Bldgs/Struct
CG2146        (7/98)    Abuse or Molestation Exclusion
CG2147        (12/07)   Excl-Employ.-Related Practices
CG2152        (4/13)    Exclusion-Financial Services
CG2165        (12/04)   Total Pollution Exclusion
CG2166        (6/15)    Excl-Volunteer Workers
CG2167        (12/04)   Fungi or Bacteria Exclusion
CG2173        (1/15)    Exclusion-Cert Acts of Terrori
CG2186        (12/04)   Excl-Exterior Insulation
CG2196        (3/05)    Silica or Silica-Related Excl
CG2233        (4/13)    Excl-Testing or Consult.E&O
CG2234        (4/13)    Excl-Constr.Mgmt E & O
CG2243        (4/13)    Excl-Engineers,Arch.Surv. Prof
CG2279        (4/13)    Excl-Contractors Prof Liab
CG2301        (4/13)    Excl-Real Est Agents & Brokers
CG2404        (5/09)    Waiver of Transf.Rgts of Recov
CG2413        (4/13)    Amndmnt-Pers Inj & Ad Inj Def
CG2426        (4/13)    Amend Insd Contract Definition
GLAIPNC    (1/09)    Addl Ins Prim/Noncontrib. Covg

Issued Date: 04/11/2018                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLALX | (1/09) | Asbestos or Lead Exclusion |
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (8/16) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IH9922 | (4/03) | Loss Payable |
| IMMD | (9/09) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 04/11/2018                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company                0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #        1        Bldg #        1                    Prem #        2        Bldg #        1
PRIMARY                              0702          TENANT                              0702
0                                                  Horry/Inland,    260
DORCHESTER,    180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| NAMED INSURED SCHEDULE | |
|---|---|
| Policy Number:  PKG 0182015 03 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:    C. T. Lowndes & Company | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ███ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity      \* Extended Period Of Indemnity (Days)**

N/A                                N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $          ███ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ▉ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity      \* Extended Period Of Indemnity (Days)**

N/A                                          N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $          ▉ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 03 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

American Builders Insurance Company
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Policy Number: | PKG 0182015 03 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company     0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \multicolumn... Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.159 | 01/30/2018 | 01/30/2019 | 251,490 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.002 | 01/30/2018 | 01/30/2019 | 2,274,678 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 2.999 | 01/30/2018 | 01/30/2019 | 2,274,678 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2018 | 01/30/2019 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 10.864 | 01/30/2018 | 01/30/2019 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 39.181 | 01/30/2018 | 01/30/2019 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**     $▮▮▮▮▮

Issued Date: 04/11/2018                     INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 03 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

Issued Date: 04/11/2018                INSURED COPY

POLICY NUMBER:  PKG 0182015 03

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC<br>INSURANCE COMPLIANCE | PO BOX 12010 DR<br>HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**        © Insurance Services Office, Inc., 2012        **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

   2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018  **To**  01/30/2019   **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**    See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value**<br>**(See Attached Contractors Equipment Schedule)** | $ ■■■■■ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| | |
|---|---|
| **Forms Applicable:** | See Attached Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part: $ ■■■■■

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

| | |
|---|---|
| **Policy Number:** PKG 0182015 03 | |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI | |
| **Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M. Standard Time At The Named Insured's Mailing Address** | |

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

POLICY NUMBER: PKG 0182015 03

**COMMERCIAL INLAND MARINE**
**IH 99 22 04 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

      BUILDERS RISK COVERAGE FORM
      COMMERCIAL FINE ARTS COVERAGE FORM
      COMPUTER SYSTEMS COVERAGE FORM
      CONTRACTORS EQUIPMENT COVERAGE FORM
      DIFFERENCE IN CONDITIONS COVERAGE FORM
      FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
      INSTALLATION COVERAGE FORM
      INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
      MACHINERY AND EQUIPMENT COVERAGE FORM
      MOTOR TRUCK CARGO OWNERS COVERAGE FORM
      RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
      SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE \***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
| | | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC PO BOX 2000 8001 BIRCHWOOD CT STE C JOHNSTON IA 50131 |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and
**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

      **© ISO Properties, Inc., 2003**       

# INSURED
# MAILER PAGE

Reference:   **PKG 0182015 03**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

INSURED COPY
Date Issued: 05/31/2018

# INSTALLMENT SCHEDULE

## COMMERCIAL PACKAGE POLICY

<u>Insured</u>
FOUR BUILDERS PLUS SIDING DIVISION LLC

<u>Agent</u>
C. T. Lowndes & Company

<u>Policy Number</u>     <u>Policy Period</u>
PKG 0182015 03  01/30/2018 01/30/2019

<u>Agent Telephone</u>
843-884-3159

WRITTEN PREMIUM          $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE     $█████████
PAYMENT PLAN             25% Down, 9 Installments $5 Fee

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2018 | ████ |
| 03/30/2018 | |
| 04/30/2018 | |
| 05/30/2018 | |
| 06/30/2018 | |
| 07/30/2018 | |
| 08/30/2018 | |
| 09/30/2018 | |
| 10/30/2018 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC   29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC   29407



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**POLICY NUMBER:** PKG 0182015 03

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

# American Builders Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**By:** C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

PKG POL JAC 05 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  02

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 03 | 01/30/2018 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**COVERAGE PARTS AFFECTED**

- ☐ Insured's Name
- ☐ Add Coverages
- ☐ Insured's Mailing Address
- ☐ Delete Coverages
- ☒ Change Exposure

**CHANGES**

AMEND PAYROLL PER 17-18 AUDIT

Annual Return/Additional  Premium:    $██████████

_____
Authorized Representative Signature

**IL 12 01 11 85**    Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983    **Page 1 of 1**


**Builders Insurance Group** ℠

**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 03                                   **Renewal of** PKG 0182015
**Transaction Type** AMENDED DECLARATION                           **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2018   **To**   01/30/2019 **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

Commercial Property Coverage Part                                 $

Commercial General Liability Coverage Part                        $
   Includes Extra Coverage Endorsement        $350.00

Commercial Inland Marine Coverage Part                            $

Crime and Fidelity Coverage Part                                  $

                                          Total            $

                       Taxes/Surcharges (If Applicable)    $

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 31 Day of May, 2018

By_____

                       Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company    0002528 |

# FORMS INVENTORY

**Policy Level Forms**
| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**
| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CP1033 | (10/12) | Theft Exclusion |
| CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**
| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (6/15) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |

Issued Date: 05/31/2018                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| | |
|---|---|
| Policy Number: | PKG 0182015 03 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company          0002528 |

# FORMS INVENTORY

```
GLALX       (1/09)    Asbestos or Lead Exclusion
GLCAP       (6/14)    Condominium Exclusion
GLCCC       (1/07)    Care, Custody and Control
GLCPTT001   (8/03)    Copyright Infringement
GLEDW       (8/16)    Excl - Designated Work
GLEICD      (1/07)    Expansion of Insured Contract
GLFB        (1/09)    Fungi & Bacteria
GLPCO       (6/15)    Excl-Prior Completed Operation
GL RFWE     (10/13)   Resulting Damage Coverage
GL-XDW      (10/13)   Excl-Contaminated Drywall
IL0021      (9/08)    Broad Form Nuclear Energy Excl
IL1201      (11/85)   Policy Change
```
**Inland Marine Forms**
```
IM C DEC    (5/15)    Comml Inland Marine Cov Dec
C E DEC     (5/15)    Cont Equip/Emp Tools Cov Dec
CE SCH      (5/15)    Cont Equip Schedule
CM0001      (9/04)    Coml Inland Marine Conditions
CM0122      (9/00)    South Carolina Chgs-Legal Act
IH0068      (9/09)    Contract Equip Covg Form
IH9922      (4/03)    Loss Payable
IMMD        (9/09)    Excl-Mysterious Disappearance
IL0935      (7/02)    Exc of Certain Cmpter Rel Loss
IL0953      (1/15)    Excl of Cert Acts of Terrorism
```

Issued Date: 05/31/2018                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number:  PKG 0182015 03 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #        1      Bldg #        1                    Prem #        2      Bldg #        1
PRIMARY                        0702            TENANT                        0702
0                                              Horry/Inland,   260
DORCHESTER,   180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
NAMED INSURED SCHEDULE

| Policy Number: | PKG 0182015 03 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company    0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 **Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity          \* Extended Period Of Indemnity (Days)**

                    N/A                                    N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $              ▮ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ██████ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity    \*Maximum Period Of Indemnity    \* Extended Period Of Indemnity (Days)**

N/A                                                                        N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $         ██████

PR DEC 05 15



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 03 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |



| | | |
|---|---|---|
| General Liability Coverage Premium | $ | |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 03 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company          0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2018 | 01/30/2019 | | | O | |

ENHANCEMENT ENDORSEMENT

| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2018 | 01/30/2019 | | | O | |

ADD'L INSURED

| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |

ADD'L INSURED

| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |

ADD'L INSURED

| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2018 | 01/30/2019 | | | O | |

ADD'L INSURED

| 00001 | SC | 001 | 91580 | 21.159 | 01/30/2018 | 01/30/2019 | 374,271 | Payroll | O | |

CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS

| 00001 | SC | 001 | 91583 | 1.002 | 01/30/2018 | 01/30/2019 | 2,156,544 | Total Cost | O | |

INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS

| 00001 | SC | 999 | 91583 | 2.999 | 01/30/2018 | 01/30/2019 | 2,156,544 | Total Cost | P | |

INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS

| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2018 | 01/30/2019 | | | O | |

ADD'L INSURED

| 00002 | SC | 001 | 68702 | 10.864 | 01/30/2018 | 01/30/2019 | 1,500 | Area | O | |

WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO)

| 00003 | SC | 001 | 61217 | 39.181 | 01/30/2018 | 01/30/2019 | | Area | O | |

BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**        $

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 03 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

POLICY NUMBER:  PKG 0182015 03

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC<br>INSURANCE COMPLIANCE | PO BOX 12010 DR<br>HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**

© Insurance Services Office, Inc., 2012

**Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

**1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

**2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material.  Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

Includes copyrighted material of Insurance Services Office, Inc., with permission



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▬▬▬ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**    See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 03

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2018**To** 01/30/2019 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule)** | $ ▇▇▇▇ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:** See Attached Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**
Premium for this Coverage Part: $ ▇▇▇▇

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

| |
|---|
| **Policy Number:** PKG 0182015 03 |
| **Named Insured:** FOUR BUILDERS PLUS SIDING DIVI |
| **Policy Period: From** 01/30/2018 **To** 01/30/2019 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address** |

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

POLICY NUMBER:   PKG 0182015 03

**COMMERCIAL INLAND MARINE**
**IH 99 22 04 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
COMPUTER SYSTEMS COVERAGE FORM
CONTRACTORS EQUIPMENT COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
INSTALLATION COVERAGE FORM
INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
MACHINERY AND EQUIPMENT COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE \***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
| | | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC<br>PO BOX 2000<br>8001 BIRCHWOOD CT STE C<br>JOHNSTON IA 50131 |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and
**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

# INSURED
# MAILER PAGE

Reference:   **PKG 0182015 04**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



Builders Insurance Group℠

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

INSURED COPY

**COMMERCIAL PACKAGE POLICY**
**POLICY INVOICE**

Date Issued: 01/23/2019

<u>Insured</u>
FOUR BUILDERS PLUS SIDING DIVISION LLC

Agent: C. T. Lowndes & Company

<u>Policy Number</u>      <u>Policy Period</u>
PKG 0182015 04     01/30/2019 01/30/2020

Agent Telephone: 843-884-3159

Payment Plan:  25% Down, 9 Installments $5 Fee

| INSTALLMENT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 01 | 01/23/2019 | RENEWAL INSTALLMENT | ███████ |

TOTAL AMOUNT DUE UPON RECEIPT:           $██████

POLICY BALANCE                           $██████

Payments received after the cancellation date will be posted to the policy-holder's account. This in no way obligates American Builders Insurance Company to reinstate or extend coverage.  Any refund due to the insured will be issued after the cancellation audit has been processed.
**If payment is not received by the due date, a late fee will be assessed and in addition, coverage may expire or a notice of cancellation may be issued.  For your convenience, you may make a payment by calling 1-800-883-9305 option 5, or pay securely online at www.bldrs.com.**

DETACH ALONG PERFORATION BELOW

RETURN THIS PORTION WITH YOUR REMITTANCE

**COMMERCIAL PACKAGE POLICY**

Policy Number
PKG 0182015 04

DUE ON RECEIPT          $██████

PLEASE REMIT PAYMENT TO:

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

NOTICE1 0597



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

INSURED COPY
Date Issued: 01/23/2019

# INSTALLMENT SCHEDULE

## COMMERCIAL PACKAGE POLICY

Insured

FOUR BUILDERS PLUS SIDING DIVISION LLC

Agent

C. T. Lowndes & Company

WRITTEN PREMIUM    $▓▓▓▓▓▓▓

PAYMENT PLAN    25% Down, 9 Installments $5 Fee

Policy Number    Policy Period
PKG 0182015 04    01/30/2019 01/30/2020

Agent Telephone

843-884-3159

| INSTALLMENT # | DUE DATE | INSTALLMENT AMOUNT |
|---------------|----------|--------------------|
| 01 | 01/30/2019 |  |
| 02 | 02/28/2019 | |
| 03 | 03/30/2019 | |
| 04 | 04/30/2019 | |
| 05 | 05/30/2019 | |
| 06 | 06/30/2019 | |
| 07 | 07/30/2019 | |
| 08 | 08/30/2019 | |
| 09 | 09/30/2019 | |
| 10 | 10/30/2019 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC   29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC   29407



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

The following information is provided in accordance with applicable state and federal laws and regulations.  No action on your part is necessary.

**PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES**

Builders Insurance Group, Inc., Association Services, Inc., American Builders Insurance Company, National Builders Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group."

This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, who are not part of the Builders Insurance Group.  Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.

**What categories of information about you do we collect?**

We may collect the following categories of nonpublic personal information about you from the following sources:

- Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;
- Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and
- Information we obtain about you from consumer reporting agencies.

**What categories of information about you do we disclose?**

We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law.  In some cases, this means that we can disclose information about you to certain third parties without your authorization.

**How do we protect the confidentiality and security of your information?**

We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law. We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records.  Our employees who violate our privacy policy are subject to disciplinary action.

Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.

You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate.  We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information.  Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta Georgia 31139-0099 regarding our privacy notice.

BIG PRVN 05 15



# <u>How To File A Claim</u>

### Policyholder Responsibility:

*As soon as you are notified of the loss, immediately contact Builders Insurance Group using one of the following methods:*

> Report via Internet: <u>www.bldrs.com</u> and click on "File a Claim".

> Call 1-800-883-9305, listen to prompts, and dial 2 for 24/7 loss reporting (please advise the intake specialist if you have any concerns regarding the validity of the claim).

> E-mail: <u>firstreport@bldrs.com</u>

> Fax: 678-631-3409

### Builders Insurance Group's Responsibility:

> Builders Insurance Group will prepare the state required First Report of Injury on WC losses and forward a copy to you for your records.

> Builders Insurance Group will assign a claims adjuster to handle the loss and contact you for additional details.

> If you receive additional information regarding the loss such as: medical bills, medical reports, legal forms, court orders, etc., please send them to:

        **Builders Insurance Group**
        **Claims Department**
        **PO Box 723099**
        **Atlanta, GA  31139-0099**

BIGCL PHN E 05 15

# Cómo Presentar Una Reclamación

## Responsabilidad del Titular:

Tan pronto como se le notifique de la pérdida, comuníquese inmediatamente con Builders Group Insurance utilizando uno de los siguientes métodos:

> Informe a través de internet: www.bldrs.com y haga clic en "Presentar Una Reclamación".

> Llame 1-800-883-9305, escuche las indicaciones, y marque 2 para asistencia 24/7 para reportar su pérdida (por favor avise al especialista en el consumo si tiene alguna duda sobre la validez de la reclamación).

> E-mail: firstreport@bldrs.com

> Fax: 678-631-3409

## Responsabilidad de Builders Insurance Group:

> Builders Insurance Group preparará el Primer Informe de Lesión requerido por el estado sobre las pérdidas de Compensación a los Trabajadores y enviará una copia para sus registros.

> Builders Insurance Group le asignará un ajustador de seguros para manejar la pérdida y se comunicará con usted para obtener más detalles.

> Si recibe información adicional acerca de la pérdida, tales como: gastos médicos, informes médicos, formas jurídicas, las órdenes judiciales, etc, por favor envíelas a:

Builders Insurance Group
Departamento de Reclamo
PO Box 723099
Atlanta, GA  31139-0099

BIG CL PHN S 05 15

BUILDERS INSURANCE GROUP
GENERAL LIABILITY SUPPLEMENTAL APPLICATION
CPP

*Builders*
*Insurance*
*Group* SM

**All information on this application and the accompanying ACORD application must be completed. Both applications must be signed by the applicant and the producer.**

| | |
|---|---|
| Proposed Effective Date  01/30/2019 | Today's Date  01/23/2019 |

DBA Name (This is the name by which we will refer to this account)

Legal Name (If different)  FOUR BUILDERS PLUS SIDING DIVI

Has any owner or officer of this company ever declared bankruptcy? Yes___ No___. If "yes" please provide the following details: Date Filed_____ Amount Filed_____ Chapter? 7___ 11___ 13___ Attach documents verifying court's final disposition.

PROPERTY DAMAGE DEDUCTIBLE    ☐ $1,000 (Std)    ☐ $2,000    ☒ $5,000    ☐ $10,000    ☐ Other

Signature _____

---

**MOLD ELECTION (YOU MUST ELECT "A" OR "B" BELOW AND SIGN WHERE INDICATED)**

A. On behalf of the named insured above, the undersigned hereby acknowledges that this policy provides limited ($2,500) coverage for property damage losses only (not bodily injury), from mold, mildew, fungi, or bacteria or any similar or related cause of loss.

_____        _____
Owner Name Printed                              Signature

-OR-

B. We hereby elect the option selected below for mold, mildew, fungi, bacteria and understand and acknowledge coverage is limited by an annual aggregate and coverage is inclusive of defense costs and is for property damage losses only. A deductible of two times the policy deductible applies to each occurrence. Choose one only if you elect this additional coverage:

_____ $5,000 (Premium of $500.00)        _____ $10,000 (Premium of $1,000.00)

_____        _____
Owner Name Printed                              Signature

---

AFFIDAVIT: I, the undersigned, hereby certify that I have read, understand, and certify the validity of the statements and information included in and made a part of this application. I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules, and regulations relating to the welfare, health, and safety of employees. I further agree to comply with all reasonable recommendations made by the Company with regard to same.

Producer's
Owner/Officer's Signature_____     Signature_____

Owner/Officer's Name (Printed)_____     Agency Name (Printed)
_____
C. T. Lowndes & Company

To request a quotation, fax a complete submission to your underwriter. Do not send a check until you have received our written quotation. Mail to: Builders Insurance Group, PO Box 723099, Atlanta, GA 31139-0099.

**BUILDERS INSURANCE GROUP**

**ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

**COMMERCIAL PACKAGE POLICY**

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC          **Policy Number:** PKG 0182015 04

---

**Commercial Property**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**General Liability**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**
       Final Premium to be determined at audit.

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Inland Marine**

_____  I hereby **elect** to purchase Terrorism coverage for an **additional premium charge.**

_____  I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature_____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Policyholder/Applicant Signature_____

---

Date_____

CPP Terr Suppl 03/10



**POLICY NUMBER:** PKG 0182015 04

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

# American Builders Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139-0099

**COMMERCIAL PACKAGE POLICY**

**For:** FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**By:** C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**

**Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

PKG POL JAC 05 15



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 04                          **Renewal of** PKG 0182015
**Transaction Type** RENEWAL DECLARATION                  **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2019   **To**   01/30/2020  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

Premium

| | | |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>   Includes Extra Coverage Endorsement | $350.00    $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 23 Day of January, 2019

By_____

Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



# SOUTH CAROLINA INSURANCE FEE DISCLOSURE NOTICE

Insured:     FOUR BUILDERS PLUS SIDING DIVISION LLC

PLEASE BE ADVISED THAT THE FOLLOWING FEES MAY APPLY:

### Maximum Fee Schedule:

| | |
|---|---|
| LATE CHARGES | $10.00 |
| REINSTATEMENT CHARGES | $10.00 |
| CONVENIENCE CHARGES | $ 3.00 |
| INSTALLMENT PAYMENT FEE | $10.00 |
| NOT SUFFICIENT FUNDS FEE | $30.00 |

GLSCFDN002

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company                    0002528 |

# FORMS INVENTORY

**Policy Level Forms**
BIG PRVN    (5/15)     Privacy Notice
COMMON DEC (5/15)    Common Policy Declarations
IL0003      (9/08)     Calculation Of Premium
IL0017      (11/98)    Common Policy Conditions
IL0249      (9/08)     SC Changes-Canc & Nonrnwl
ILN001      (9/03)     Fraud Statement
ILP001      (1/04)     US Treasury Notice
PKGPOLJAC  (5/15)     Policy Jacket Page

**Commercial Fire Forms**
PR DEC      (5/15)     Property Declarations Page
CP0010      (10/12)    Bldg and Pers Prop Cov Form
CP0090      (7/88)     Commercial Property Conditions
CP1030      (10/12)    Cause of Loss - Special Form
CP0140      (7/06)     Excl of Loss Due To Virus/Bact
CP1033      (10/12)    Theft Exclusion
CP1059      (6/07)     SC Wndstrm or Hail Exclusion
IL0194      (10/12)    SC Chgs Legal Action Agst US
IL0935      (7/02)     Exc of Certain Cmpter Rel Loss
IL0953      (1/15)     Excl of Cert Acts of Terrorism

**General Liability Forms**
GL DEC      (5/15)     GL Declarations Page
CG0001      (4/13)     Comml Gen Liab Coverage Form
BIG GLECE  (4/13)     GL Extra Coverage Endorsement
CG0300      (1/96)     Deductible Liability Insurance
CG2010      (4/13)     Addl Insd-Owners,Less.or Con B
CG2011      (4/13)     Addl Insd-Managers or Less.OFP
CG2037      (4/13)     Addl Insd-Own,Lss,Cntr-Comp Op
CG2101      (11/85)    Exclusion-Athletic/Sports Part
CG2106      (5/14)     Excl-Access or Discl of Info
CG2109      (6/15)     Excl-Unmanned Aircraft
CG2116      (4/13)     Excl-Designated Profes.Service
CG2117      (7/98)     Excl-Movement of Bldgs/Struct
CG2146      (7/98)     Abuse or Molestation Exclusion
CG2147      (12/07)    Excl-Employ.-Related Practices
CG2152      (4/13)     Exclusion-Financial Services
CG2165      (12/04)    Total Pollution Exclusion
CG2166      (6/15)     Excl-Volunteer Workers
CG2167      (12/04)    Fungi or Bacteria Exclusion
CG2173      (1/15)     Exclusion-Cert Acts of Terrori
CG2186      (12/04)    Excl-Exterior Insulation
CG2196      (3/05)     Silica or Silica-Related Excl
CG2233      (4/13)     Excl-Testing or Consult.E&O
CG2234      (4/13)     Excl-Constr.Mgmt E & O
CG2243      (4/13)     Excl-Engineers,Arch.Surv. Prof
CG2279      (4/13)     Excl-Contractors Prof Liab
CG2301      (4/13)     Excl-Real Est Agents & Brokers
CG2404      (5/09)     Waiver of Transf.Rgts of Recov
CG2413      (4/13)     Amndmnt-Pers Inj & Ad Inj Def
CG2426      (4/13)     Amend Insd Contract Definition
GLAIPNC    (1/09)     Addl Ins Prim/Noncontrib. Covg
GLALX       (1/09)     Asbestos or Lead Exclusion

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| Policy Number: | PKG 0182015 04 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company    0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (8/16) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IH9922 | (4/03) | Loss Payable |
| IMMD | (2/15) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 01/23/2019                              INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company          0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

Prem #        1     Bldg #          1
PRIMARY                      0702
0
DORCHESTER,  180

Prem #        2     Bldg #          1
TENANT                       0702
Horry/Inland,  260

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number:  PKG 0182015 04 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc.,  2007     **Page 1 of 1**

Wolters Kluwer Financial Services | Uniform Forms™

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

   Copyright, Insurance Services Office, Inc., 1998

IL 02 49 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured and the agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpay-ment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's and agent's last known addresses.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 120 Days Or More**

If this policy has been in effect for 120 days or more, or is a renewal or contin-uation of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Material misrepresentation of fact which, if known to us, would have caused us not to issue the policy;

**c.** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the policy;

**d.** Substantial breaches of contractual duties, conditions or warranties; or

**e.** Loss of our reinsurance covering all or a significant portion of the particular policy insured, or where continuation of the policy would imperil our solvency or place us in violation of the insurance laws of South Carolina.

Prior to cancellation for reasons permit-ted in this Item **e.,** we will notify the Commissioner, in writing, at least 60 days prior to such cancellation and the Commissioner will, within 30 days of such notification, approve or disap-prove such action.

Any notice of cancellation will state the precise reason for cancellation.

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** We will not refuse to renew a policy issued for a term of more than one year, until expiration of its full term, if anniversary renewal has been guaranteed by additional premium consideration.

**2.** If we decide not to renew this policy, we will:

   **a.** Mail or deliver written notice of nonrenewal to the first Named Insured and agent, if any, before:

      **(1)** The expiration date of this policy, if the policy is written for a term of one year or less; or

      **(2)** An anniversary date of this policy, if the policy is written for a term of more than one year or for an indefinite term; and

   **b.** Provide at least:

      **(1)** 60 days' notice of nonrenewal, when nonrenewal is to become effective between November 1 and May 31; or

      **(2)** 90 days' notice of nonrenewal, when nonrenewal is to become effective between June 1 and October 31.

**3.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's last known addresses. If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** Any notice of nonrenewal will state the precise reason for nonrenewal.

IL N 001 09 03

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

---

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 121 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

 **Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity         \* Extended Period Of Indemnity (Days)**

N/A                                    N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $                 ▮ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** **Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ███████ | Special | $ 500.00 | 80 | REPLACEMENT "INCL STOCK" |

***If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity     \*Maximum Period Of Indemnity     \* Extended Period Of Indemnity (Days)**

N/A                                N/A

\*Applies to Business Income Only

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $          ███████

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011    **CP 00 10 10 12**

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

© Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 $+$ $10,000 $=$ $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $     500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 40,000 |
| Debris Removal Expense Payable | |
|     Basic Amount: | $ 10,500 |
|     Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 $+$ $500) x .25 $=$ $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 $+$ $40,000 $=$ $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500;  $4,500 of the debris removal expense is not covered.

**b.** **Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

d. **Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

e. **Increase Cost Of Construction**

(1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

(3) The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effect of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced at the same or another premises; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.  Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

    © Insurance Services Office, Inc., 2011    **CP 00 10 10 12**

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.** **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.** **Newly Acquired Or Constructed Property**

**(1)** **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)** **Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3)** **Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fire, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

© Insurance Services Office, Inc., 2011
CP 00 10 10 12

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f.  Non-Owned Detach Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension if $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.  Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.  Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C.  Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $    250 |
| Limit of Insurance - Building 1: | $ 60,000 |
| Limit of Insurance - Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100

-      250

$ 59,850 Loss Payable - Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building 2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this Event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the policy if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.** Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss of the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Other To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When: The value of the property is:

| | |
|---|---|
| Building at Location 1: | $ 75,000 |
| Building at Location 2: | $100,000 |
| Personal Property at Location 2: | $ 75,000 |
| | $250,000 |

| | |
|---|---|
| The Coinsurance percentage for it is: | 90% |

| | |
|---|---|
| The Limit of Insurance for Buildings and Personal Property at Locations 1 and 2 is: | $180,000 |
| The Deductible is: | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Building at Location 2: | $ 30,000 |
| Personal Property at Location 2: | $ 20,000 |
| | $ 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷$225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so: and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| If: | The applicable Limit of Insurance is: | $100,000 |
| --- | --- | --- |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| | The amount of increase is: $100,000 x .08 x 146 ÷365 = | $ 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2) or (3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

          © Insurance Services Office, Inc., 2011          **CP 00 10 10 12**

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

  **a.** During the policy period shown in the Declarations; and

  **b.** Within the coverage territory.

**2.** The coverage territory is:

  **a.** The United States of America (including its territories and possessions);

  **b.** Puerto Rico; and

  **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

     Copyright, ISO Commercial Risk Services, Inc., 1993, 1987     **CP 00 90 07 88** □

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

Copyright, ISO Properties, Inc., 2006

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.** Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause of event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through;

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

　　　© Insurance Services Office, Inc., 2011

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusion **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

but if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.3.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone of in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

**(a)** To the extent that coverage is provided under this Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.** **Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your Cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.** **Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)** **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)** **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2011

**5.** **Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss or of damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

     © Insurance Services Office, Inc., 2011     CP 10 30 10 12

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the courseof the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collpase is caused in part by:

      **(1)** A cause of loss listed in **2.a.** or **2.b.;**

      **(2)** One or more of the "specified causes of loss";

      **(3)** Breakage of building glass;

      **(4)** Weight of people or personal property; or

      **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does not apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

  **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

  **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limit of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E.** **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**a.** A "specified cause of loss" other than fire or lightning; or

**b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

**2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

**b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, then the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

F. **Additional Coverage Extensions**

1. **Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces creased by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

© Insurance Services Office, Inc., 2011

POLICY NUMBER:  PKG 0182015 04

**COMMERCIAL PROPERTY**
**CP 10 33 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# THEFT EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - SPECIAL FORM

**SCHEDULE**

| Premises Number | Building Number |
|---|---|
| 00002 | 00001 |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

With respect to the location(s) indicated in the Schedule, the following is added to the **Exclusions** section:

We will not pay for loss or damage caused by or resulting from theft.

But we will pay for:

1. Loss or damage that occurs due to looting at the time and place of a riot or civil commotion; or

2. Building damage caused by the breaking in or exiting of burglars.

And if theft results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

CP 10 33 10 12                    © Insurance Services Office, Inc., 2011                    **Page 1 of 1**

POLICY NUMBER: PKG 0182015 04

**COMMERCIAL PROPERTY**
**CP 10 59 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
# WINDSTORM OR HAIL EXCLUSION – SOUTH CAROLINA

This endorsement modifies insurance provided under the following:

    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM
    STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number |
|:---:|:---:|
| 00002 | 00001 |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the Exclusions section and is therefore **not** a Covered Cause of Loss:

    **WINDSTORM OR HAIL**

    But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**B.** The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

**C.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, Windstorm Or Hail is deleted from Paragraph **2.a.**

**D.** In the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from the "specified causes of loss".

**E.** Under **Additional Coverage Extensions – Property In Transit,** in the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from Paragraph **b.(1).**

**F.** This endorsement does not apply to Extra Expense Coverage provided under the following:

    **1.** Business Income Coverage Form (And Extra Expense)

    **2.** Extra Expense Coverage Form.

**G.** This endorsement does not apply to coverage provided under the Leasehold Interest Coverage Form.

 © ISO Properties, Inc., 2007

IL 01 94 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES -
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART - FARM LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - FARM MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
FORM
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
STANDARD PROPERTY POLICY

**A.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy, the Capital Assets Program Coverage From (Output Policy), and in the Farm Forms listed above, is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part, Coverage Form or Policy to which this Condition applies unless:

**1.** There has been full compliance with all of the terms of this Coverage Part, Coverage Form or Policy; and

**2.** The action is brought within 3 years after the date on which the direct physical loss ("loss") or damage occurred.

**B.** Under the Commercial Property Coverage Part, Paragraph **(1)** of the **Legal Action Against Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**(1)** No one may bring a legal action against us under Coverages A and B unless:

**(a)** There has been full compliance with all of the terms of Coverages A and B; and

**(b)** The action is brought within 3 years after you discover the error or accidental omission.

© Insurance Services Office, Inc., 2011

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

      **a.** Any of the following, whether belonging to any insured or to others:

         **(1)** Computer hardware, including microprocessors;

         **(2)** Computer application software;

         **(3)** Computer operating systems and related software;

         **(4)** Computer networks;

         **(5)** Microprocessors (computer chips) not part of any computer system; or

         **(6)** Any other computerized or electronic equipment or components; or

      **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

      **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

      **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 04                          IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EQUIPMENT BREAKDOWN COVERAGE PART
      FARM COVERAGE PART
      STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.  Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 04 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2019  **To** 01/30/2020  **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 04 | |
|---|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI | |
| Agent: | C. T. Lowndes & Company | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| Classification Description | | | | | | | | | | |
| All | SC | 999 | 44444 | 350.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.891 | 01/30/2019 | 01/30/2020 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.037 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.103 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.240 | 01/30/2019 | 01/30/2020 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 40.536 | 01/30/2019 | 01/30/2020 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**        $▮

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 04 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
121 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

    © Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.** **Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided in the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

  © Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, or material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, boarders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS - COVERAGE A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        **(1)** "Bodily injury" or "personal and advertising injury":

            **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            **(b)** To the spouse, child, parent, brother or sister of that co"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            **(d)** Arising out of his or her providing or failing to provide professional health care services.

        **(2)** "Property damage" to property:

            **(a)** Owned, occupied or used by;

            **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than you "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **(1)** With respect to liability arising out of the maintenance or use of that property; and

        **(2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage **C**;

    **b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A; and**

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

      Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b. Vehicles maintained for use solely on or next to premises you own or rent;

    c. Vehicles that travel on crawler treads;

    d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

       (1) Power cranes, shovels, loaders, diggers or drills; or

       (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

       (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

       (2) Cherry pickers and similar devices used to raise or lower workers;

    f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   © Insurance Services Office, Inc., 2012   CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos":

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

  **(1)** Products that are still in your physical possession; or

  **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

  Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

  **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

  **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

  **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

© Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of an within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

**GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**TABLE OF CONTENTS**

**Additions to SECTION I - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.   Non-Owned Watercraft

2.   Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System


**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.   Increased Limits for Bail Bonds

2.   Increased Limit of Loss of Earnings


**Additions to SECTION II - WHO IS AN INSURED**

1.   Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2.   Incidental Medical Malpractice

3.   Newly Acquired or Formed Organizations


**Additions to SECTION III - LIMITS OF INSURANCE**

1.   Damage to Premises Rented To You

2.   Increased Medical Payments Limit

3.   Additional Insured - Persons or Organizations Required by Written Contract or Agreement


**Additions to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1.   Knowledge of Occurrence

2.   Primary and Noncontributory

3.   Transfer of Rights of Recovery

4.   Liberalization

5.   Unintentional Failure to Disclose

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I - COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1.  **Non-Owned Watercraft**. Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
> **(2)** A watercraft you do not own that is:
> **(a)** Less than 51 feet long; and
> **(b)** Not being used to carry persons or property for a charge;

2.  **Property Damage Exclusion**. Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
> Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

and replacing it with:
> Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.  A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is revised as follows:

3.  **Increased Limits.**  Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
> **b.** Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

4.  **Increased Limits.**  Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
> **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II - WHO IS AN INSURED** - is revised as follows:

**1.** **Additional Insureds.**

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured:

**1.** Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
**2.** Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**(a)** Your acts or omissions; or

**(b)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

**(a)** Only applies to the extent permitted by law; and

**(b)** Will not be broader than that which you are required by the contract  or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additionalexclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**2.** "Bodily injury" or "property damage" occurring after:

**(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement described in Paragraph **A.1.;** or

**2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice**. The following exception is added:

Paragraph **2.a.(1)(d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

    **(i)** Emergency Medical Technician; or
    **(ii)** Paramedic.

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3. **Newly Acquired or Formed Organizations.**

    Paragraph **3.a.** is deleted and replaced with the following:

    **(a)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    Paragraph **3.b.** is deleted and replaced with the following:

    **(b)** Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

1. **Damage To Premises Rented To You.**

The Limit for Damage to Premises Rented to You is amended to be the lesser of:
    **(a)** The Each Occurrence Limit shown in the Declarations; or
    **(b)** $300,000.

2. **Increased Medical Payments Limit.**

    Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

1. **Knowledge of Occurrence.** The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

    When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:
    **(1)** You, if you are an individual;
    **(2)** A member or partner, if you are a partnership or joint venture;
    **(3)** A member or manager, if you are a limited liability company;
    **(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
    **(5)** A trustee, if you are a trust;
    **(6)** Your insurance manager;
    **(7)** Your legal representative if you die or dissolve;
    **(8)** Any person claiming coverage or seeking benefits under the policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

2. **Primary and Noncontributory.** The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

3. **Transfer Of Rights Of Recovery.** The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us.**
We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:
**(a)** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
**(b)** The ownership, maintenance or use of that part of a premise leased to you.

Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage. The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights. At our request, the insured shall bring "suit" against liable parties or transfer those rights to us.

4. **Liberalization.** The following is added:

If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

5. **Unintentional Failure to Disclose.** The following is added:

An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations. An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAIN UNCHANGED.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:   PKG 0182015 04

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
| --- | --- | --- |
| | PER CLAIM  or | PER OCCURRENCE |
| Bodily Injury Liability OR | $ | $ |
| Property Damage Liability OR | $ | $   5,000.00 |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1.** **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**CG 03 00 01 96**          Copyright, Insurance Services Office, Inc., 1994          **Page 1 of 2**  □

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      **(1)** "Bodily injury";

      **(2)** "Property damage"; or

      **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence."

**C.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

POLICY NUMBER:  PKG 0182015 04

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:  PKG 018201504

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| D. R. HORTON INC ITS AFFILIATES & SUBSIDIARIES | ALL WORK PERFORMED BY ADD'L INSURED |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

POLICY NUMBER:  PKG 0182015 04                                                **CG 21 01 11 85**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL  LIABILITY  COVERAGE  PART

**SCHEDULE**

**Description of Operations:**

Any operations of the named insured or any persons or organizations that are insured by this policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage** Liability is replaced by the following:

   **2.** **Exclusions**

   This insurance does not apply to:

   **p.** **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

   Damages arising out of:

    **(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

    **(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

   This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

   However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

   **2.** **Exclusions**

   This insurance does not apply to:

   **Access Or Disclosure Of Confidential Or Personal Information**

   "Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

   This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(e) "Bodily Injury" or "property damage" arising out of:

(i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

POLICY NUMBER:  PKG 0182015 04

**COMMERCIAL GENERAL LIABILITY**
**CG 21 16 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
|---|
| **1.** Real Estate Agents and/or Brokers |
| **2.** Architects, Engineers or Surveyors |
| **3.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

COMMERCIAL GENERAL LIABILITY
CG 21 17 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – MOVEMENT OF BUILDINGS OR STRUCTURES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of and occurring during the course of the movement of any building or structure by an "auto" or "mobile equipment". The period of movement:

1. Begins when the building or structure is removed from its old foundation; and

2. Ends when the unloading of the vehicle begins for the purpose of placing the building or structure on its new foundation.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

Copyright, Insurance Services Office, Inc., 1997

**COMMERCIAL GENERAL LIABILITY**
**CG 21 47 12 07**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage A − Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I − Coverage B − Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 52 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

**1.** Planning, administering or advising on:

  **a.** Any:

    **(1)** Investment;

    **(2)** Pension;

    **(3)** Annuity;

    **(4)** Savings;

    **(5)** Checking; or

    **(6)** Individual retirement;

    plan, fund or account;

  **b.** The issuance or withdrawal of any bond, debenture, stock or other securities;

  **c.** The trading of securities, commodities or currencies; or

  **d.** Any acquisitions or mergers;

**2.** Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

**3.** Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

**4.** Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

**5.** Checking or reporting of credit;

**6.** Maintaining of financial accounts or records;

**7.** Tax planning, tax advising or the preparation of tax returns; or

**8.** Selling or issuing traveler's checks, letters of credit, certified checks, bank checks or money orders.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render financial services by any insured to others.

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from

a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by

or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 66 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If Endorsement **CG 21 09, CG 21 10, CG 24 50 or CG 24 51** is attached to the Policy, the following exclusion is added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Volunteer Workers**

"Bodily Injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is operated by any "volunteer worker".

This exclusion does not apply to:

**1.** A watercraft while ashore on premises you own or rent;

**2.** A watercraft you do not own that is:

**a.** Less than 26 feet long; and

**b.** Not being used to carry persons or property for a charge;

**3.** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer worker" of the insured;

**4.** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**5.** "Bodily injury" or "property damage" arising out of:

**a.** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**b.** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** If Paragraph **A.** does not apply, **Exclusion 2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

**(1)** Owned or operated by or rented or loaned to any insured; or

**(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

 © Insurance Services Office, Inc., 2014

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured or operated by any "volunteer worker".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**C.** Paragraph **2.a.** of **Section I - Coverage C - Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

**D.** Paragraphs **2.a.** and **2.b.** of **Section II - Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

  © Insurance Services Office, Inc., 2014  CG 21 66 06 15

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

Fungi or Bacteria

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2003

**COMMERCIAL GENERAL LIABILITY**
CG 21 73 01 15

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of the structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I − Coverage A − Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I − Coverage B − Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

   **a.** Any test performed; or

   **b.** An evaluation, a consultation or advice given; by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2. or 3.**

 © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawing, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

**COMMERCIAL GENERAL LIABILITY**
**CG 22 79 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

**a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

**b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

**a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

**b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

**CG 22 79 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 1**

**COMMERCIAL GENERAL LIABILITY**
**CG 23 01 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

POLICY NUMBER: PKG 0182015 04

**COMMERCIAL GENERAL LIABILITY**
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| **Name Of Person Or Organization:** |
|---|
| BLANKET AS REQUIRED BY WRITTEN |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

© Insurance Services Office, Inc., 2008      **Page 1 of 1**

Wolters Kluwer Financial Services | Uniform Forms™

**COMMERCIAL GENERAL LIABILITY**
**CG 24 13 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability,** Paragraph **14.e.** of the **Definitions** section does not apply.

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSUREDS PRIMARY AND NONCONTRIBUTORY COVERAGE AS REQUIRED BY WRITTEN CONTRACT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Paragraph 4. "Other Insurance", subsection b. "Excess Insurance" paragraph (1)**:

(c) Any of the other insurance, whether primary, excess, contingent or on any other basis unless a written contract specifically requires that this insurance be primary and noncontributing.  The written contract must:
    (i) be in effect or become effective during the term of this policy; and,
    (ii) must have been enacted prior to the "bodily injury", "property damage" or "personal and advertising injury".

(d) Primary and noncontributory coverage under Paragraph **c.** above is limited to the operations of the named insured.

GL AIPNC 01 09

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS OR LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Section I - Coverage B - Personal And Advertising Injury Liability,** and **Section I - Coverage C - Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, caused by, or attributable to, whether in whole or in part the following:

1.  Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos or lead, or toxic substances from the same, in any form, including but not limited to goods, products, or structures containing the same;

2.  The existence of asbestos or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of the same, or goods or products containing the same;

3.  Any supervision, instructions, recommendations, requests, warnings, or advice given or which should have been given in regard to asbestos or lead;

4.  Any costs, including but not limited to, abatement, mitigation, removal, or disposal of asbestos, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos or lead, in any form; or

5.  Any obligation to share damages with or repay anyone else who must pay damages in connection with any of the above.

**GL ALX  01 09**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

POLICY NUMBER    PKG 0182015 04                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CONDOMINIUM EXCLUSION**

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" included in the "products/completed operations hazard" and/or arising out of "your work" in the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any part of a **"condominium project"** and/or a **"community apartment project/co-operative project"** including any structure later converted into a **"condominium project"** or a **"community apartment project/co-operative project"** except:

(1) when the **"condominium project"** and/or a **"community apartment project/co-operative project"** is not permitted, designed, remodeled, constructed, fabricated or manufactured for residential use, or
(2) when "your work" is for **"remodeling"** operations performed to a unit within a residential **"condominium project"** and/or a **"community apartment project/co-operative project."**

For the purpose of this endorsement, the following terms mean:

**"Condominium project"** means a development consisting of condominiums.  A condominium consists of an undivided interest in common in a portion of real property coupled with a separate interest in space called a unit.

**"Community apartment project/co-operative project"** means a development in which an undivided interest in land is coupled with the right of exclusive occupancy of any apartment located thereon.

**"Remodeling"** means work being performed on behalf of a unit owner or apartment occupant to change the appearance of functional utility of the parts of the unit or apartment for which the unit owner or apartment occupant controls exclusively for their use by any deed restrictions, by-laws or Association covenants, codes or restrictions.

**GL CAP 06 14**

**Includes copyrighted material of The Insurance Services Office, Inc., with its permission.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CARE, CUSTODY AND CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion j.(4) of Section 1 - Coverage A - Bodily Injury and Property Damage Liability is eliminated and replaced by the following:**

**j.(4) Personal property in the care, custody or control of the Insured.**

  a.  Insuring Agreement

  (1)  We will pay for "property damage" to "covered property" of others caused by an "occurrence" to which this insurance applies, subject to the limits of coverage, and all terms and conditions stated herein.

  (2)  This insurance applies to "property damage" to "covered property" only if:

  a.  The "property damage" to "covered property" is caused by an "occurrence" that takes place in the "coverage territory".

  b.  The "property damage" to "covered property" occurs during the policy period; and

  c.  The damages are incurred and reported to us.

  (3)  We will make these payments regardless of fault.  Our obligation to pay sums under this coverage ends when we have used up the application limits of insurance.

  (4)  This coverage does not create or imply a duty to defend.

  (5)  **The limit of coverage for property damage covered by this endorsement is $10,000 in the aggregate, and inclusive of any costs of defense.**

  b.  Exclusions

  We will not pay expenses for "property damage" to "covered property"

  (1)  On premises owned by any insured or leased or rented to any insured.

  (2)  Expected or intended from the standpoint of any insured.

  (3)  For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

  (4)  Arising out of actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

  a.  At or from any premises, site or location which is or was at any time owned by or occupied by, or rented, or loaned to, any insured;

  b.  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

GL CCC 01 07                                                                                             Page 1 of 3

Includes copyrighted material of Insurance Service Office, Inc. with its permission

    c. Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    d. At or from any premises, site or location on which any insured or contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        i  If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor

        ii  If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Subparagraphs (a) and (d) (i) do not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be.

    (5) Arising out of any:

        a. Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

        b. Claim or suit by or on behalf of a governmental authority for damages because testing for, monitoring, cleaning-up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

    (6) Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and loading or unloading.

This exclusion does not apply to:

        a. A watercraft while ashore on premises you own or rent

        b. A watercraft you do not own that is:

            i.  Less than 51 feet long; and

            ii.  Not being used to carry persons or property for a charge or

        c. Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

    (7) Arising out of:

        a. The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

        b. The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

    (8) You own or rent.

    (9) Loaned to you.

GL CCC 01 07

Includes copyrighted material of Insurance Service Office, Inc. with its permission

(10) Arising out of the "products-completed operations hazard".

(11) That has been physically injured as a result of:

    a. A defect, deficiency, inadequate or dangerous condition in "your product" or "your work" or

    b. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

(12) Incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    a. "Your product",

    b. "Your work"; or

    c. "Impaired property",

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**d.** **Definitions**

"Covered Property" means personal property in the care, custody or control of the insured.

Includes copyrighted material of Insurance Service Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# Amendment of
# Copyright, Patent, Trademark Or Trade Secret Exclusion

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**SECTION 1. -COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions, i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** is deleted in its entirety and replaced by the following:

This insurance does not apply to:

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights, including infringement of copyright, trade dress or slogan in your "advertisement".

**SECTION V. -DEFINITIONS 14.** "Personal and Advertising Injury" **14.** g. is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

POLICY NUMBER:  PKG 0182015 04                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(1) Arising out of the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any structure, not otherwise excluded by this endorsement, which exceeds (5) stories.  This does not apply to "bodily injury" or "property damage" arising out of "your work" performed within a structure.

(2) Arising out of any work or operations with respect to any exterior component, fixture or feature of any structure if a **spray on siding product** is used on any part of that structure.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

GL EDW 08 16                                                                      Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXPANSION OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:
>   COMMERCIAL GENERAL LIABILITY COVERAGE PART

Endorsement CG 24 26 AMENDMENT OF INSURED CONTRACT DEFINITION is hereby expanded by the addition of the following:

>   **g.**  A contract or agreement for a lease of office equipment including but not limited to items such as printers, copiers, telephone systems, and computer systems.

**GL EICD 01 07**

>   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

**This endorsement modifies insurance provided under the following:**

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Fungi and Bacteria Each Occurrence Limit and Aggregate Limit | Fungi and Bacteria Per Occurrence Deductible For This Coverage Part |
|---|---|
| $  2,500.00 | $2,000 |

The insurance provided under **Section I - Coverage A - Bodily Injury and Property Damage Liability** as modified by the **Fungi Or Bacteria Exclusion** is hereby extended to provide insurance for **(a)** "property damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and **(b)** any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of fungi or bacteria, by any insured or by any other person or entity.

**A.**     For any purposes of this **Limited Fungi or Bacteria Liability** insurance only, Paragraph **1.a., 1.b., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A and B,** are deleted: **DEFENSE EXPENSES AND OTHER COSTS PROVIDED UNDER THE DELETED PARAGRAPHS ARE INCLUDED WITHIN THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE ABOVE.**

**B.**     For purposes of this **Limited Fungi or Bacteria Liability** insurance only, **Section III - Limits of Insurance** is deleted and replaced by the following:

1.   The Limits of Insurance shown in the **Limited Fungi or Bacteria Liability Schedule** above and the provisions below fix the most we will pay regardless of the number of:
     a.   Insureds;
     b.   Claims made or "suits" brought; or
     c.   Persons or organizations making claims or bringing "suits".

2.   The Aggregate Limit shown in the **Limited Fungi or Bacteria Liability Schedule** above is the most we will pay for the sum of:
     a.   Damages under Coverage **A.** for "property damage" insured under this endorsement; and
     b.   Any amounts that, but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d., and 1.e.** of **Section I-Supplementary Payments-Coverages A and B.**

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

3. The Products-Completed Operations Aggregate Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as and included within the Aggregate Limit shown in the **Schedule** above, and subject to the terms of this endorsement, is the most we will pay for such "property damage".

4. Subject to 2. and 3. above, whichever applies, the Each Occurrence Limit shown in the **Schedule** above is the most we will pay for the sum of:
   a. Damages under Coverage **A.**;
   b. Any amounts that but for Paragraph **A.** above, would have been payable under Paragraph **1.a., 1.c., 1.d.,** and **1.e.** of **Section I - Supplementary Payments - Coverages A. and B.**
   
   because of "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** arising out of any one "occurrence".

5. Subject to **4.** above, The Damage To Premises Rented To You Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as the Aggregate Limit shown in the **Schedule** above and, subject to the terms of this endorsement, is the most we will pay for such "property damage".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after the issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of Insurance.

Includes copyrighted material of Insurance Service Office, Inc. with its permission
© protected by copyright

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR COMPLETED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART


This insurance does not apply to "property damage" arising out of "your work" if "your work" was completed or abandoned prior to the first date of coverage, or renewal thereof without lapse, with Builders Insurance (A Mutual Captive Company), American Builders Insurance Company or National Builders Insurance Company.

For purposes of this endorsement only, this exclusion does not apply to "property damage" arising out of service, maintenance, correction, repair or replacement of any part of any structure performed during the policy period.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RESULTING DAMAGE COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In regard only to "your work" in connection with residential structures, **Exclusion I. Damage to Your Work** of **Section I - Coverages, Coverage A. Bodily Injury and Property Damage Liability, 2. Exclusions** is deleted and replaced with:

**I. Faulty, Defective or Poor Workmanship in Your Work**

This insurance does not apply to any claim or "suit" for the cost of repair, replacement, adjustment, removal, loss of use, inspection, disposal, or otherwise making good any faulty, defective or poor workmanship in "your work" for which any insured or any insured's employees, contractors, or subcontractors may be liable.

This exclusion does not apply to "property damage" sustained by any other property that is caused by the faulty, defective or poor workmanship in "your work".

This exclusion applies only to residential structures for which coverage is not otherwise excluded under this insurance.

GL RFWE 10 13                                                                 page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc

**Commercial General Liability**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - CONTAMINATED DISCHARGE FROM DRYWALL**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, resulting from, or attributable to, whether in whole or in part, the following:

**1.** Any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste; or

**2.** "Your product" or "your work" with respect to any solid, liquid, gaseous or thermal irritant or contaminant released from "drywall", including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

**B.** The following definition is added to the **Definitions** Section:

"Drywall" is a panel of a paper liner wrapped around an inner core made primarily from gypsum plaster, the semi-hydrous form of calcium sulfate or similar material.  Drywall is also commonly known as gypsum board, wallboard, plasterboard, Gibraltar board, rock lath, Sheetrock, or gyproc.

Includes copyrighted material of Insurance Services Office, Inc., with permission

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

Wolters Kluwer Financial Services | Uniform Forms™

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radio-active contamination of property.

 © ISO Properties, Inc., 2007 **IL 00 21 09 08**



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

---

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ■■■■■ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**     See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy  Number:** PKG 0182015 04

**Named Insured:**  FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2019**To**   01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value (See Attached Contractors Equipment Schedule)** | $ ■■■■■■ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| **Forms Applicable:**   See Attached Forms Inventory Schedule |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

| **Premium**<br>Premium for this Coverage Part:  $   ■■■■■ |
|---|

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

COMMERCIAL INLAND MARINE
CM 00 01 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

**A. Abandonment**

There can be no abandonment of any property to us.

**B. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C. Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

**1.** Notify the police if a law may have been broken.

**2.** Give us prompt notice of the loss or damage. Include a description of the property involved.

**3.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4.** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**6.** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**8.** Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**9.** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

**10.** Cooperate with us in the investigation or settlement of the claim.

**D. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E. Loss Payment**

**1.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**2.** We will not pay you more than your financial interest in the Covered Property.

**3.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the own-

ers' property. We will not pay the owners more than their financial interest in the Covered Property.

**4.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**5.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of the loss; or

**b.** An appraisal award has been made.

**6.** We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

**1. Pair Or Set**

In case of loss or damage to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss or damage; or

**b.** Pay the difference between the value of the pair or set before and after the loss or damage.

**2. Parts**

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property.

**2.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**a.** Someone insured by this insurance; or

**b.** A business firm:

**(1)** Owned or controlled by you; or

**(2)** That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

COMMERCIAL INLAND MARINE
CM 01 22 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES -
# LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

Hart Forms & Services
Reorder No. 14-F159

COMMERCIAL INLAND MARINE
IH 00 68 09 09

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this coverage form, means the following property described in the Declarations:

**a.** Your contractor's equipment; and

**b.** Similar property of others in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

**a.** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

**b.** Aircraft or watercraft;

**c.** Plans, blueprints, designs or specifications;

**d.** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

**e.** Property while underground or under water;

**f.** Property that you loan, lease or rent to others;

**g.** Contraband, or property in the course of illegal transportation or trade; or

**h.** Tools and clothing belonging to your employees.

### 3. Covered Causes Of Loss

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

#### a. Additionally Acquired Property

If during the policy period you acquire additional property of a type already covered by this coverage form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $50,000

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

This Additional Coverage does not increase the applicable Limit of Insurance shown in the Declarations.

#### b. Debris Removal

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this policy applicable to that loss or damage.

**(3)** Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $5,000 in any one occurrence under this Additional Coverage.

**(4)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**c. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage does not increase the Limit of Insurance.

**d. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

The limit for this Additional Coverage is in addition to the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**a. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this coverage form.

**b. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this coverage form.

**c. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act committed by:

**(1)** You, any of your partners, employees, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company;

**(3)** Anyone else with an interest in the property, or their employees or authorized representatives; or

**(4)** Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this coverage form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this coverage form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**c.** Insects, vermin, rodents.

**d.** Corrosion, rust.

**e.** Mechanical breakdown or failure of the Covered Property.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

**a.** We cover property wherever located within:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**b.** We also cover property being shipped by air within and between points in Paragraph **a.**

**2. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

Instead, we will determine the most we will pay using the following steps:

**a.** Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

**b.** Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

**c.** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

**d.** Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property or rented equipment.

**F. Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

POLICY NUMBER:   PKG 0182015 04

**COMMERCIAL INLAND MARINE**
**IH 99 22 04 03**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

      BUILDERS RISK COVERAGE FORM
      COMMERCIAL FINE ARTS COVERAGE FORM
      COMPUTER SYSTEMS COVERAGE FORM
      CONTRACTORS EQUIPMENT COVERAGE FORM
      DIFFERENCE IN CONDITIONS COVERAGE FORM
      FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
      INSTALLATION COVERAGE FORM
      INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
      MACHINERY AND EQUIPMENT COVERAGE FORM
      MOTOR TRUCK CARGO OWNERS COVERAGE FORM
      RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
      SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE \***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
| | | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC<br>PO BOX 2000<br>8001 BIRCHWOOD CT STE C<br>JOHNSTON IA 50131 |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and
**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**COMMERCIAL INLAND MARINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**EXCLUSION – MYSTERIOUS DISAPPEARANCE**

This endorsement modifies insurance provided under the following:

Commercial Inland Marine - Contractors Equipment Coverage Form IH 00 68
Commercial Inland Marine - Personal Portable Computer Coverage Form IH 75 02

The following is added to B. **Exclusions:**

We do not cover loss due to mysterious disappearance.

The following is added to F. **Definitions:**

Mysterious disappearance means an item is missing or lost without evidence of forced entry.

IM MD 02 15                                                                 Page **1** of **1**

Includes copyrighted material of The Insurance Services Office, Inc., with its permission.

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

**1.** The failure, malfunction or inadequacy of:

**a.** Any of the following, whether belonging to any insured or to others:

**(1)** Computer hardware, including microprocessors;

**(2)** Computer application software;

**(3)** Computer operating systems and related software;

**(4)** Computer networks;

**(5)** Microprocessors (computer chips) not part of any computer system; or

**(6)** Any other computerized or electronic equipment or components; or

**b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

**2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

**1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

**2.** Under the Commercial Property Coverage Part:

**a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

**b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

Copyright, ISO Properties, Inc., 2001

POLICY NUMBER: PKG 0182015 04                                                      IL 09 53 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

**SCHEDULE**

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act.  The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C.** **Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire.  Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

                    © Insurance Services Office, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015

**IL 09 53 01 15**

# INSURED
# MAILER PAGE

Reference:   **PKG 0182015 04**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

INSURED COPY
Date Issued: 01/29/2019

# INSTALLMENT SCHEDULE

### COMMERCIAL PACKAGE POLICY

__Insured__
FOUR BUILDERS PLUS SIDING DIVISION LLC

__Agent__
C. T. Lowndes & Company

WRITTEN PREMIUM          $█████████
EXPENSE CONSTANT

TOTAL POLICY BALANCE   $█████████
PAYMENT PLAN          25% Down, 9 Installments $5 Fee

__Policy Number__     __Policy Period__
PKG 0182015 04     01/30/2019 01/30/2020

__Agent Telephone__
843-884-3159

|  DUE DATE | INSTALLMENT AMOUNT |
|---|---|
| 02/28/2019 | ████████ |
| 03/30/2019 | |
| 04/30/2019 | |
| 05/30/2019 | |
| 06/30/2019 | |
| 07/30/2019 | |
| 08/30/2019 | |
| 09/30/2019 | |
| 10/30/2019 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice. Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.
Thank you.

**Insured:**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484

**Agent:**

C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC  29407



FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**POLICY NUMBER:** PKG 0182015 04

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

# American Builders Insurance Company

A Stock Company
Post Office Box 723099
Atlanta, Georgia 31139-0099

**COMMERCIAL PACKAGE POLICY**

**For:** FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**By:** C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
or
**678-309-4000**

PKG POL JAC 05 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 04 | 01/30/2019 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED
☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure
☐ Add Coverages          ☐ Delete Coverages

CHANGES

Amend location address to 119 Estates Drive, Summerville SC 29483

Annual Return/Additional Premium: N/A

_____
Authorized Representative Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc., 1983          **Page 1 of 1**
Copyright, ISO Commercial Risk Services, Inc., 1983



**American Builders Insurance Company**
P.O. Box 723099
Atlanta, Ga. 31139-0099

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 04                    **Renewal of** PKG 0182015
**Transaction Type** AMENDED DECLARATION          **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407 |

**Policy Period: From** 01/30/2019  **To**  01/30/2020  **12:01 A.M.Standard Time At Your Mailing Address**

**Business Description:** General Contractor - Commerci          **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT**

                                                                          Premium

Commercial Property Coverage Part                                    $ ████████

Commercial General Liability Coverage Part                           $ ████████
   Includes Extra Coverage Endorsement         $350.00

Commercial Inland Marine Coverage Part                               $ ████████

Crime and Fidelity Coverage Part                                     $ ████████

                                             Total                   $ ████████

                        Taxes/Surcharges (If Applicable)             $ ████████

Forms Applicable to all Coverage Parts:  See Attached Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 29 Day of January, 2019

By_____

                        Authorized Representative

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

American Builders Insurance Company
A Stock Company
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY

| Policy Number: | PKG 0182015 04 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**
| | | |
|---|---|---|
| BIG PRVN | (5/15) | Privacy Notice |
| COMMON DEC | (5/15) | Common Policy Declarations |
| IL0003 | (9/08) | Calculation Of Premium |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| ILN001 | (9/03) | Fraud Statement |
| ILP001 | (1/04) | US Treasury Notice |
| PKGPOLJAC | (5/15) | Policy Jacket Page |

**Commercial Fire Forms**
| | | |
|---|---|---|
| PR DEC | (5/15) | Property Declarations Page |
| CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CP0090 | (7/88) | Commercial Property Conditions |
| CP1030 | (10/12) | Cause of Loss - Special Form |
| CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CP1033 | (10/12) | Theft Exclusion |
| CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

**General Liability Forms**
| | | |
|---|---|---|
| GL DEC | (5/15) | GL Declarations Page |
| CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CG0300 | (1/96) | Deductible Liability Insurance |
| CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CG2106 | (5/14) | Excl-Access or Discl of Info |
| CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CG2116 | (4/13) | Excl-Designated Profes.Service |
| CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CG2152 | (4/13) | Exclusion-Financial Services |
| CG2165 | (12/04) | Total Pollution Exclusion |
| CG2166 | (6/15) | Excl-Volunteer Workers |
| CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CG2186 | (12/04) | Excl-Exterior Insulation |
| CG2196 | (3/05) | Silica or Silica-Related Excl |
| CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |
| CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CG2426 | (4/13) | Amend Insd Contract Definition |
| GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| GLALX | (1/09) | Asbestos or Lead Exclusion |

Issued Date: 01/29/2019                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company          0002528 |

# FORMS INVENTORY

| | | |
|---|---|---|
| GLCAP | (6/14) | Condominium Exclusion |
| GLCCC | (1/07) | Care, Custody and Control |
| GLCPTT001 | (8/03) | Copyright Infringement |
| GLEDW | (8/16) | Excl - Designated Work |
| GLEICD | (1/07) | Expansion of Insured Contract |
| GLFB | (1/09) | Fungi & Bacteria |
| GLPCO | (6/15) | Excl-Prior Completed Operation |
| GL RFWE | (10/13) | Resulting Damage Coverage |
| GL-XDW | (10/13) | Excl-Contaminated Drywall |
| IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| IL1201 | (11/85) | Policy Change |

**Inland Marine Forms**

| | | |
|---|---|---|
| IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CE SCH | (5/15) | Cont Equip Schedule |
| CM0001 | (9/04) | Coml Inland Marine Conditions |
| CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| IH0068 | (9/09) | Contract Equip Covg Form |
| IH9922 | (4/03) | Loss Payable |
| IMMD | (2/15) | Excl-Mysterious Disappearance |
| IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| IL0953 | (1/15) | Excl of Cert Acts of Terrorism |

Issued Date: 01/29/2019                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| | |
|---|---|
| Policy Number:  PKG 0182015 04 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

Prem #     1     Bldg #     1                    Prem #     2     Bldg #     1
PRIMARY                          0702          TENANT                          0702
0                                               Horry/Inland,  260
DORCHESTER,  180

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

| | |
|---|---|
| Policy Number:  PKG 0182015 04 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:   C. T. Lowndes & Company | 0002528 |

# NAMED INSURED SCHEDULE

Named Insured
FOUR BUILDERS PLUS LLC

Issued Date: 01/29/2019                    INSURED COPY



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR SUMMERVILLE SC 29483 | FRAME | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |
| 00001 | 00001 | PERS | ▮ | Special | $ 2,500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages: Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

**\*Monthly Limit Of Indemnity**    **\*Maximum Period Of Indemnity**    **\* Extended Period Of Indemnity (Days)**

                N/A                       N/A

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

---

| Forms Applicable:   See Attached Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $      ▮ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address.

---

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|-----------|-----------|----------|--------------|-----------|
| 00002 | 00001 | 1508 B HWY 9 EAST<br>LONG SC 29568 | FRAME | TENANT |

**Coverages Provided:  Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|-----------------------|------------|-------------|-----------|
| 00002 | 00001 | PERS | ■ | Special | $  500.00 | 80 | REPLACEMENT "INCL STOCK" |

**\*If Extra Expense Coverage, Limits On Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|-----------|-----------|----------|--------------------|------------|-------------|-----------|

**\*Monthly Limit Of Indemnity      \*Maximum Period Of Indemnity          \* Extended Period Of Indemnity (Days)**

N/A                                    N/A

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|-----------|-----------|----------------------------------------|

---

Forms Applicable:   See Attached Forms Inventory Schedule

Premium for this Coverage Part: $          ■

---

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

## GENERAL LIABILITY DECLARATIONS

| | |
|---|---|
| **Policy Number:** | PKG 0182015 04 |
| **Named Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**LIMITS OF INSURANCE**

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSIFICATION AND PREMIUM**

| Location Number | Classification | Code No. | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule. | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| (Subject to Audit) | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:   See Attached Forms Inventory Schedule. |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| Policy Number: | PKG 0182015 04 |
|---|---|
| Named Insured: | FOUR BUILDERS PLUS SIDING DIVI |
| Agent: | C. T. Lowndes & Company | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| All | SC | 999 | 44444 | 350.000 | 01/30/2019 | 01/30/2020 | | | O | |
| | | | ENHANCEMENT ENDORSEMENT | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2019 | 01/30/2020 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.891 | 01/30/2019 | 01/30/2020 | 374,271 | Payroll | O | |
| | | | CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.037 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | O | |
| | | | INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.103 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | P | |
| | | | INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| | | | ADD'L INSURED | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.240 | 01/30/2019 | 01/30/2020 | 1,500 | Area | O | |
| | | | WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | |
| 00003 | SC | 001 | 61217 | 40.536 | 01/30/2019 | 01/30/2020 | | Area | O | |
| | | | BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | |

Classification Description

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**    $▬▬▬▬

Issued Date: 01/29/2019                    INSURED COPY

**American Builders Insurance Company**
**A Stock Company**
P.O. Box 723099
Atlanta, GA  31139-0099

COMMERCIAL PACKAGE POLICY
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number:  PKG 0182015 04 | |
| Named Insured:  FOUR BUILDERS PLUS SIDING DIVI | |
| Agent:  C. T. Lowndes & Company | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

Loc #    1
119 ESTATES DR
SUMMERVILLE, SC 29483

Loc #    2
1508 B HWY 9 EAST
LONG, SC 29568

Loc #    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC 29927

POLICY NUMBER:  PKG 0182015 04

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| D R HORTON INC INSURANCE COMPLIANCE | PO BOX 12010 DR HEMET CA 92546- 8010 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**CG 20 10 04 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** Standard Time At The Named Insured's **Mailing Address**

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

---

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▅▅▅▅▅ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

---

**Forms Applicable:**    See Attached Forms Inventory Schedule

---

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M.** Standard Time At The Named Insured's Mailing Address

---

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ███████ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:** **Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

| **Forms Applicable:** See Attached Forms Inventory Schedule |
|---|

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

| **Premium** |
|---|
| Premium for this Coverage Part: $ ██████ |

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission



**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

---

**Policy Number:** PKG 0182015 04

**Named Insured:** FOUR BUILDERS PLUS SIDING DIVI

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address**

---

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc. with its permission

POLICY NUMBER:   PKG 0182015 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

        BUILDERS RISK COVERAGE FORM
        COMMERCIAL FINE ARTS COVERAGE FORM
        COMPUTER SYSTEMS COVERAGE FORM
        CONTRACTORS EQUIPMENT COVERAGE FORM
        DIFFERENCE IN CONDITIONS COVERAGE FORM
        FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
        INSTALLATION COVERAGE FORM
        INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
        MACHINERY AND EQUIPMENT COVERAGE FORM
        MOTOR TRUCK CARGO OWNERS COVERAGE FORM
        RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
        SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE \***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|-----------|-----------|------------------------|--------------|
|           |           | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC PO BOX 2000 8001 BIRCHWOOD CT STE C JOHNSTON IA 50131 |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and
**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

            © ISO Properties, Inc., 2003

# INSURED
# MAILER PAGE

Reference:    **0022PKG018201504**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



1  of  21

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

 *Builders Insurance Group*℠

Date Issued: 07/02/2019

**INSURED**
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**AGENT**
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Product: Commercial Package Policy**     **Written Premium:** $▮▮▮▮

| Policy Number: **PKG 0182015 04** | Policy Term: **01/30/2019 - 01/30/2020** | Pay Plan: **25%DN /9 INST. $5FEE** |

## INSTALLMENT SCHEDULE     TOTAL POLICY BALANCE     $▮▮▮▮

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2019 | |
| 03/30/2019 | |
| 04/30/2019 | |
| 05/30/2019 | |
| 06/30/2019 | |
| 07/30/2019 | |
| 08/30/2019 | |
| 09/30/2019 | |
| 10/30/2019 | |



The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice. Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.

Thank you.

**Builders Insurance Group** ℠

**POLICY NUMBER:** PKG 0182015 04

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

## *American Builders Insurance Company*

A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

## COMMERCIAL PACKAGE POLICY

**For:** *FOUR BUILDERS PLUS SIDING DIVISION LLC*
*PO BOX 2322*
*SUMMERVILLE, SC 29484*

**By:** *C. T. Lowndes & Company*
*749 St. Andrews Blvd.*
*Charleston, SC 29407*

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305
or
678-309-4000**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  02

| POLICY NUMBER<br><br>PKG 0182015 04 | POLICY CHANGES<br>EFFECTIVE<br>07/01/2019 | COMPANY<br><br>American Builders Insurance Company |
|---|---|---|
| NAMED INSURED<br><br>FOUR BUILDERS PLUS SIDING DIVISION LLC | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

CHANGES

Add additional insured DeAngelis Diamond Construction LLC with form CG2037

Annual Return/Additional Premium:  $███

_____

Authorized Representative Signature

4  of  21

Copyright, Insurance Services Office, Inc., 1983<br>Copyright, ISO Commercial Risk Services, Inc., 1983



**Builders Insurance Group**
**American Builders Insurance Company**

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 04                    **Renewal of** PKG 0182015
**Transaction Type** Amended Declaration            **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407<br>Phone:  843-884-3159 |

**Policy Period: From** 01/30/2019    **To** 01/30/2020    **12:01 A.M. Standard time At Your Mailing Address**

**Business Description:** General Contractor - Commerci    **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**



Premium

Commercial Property Coverage Part                                    $

Commercial General Liability Coverage Part                           $
  Includes Extra Coverage Endorsement          $350.00

Commercial Inland Marine Coverage Part                               $

Crime and Fidelity Coverage Part                                     $

                                             Total                   $

                    Taxes/Surcharges (If Applicable)                 $

Forms applicable to all Coverage Parts:  See Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 2 Day of July, 2019

By_____

                    Authorized Representative

5  of  21

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

**Policy Level Forms**

| | | | |
|---|---|---|---|
| CW | PKGPOLJAC | (5/15) | Policy Jacket Page |
| CW | ILN001 | (9/03) | Fraud Statement |
| CW | ILP001 | (1/04) | US Treasury Notice |
| CW | IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| CW | IL0017 | (11/98) | Common Policy Conditions |
| CW | IL0003 | (9/08) | Calculation Of Premium |
| CW | BIG PRVN | (5/15) | Privacy Notice |
| CW | COMMON DEC | (5/15) | Common Policy Declarations |

**Commercial Fire Forms**

| | | | |
|---|---|---|---|
| CW | CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CW | CP0090 | (7/88) | Commercial Property Conditions |
| CW | CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CW | CP1030 | (10/12) | Cause of Loss - Special Form |
| CW | CP1033 | (10/12) | Theft Exclusion |
| CW | IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | PR DEC | (5/15) | Property Declarations Page |
| SC | CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |

**General Liability Forms**

| | | | |
|---|---|---|---|
| CW | BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CW | CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| CW | CG0300 | (1/96) | Deductible Liability Insurance |
| CW | CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CW | CG2106 | (5/14) | Excl-Access or Discl of Info |
| CW | CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CW | CG2116 | (4/13) | Excl-Designated Profes.Service |
| CW | CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CW | CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CW | CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CW | CG2152 | (4/13) | Exclusion-Financial Services |
| CW | CG2165 | (12/04) | Total Pollution Exclusion |
| CW | CG2166 | (6/15) | Excl-Volunteer Workers |
| CW | CG2167 | (12/04) | Fungi or Bacteria Exclusion |

6 of 21

Note: CW = Country Wide

Page 1 of 3

Issued Date: 07/02/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CW | CG2186 | (12/04) | Excl-Exterior Insulation |
| CW | CG2196 | (3/05) | Silica or Silica-Related Excl |
| CW | CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CW | CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CW | CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CW | CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CW | CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CW | CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CW | CG2426 | (4/13) | Amend Insd Contract Definition |
| CW | GL DEC | (5/15) | GL Declarations Page |
| CW | GL RFWE | (10/13) | Resulting Damage Coverage |
| CW | GL-XDW | (10/13) | Excl-Contaminated Drywall |
| CW | GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| CW | GLALX | (1/09) | Asbestos or Lead Exclusion |
| CW | GLCAP | (6/14) | Condominium Exclusion |
| CW | GLCCC | (1/07) | Care, Custody and Control |
| CW | GLCPTT001 | (8/03) | Copyright Infringement |
| CW | GLEDW | (8/16) | Excl - Designated Work |
| CW | GLEICD | (1/07) | Expansion of Insured Contract |
| CW | GLFB | (1/09) | Fungi & Bacteria |
| CW | GLPCO | (6/15) | Excl-Prior Completed Operation |
| CW | IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| CW | IL1201 | (11/85) | Policy Change |
| SC | CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| SC | CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| SC | CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| SC | CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |

**Inland Marine Forms**

| | | | |
|---|---|---|---|
| CW | C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CW | CE SCH | (5/15) | Cont Equip Schedule |
| CW | CM0001 | (9/04) | Coml Inland Marine Conditions |
| CW | CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| CW | IH0068 | (9/09) | Contract Equip Covg Form |
| CW | IH9922 | (4/03) | Loss Payable |

Note: CW = Country Wide

Issued Date: 07/02/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
|----|--------|--------|--------------------------------|
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| CW | IMMD | (2/15) | Excl-Mysterious Disappearance |

8   of   21

Note: CW = Country Wide

Issued Date: 07/02/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
SUB-LOCATION SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

**Prem #**  1          **Bldg #**  1
PRIMARY
0
DORCHESTER,  180

**Prem #**  2          **Bldg #**  1
TENANT
Horry/Inland,  180

Issued Date: 07/02/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**NAMED INSURED SCHEDULE**

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

FOUR BUILDERS PLUS LLC

10  of  21

Issued Date: 07/02/2019

Page 1 of 1



**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

<u>Description of Premises:</u>

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR<br>SUMMERVILLE, SC 29483 | Frame | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ███ | Special | 2,500 | 80 | Replacement "Incl Stock" |
| 00001 | 00001 | PERS | ███ | Special | 2,500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

<u>Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.</u>

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

<u>Mortgageholders:</u>

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $     ███ |

11  of  21

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**Builders Insurance Group** ℠

**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG, SC 29568 | Frame | TENANT |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ▉ | Special | 500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $    ▉ |

12 of 21

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**Builders Insurance Group**
**American Builders Insurance Company**
**GENERAL LIABLITY COVERAGE PART DECLARATIONS**

| | |
|---|---|
| **Policy Number:** | PKG 0182015 04 |
| **Name Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |
| | PO BOX 2322 |
| | SUMMERVILLE, SC  29484 |

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Name Insured's Mailing Address.**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSFICATION AND PREMIUM**

| Location Number | Classification | Code No | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule | | | | | | | |

| | |
|---|---|
| General Liability Coverage Premium | $ |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium | $ |
| Subject to Audit | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|------|------|------|-----------|------------|---------------|-----|-------|---------|
| *ALL | SC | 999 | 44444 | 350.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 07/01/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.891 | 01/30/2019 | 01/30/2020 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.037 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.103 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.240 | 01/30/2019 | 01/30/2020 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 40.536 | 01/30/2019 | 01/30/2020 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

TERRORISM CHARGE

REINSTATEMENT/LATE FEES

Issued Date: 07/02/2019
GL CS 001 0515

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

Loc   St  Terr  Code        Rate        Effective    Expiration     Premium Basis    Per      Cov**    Premium
Classification Description

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $

Issued Date: 07/02/2019
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

**Loc #** 1
119 ESTATES DR
SUMMERVILLE, SC  29483

**Loc #** 2
1508 B HWY 9 EAST
LONG, SC  29568

**Loc #** 3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC  29927

16  of  21

Issued Date:  07/02/2019

**POLICY NUMBER  PKG 0182015 04**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| DEANGELIS DIAMOND CONSTRUCTION LLC<br>6635 WILLOW PARK DRIVE<br>NAPLES, FL 34109-8917 | LITLE RIVER, SC<br>FIBERCEMENT SIDING AND TRIMING |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**Builders Insurance Group** ℠

**American Builders Insurance Company**

## COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▆▆▆▆ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

*Builders*
*Insurance*
*Group* ℠

**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ 0.00 |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000.00 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value**<br>**(See Attached Contractors Equipment Schedule)** | $ ▮▮▮▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ 0.00 |
| **Deductible:** | $ |

**Coverages Provided:   Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:   See Forms Inventory Schedule**

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

19 of 21

**Premium**

Premium for this Coverage Part: $ ▮▮▮▮

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**Builders Insurance Group** SM

**American Builders Insurance Company**

## CONTRACTORS EQUIPMENT SCHEDULE

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

20 of 21

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

POLICY NUMBER  PKG 0182015 04

COMMERCIAL INLAND MARINE
IH 99 22 04 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
COMPUTER SYSTEMS COVERAGE FORM
CONTRACTORS EQUIPMENT COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
INSTALLATION COVERAGE FORM
INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
MACHINERY AND EQUIPMENT COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE\***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
| | | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC PO BOX 2000 8001 BIRCHWOOD CT  STE C JOHNSTON, IA  50131 |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and

**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

21  of   21

**INSURED**
**MAILER PAGE**

Reference:     **0022PKG018201504**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC   29484



1  of  23

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099


*Builders Insurance Group℠*

INVOICE

Date: 07/08/2019

**POLICY HOLDER**
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484
Phone: 843-871-0907

**AGENCY**
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Policy Type: Commercial Package Policy**

| Policy #: **PKG 0182015 04** | Policy Term: **01/30/2019 - 01/30/2020** | Pay Plan: 25%DN /9 INST. $5FEE |
|---|---|---|

| Current Policy Balance | Last Payment Received | Current Due Date | Payment Due |
|---|---|---|---|
| $▮▮▮▮ | $▮▮▮▮ | 07/30/2019 | $▮▮▮▮ |

Payments received after the cancellation date will be posted to the policy-holder's account.  This in no way obligates American Builders Insurance Company to reinstate or extend coverage.  Any refund due to the insured will be issued after the cancellation audit has been processed.

**If payment is not received by the due date, a late fee will be assessed and in addition, coverage may expire or a notice of cancellation may be issued.  For your convenience, you may make a payment by calling 866-40-SUPPORT (866-407-8776), or pay securely online at www.bldrs.com.**

| INSTALLMENT | INVOICE DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 06 | 06/07/2019 | Previous Billing | ▮▮▮▮ |
| 07 | 07/08/2019 | PREMIUM INVOICE | |
| | 06/28/2019 | PAYMENTS & ADJUSTMENTS | |
| | 07/08/2019 | INSTALLMENT FEE | |

Please detach and return the bottom portion with your payment

Billing: 678-309-4000 option 5 or 866-40-SUPPORT (866-407-8776)
**Make Check Payable to American Builders Insurance Company and please include your Policy Number on your check.**

Please contact your Agent if you have any changes related to your Name, Address or Phone Number.

| Policy Number: PKG 0182015 04 | |
|---|---|
| Payment Due: | $▮▮▮▮ |
| Due Date: | **07/30/2019** |
| Total Remitted: | |

Please Remit Payment To:

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139



Builders
Insurance
Group℠

Date Issued: 07/08/2019

**INSURED**
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**AGENT**
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Product: Commercial Package Policy**                    **Written Premium:** $▮▮▮▮▮

| Policy Number: **PKG 0182015 04** | Policy Term: **01/30/2019 - 01/30/2020** | Pay Plan: **25%DN /9 INST. $5FEE** |

## INSTALLMENT SCHEDULE          TOTAL POLICY BALANCE        $▮▮▮▮▮

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2019 | ▮▮▮▮ |
| 03/30/2019 | ▮▮▮▮ |
| 04/30/2019 | ▮▮▮▮ |
| 05/30/2019 | ▮▮▮▮ |
| 06/30/2019 | ▮▮▮▮ |
| 07/30/2019 | ▮▮▮▮ |
| 08/30/2019 | ▮▮▮▮ |
| 09/30/2019 | ▮▮▮▮ |
| 10/30/2019 | ▮▮▮▮ |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice. Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.

Thank you.

**Builders
Insurance
Group** SM

**POLICY NUMBER:** PKG 0182015 04

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

## *American Builders Insurance Company*

A Stock Company
P.O. Box 723099
Atlanta,  GA  31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** *FOUR BUILDERS PLUS SIDING DIVISION LLC*
*PO BOX 2322*
*SUMMERVILLE, SC  29484*

**By:** *C. T. Lowndes & Company*
*749 St. Andrews Blvd.*
*Charleston, SC  29407*

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**

**Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305
or
678-309-4000**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  03

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 04 | 07/08/2019 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure
☒ Add Coverages          ☐ Delete Coverages

CHANGES

Per Project Aggregate is added.

Annual Return/Additional Premium:  $▓▓▓▓

_____

Authorized Representative Signature

5  of  23



**Builders Insurance Group**
**American Builders Insurance Company**

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 04                    **Renewal of** PKG 0182015
**Transaction Type** Amended Declaration            **Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407<br>Phone:  843-884-3159 |

| **Policy Period: From** 01/30/2019    **To**  01/30/2020    **12:01 A.M. Standard time At Your Mailing Address** |
|---|

| **Business Description:** General Contractor - Commerci | **Entity Type:** Limited Liability Corp |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| **THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.** |
|---|



|  |  | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>Includes Extra Coverage Endorsement | $350.00    $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 8 Day of July, 2019

By _____

Authorized Representative

6  of  23

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | | |
|---|---|---|---|
| CW | PKGPOLJAC | (5/15) | Policy Jacket Page |
| CW | ILN001 | (9/03) | Fraud Statement |
| CW | ILP001 | (1/04) | US Treasury Notice |
| CW | IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| CW | IL0017 | (11/98) | Common Policy Conditions |
| CW | IL0003 | (9/08) | Calculation Of Premium |
| CW | BIG PRVN | (5/15) | Privacy Notice |
| CW | COMMON DEC | (5/15) | Common Policy Declarations |

**Commercial Fire Forms**

| | | | |
|---|---|---|---|
| CW | CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CW | CP0090 | (7/88) | Commercial Property Conditions |
| CW | CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CW | CP1030 | (10/12) | Cause of Loss - Special Form |
| CW | CP1033 | (10/12) | Theft Exclusion |
| CW | IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | PR DEC | (5/15) | Property Declarations Page |
| SC | CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |

**General Liability Forms**

| | | | |
|---|---|---|---|
| CW | BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CW | CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| CW | CG0300 | (1/96) | Deductible Liability Insurance |
| CW | CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CW | CG2106 | (5/14) | Excl-Access or Discl of Info |
| CW | CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CW | CG2116 | (4/13) | Excl-Designated Profes.Service |
| CW | CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CW | CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CW | CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CW | CG2152 | (4/13) | Exclusion-Financial Services |
| CW | CG2165 | (12/04) | Total Pollution Exclusion |
| CW | CG2166 | (6/15) | Excl-Volunteer Workers |
| CW | CG2167 | (12/04) | Fungi or Bacteria Exclusion |

Note: CW = Country Wide

Issued Date: 07/08/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CW | CG2186 | (12/04) | Excl-Exterior Insulation |
| CW | CG2196 | (3/05) | Silica or Silica-Related Excl |
| CW | CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CW | CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CW | CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CW | CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CW | CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CW | CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CW | CG2426 | (4/13) | Amend Insd Contract Definition |
| CW | CG2503 | (5/09) | Project Aggregate Limits |
| CW | GL DEC | (5/15) | GL Declarations Page |
| CW | GL RFWE | (10/13) | Resulting Damage Coverage |
| CW | GL-XDW | (10/13) | Excl-Contaminated Drywall |
| CW | GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| CW | GLALX | (1/09) | Asbestos or Lead Exclusion |
| CW | GLCAP | (6/14) | Condominium Exclusion |
| CW | GLCCC | (1/07) | Care, Custody and Control |
| CW | GLCPTT001 | (8/03) | Copyright Infringement |
| CW | GLEDW | (8/16) | Excl - Designated Work |
| CW | GLEICD | (1/07) | Expansion of Insured Contract |
| CW | GLFB | (1/09) | Fungi & Bacteria |
| CW | GLPCO | (6/15) | Excl-Prior Completed Operation |
| CW | IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| CW | IL1201 | (11/85) | Policy Change |
| SC | CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| SC | CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| SC | CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| SC | CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |

**Inland Marine Forms**

| | | | |
|---|---|---|---|
| CW | C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CW | CE SCH | (5/15) | Cont Equip Schedule |
| CW | CM0001 | (9/04) | Coml Inland Marine Conditions |
| CW | CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| CW | IH0068 | (9/09) | Contract Equip Covg Form |

8 of 23

Note: CW = Country Wide

Issued Date: 07/08/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | IH9922 | (4/03) | Loss Payable |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| CW | IMMD | (2/15) | Excl-Mysterious Disappearance |

9  of   23

Note: CW = Country Wide

Issued Date: 07/08/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

**Prem #** 1          **Bldg #** 1
PRIMARY
0
DORCHESTER, 180

**Prem #** 2          **Bldg #** 1
TENANT
Horry/Inland, 180

Issued Date: 07/08/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## NAMED INSURED SCHEDULE

FOUR BUILDERS PLUS LLC

11 of 23

Issued Date: 07/08/2019

Page 1 of 1



**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR<br>SUMMERVILLE, SC 29483 | Frame | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ■■■■ | Special | 2,500 | 80 | Replacement "Incl Stock" |
| 00001 | 00001 | PERS | ■■■■ | Special | 2,500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

Optional Coverages: Applicable Only When Entries Are Made In The Schedule Below.

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| **\*Monthly Limit of Indemnity** | **\*Maximum Period of Indemnity** | **\*Extended Period of Indemnity (Days)** |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts: See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $    ■■■■ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG, SC 29568 | Frame | TENANT |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ▆▆▆▆ | Special | 500 | 80 | Replacement "Incl Stock" |

***If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages: Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

***Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts: See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $ ▆▆▆▆ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**Builders Insurance Group**
**American Builders Insurance Company**
**GENERAL LIABLITY COVERAGE PART DECLARATIONS**

| | |
|---|---|
| **Policy Number:** | PKG 0182015 04 |
| **Name Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |
| | PO BOX 2322 <br> SUMMERVILLE, SC  29484 |

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Name Insured's Mailing Address.**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSFICATION AND PREMIUM**

| Location Number | Classification | Code No | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ |  |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| Subject to Audit | | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \*ALL | SC | 999 | 44444 | 350.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| \*ALL | SC | 999 | 44444 | 0.035 | 07/08/2019 | 01/30/2020 | | | O | |
| PROJECT AGG | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 07/01/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.891 | 01/30/2019 | 01/30/2020 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.037 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.103 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.240 | 01/30/2019 | 01/30/2020 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 40.536 | 01/30/2019 | 01/30/2020 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

TERRORISM CHARGE

REINSTATEMENT/LATE FEES

Issued Date: 07/08/2019

GL CS 001 0515



**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| Classification Description | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**        $▮▮▮▮▮▮

Issued Date: 07/08/2019
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

**Loc #**    1
119 ESTATES DR
SUMMERVILLE, SC  29483

**Loc #**    2
1508 B HWY 9 EAST
LONG, SC  29568

**Loc #**    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC  29927

17  of  23

Issued Date: 07/08/2019

COMMERCIAL GENERAL LIABILITY
CG 25 03 05 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designated Construction Projects:** Construction projects during this policy period. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C,** which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

**2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

18 of 23

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

**1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

**2.** Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section **III** – Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

© Insurance Services Office, Inc., 2008

CG 25 03 05 09

**Builders Insurance Group**℠

**American Builders Insurance Company**

### COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▮▮▮ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:** See Forms Inventory Schedule

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

20 of 23

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission


**Builders Insurance Group** ℠

**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ 0.00 |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000.00 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value**<br>**(See Attached Contractors Equipment Schedule)** | $ ▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ 0.00 |
| **Deductible:** | $ |

**Coverages Provided:   Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:   See Forms Inventory Schedule**

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

21 of 23

**Premium**

Premium for this Coverage Part: $ ▮

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**Builders Insurance Group**℠

**American Builders Insurance Company**

### CONTRACTORS EQUIPMENT SCHEDULE

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

22 of 23

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

POLICY NUMBER  PKG 0182015 04

COMMERCIAL INLAND MARINE
IH 99 22 04 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
COMPUTER SYSTEMS COVERAGE FORM
CONTRACTORS EQUIPMENT COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
INSTALLATION COVERAGE FORM
INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
MACHINERY AND EQUIPMENT COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
|  |  | MAHINDRA TR 2565 SHUTTER CAB<br>TBD | MAHINDRA FINANCE USA LLC<br>PO BOX 2000<br>8001 BIRCHWOOD CT  STE C<br>JOHNSTON, IA  50131 |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and

**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

23  of  23

**INSURED**

**MAILER PAGE**

Reference:     **0022PKG018201504**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC   29484



1   of   22

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099


*Builders*
*Insurance*
*Group*®

**INVOICE**

Date: 12/17/2019

**POLICY HOLDER**
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484
Phone: 843-871-0907

**AGENCY**
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Policy Type: Commercial Package Policy**

| Policy #: **PKG 0182015 04** | Policy Term: **01/30/2019 - 01/30/2020** | Pay Plan: 25%DN /9 INST. $5FEE |
|---|---|---|

| Current Policy Balance | Last Payment Received | Current Due Date | Payment Due |
|---|---|---|---|
| $▮▮▮ | $▮▮▮ | 12/17/2019 | $▮▮▮ |

Payments received after the cancellation date will be posted to the policy-holder's account. This in no way obligates American Builders Insurance Company to reinstate or extend coverage. Any refund due to the insured will be issued after the cancellation audit has been processed.

**If payment is not received by the due date, a late fee will be assessed and in addition, coverage may expire or a notice of cancellation may be issued. For your convenience, you may make a payment by calling 866-40-SUPPORT (866-407-8776), or pay securely online at www.bldrs.com.**

| INSTALLMENT | INVOICE DATE | TRANSACTION | AMOUNT |
|---|---|---|---|
| 10 | 10/07/2019 | Previous Billing | |
| 10 | 12/17/2019 | ENDORSEMENT/ADD'L PREMIUM | |
| 10 | 12/17/2019 | ENDORSEMENT/ADD'L PREMIUM | |
| | 10/30/2019 | PAYMENTS & ADJUSTMENTS | |

Please detach and return the bottom portion with your payment

Billing: 678-309-4000 option 5 or 866-40-SUPPORT (866-407-8776)
**Make Check Payable to American Builders Insurance Company and please include your Policy Number on your check.**

Please contact your Agent if you have
any changes related to your Name,
Address or Phone Number.

| Policy Number: PKG 0182015 04 | |
|---|---|
| Payment Due: | $▮▮▮ |
| Due Date: | 12/17/2019 |
| Total Remitted: | |

Please Remit Payment To:

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139



*Builders*
*Insurance*
*Group*®

Date Issued: 12/17/2019

**INSURED**
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**AGENT**
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Product: Commercial Package Policy**          **Written Premium:** $▉▉▉▉

Policy Number: **PKG 0182015 04**  Policy Term: **01/30/2019 - 01/30/2020**   Pay Plan: **25%DN /9 INST. $5FEE**

# INSTALLMENT SCHEDULE          TOTAL POLICY BALANCE       $▉▉▉▉

| DUE DATE | INSTALLMENT AMOUNT |
|----------|--------------------|
| 02/28/2019 |  |
| 03/30/2019 | |
| 04/30/2019 | |
| 05/30/2019 | |
| 06/30/2019 | |
| 07/30/2019 | |
| 08/30/2019 | |
| 09/30/2019 | |
| 10/30/2019 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice. Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.

Thank you.

3  of  22

**Builders
Insurance
Group®**

**POLICY NUMBER:** PKG 0182015 04

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

## *American Builders Insurance Company*
A Stock Company
P.O. Box 723099
Atlanta,  GA  31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** *FOUR BUILDERS PLUS SIDING DIVISION LLC*
*PO BOX 2322*
*SUMMERVILLE, SC  29484*

**By:** *C. T. Lowndes & Company*
*749 St. Andrews Blvd.*
*Charleston, SC  29407*

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**

**Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305
or
678-309-4000**

4  of  22

PKG POL JAC 05 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  04

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| PKG 0182015 04 | 07/01/2019 | American Builders Insurance Company |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC | |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

CHANGES

Add additional insured BFG Compass Little River Propco IV LLC with CG2037

Annual Return/Additional Premium: $█████

_____

Authorized Representative Signature

5   of   22

IL 12 01 11 85          Copyright, Insurance Services Office, Inc., 1983          Page 1 of 1
Copyright, ISO Commercial Risk Services, Inc., 1983



**Builders Insurance Group**
**American Builders Insurance Company**

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 04
**Transaction Type** AUDIT

**Renewal of** PKG 0182015
**Audit Type** ANNUAL

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407<br>Phone:  843-884-3159 |

**Policy Period: From** 01/30/2019     **To**  01/30/2020     **12:01 A.M. Standard time At Your Mailing Address**

**Business Description:** General Contractor - Commerci     **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**



Premium

Commercial Property Coverage Part     $

Commercial General Liability Coverage Part     $
   Includes Extra Coverage Endorsement     $350.00

Commercial Inland Marine Coverage Part     $

Crime and Fidelity Coverage Part     $

Total     $

Taxes/Surcharges (If Applicable)     $

Forms applicable to all Coverage Parts:  See Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 17 Day of December, 2019

By_____

Authorized Representative

6   of   22

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| Policy Number: PKG 0182015 04 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | | |
|---|---|---|---|
| CW | PKGPOLJAC | (5/15) | Policy Jacket Page |
| CW | ILN001 | (9/03) | Fraud Statement |
| CW | ILP001 | (1/04) | US Treasury Notice |
| CW | IL0249 | (9/08) | SC Changes-Canc & Nonrnwl |
| CW | IL0017 | (11/98) | Common Policy Conditions |
| CW | IL0003 | (9/08) | Calculation Of Premium |
| CW | BIG PRVN | (5/15) | Privacy Notice |
| CW | COMMON DEC | (5/15) | Common Policy Declarations |

**Commercial Fire Forms**

| | | | |
|---|---|---|---|
| CW | CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| CW | CP0090 | (7/88) | Commercial Property Conditions |
| CW | CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CW | CP1030 | (10/12) | Cause of Loss - Special Form |
| CW | CP1033 | (10/12) | Theft Exclusion |
| CW | IL0194 | (10/12) | SC Chgs Legal Action Agst US |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | PR DEC | (5/15) | Property Declarations Page |
| SC | CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |

**General Liability Forms**

| | | | |
|---|---|---|---|
| CW | BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CW | CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| CW | CG0300 | (1/96) | Deductible Liability Insurance |
| CW | CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CW | CG2106 | (5/14) | Excl-Access or Discl of Info |
| CW | CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CW | CG2116 | (4/13) | Excl-Designated Profes.Service |
| CW | CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CW | CG2146 | (7/98) | Abuse or Molestation Exclusion |
| CW | CG2147 | (12/07) | Excl-Employ.-Related Practices |
| CW | CG2152 | (4/13) | Exclusion-Financial Services |
| CW | CG2165 | (12/04) | Total Pollution Exclusion |
| CW | CG2166 | (6/15) | Excl-Volunteer Workers |

7 of 22

Note: CW = Country Wide

Issued Date: 12/17/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| Policy Number: PKG 0182015 04 | |
| --- | --- |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

### FORMS INVENTORY

| | | | |
| --- | --- | --- | --- |
| CW | CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CW | CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CW | CG2186 | (12/04) | Excl-Exterior Insulation |
| CW | CG2196 | (3/05) | Silica or Silica-Related Excl |
| CW | CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CW | CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CW | CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CW | CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CW | CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CW | CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CW | CG2426 | (4/13) | Amend Insd Contract Definition |
| CW | CG2503 | (5/09) | Project Aggregate Limits |
| CW | GL DEC | (5/15) | GL Declarations Page |
| CW | GL RFWE | (10/13) | Resulting Damage Coverage |
| CW | GL-XDW | (10/13) | Excl-Contaminated Drywall |
| CW | GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| CW | GLALX | (1/09) | Asbestos or Lead Exclusion |
| CW | GLCAP | (6/14) | Condominium Exclusion |
| CW | GLCCC | (1/07) | Care, Custody and Control |
| CW | GLCPTT001 | (8/03) | Copyright Infringement |
| CW | GLEDW | (8/16) | Excl - Designated Work |
| CW | GLEICD | (1/07) | Expansion of Insured Contract |
| CW | GLFB | (1/09) | Fungi & Bacteria |
| CW | GLPCO | (6/15) | Excl-Prior Completed Operation |
| CW | IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| CW | IL1201 | (11/85) | Policy Change |
| SC | CG2010 | (4/13) | Addl Insd-Owners,Less.or Con B |
| SC | CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| SC | CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| SC | CG2404 | (5/09) | Waiver of Transf.Rgts of Recov |

**Inland Marine Forms**

| | | | |
| --- | --- | --- | --- |
| CW | C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CW | CE SCH | (5/15) | Cont Equip Schedule |
| CW | CM0001 | (9/04) | Coml Inland Marine Conditions |

8   of   22

Note: CW = Country Wide

Issued Date: 12/17/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| CW | IH0068 | (9/09) | Contract Equip Covg Form |
| CW | IH9922 | (4/03) | Loss Payable |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| CW | IMMD | (2/15) | Excl-Mysterious Disappearance |

9  of  22

Note: CW = Country Wide

Issued Date: 12/17/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# SUB-LOCATION ADDRESS SCHEDULE

**Prem #** 1    **Bldg #** 1
PRIMARY
0
DORCHESTER, 180

**Prem #** 2    **Bldg #** 1
TENANT
Horry/Inland, 180

Issued Date: 12/17/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**NAMED INSURED SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

FOUR BUILDERS PLUS LLC

11 of 22



**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR<br>SUMMERVILLE,  SC  29483 | Frame | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ■■■■ | Special | 2,500 | 80 | Replacement "Incl Stock" |
| 00001 | 00001 | PERS | ■■■■ | Special | 2,500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| **\*Monthly Limit of Indemnity** | **\*Maximum Period of Indemnity** | **\*Extended Period of Indemnity (Days)** |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $     ■■■■ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG, SC 29568 | Frame | TENANT |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ████ | Special | 500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $   ████ |

13  of   22

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**Builders Insurance Group**
**American Builders Insurance Company**
**GENERAL LIABLITY COVERAGE PART DECLARATIONS**

| | |
|---|---|
| **Policy Number:** | PKG 0182015 04 |
| **Name Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |
| | PO BOX 2322 |
| | SUMMERVILLE, SC  29484 |

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Name Insured's Mailing Address.**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commerci | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSFICATION AND PREMIUM**

| Location Number | Classification | Code No | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule | | | | | | | |

| | | |
|---|---|---|
| General Liability Coverage Premium | $ | |
| State Tax or Other (if applicable) | $ | |
| Total General Liability Coverage Premium | $ | |
| Subject to Audit | | |



**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

14  of  22

GL DEC 05 15

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 04 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|----|------|------|-----------|------------|---------------|-----|-------|---------|
| *ALL | SC | 999 | 44444 | 350.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| *ALL | SC | 999 | 44444 | 0.035 | 07/08/2019 | 01/30/2020 | | | O | |
| PROJECT AGG | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 07/01/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 07/01/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 21.891 | 01/30/2019 | 01/30/2020 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 1.037 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 999 | 91583 | 3.103 | 01/30/2019 | 01/30/2020 | 2,156,544 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2019 | 01/30/2020 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 11.240 | 01/30/2019 | 01/30/2020 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |

Issued Date: 12/17/2019
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| Classification Description | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 40.536 | 01/30/2019 | 01/30/2020 | | Area | O | ■ |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |
| TERRORISM CHARGE | | | | | | | | | | |
| REINSTATEMENT/LATE FEES | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**        $■

Issued Date: 12/17/2019
GL CS 001 0515

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 04 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

**Loc #** 1

119 ESTATES DR
SUMMERVILLE, SC  29483

**Loc #** 2

1508 B HWY 9 EAST
LONG, SC  29568

**Loc #** 3

3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC  29927

17 of 22

Issued Date: 12/17/2019

**POLICY NUMBER  PKG 0182015 04**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| BFG COMPASS LITTLE RIVER PROPCO IV LLC 228 WINTER PARK AVE N STE A WINTER PARK FL 32789 | LITTLE RIVER, SC OWNER OF PROJECT |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

     © Insurance Services Office, Inc., 2012

*Builders
Insurance
Group®*

**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▮▮▮▮ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**Builders Insurance Group®**

**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000.00 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ▮▮▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:   Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:   See Forms Inventory Schedule**

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

20 of 22

**Premium**

Premium for this Coverage Part: $ ▮▮▮

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

*Builders Insurance Group®*

**American Builders Insurance Company**

## CONTRACTORS EQUIPMENT SCHEDULE

**Policy Number:** PKG 0182015 04

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2019 **To** 01/30/2020 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

## CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 2008 Loadall Forklift | | | ACTUAL | $500 |
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

21   of   22

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

POLICY NUMBER  PKG 0182015 04

COMMERCIAL INLAND MARINE
IH 99 22 04 03

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

> BUILDERS RISK COVERAGE FORM
> COMMERCIAL FINE ARTS COVERAGE FORM
> COMPUTER SYSTEMS COVERAGE FORM
> CONTRACTORS EQUIPMENT COVERAGE FORM
> DIFFERENCE IN CONDITIONS COVERAGE FORM
> FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
> INSTALLATION COVERAGE FORM
> INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
> MACHINERY AND EQUIPMENT COVERAGE FORM
> MOTOR TRUCK CARGO OWNERS COVERAGE FORM
> RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
> SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

### SCHEDULE*

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
|  |  | MAHINDRA TR 2565 SHUTTER CAB<br>TBD | MAHINDRA FINANCE USA LLC<br>PO BOX 2000<br>8001 BIRCHWOOD CT  STE C<br>JOHNSTON, IA  50131 |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

## PROVISIONS

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and

**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

22  of  22

**INSURED
MAILER PAGE**

Reference:    **0022PKG018201505**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC   29484



1   of   139

*Builders*
*Insurance*
*Group* ®

TO:        Our Valued Policyholder
FROM:    Builders Insurance Group
RE:        Renewal Payment Terms Notice

# THIS IS AN IMPORTANT NOTICE.  PLEASE READ THIS CAREFULLY.

Dear Valued Policyholder:

We are providing you with a copy of your renewal policy and advance notice of a change in the policy payment terms for your renewal policy. No coverage is provided by this change and this notice does not amend or replace any provisions of your policy or endorsements. You should read this notice carefully to understand the changes. Your policy is scheduled to renew soon.

Enclosed is a copy of the renewal of your Policy # PKG 0182015 05 and installment schedule (if applicable). The renewal of this policy will become effective on 01/30/2020 if the initial invoice is paid in full by the specified due date.

**TO RENEW YOUR POLICY:**

To continue your policy with no lapse in coverage, please pay the initial invoice total no later than 01/30/2020 by remitting a check to: P.O. Box 723099, Atlanta, GA 31139, or you may elect the convenience of our fast and simple online payment tool at www.bldrs.com. Please have your policy information handy for quick reference.

**TO CANCEL YOUR RENEWAL:**

If you do NOT wish to renew this Policy or if you have placed coverage with another carrier,please contact your Agent:      C. T. Lowndes & Company
                843-884-3159

Please send us a courtesy email at renewalsupport@bldrs.com after you contact your insurance agent and include your policy information.

If we do not receive your initial premium payment by 01/30/2020, your Policy will NOT be renewed and your coverage will expire on the last day of your current Policy term.

Thank you and we appreciate your business.

Builders Insurance Group

2   of   139

**BIG PHN CXRN 02 12**

**Builders Insurance Group®**

To:       Our Valued Policyholder

From:   Builders Insurance Group

Re:       Notification of Change in Policy Terms

Dear Policyholder:

The Department of Insurance requires all insurance carriers to provide advance notice to policyholders when there is a change in the policy terms or a reduction in coverage. No coverage is provided by this summary nor can it be construed to replace any provisions of your policy or endorsements. You should read your policy and review your declaration page for complete information on the coverages you are provided. If there is any conflict between the policy and this summary, **THE PROVISIONS OF THE POLICY SHALL CONTROL**.  Your policy is scheduled to renew soon.

Your renewal will be conditioned on a change(s) in the policy terms as described below.

Your expiring policy includes form **GL RFWE – Resulting Damage Coverage**. This form is being removed at renewal and replaced with **GL ESCW - Exclusion - Damage To Work Performed By Subcontractors On Your Behalf**. Both of these endorsements modify exclusion "l." in your **Commercial General Liability Coverage Form**. Your renewal policy will exclude claims and losses to and arising from Property Damage to Your Work and included in the "products – completed operations hazard" performed by you or a subcontractor working on your behalf.

If you have any questions regarding this notice, please contact your agent who is familiar with the changes in your policy.

Thank you and we appreciate your business.

Builders Insurance Group

3   of   139

GL PHN ESCW 07 19                                                                                          **Page 1 of 1**

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

*Builders Insurance Group®*

The following information is provided in accordance with applicable state and federal laws and regulations.  No action on your part is necessary.

### PRIVACY NOTICE OF THE BUILDERS INSURANCE GROUP COMPANIES

Builders Insurance Group, Inc., Association Services, Inc., American Builders Insurance Company, National Builders Insurance Company and Builders Insurance (A Mutual Captive Company) referred to as "Builders Insurance Group"

This privacy policy does not apply to your relationship with other financial service providers, such as your insurance agent or broker, who are not part of the Builders Insurance Group.  Their privacy policies govern how they collect, use and disclose personal information that you allow them to access.

<u>What categories of information about you do we collect?</u>

We may collect the following categories of nonpublic personal information about you from the following sources:

- Information about you that you provide to us on applications for our products or services or other forms, such as your address, telephone number, income, assets, insurance policies, social security numbers, payroll information, and accounts with others;
- Information about your transactions and experiences with us, our affiliates and nonaffiliated third parties, such as your insurance coverages, claims, loss or other transaction history, premium payments; and
- Information we obtain about you from consumer reporting agencies.

<u>What categories of information about you do we disclose?</u>

We may disclose all of the personal information that we collect, as described above, to our affiliates and nonaffiliated third parties as required or permitted by law.  In some cases, this means that we can disclose information about you to certain third parties without your authorization.

<u>How do we protect the confidentiality and security of your information?</u>

We restrict access to your nonpublic personal information in our records to our employees who need to know that information to provide our products or services to you, and for other reasons required or permitted by law.  We maintain physical, electronic and procedural safeguards to guard the confidentiality and security of your nonpublic personal information in our records.  Our employees who violate our privacy policy are subject to disciplinary action.

Builders Insurance Group follows these privacy practices even when a customer relationship no longer exists.

You have the right to obtain access to certain types of information about you in our records and to request correction of such information if you feel it is inaccurate.  We would be pleased to tell you about our policies and procedures regarding the privacy of your nonpublic personal information.  Please contact us in writing at Builders Insurance Group, P.O. Box 723099, Atlanta,  GA  31139-0099 regarding our privacy notice.

**BIG PRVN 05 15**

*Builders
Insurance
Group®*

# How to File a Claim

**Policyholder Responsibility:**

*As soon as you are notified of the loss, immediately contact Builders Insurance Group using one of the following methods:*

> Report via Internet: www.bldrs.com and click on "File a Claim."

> Call 1-800-883-9305, listen to prompts, and dial 2 for 24/7 loss reporting (please advise the intake specialist if you have any concerns regarding the validity of the claim).

> E-mail: firstreport@bldrs.com

> Fax: 678-631-3409

**Builders Insurance Group's Responsibility:**

> Builders Insurance Group will prepare the state required First Report of Injury on WC losses and forward a copy to you for your records.

> Builders Insurance Group will assign a claims adjuster to handle the loss and contact you for additional details.

> If you receive additional information regarding the loss such as: medical bills, medical reports, legal forms, court orders, etc, please send them to:

**Builders Insurance Group
Claims Department
P.O. Box 723099
Atlanta,  GA  31139-0099**

BIGCL PHN E 05 15

*Builders*
*Insurance*
*Group*®

# Cómo Presentar Una Reclamación

**Responsabilidad del Titular:**

*Tan pronto como se le notifique de la pérdida, comuníquese inmediatamente con Builders Insurance Group Insurance utilizando uno de los siguientes métodos:*

> Informe a través de Internet: www.bldrs.com y haga clic en "Presentar Una Reclamación.

> Llame 1-800-883-9305, escuche las indicaciones, y marque 2 para asistencia 24 / 7 para reportar su pérdida (por favor avise al especialista en el consumo si tiene alguna duda sobre la validez de la reclamación).

> E-mail: firstreport@bldrs.com

> Fax: 678-631-3409

**Responsabilidad de Builders Insurance Group:**

> Builders Insurance Group preparará el Primer Informe de Lesión requerido por el estado sobre las pérdidas de Compensación a los Trabajadores y enviará una copia para sus registros.

> Builders Insurance Group le asignará un ajustador de seguros para manejar la pérdida y se comunicará con usted para obtener más detalles.

> Si recibe información adicional acerca de la pérdida, tales como: gastos médicos, informes médicos, formas jurídicas, las órdenes judiciales, etc, por favor envíelas a:

**Builders Insurance Group**
**Departamento de Reclamo**
**P.O. Box 723099**
**Atlanta,  GA  31139-0099**

BIGCL PHN S 05 15


**Builders Insurance Group®**

**BUILDERS INSURANCE GROUP**
**ALL STATES SUPPLEMENTAL GLP/CPP APPLICATION**

**All information on this application must be completed and signed by the applicant.**

| Proposed Effective Date 01/30/2020 | Today's Date 11/25/2019 |
|---|---|
| DBA Name (This is the name by which we will refer to this account) | |
| Legal Name (If different) FOUR BUILDERS PLUS SIDING DIVISION LLC | |

**MOLD COVERAGE NOT AVAILABLE IN OKLAHOMA**

**OPTIONAL LIMITS FOR MOLD COVERAGE NOT AVAILABLE IN FLORIDA**

---

**MOLD ELECTION (YOU MUST ELECT "A" OR "B" BELOW AND SIGN WHERE INDICATED)**

A. On behalf of the named insured above, the undersigned hereby acknowledges that this policy provides limited ($2,500) coverage for property damage losses only (not bodily injury), from mold, mildew, fungi, or bacteria or any similar or related cause of loss.

_____          _____
"Owner Name Printed                                  Signature

                                    *-OR-*

B. We hereby elect the option selected below for mold, mildew, fungi, bacteria and understand and acknowledge coverage is limited by an annual aggregate and coverage is inclusive of defense costs and is for property damage losses only. A deductible of two times the policy deductible applies to each occurrence. Choose one only if you elect this additional coverage:

_____ $5,000 (Premium of $500.00)                    _____ $10,000 (Premium of $1,000.00)


_____          _____
Owner Name Printed                                    Signature

---

Please contact your agent or underwriter if you have additional questions.

*Builders Insurance Group*®

**ELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE**

---

**Commercial Property**

_____ I hereby **elect** to purchase Terrorism coverage for an **additional premium charge**.

___X___ I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature _____

---

**General Liability**

_____ I hereby **elect** to purchase Terrorism coverage for an **additional premium charge**.

___X___ I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature _____

---

**Inland Marine**

_____ I hereby **elect** to purchase Terrorism coverage for an **additional premium charge**.

___X___ I hereby **reject** Terrorism coverage.  I understand that I will not be covered for losses arising from acts of terrorism.

Policyholder/Applicant Signature _____

---

**Crime and Fidelity:  Terrorism coverage is not available under the Crime and Fidelity Coverage Parts of this Policy.  Therefore, there is no offer to accept or reject terrorism coverage under the Crime and Fidelity Coverage Parts of this Policy.  The Terrorism Risk Insurance Extension Act of 2005 does not require that insurers offer coverage for certified acts of terrorism and there is no federal participation for a loss involving such acts.**

Affidavit:  I, the undersigned, hereby certify that I have read, understand and certify the validity of the statements and information include in and made part of this application.  I also agree to maintain and make available to the Company applicable payroll records, and to comply with all applicable laws, orders, rules and regulations relating to the welfare, health and safety of employees.  I further agree to comply with all reasonable recommendations made by the Company with regard to the same.

Owner/Officer's Signature _____

Owner/Officer's Name (Printed) _____

Producer's Signature _____

Agency Name (Printed) _C. T. Lowndes & Company_____

**Builders Insurance Group®**

**POLICY NUMBER:** PKG 0182015 05

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

## American Builders Insurance Company

A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** *FOUR BUILDERS PLUS SIDING DIVISION LLC*
*PO BOX 2322*
*SUMMERVILLE, SC 29484*

**By:** *C. T. Lowndes & Company*
*749 St. Andrews Blvd.*
*Charleston, SC 29407*

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

PKG POL JAC 05 15



**Builders Insurance Group**
**American Builders Insurance Company**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 05 | **Renewal of** PKG 0182015 |
| **Transaction Type** AUDIT | **Audit Type** ANNUAL |

| | |
|---|---|
| **Named Insured and Mailing Address**<br>FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | **Agent Name and Mailing Address**<br>C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407<br>Phone:  843-884-3159 |

**Policy Period: From** 01/30/2020    **To**  01/30/2021    **12:01 A.M. Standard time At Your Mailing Address**

**Business Description:** General Contractor - Commercia    **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**



|  |  | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>  Includes Extra Coverage Endorsement | $350.00  $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms applicable to all Coverage Parts:  See Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 25 Day of November, 2019

By_____

Authorized Representative

10  of  139

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

*Builders Insurance Group*®

# SOUTH CAROLINA INSURANCE FEE DISCLOSURE NOTICE

Insured:    FOUR BUILDERS PLUS SIDING DIVISION LLC

PLEASE BE ADVISED THAT THE FOLLOWING FEES MAY APPLY:

**Maximum Fee Schedule:**

| | |
|---|---|
| LATE CHARGES | $10.00 |
| REINSTATEMENT CHARGES | $10.00 |
| CONVENIENCE CHARGES | $3.00 |
| INSTALLMENT PAYMENT FEE | $10.00 |
| NOT SUFFICIENT FUNDS FEE | $30.00 |

11  of  139

GLSCFDN002

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | | |
|---|---|---|---|
| CW | IL0249 | (7/19) | SC Changes-Canc & Nonrnwl |
| CW | PKGPOLJAC | (5/15) | Policy Jacket Page |
| CW | ILP001 | (1/04) | US Treasury Notice |
| CW | IL0017 | (11/98) | Common Policy Conditions |
| CW | IL0003 | (9/08) | Calculation Of Premium |
| CW | BIG PRVN | (5/15) | Privacy Notice |
| CW | COMMON DEC | (5/15) | Common Policy Declarations |

**Commercial Fire Forms**

| | | | |
|---|---|---|---|
| CW | CP0090 | (7/88) | Commercial Property Conditions |
| CW | CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | PR DEC | (5/15) | Property Declarations Page |
| SC | CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| SC | CP0110 | (7/88) | South Carolina Chgs - Valuatio |
| SC | CP1030 | (10/12) | Cause of Loss - Special Form |
| SC | CP1033 | (10/12) | Theft Exclusion |
| SC | CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| SC | IL0194 | (10/12) | SC Chgs Legal Action Agst US |

**General Liability Forms**

| | | | |
|---|---|---|---|
| CW | BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CW | CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| CW | CG0300 | (1/96) | Deductible Liability Insurance |
| CW | CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CW | CG2106 | (5/14) | Excl-Access or Discl of Info |
| CW | CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CW | CG2116 | (4/13) | Excl-Designated Profes.Service |
| CW | CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CW | CG2152 | (4/13) | Exclusion-Financial Services |
| CW | CG2166 | (6/15) | Excl-Volunteer Workers |
| CW | CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CW | CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CW | CG2186 | (12/04) | Excl-Exterior Insulation |

Note: CW = Country Wide

Issued Date: 11/25/2019

12 of 139

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | CG2196 | (3/05) | Silica or Silica-Related Excl |
| CW | CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CW | CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CW | CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CW | CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CW | CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CW | CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CW | CG2503 | (5/09) | Project Aggregate Limits |
| CW | GL DEC | (5/15) | GL Declarations Page |
| CW | GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| CW | GLCPTT001 | (8/03) | Copyright Infringement |
| CW | GLEDW | (8/16) | Excl - Designated Work |
| CW | IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| SC | CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| SC | CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| SC | CG2146 | (7/98) | Abuse or Molestation Exclusion |
| SC | CG2147 | (12/07) | Excl-Employ.-Related Practices |
| SC | CG2165 | (12/04) | Total Pollution Exclusion |
| SC | CG2426 | (4/13) | Amend Insd Contract Definition |
| SC | GLALX | (1/09) | Asbestos or Lead Exclusion |
| SC | GLCAP | (6/14) | Condominium Exclusion |
| SC | GLCCC | (1/07) | Care, Custody and Control |
| SC | GLEICD | (1/07) | Expansion of Insured Contract |
| SC | GLESCW | (1/07) | Excl-Subcontracted Work |
| SC | GLFB | (1/09) | Fungi & Bacteria |
| SC | GLPCO | (6/15) | Excl-Prior Completed Operation |
| SC | ILN001 | (9/03) | Fraud Statement |

**Inland Marine Forms**

| | | | |
|---|---|---|---|
| CW | C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CW | CE SCH | (5/15) | Cont Equip Schedule |
| CW | CM0001 | (9/04) | Coml Inland Marine Conditions |
| CW | CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| CW | IH0068 | (12/13) | Contract Equip Covg Form |
| CW | IH9922 | (4/03) | Loss Payable |

13 of 139

Note: CW = Country Wide

Issued Date: 11/25/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| CW | IMMD | (2/15) | Excl-Mysterious Disappearance |

14  of  139

Note: CW = Country Wide

Issued Date: 11/25/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| Policy Number: PKG 0182015 05 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

**Prem #**  1        **Bldg #**  1

PRIMARY
0
DORCHESTER,  180

**Prem #**  2        **Bldg #**  1

TENANT
Horry/Inland,  180

Issued Date: 11/25/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**NAMED INSURED SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

FOUR BUILDERS PLUS LLC

16   of   139

Issued Date: 11/25/2019

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

17  of  139

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverages Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged  We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

18  of  139

---

Copyright, Insurance Services Office, Inc., 1998

IL 02 49 07 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured and the agent, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the first Named Insured's and agent's last known addresses.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 120 Days Or More**

If this policy has been in effect for 120 days or more, or is a renewal or continuation of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Material misrepresentation of fact which, if known to us, would have caused us not to issue the policy;

**c.** Substantial change in the risk assumed, except to the extent that:

**(1)** We had notice of the risk within the first 120 days of the policy period and this is not a renewal or continuation of a policy we issued; or

**(2)** We should reasonably have foreseen the change or contemplated the risk in writing the policy;

**d.** Substantial breaches of contractual duties, conditions or warranties; or

**e.** Loss of our reinsurance covering all or a significant portion of the particular policy insured, or where continuation of the policy would imperil our solvency or place us in violation of the insurance laws of South Carolina.

Prior to cancellation for reasons permitted in this Item **e.,** we will notify the Commissioner, in writing, at least 60 days prior to such cancellation and the Commissioner will, within 30 days of such notification, approve or disapprove such action.

Any notice of cancellation will state the precise reason for cancellation.

19 of 139

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

**1.** We will not refuse to renew a policy issued for a term of more than one year, until expiration of its full term, if anniversary renewal has been guaranteed by additional premium consideration.

**2.** If we decide not to renew this policy, we will:

**a.** Mail or deliver written notice of nonrenewal to the first Named Insured and agent, if any, before:

**(1)** The expiration date of this policy, if the policy is written for a term of one year or less; or

**(2)** An anniversary date of this policy, if the policy is written for a term of more than one year or for an indefinite term; and

**b.** Provide at least:

**(1)** 60 days' notice of nonrenewal, when nonrenewal is to become effective between November 1 and May 31; or

**(2)** 90 days' notice of nonrenewal, when nonrenewal is to become effective between June 1 and October 31.

**3.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's and agent's last known addresses. If notice is mailed, proof of mailing will be sufficient proof of notice.

**4.** Any notice of nonrenewal will state the precise reason for nonrenewal.

© **Insurance Services Office, Inc., 2019**    IL 02 49 07 19

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

21  of  139

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

22 of 139


*Builders Insurance Group®*

**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR SUMMERVILLE, SC 29483 | Frame | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▇ | Special | 2,500 | 80 | Replacement "Incl Stock" |
| 00001 | 00001 | PERS | ▇ | Special | 2,500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| **\*Monthly Limit of Indemnity** | **\*Maximum Period of Indemnity** | **\*Extended Period of Indemnity (Days)** |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $ ▇ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission


Builders
Insurance
Group®

**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

### Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG,  SC  29568 | Frame | TENANT |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ██████ | Special | 500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

### Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $    ██████ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

# BUILDING AND PERSONAL PROPERTY
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

**c. Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater.

 © Insurance Services Office, Inc., 2011

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

  **(1)** The lowest basement floor; or

  **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

  **(1)** Are licensed for use on public roads; or

  **(2)** Are operated principally away from the described premises.

  This paragraph does not apply to:

  **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

© Insurance Services Office, Inc., 2011

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2)**, **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove debris of property owned by or leased to the landlord of the building where your described premises are located, unless you have a contractual responsibility to insure such property and it is insured under this policy;

**(c)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(d)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(e)** Remove deposits of mud or earth from the grounds of the described premises;

**(f)** Extract "pollutants" from land or water; or

**(g)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

 © Insurance Services Office, Inc., 2011

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 – $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example 2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 – $500) | |
| Debris Removal Expense: | $ | 40,000 |
| Debris Removal Expense Payable: | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 is 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2011

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced at the same or another premises; and

**(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

     © Insurance Services Office, Inc., 2011

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

30 of 139

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

© Insurance Services Office, Inc., 2011

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

 © Insurance Services Office, Inc., 2011 **CP 00 10 10 12**

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g. Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the building or structure described in the Declarations or within 100 feet of the premises described in the Declarations, whichever distance is greater.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

33 of 139

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Building 1: | $ 60,000 |
| Limit of Insurance – Building 2: | $ 80,000 |
| Loss to Building 1: | $ 60,100 |
| Loss to Building 2: | $ 90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$ 60,100
– ___250___
$ 59,850 Loss Payable – Building 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building #1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building #2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Building #1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable – Building #2: | $ 80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

© Insurance Services Office, Inc., 2011

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following, even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.**, **c.**, **d.** and **e.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value, even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety-glazing material if required by law.

e. Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step (2); and

(4) Subtract the deductible from the figure determined in Step (3).

We will pay the amount determined in Step (4) or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance)**

| When: | The value of the property is: | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is | | 80% |
| | The Limit of Insurance for it is: | $ | 100,000 |
| | The Deductible is: | $ | 250 |
| | The amount of loss is: | $ | 40,000 |

Step (1): $250,000 x 80% = $200,000
(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 – $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance)**

| When: | The value of the property is: | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is: | | 80% |
| | The Limit of Insurance for it is: | $ | 200,000 |
| | The Deductible is: | $ | 250 |
| | The amount of loss is: | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate, and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

 © Insurance Services Office, Inc., 2011

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3**

When:    The value of the property is

| | |
|---|---:|
| Building at Location #1: | $ 75,000 |
| Building at Location #2: | $ 100,000 |
| Personal Property at Location #2: | $ 75,000 |
| | $ 250,000 |

The Coinsurance percentage for it is: 90%

The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: $ 180,000

The Deductible is: $ 1,000

The amount of loss is:

| | |
|---|---:|
| Building at Location #2: | $ 30,000 |
| Personal Property at Location #2: | $ 20,000 |
| | $ 50,000 |

Step **(1):**  $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):**  $180,000 ÷ $225,000 = .80

Step **(3):**  $50,000 x .80 = $40,000

Step **(4):**  $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

**1. Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

38  of  139

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example**

| | | |
|---|---|---:|
| If: | The applicable Limit of Insurance is: | $ 100,000 |
| | The annual percentage increase is: | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is: | |
| | The amount of increase is: | 146 |
| | $100,000 x .08 x 146 ÷ 365 = | 3,200 |

**3. Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

 © Insurance Services Office, Inc., 2011

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

40 of 139

COMMERCIAL PROPERTY
CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

**1.** We cover loss or damage commencing:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

**2.** The coverage territory is:

**a.** The United States of America (including its territories and possessions);

**b.** Puerto Rico; and

**c.** Canada.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

42 of 139

POLICY NUMBER  PKG 0182015 05                                    **COMMERCIAL PROPERTY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - VALUATION

This endorsement modifies insurance provided under the following:

> BUILDING AND PERSONAL PROPERTY COVERAGE FORM
> BUILDERS' RISK COVERAGE FORM
> STANDARD PROPERTY POLICY

### SCHEDULE*

| Prem. No. | Bldg. No. | Agreed Value of Buildings | Total Amount of Insurance to be Carried |
|-----------|-----------|---------------------------|------------------------------------------|
|           |           |                           |                                          |

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY CP 00 99 the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The following is added to VALUATION Loss Condition:

  **1.** For loss or damage to buildings caused by or resulting from fire or lightning, you and we agree that:

    **a.** The value of buildings described in this Coverage Part; and

    **b.** The total amount of insurance to be carried on the buildings, including this Coverage Part;

  are the amounts shown in the Schedule.

  **2.** The following applies to the Builders' Risk Coverage Form, or the Builders' Risk Changes – Standard Property Policy, if applicable:

  The Agreed Value of Buildings represents the value of the building when it is completed.

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

43  of  139

**CP 01 10 07 88**                Copyright, ISO Commercial Risk Services, Inc., 1988                **Page 1 of 1**

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph B. applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or per-sonal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

    © Insurance Services Office, Inc., 2006

COMMERCIAL PROPERTY
CP 10 30 10 12

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.** Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)** An ordinance or law that is enforced even if the property has not been damaged; or

**(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

**(1)** Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

© Insurance Services Office, Inc., 2011

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

46  of  139

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases or combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

**(1)** Applies whether or not an act occurs during your normal hours of operation;

**(2)** Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

 © Insurance Services Office, Inc., 2011

**5. Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

    © Insurance Services Office, Inc., 2011

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

   **a.** $2,500 for furs, fur garments and garments trimmed with fur.

   **b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.** $2,500 for patterns, dies, molds and forms.

   **d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage – Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   **a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   **d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

     **(1)** A cause of loss listed in **2.a.** or **2.b.**;

     **(2)** One or more of the "specified causes of loss";

     **(3)** Breakage of building glass;

     **(4)** Weight of people or personal property; or

     **(5)** Weight of rain that collects on a roof.

3. This **Additional Coverage – Collapse** does **not** apply to:

   **a.** A building or any part of a building that is in danger of falling down or caving in;

   **b.** A part of a building that is standing, even if it has separated from another part of the building; or

   **c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

   **(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

   **(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

   **b.** The personal property which collapses is inside a building; and

   **c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**6.** This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**7.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**8.** The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

   **1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

   **a.** A "specified cause of loss" other than fire or lightning; or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

   This Additional Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated roof.

   **2.** We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

   **3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

52   of   139

   © Insurance Services Office, Inc., 2011

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

 © Insurance Services Office, Inc., 2011

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

## G. Definitions

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**(1)** The cost of filling sinkholes; or

**(2)** Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

**(1)** Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

**(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

 © Insurance Services Office, Inc., 2011 CP 10 30 10 12

POLICY NUMBER  PKG 0182015 05

**COMMERCIAL PROPERTY**
**CP 10 33 10 12**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# THEFT EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – SPECIAL FORM

**SCHEDULE**

| Premises Number: | Building Number: |
|---|---|
| 2 | 1 |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following is added to the **Exclusions** section:

We will not pay for loss or damage caused by or resulting from theft.

But we will pay for:

1. Loss or damage that occurs due to looting at the time and place of a riot or civil commotion; or

2. Building damage caused by the breaking in or exiting of burglars.

And if theft results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**CP 10 33 10 12**　　　© Insurance Services Office, Inc., 2011　　　**Page 1 of 1**

POLICY NUMBER  PKG 0182015 05

**COMMERCIAL PROPERTY**
**CP 10 59 06 07**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# WINDSTORM OR HAIL EXCLUSION - SOUTH CAROLINA

This endorsement modifies insurance provided under the following:

      CAUSES OF LOSS – BASIC FORM
      CAUSES OF LOSS – BROAD FORM
      CAUSES OF LOSS – SPECIAL FORM
      STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number: | Building Number: |
|:---:|:---:|
| 2 | 1 |
|  |  |
|  |  |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following is added to the Exclusions section and is therefore **not** a Covered Cause of Loss:

    **WINDSTORM OR HAIL**

    But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**B.** The terms of the Windstorm Or Hail exclusion, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

**C.** Under **Additional Coverage – Collapse,** in the Causes Of Loss – Broad Form, Windstorm Or Hail is deleted from Paragraph **2.a.**

**D.** In the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from the "specified causes of loss".

**E.** Under **Additional Coverage Extensions – Property In Transit,** in the Causes Of Loss – Special Form, Windstorm Or Hail is deleted from Paragraph **b.(1).**

**F.** This endorsement does not apply to Extra Expense Coverage provided under the following:

    **1.** Business Income Coverage Form (And Extra Expense)

    **2.** Extra Expense Coverage Form.

**G.** This endorsement does not apply to coverage provided under the Leasehold Interest Coverage Form.

56  of  139

IL 01 94 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
STANDARD PROPERTY POLICY

**A.** The **Legal Action Against Us** Condition, in the Commercial Property Conditions, the Standard Property Policy, the Capital Assets Program Coverage Form (Output Policy), and in the Farm Forms listed above, is replaced by the following:

**LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part, Coverage Form or Policy to which this Condition applies unless:

**1.** There has been full compliance with all of the terms of this Coverage Part, Coverage Form or Policy; and

**2.** The action is brought within 3 years after the date on which the direct physical loss ("loss") or damage occurred.

**B.** Under the Commercial Property Coverage Part, Paragraph **(1)** of the **Legal Action Against Us** Condition in the Mortgageholders Errors And Omissions Coverage Form is replaced by the following:

**(1)** No one may bring a legal action against us under Coverages A and B unless:

**(a)** There has been full compliance with all of the terms of Coverages A and B; and

**(b)** The action is brought within 3 years after you discover the error or accidental omission.

© Insurance Services Office, Inc., 2011

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

   **a.** Any of the following, whether belonging to any insured or to others:

    **(1)** Computer hardware, including microprocessors;

    **(2)** Computer application software;

    **(3)** Computer operating systems and related software;

    **(4)** Computer networks;

    **(5)** Microprocessors (computer chips) not part of any computer system; or

    **(6)** Any other computerized or electronic equipment or components; or

   **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

   **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

   **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 © ISO Properties, Inc., 2001

**POLICY NUMBER  PKG 0182015 05**                                                        **IL 09 53 01 15**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT BREAKDOWN COVERAGE PART
> FARM COVERAGE PART
> STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

**CERTIFIED ACT OF TERRORISM EXCLUSION**

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

59  of  139

**IL 09 53 01 15**                    © Insurance Services Office, Inc., 2015                    **Page 1 of 2**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

60   of   139

**Builders Insurance Group**

*Builders Insurance Group®*

**Builders Insurance Group**
**American Builders Insurance Company**
**GENERAL LIABLITY COVERAGE PART DECLARATIONS**

| | |
|---|---|
| **Policy Number:** | PKG 0182015 05 |
| **Name Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |
| | PO BOX 2322 |
| | SUMMERVILLE, SC  29484 |

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Name Insured's Mailing Address.**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commercia | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSFICATION AND PREMIUM**

| Location Number | Classification | Code No | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule | | | | | | | |

| | |
|---|---|
| General Liability Coverage Premium | $ |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium | $ |
| Subject to Audit | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Policy Number: PKG 0182015 05 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|---|---|---|---|---|---|---|---|---|---|---|
| \*ALL | SC | 999 | 44444 | 350.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| \*ALL | SC | 999 | 44444 | 0.035 | 01/30/2020 | 01/30/2021 | | | O | |
| PROJECT AGG | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 17.444 | 01/30/2020 | 01/30/2021 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 0.830 | 01/30/2020 | 01/30/2021 | 1,776,806 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 2.468 | 01/30/2020 | 01/30/2021 | 1,776,806 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 8.987 | 01/30/2020 | 01/30/2021 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 32.411 | 01/30/2020 | 01/30/2021 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

TERRORISM CHARGE

REINSTATEMENT/LATE FEES

\*\* - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**          $

Issued Date: 11/25/2019
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

**Loc #    1**
119 ESTATES DR
SUMMERVILLE, SC  29483

**Loc #    2**
1508 B HWY 9 EAST
LONG, SC  29568

**Loc #    3**
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC  29927

Issued Date: 11/25/2019

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V –Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury"

© Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended**

Injury "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

65 of 139

**f.** **Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.** Mobile Equipment

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any

prearranged racing, speed, demolition, or stunting activity.

**i.** War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.** Damage To Property

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

67 of 139

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 © Insurance Services Office, Inc., 2012

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes pace in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** ecessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit"

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses. are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

© Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

     **(1)** "Bodily injury" or "personal and advertising injury":

       **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

       **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

       **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

       **(d)** Arising out of his or her providing or failing to provide professional health care services.

     **(2)** "Property damage" to property:

       **(a)** Owned, occupied or used by;

       **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

     you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   **c.** Any person or organization having proper temporary custody of your property if you die, but only:

     **(1)** With respect to liability arising out of the maintenance or use of that property; and

     **(2)** Until your legal representative has been appointed.

   **d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

   **a.** Medical expenses under Coverage **C**;

   **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   **c.** Damages under Coverage **B**.

73 of 139

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker"

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

 © Insurance Services Office, Inc., 2012

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker"

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

77 of 139

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

     **(1)** Work or operations performed by you or on your behalf; and

     **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

     **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GENERAL LIABILITY EXTRA COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**TABLE OF CONTENTS**

**Additions to SECTION I – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. Non-Owned Watercraft

2. Fire, Lightning, Explosion, Smoke, or Leakage from an Automatic Fire Protection System

**Additions to SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.  Increased Limits for Bail Bonds

2.  Increased Limit of Loss of Earnings

**Additions to SECTION II – WHO IS AN INSURED**

1. Additional Insured Status for Persons or Organizations Required by Written Contract or Agreement

2. Incidental Medical Malpractice

3. Newly Acquired or Formed Organizations

**Additions to SECTION III – LIMITS OF INSURANCE**

1. Damage to Premises Rented To You

2. Increased Medical Payments Limit

3.  Additional Insured- Persons or Organizations Required by Written Contract or Agreement

**Additions to SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. Knowledge of Occurrence

2. Primary and Noncontributory

3. Transfer of Rights of Recovery

4. Liberalization

5. Unintentional Failure to Disclose

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is revised as follows:

1. **Non-Owned Watercraft**.  Paragraph 2. **Exclusions, g. Aircraft, Auto Or Watercraft** item (2) is deleted and replaced with the following:
    **(2)**  A watercraft you do not own that is:
    **(a)** Less than 51 feet long; and
    **(b)** Not being used to carry persons or property for a charge;

2. **Property Damage Exclusion**. Paragraph 2. **Exclusions, j. Damage to Property** is revised by deleting the clause that states:
    Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to DamageTo Premises Rented To You as described in Section III - Limits Of Insurance.

and replacing it with:
    Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke or leakage from an automatic fire protection system) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** is revised as follows:

3. **Increased Limits**. Paragraph **1.b.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
    **b.** Up to $2,500 for cost of bail bonds required because of motor vehicle accidents or traffic law violations arising out of the use of any motor vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

4. **Increased Limits**. Paragraph **1.d.** is deleted and replaced by the following, to provide that we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:
    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $350 a day because of time off from work.

**SECTION II -WHO IS AN INSURED** - is revised as follows:

1. **Additional Insureds**.

**A. Section II – Who Is An Insured** is amended to include as an additional insured:

**1.** Any person or organization for whom you are performing operations when you and such person or    organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and
**2.** Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

    **(a)** Your acts or omissions; or

    **(b)** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

    **(a)** Only applies to the extent permitted by law; and

    **(b)** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

  **1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

    **(a)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(b)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

  **2.** "Bodily injury" or "property damage" occurring after:

    **(a)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(b)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

  **1.** Required by the contract or agreement described in Paragraph **A.1.**; or

  **2.** Available under the applicable Limits of Insurance shown in the Declarations; whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

2. **Incidental Medical Malpractice**. The following exception is added:

Paragraph **2.a.(1)(d)** does not apply to your "employees" or "volunteer workers" who provide professional health care services on your behalf as a duly licensed:

    **(i)** Emergency Medical Technician; or

    **(ii)** Paramedic.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

This exception does not apply if you are in the business or occupation of providing emergency medical or paramedic services.

3. **Newly Acquired or Formed Organizations**.

Paragraph **3.a.** is deleted and replaced with the following:

**(a)** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

Paragraph **3.b.** is deleted and replaced with the following:

**(b)** Coverage A does not apply to "bodily injury" or "property damage" to "your product" that occurred before you acquired or formed the organization; and

**SECTION III - LIMITS OF INSURANCE** - The following is added for the purpose of this Endorsement:

The Limits of Insurance shown in the Declarations apply to the insurance provided by this endorsement, except the following limits, which are amended:

1. **Damage To Premises Rented To You**.

The limit for Damage to Premises Rented to You is amended to be the lesser of:
    **(a)** The Each Occurrence Limit shown in the Declarations; or
    **(b)** $300,000.

2. **Increased Medical Payments Limit**.

Without increasing any applicable General Aggregate Limit or per occurrence Limit, the Medical Expense Limit in Coverage C is $10,000 per person unless a greater amount is shown in the Declarations.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** - is revised as follows:

1. **Knowledge of Occurrence.** The following is added to Paragraph **2. Duties In The Event Of Occurrence**, **Offense**, **Claim Or Suit**.

When you or any other insured know or should know that there has been an "occurrence" or offense which may result in a claim or "suit" to which this insurance may apply, you must notify us as soon as practicable, and such duty to give us notice shall be deemed to have been triggered when facts sufficient to believe an "occurrence" or offense has occurred becomes known to:
**(1)** You, if you are an individual;
**(2)** A member or partner, if you are a partnership or joint venture;
**(3)** A member or manager, if you are a limited liability company;
**(4)** An "executive officer" or director, if you are an organization other than a partnership, joint venture or limited liability company;
**(5)** A trustee, if you are a trust;
**(6)** Your insurance manager;
**(7)** Your legal representative if you die or dissolve;
**(8)** Any person claiming coverage or seeking benefits under the policy; or
**(9)** Any member, partner, manager, "executive officer", director, or trustee of any organization, limited liability company, corporation, partnership, joint venture or trust claiming coverage or seeking benefits under the policy.

BIG GLECE 04 13                                                                Page 4 of 5

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY

2. **Primary and Noncontributory**. The following is added to the **Other Insurance** Condition and supersedes any provision to the contrary:

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

**(1)** The additional insured is a Named Insured under such other insurance; and
**(2)** You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

3. **Transfer Of Rights Of Recovery**. The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us**.

We waive the rights of recovery we may have because of payments we make for injury or damages arising out of:
**(a)** Your ongoing operations or "your work" done under a contract with a person or organization and included in the "products-completed operations hazard"; or
**(b)** The ownership, maintenance or use of that part of a premise leased to you.

Our rights may not be waived except if waived in writing by us prior to the "occurrence" giving rise to the injury or damage for which we make payments under this Coverage. The insured must do nothing after the loss to impair or prejudice our rights and must do whatever we deem necessary to enable us to exercise our rights. At our request, the insured shall bring "suit "against liable parties or transfer those rights to us.

4. **Liberalization**. The following is added:

If we revise this version of this General Liability Extra Coverage Endorsement to provide more coverage without additional premium charges, this endorsement will automatically provide the revised coverage as of the day the revision is effective in the state in which you reside.

5. **Unintentional Failure to Disclose**. The following is added:

An unintentional failure to completely describe or unintentional error or omission in the description of any premises or operations intended by you to be covered by this Commercial General Liability Coverage Form will not invalidate coverage for those premises or operations. An unintentional error, omission or failure must be reported to us as soon as practical after it is discovered.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND ENDORSEMENTS REMAINUNCHANGED.

BIG GLECE 04 13                                                                 Page 5 of 5
Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**POLICY NUMBER  PKG 0182015 05**

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ 5,000.00 |
| OR | | |
| Bodily Injury Liability and/or | $ | $ |
| Property Damage Liability Combined | | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

 **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

  **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

  **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

  **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

 as the result of any one "occurrence".

 If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

 With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

86   of   139

     Copyright, Insurance Services Office, Inc., 1994     CG 03 00 01 96

**POLICY NUMBER  PKG 0182015 05**

**COMMERCIAL GENERAL LIABILITY**
CG 20 37 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| DEANGELIS DIAMOND CONSTRUCTION LLC<br>6635 WILLOW PARK DRIVE<br>NAPLES, FL 34109-8917 | LITLE RIVER, SC<br>FIBERCEMENT SIDING AND TRIMING |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13                **© Insurance Services Office, Inc., 2012**                Page 1 of 1

POLICY NUMBER  PKG 0182015 05

COMMERCIAL GENERAL LIABILITY
CG 21 01 11 85

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Operations:**

Any operations of the named insured or any persons or organizations that are insured by this policy.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

88  of  139

**CG 21 01 11 85**            **Copyright, Insurance Services Office, Inc.,  1984**            **Page 1 of 1**

POLICY NUMBER  PKG 0182015 05

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

89  of  139

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

    © Insurance Services Office, Inc., 2014    

(e) "Bodily injury" or "property damage" arising out of:

   (i) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   (ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

 © Insurance Services Office, Inc., 2014 CG 21 09 06 15

POLICY NUMBER  PKG 0182015 05

COMMERCIAL GENERAL LIABILITY
CG 21 16 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
|---|
| 1.  Real Estate Agents and/or Brokers |
| 2.  Architects, Engineers or Surveyors |
| 3. |
| (If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.) |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 17 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – MOVEMENT OF BUILDINGS OR STRUCTURES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of and occurring during the course of the movement of any building or structure by an "auto" or "mobile equipment". The period of movement:

**1.** Begins when the building or structure is removed from its old foundation; and

**2.** Ends when the unloading of the vehicle begins for the purpose of placing the building or structure on its new foundation.

93  of  139

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**2.** The negligent:

**a.** Employment;

**b.** Investigation;

**c.** Supervision;

**d.** Reporting to the proper authorities, or failure to so report; or

**e.** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

94 of 139

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT- RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 52 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – FINANCIAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" resulting from the rendering of or the failure to render financial services by any insured to others. For the purpose of this exclusion, financial services include but are not limited to:

1. Planning, administering or advising on:

    **a.** Any:

       **(1)** Investment;

       **(2)** Pension;

       **(3)** Annuity;

       **(4)** Savings;

       **(5)** Checking; or

       **(6)** Individual retirement;

       plan, fund or account;

    **b.** The issuance or withdrawal of any bond, debenture, stock or other securities;

    **c.** The trading of securities, commodities or currencies; or

    **d.** Any acquisitions or mergers;

2. Acting as a dividend disbursing agent, exchange agent, redemption or subscription agent, warrant or scrip agent, fiscal or paying agent, tax withholding agent, escrow agent, clearing agent, or electronic funds transfer agent;

3. Lending, or arranging for the lending of, money, including credit card, debit card, leasing or mortgage operations or activities or interbank transfers;

4. Repossessing of real or personal property from a borrower or acting as an assignee for the benefit of creditors;

5. Checking or reporting of credit;

6. Maintaining of financial accounts or records;

7. Tax planning, tax advising or the preparation of tax returns; or

8. Selling or issuing traveler's checks, letters of credit, certified checks, bank checks or money orders.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render financial services by any insured to others.

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 66 06 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VOLUNTEER WORKERS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** If Endorsement **CG 21 09, CG 21 10, CG 24 50** or **CG 24 51** is attached to the Policy, the following exclusion is added to Paragraph **2. Exclusions** under **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**Volunteer Workers**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is operated by any "volunteer worker".

This exclusion does not apply to:

**1.** A watercraft while ashore on premises you own or rent;

**2.** A watercraft you do not own that is:

  **a.** Less than 26 feet long; and

  **b.** Not being used to carry persons or property for a charge;

**3.** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer worker" of the insured;

**4.** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**5.** "Bodily injury" or "property damage" arising out of:

  **a.** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

  **b.** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** If Paragraph **A.** does not apply, **Exclusion 2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft:

  **(1)** Owned or operated by or rented or loaned to any insured; or

  **(2)** Operated by any "volunteer worker" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

98 of 139

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured or operated by any "volunteer worker".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you, the insured, any of your "volunteer workers" or any "volunteer workers" of the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**C.** Paragraph **2.a.** of **Section I – Coverage C – Medical Payments** is replaced by the following:

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured.

**D.** Paragraphs **2.a.** and **2.b.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" or while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

    © Insurance Services Office, Inc., 2014

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

101 of 139

CG 21 73 01 15     © Insurance Services Office, Inc., 2014     Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

**2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

**1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

**2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

**3.** A reinforced or unreinforced base coat;

**4.** A finish coat providing surface texture to which color may be added; and

**5.** Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** An error, omission, defect or deficiency in:

   **a.** Any test performed; or

   **b.** An evaluation, a consultation or advice given;

   by or on behalf of any insured;

**2.** The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.** An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**

 © Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 22 34 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

COMMERCIAL GENERAL LIABILITY
CG 22 43 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

© Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   a. Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   b. Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2. Subject to Paragraph **3.** below, professional services include:

   a. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   b. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

COMMERCIAL GENERAL LIABILITY
CG 23 01 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

108 of 139

**COMMERCIAL GENERAL LIABILITY**
**CG 24 13 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF PERSONAL AND ADVERTISING INJURY DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to **Coverage B Personal And Advertising Injury Liability**, Paragraph **14.e.** of the **Definitions** section does not apply.

109 of 139

POLICY NUMBER  PKG 0182015 05

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DESIGNATED CONSTRUCTION PROJECT(S) GENERAL AGGREGATE LIMIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| |
|---|
| **Designated Construction Projects:**  Construction projects during this policy period. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C,** which can be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

  **1.** A separate Designated Construction Project General Aggregate Limit applies to each designated construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

  **2.** The Designated Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

**3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Designated Construction Project General Aggregate Limit for that designated construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Construction Project General Aggregate Limit for any other designated construction project shown in the Schedule above.

**4.** The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under Section **I** – Coverage **A,** and for all medical expenses caused by accidents under Section **I** – Coverage **C**, which cannot be attributed only to ongoing operations at a single designated construction project shown in the Schedule above:

1. Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Construction Project General Aggregate Limit.

**D.** If the applicable designated construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of Section **III** – Limits Of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

112 of 139

    **© Insurance Services Office, Inc., 2008**     **CG 25 03 05 09**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ASBESTOS OR LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2.**, **Exclusions** of **Section I- Coverage A—Bodily Injury And Property Damage Liability**, **Section I — Coverage B — Personal And Advertising Injury Liability**, and **Section I — Coverage C — Medical Payments**:

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or medical payments arising out of, caused by, or attributable to, whether in whole or in part the following:

1. Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos or lead, or toxic substances from the same, in any form, including but not limited to goods, products, or structures containing the same;

2. The existence of asbestos or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of the same, or goods or products containing the same;

3. Any supervision, instructions, recommendations, requests, warnings, or advice given or which should have been given in regard to asbestos or lead;

4. Any costs, including but not limited to, abatement, mitigation, removal, or disposal of asbestos, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos or lead, in any form; or

5. Any obligation to share damages with or repay anyone else who must pay damages in connection with any of the above.

GL ALX 01 09                                                                                      **Page 1 of 1**

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**POLICY NUMBER  PKG 0182015 05**                                  **COMMERCIAL GENERAL LIABILITY**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CONDOMINIUM EXCLUSION

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" included in the "products/completed operations hazard" and/or arising out of "your work" in the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any part of a **"condominium project"** and/or a **"community apartment project/co-operative project"** including any structure later converted into a **"condominium project"** or a **"community apartment project/co-operative project"** except:

(1) when the **"condominium project"** and/or **"community apartment project/co-operative project"** is not permitted, designed, remodeled, constructed, fabricated or manufactured for residential use, or
(2) when "your work" is for **"remodeling"** operations performed to a unit within a residential **"condominium project"** and/or **"community apartment project/co-operative project."**

For the purpose of this endorsement, the following terms mean:

**"Condominium project"** means a development consisting of condominiums. A condominium consists of an undivided interest in common in a portion of real property coupled with a separate interest in space called a unit.

**"Community apartment project/co-operative project"** means a development in which an undivided interest in land is coupled with the right of exclusive occupancy of any apartment located thereon.

**"Remodeling"** means work being performed on behalf of a unit owner or apartment occupant to change the appearance of functional utility of the parts of the unit or apartment for which the unit owner or apartment occupant controls exclusively for their use by any deed restrictions, by-laws or Association covenants, codes or restrictions.

**GL CAP 06 14**                                                                    Page 1 of 1
Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - CARE, CUSTODY AND CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**Exclusion j. (4) of Section 1 – Coverage A – Bodily Injury and Property Damage Liability is eliminated and replaced by the following:**

**j. (4) Personal property in the care, custody or control of the Insured.**

    a.  Insuring Agreement

        (1)    We will pay for "property damage" to "covered property" of others caused by an "occurrence" to which this insurance applies, subject to the limits of coverage, and all terms and conditions stated herein.

        (2)    This insurance applies to "property damage" to "covered property" only if:

            a.  The "property damage" to "covered property" is caused by an "occurrence" that takes place in the "coverage territory."
            b.  The "property damage" to covered property" occurs during the policy period; and
            c.  The damages are incurred and reported to us

        (3)    We will make these payments regardless of fault.  Our obligation to pay sums under this coverage ends when we have used up the application limits of insurance.

        (4)    This coverage does not create or imply a duty to defend

        **(5)    The limit of coverage for property damage covered by this endorsement is $10,000 in the aggregate, and inclusive of any costs of defense.**

    b.  Exclusions

    We will not pay expenses for "property damage" to "covered property"

        (1)    On premises owned by any insured or leased or rented to any insured

        (2)    Expected or intended from the standpoint of any insured

        (3)    For which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement

        (4)    Arising out of actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants."

            a.  At or from any premises, site or location which is or was at any time owned by or occupied by, or rented or loaned to, any insured;
            b.  At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste:

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

    c.   Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    d.   At or from any premises, site or location on which any insured or contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

> **i** If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor

> **ii** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Subparagraphs (a) and (d) (i) do not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire

As used in this exclusion, a hostile fire means one that becomes uncontrollable or breaks out from where it was intended to be

    (5)    Arising out of any:

        a.   Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

        b.   Claim or suit by or on behalf of a governmental authority for damages because testing for, monitoring, cleaning-up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"

    (6)    Arising out of the ownership, maintenance, use or entrustment to others of any aircraft, auto or watercraft owned or operated by or rented or loaned to any insured.    Use includes operation and loading or unloading.

This exclusion does not apply to:

        a.   A watercraft while ashore on premises you own or rent
        b.   A watercraft you do not own that is:
            **i.**     Less than 51 feet long; and
            **ii.**    Not being used to carry persons or property for a charge or
        c.   Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured

    (7)    Arising out of:

        a.   The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or
        b.   The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity

    (8)    You own or rent

    (9)    Loaned to you

116 of 139

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

(10)  Arising out of the "products-completed operations hazard"

(11)  That has been physically injured as a result of:

    a.  A defect, deficiency, inadequate or dangerous condition in "your product" or "your work" or

    b.  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms

(12)  Incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

    a.  "Your product",
    b.  "Your work"; or
    c.  "Impaired property",

    If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it

   **d. Definitions**

"Covered Property" means personal property in the care, custody or control of the insured

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF
# COPYRIGHT, PATENT, TRADEMARK OR TRADE SECRET EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION 1. -COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY 2. Exclusions, i. Infringement Of Copyright, Patent, Trademark Or Trade Secret** is deleted in its entirety and replaced by the following:

This insurance does not apply to:

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights, including infringement of copyright, trade dress or slogan in your "advertisement".

**SECTION V. -DEFINITIONS 14.** "Personal and Advertising Injury" **14.** g. is deleted in its entirety.

All other terms and conditions of this policy remain unchanged.

**GL-CPTT-001 (08/03)**     **Page 1 of 1**

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

(1) Arising out of the design, manufacture, construction, fabrication, maintenance, repair, remodeling, service, correction or replacement of any structure, not otherwise excluded by this endorsement, which exceeds (5) stories. This does not apply to "bodily injury" or "property damage" arising out of "your work" performed within a structure.

(2) Arising out of any work or operations with respect to any exterior component, fixture or feature of any structure if a **spray on siding product** is used on any part of that structure.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

119 of 139

GL EDW 08 16

**Page 1 of 1**

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXPANSION OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART

Endorsement CG 24 26 07 04 AMENDMENT OF INSURED CONTRACT DEFINITION is hereby expanded by the addition of the following:

> **g.**     A contract or agreement for a lease of office equipment including but not limited to items such as printers, copiers, telephone systems, and computer systems.

**GL EICD 01 07**                                                                                    **Page 1 of 1**

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **l.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Fungi and Bacteria Each Occurrence Limit and Aggregate Limit | Fungi and Bacteria Per Occurrence Deductible For This Coverage Part |
|---|---|
| $2,500.00 / SC | $2000 |

This insurance provided under **Section I- Coverage A-Bodily Injury  and Property Damage Liability** as modified by the **Fungi Or Bacteria Exclusion** is hereby extended to provide insurance for **(a)** "property damage" which would not have occurred, in whole or part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any fungi or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage; and **(b)** any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of fungi or bacteria, by any insured or by any other person or entity.

**A.**     For any purposes of this **Limited Fungi or Bacteria Liability** insurance only, Paragraph **1.a.**, **1.b.**, **1.c.**, **1.d.**, and **1.e**. of **Section I- Supplementary Payments-Coverage A and B**, are deleted: **DEFENSE EXPENSES AND OTHER COSTS PROVIDED UNDER THE DELETED PARAGRAPHS ARE INCLUDED WITHIN THE LIMIT OF LIABILITY SHOWN IN THE SCHEDULE ABOVE**.

**B.**     For purposes of this **Limited Fungi or Bacteria Liability** insurance only, **Section III-Limits of Insurance** is deleted and replaced by the following:

1. The Limits of Insurance shown in the **Limited Fungi or Bacteria Liability Schedule** above and the provisions below fix the most we will pay regardless of the number of:
   a. Insureds;
   b. Claims made or "suits" brought; or
   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit shown in the **Limited Fungi or Bacteria Liability Schedule** above is the most we will pay for the sum of:
   a. Damages under Coverage **A.** for "property damage" insured under this endorsement; and
   b. Any amounts that, but for Paragraph **A.** above, would have been payable under Paragraph **1.a.**, **1.c.**, **1. d., and 1.e** of **Section I-Supplementary Payments-Coverages A and B**.

3. The Products-Completed Operations Aggregate Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as and included within the Aggregate Limit shown in the **Schedule** above, and subject to the terms of this endorsement, is the most we will pay for such "property damage".

4. Subject to 2. and 3. above, whichever applies, the Each Occurrence Limit shown in the **Schedule** above is the most we will pay for the sum of:

Includes copyrighted material of Insurance Service Office, Inc. with its permission © protected by copyright

      a.   Damages under Coverage **A.**;

      b.   Any amounts that but for Paragraph **A.** above, would have been payable under Paragraph **1.a.**, **1.c.**, **1.d.**, and **1.e.** of **Section I-Supplementary Payments-Coverages A. and B.**

because of "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** arising out of one "occurrence".

5.   Subject to **4.** above, The Damage To Premises Rented To You Limit for "property damage" insured under this extension of Coverage **A.** for **Limited Fungi or Bacteria Liability** is the same as the Aggregate Limit shown in the **Schedule** above and, subject to the terms of this endorsement, is the most we will pay for such "property damage".

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after the issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the limits of Insurance.

123 of 139

Includes copyrighted material of Insurance Service Office, Inc. with its permission © protected by copyright

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PRIOR COMPLETED OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "property damage" arising out of "your work" if "your work" was completed or abandoned prior to the first date of coverage, or renewal thereof without lapse, with American Builders Insurance Company or National Builders Insurance Company.

For purposes of this endorsement only, this exclusion does not apply to "property damage" arising out of service, maintenance, correction, repair or replacement of any part of any structure performed during the policy period.

All other terms and conditions of this Policy remain unchanged.

124  of   139

GL PCO 06 15                                                                                         **Page 1 of 1**

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.**    The insurance does not apply:

**A.**  Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)**  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an in-sured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)**  Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.**  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.**  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)**  The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)**  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)**  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.**  As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

© ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentra-tion of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or or-ganization of any "nuclear facility" included under the first two paragraphs of the definition of "nu-clear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

     © ISO Properties, Inc., 2007



**American Builders Insurance Company**

**COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▁▁▁ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**American Builders Insurance Company**

### CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ 2,500.00 |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000.00 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ▮▮▮▮ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:   Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:   See Forms Inventory Schedule**

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**

Premium for this Coverage Part: $ ▮▮▮▮

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

128  of  139



**American Builders Insurance Company**

## CONTRACTORS EQUIPMENT SCHEDULE

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|-------------|----------|------|-----------|------------|
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

129 of 139

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.
2. Give us prompt notice of the loss or damage. Include a description of the property involved.
3. As soon as possible, give us a description of how, when and where the loss or damage occurred.
4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the own-

 © ISO Properties Inc., 2003

ers' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## G. Pair, Sets Or Parts

### 1. Pair Or Set

In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

### 2. Parts

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

### A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

132 of 139

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SOUTH CAROLINA CHANGES - LEGAL ACTION AGAINST US

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all the terms of this Coverage Part; and

**2.** The action is brought within 3 years after you first have knowledge of the direct loss or damage.

Copyright, Insurance Services Office, Inc.,  1999

COMMERCIAL INLAND MARINE
IH 00 68 12 13

# CONTRACTORS EQUIPMENT COVERAGE FORM

Various provisions in this Policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Form, means the following property described in the Declarations:

**a.** Your contractor's equipment; and

**b.** Similar property of others in your care, custody or control.

### 2. Property Not Covered

Covered Property does not include:

**a.** Automobiles, motor trucks, trailers or other vehicles licensed for use on public roads;

**b.** Aircraft or watercraft;

**c.** Plans, blueprints, designs or specifications;

**d.** Property while waterborne, except while on ferries operating on the navigable waters of the Continental United States and Canada (other than to or from Alaska);

**e.** Property while underground or under water;

**f.** Property that you loan, lease or rent to others;

**g.** Contraband, or property in the course of illegal transportation or trade; or

**h.** Tools and clothing belonging to your employees.

### 3. Covered Causes Of Loss

Covered Causes of Loss means Direct Physical Loss Or Damage to Covered Property except those causes of loss listed in the Exclusions.

### 4. Additional Coverages

#### a. Additionally Acquired Property

If during the policy period you acquire additional property of a type already covered by this Coverage Form, we will cover such equipment for up to 60 days, but not beyond the end of the policy period.

The most we will pay for loss or damage is the lesser of:

**(1)** 25% of the total Limit Of Insurance shown in the Declarations for all scheduled equipment; or

**(2)** $50,000.

You will report values of such property to us within 60 days from the date you take possession and will pay any additional premium due. If you do not report such property, coverage will cease automatically 60 days after the date the property is acquired or at the end of the policy period, whichever occurs first.

The **Coinsurance** Additional Condition does not apply to this coverage.

This Additional Coverage does not increase the applicable Limit Of Insurance shown in the Declarations.

#### b. Debris Removal

**(1)** We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss or damage to Covered Property; plus

**(b)** The deductible in this Policy applicable to that loss or damage.

© Insurance Services Office, Inc., 2013

**(3)** Payment under this Additional Coverage will not increase the applicable Limit of Insurance, but if:

    **(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

    **(b)** The debris removal expense exceeds the amount payable under the 25% limitation;

we will pay up to an additional $5,000 in any one occurrence under this Additional Coverage.

**(4)** This Additional Coverage does not apply to costs to:

    **(a)** Extract "pollutants" from land or water; or

    **(b)** Remove, restore or replace polluted land or water.

**c. Preservation Of Property**

If it is necessary to move Covered Property to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage does not increase the Limit of Insurance.

**d. Pollutant Cleanup And Removal**

We will pay your expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this Policy.

The limit for this Additional Coverage is in addition to the Limit of Insurance.

**B. Exclusions**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

    **a. Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

    **b. Nuclear Hazard**

    Nuclear reaction or radiation, or radioactive contamination, however caused.

    But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

    **c. War And Military Action**

    **(1)** War, including undeclared or civil war;

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

135 of 139

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Delay, loss of use, loss of market or any other consequential loss.

**b.** Dishonest or criminal act (including theft) committed by:

**(1)** You, any of your partners, employees (including temporary employees and leased workers), officers, directors, trustees, or authorized representatives;

**(2)** A manager or a member if you are a limited liability company; or

**(3)** Anyone else with an interest in the property, or their employees (including temporary employees and leased workers) or authorized representatives;

whether acting alone or in collusion with each other or with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

**c.** Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

**d.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology;

creating a short circuit or other electric disturbance within an article covered under this Coverage Form.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes, but is not limited to, electrical current, including arcing; electrical charge produced or conducted by a magnetic or electromagnetic field; pulse of electromagnetic energy; electromagnetic waves or microwaves.

But if artificially generated electrical, magnetic or electromagnetic energy, as described above, results in fire or explosion, we will pay for the direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage Form.

This exclusion only applies to loss or damage to that article in which the disturbance occurs.

**e.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**f.** Unauthorized instructions to transfer property to any person or to any place.

**g.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**h.** Theft by any person (except carriers for hire) to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion applies whether or not an act occurs during your normal hours of operation.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Wear and tear, depreciation.

**b.** Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

**c.** Insects, vermin, rodents.

**d.** Corrosion, rust.

**e.** Mechanical breakdown or failure of the Covered Property.

 © Insurance Services Office, Inc., 2013

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

**D. Deductible**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**E. Additional Conditions**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1. Coverage Territory**

   **a.** We cover property wherever located within:

   **(1)** The United States of America (including its territories and possessions);

   **(2)** Puerto Rico; and

   **(3)** Canada.

   **b.** We also cover property being shipped by air within and between points in Paragraph **a.**

**2. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

We will not pay the full amount of any loss or damage if the value of an item of Covered Property at the time of loss or damage times the Coinsurance percentage is greater than the Limit of Insurance for the item.

Instead, we will determine the most we will pay using the following steps:

   **a.** Multiply the value of the item of Covered Property at the time of loss or damage by the Coinsurance percentage;

   **b.** Divide the Limit of Insurance of the property by the figure determined in Step **a.;**

   **c.** Multiply the total amount of loss or damage, before the application of any deductible, by the figure determined in Step **b.;** and

   **d.** Subtract the deductible from the figure determined in Step **c.**

We will pay the amount determined in Step **d.** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This provision does not apply to blanket property or rented equipment.

**F. Definitions**

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

137 of 139

POLICY NUMBER  PKG 0182015 05

COMMERCIAL INLAND MARINE
IH 99 22 04 03

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
COMPUTER SYSTEMS COVERAGE FORM
CONTRACTORS EQUIPMENT COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
INSTALLATION COVERAGE FORM
INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
MACHINERY AND EQUIPMENT COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
|  |  | MAHINDRA TR 2565 SHUTTER CAB<br>TBD | MAHINDRA FINANCE USA LLC<br>PO BOX 2000<br>8001 BIRCHWOOD CT  STE C<br>JOHNSTON, IA  50131 |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

## PROVISIONS

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and

**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

   © ISO Properties, Inc., 2003

<div align="right">**COMMERCIAL INLAND MARINE**</div>

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – MYSTERIOUS DISAPPEARANCE

This endorsement modifies insurance provided under the following:

Commercial Inland Marine – Contractors Equipment Coverage Form IH 00 68
Commercial Inland Marine – Personal Portable Computer Coverage Form IH 75 0

The following is added to B. **Exclusions**:

We do not cover loss due to mysterious disappearance.

The following is added to F. **Definitions**:

Mysterious disappearance means an item is missing or lost without evidence of forced entry.

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

# INSURED
# MAILER PAGE

Reference:    **0022PKG018201505**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC  29484



1  of  22

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139



*Builders Insurance Group*®

Date Issued: 12/17/2019

<u>**INSURED**</u>
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

<u>**AGENT**</u>
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Product: Commercial Package Policy**          Written Premium:    $▮▮▮▮

Policy Number: **PKG 0182015 05** Policy Term: **01/30/2020 - 01/30/2021**   Pay Plan:   **25%DN /9 INST. $5FEE**

## INSTALLMENT SCHEDULE          TOTAL POLICY BALANCE          $▮▮▮▮

| DUE DATE | INSTALLMENT AMOUNT |
|---|---|
| 01/30/2020 | |
| 02/29/2020 | |
| 03/30/2020 | |
| 04/30/2020 | |
| 05/30/2020 | |
| 06/30/2020 | |
| 07/30/2020 | |
| 08/30/2020 | |
| 09/30/2020 | |
| 10/30/2020 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice. Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.

Thank you.

**Builders Insurance Group®**

**POLICY NUMBER:** PKG 0182015 05

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

## *American Builders Insurance Company*

A Stock Company
P.O. Box 723099
Atlanta,  GA  31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** *FOUR BUILDERS PLUS SIDING DIVISION LLC*
*PO BOX 2322*
*SUMMERVILLE, SC  29484*

**By:** *C. T. Lowndes & Company*
*749 St. Andrews Blvd.*
*Charleston, SC  29407*

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

3  of  22

PKG POL JAC 05 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  01

| POLICY NUMBER<br><br>PKG 0182015 05 | POLICY CHANGES<br>EFFECTIVE<br>01/30/2020 | COMPANY<br><br>American Builders Insurance Company |
|---|---|---|
| NAMED INSURED<br><br>FOUR BUILDERS PLUS SIDING DIVISION LLC | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED

☐ Insured's Name          ☐ Insured's Mailing Address          ☐ Change Exposure

☐ Add Coverages          ☐ Delete Coverages

CHANGES

Add additional insured BFG Compass Little River Propco IV LLC with CG2037

Annual Return/Additional Premium: $█████

———————————————————————
Authorized Representative Signature

4  of  22



**Builders Insurance Group**
**American Builders Insurance Company**

**COMMON POLICY DECLARATIONS**

| | |
|---|---|
| **Policy Number** PKG 0182015 05 | **Renewal of** PKG 0182015 |
| **Transaction Type** AUDIT | **Audit Type** ANNUAL |

| Named Insured and Mailing Address | Agent Name and Mailing Address |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407<br>Phone:  843-884-3159 |

**Policy Period: From** 01/30/2020    **To**  01/30/2021    **12:01 A.M. Standard time At Your Mailing Address**

**Business Description:** General Contractor - Commercia    **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**



| | | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>   Includes Extra Coverage Endorsement | $ | |
| | $350.00 | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms applicable to all Coverage Parts:  See Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 17 Day of December, 2019

By_____

Authorized Representative

5  of   22

COMMON DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | | |
|---|---|---|---|
| CW | IL0249 | (7/19) | SC Changes-Canc & Nonrnwl |
| CW | PKGPOLJAC | (5/15) | Policy Jacket Page |
| CW | ILP001 | (1/04) | US Treasury Notice |
| CW | IL0017 | (11/98) | Common Policy Conditions |
| CW | IL0003 | (9/08) | Calculation Of Premium |
| CW | BIG PRVN | (5/15) | Privacy Notice |
| CW | COMMON DEC | (5/15) | Common Policy Declarations |

**Commercial Fire Forms**

| | | | |
|---|---|---|---|
| CW | CP0090 | (7/88) | Commercial Property Conditions |
| CW | CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | PR DEC | (5/15) | Property Declarations Page |
| SC | CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| SC | CP0110 | (7/88) | South Carolina Chgs - Valuatio |
| SC | CP1030 | (10/12) | Cause of Loss - Special Form |
| SC | CP1033 | (10/12) | Theft Exclusion |
| SC | CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| SC | IL0194 | (10/12) | SC Chgs Legal Action Agst US |

**General Liability Forms**

| | | | |
|---|---|---|---|
| CW | BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CW | CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| CW | CG0300 | (1/96) | Deductible Liability Insurance |
| CW | CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CW | CG2106 | (5/14) | Excl-Access or Discl of Info |
| CW | CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CW | CG2116 | (4/13) | Excl-Designated Profes.Service |
| CW | CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CW | CG2152 | (4/13) | Exclusion-Financial Services |
| CW | CG2166 | (6/15) | Excl-Volunteer Workers |
| CW | CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CW | CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CW | CG2186 | (12/04) | Excl-Exterior Insulation |

6 of 22

Note: CW = Country Wide

Issued Date: 12/17/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | CG2196 | (3/05) | Silica or Silica-Related Excl |
| CW | CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CW | CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CW | CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CW | CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CW | CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CW | CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CW | CG2503 | (5/09) | Project Aggregate Limits |
| CW | GL DEC | (5/15) | GL Declarations Page |
| CW | GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| CW | GLCPTT001 | (8/03) | Copyright Infringement |
| CW | GLEDW | (8/16) | Excl - Designated Work |
| CW | IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| CW | IL1201 | (11/85) | Policy Change |
| SC | CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| SC | CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| SC | CG2146 | (7/98) | Abuse or Molestation Exclusion |
| SC | CG2147 | (12/07) | Excl-Employ.-Related Practices |
| SC | CG2165 | (12/04) | Total Pollution Exclusion |
| SC | CG2426 | (4/13) | Amend Insd Contract Definition |
| SC | GLALX | (1/09) | Asbestos or Lead Exclusion |
| SC | GLCAP | (6/14) | Condominium Exclusion |
| SC | GLCCC | (1/07) | Care, Custody and Control |
| SC | GLEICD | (1/07) | Expansion of Insured Contract |
| SC | GLESCW | (1/07) | Excl-Subcontracted Work |
| SC | GLFB | (1/09) | Fungi & Bacteria |
| SC | GLPCO | (6/15) | Excl-Prior Completed Operation |
| SC | ILN001 | (9/03) | Fraud Statement |

**Inland Marine Forms**

| | | | |
|---|---|---|---|
| CW | C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CW | CE SCH | (5/15) | Cont Equip Schedule |
| CW | CM0001 | (9/04) | Coml Inland Marine Conditions |
| CW | CM0122 | (9/00) | South Carolina Chgs-Legal Act |
| CW | IH0068 | (12/13) | Contract Equip Covg Form |

7 of 22

Note: CW = Country Wide

Issued Date: 12/17/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | IH9922 | (4/03) | Loss Payable |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| CW | IMMD | (2/15) | Excl-Mysterious Disappearance |

8    of    22

Note: CW = Country Wide

Issued Date: 12/17/2019

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

**Prem #**  1     **Bldg #**  1
PRIMARY
0
DORCHESTER,  180

**Prem #**  2     **Bldg #**  1
TENANT
Horry/Inland,  180

Issued Date: 12/17/2019

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
NAMED INSURED SCHEDULE

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

FOUR BUILDERS PLUS LLC

10  of  22

Issued Date: 12/17/2019



*Builders Insurance Group*®

**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR<br>SUMMERVILLE, SC 29483 | Frame | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▇▇▇ | Special | 2,500 | 80 | Replacement "Incl Stock" |
| 00001 | 00001 | PERS | ▇▇▇ | Special | 2,500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| **\*Monthly Limit of Indemnity** | **\*Maximum Period of Indemnity** | **\*Extended Period of Indemnity (Days)** |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $    ▇▇▇ |

11 of 22

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



*Builders Insurance Group*®

**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG, SC 29568 | Frame | TENANT |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ■■■■ | Special | 500 | 80 | Replacement "Incl Stock" |

***If Extra Expense Coverage, Limits on Loss Payment**

Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

***Applies to Business Income Only**

Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Pemium for this Coverage Part: $   ■■■■ |

12  of  22

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission


**Builders Insurance Group**
**American Builders Insurance Company**
**GENERAL LIABLITY COVERAGE PART DECLARATIONS**

| | |
|---|---|
| **Policy Number:** | PKG 0182015 05 |
| **Name Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |
| | PO BOX 2322 SUMMERVILLE, SC  29484 |

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Name Insured's Mailing Address.**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commercia | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | | |
|---|---|---|---|
| Each Occurrence Limit | $ | 1,000,000 | |
| Damage to Premises Rented to You Limit | $ | 100,000 | Any one premises |
| Medical Expense Limit | $ | 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ | 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ | 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ | 2,000,000 | |

### ALL PREMISES YOU OWN, RENT OR OCCUPY

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

### CLASSFICATION AND PREMIUM

| Location Number | Classification | Code No | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule | | | | | | | |

| | |
|---|---|
| General Liability Coverage Premium | $ |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium | $ |
| Subject to Audit | |

### ENDORSEMENTS

| |
|---|
| Endorsements Attached to this Policy:  See Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

13 of 22

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|----|------|------|-----------|------------|---------------|-----|-------|---------|
| *ALL | SC | 999 | 44444 | 350.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| *ALL | SC | 999 | 44444 | 0.035 | 01/30/2020 | 01/30/2021 | | | O | |
| PROJECT AGG | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 17.444 | 01/30/2020 | 01/30/2021 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 0.830 | 01/30/2020 | 01/30/2021 | 1,776,806 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 2.468 | 01/30/2020 | 01/30/2021 | 1,776,806 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 8.987 | 01/30/2020 | 01/30/2021 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |
| 00003 | SC | 001 | 61217 | 32.411 | 01/30/2020 | 01/30/2021 | | Area | O | |
| BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT | | | | | | | | | | |

TERRORISM CHARGE

REINSTATEMENT/LATE FEES

14  of  22

Issued Date: 12/17/2019
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|------|------|------|-----------|------------|---------------|-----|-------|---------|
| Classification Description | | | | | | | | | | |

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**     $█████

Issued Date: 12/17/2019
GL CS 001 0515

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY
LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

**Loc #    1**

119 ESTATES DR
SUMMERVILLE, SC  29483

**Loc #    2**

1508 B HWY 9 EAST
LONG, SC  29568

**Loc #    3**

3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC  29927

16  of  22

Issued Date: 12/17/2019

POLICY NUMBER  PKG 0182015 05

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| DEANGELIS DIAMOND CONSTRUCTION LLC<br>6635 WILLOW PARK DRIVE<br>NAPLES, FL 34109-8917 | LITLE RIVER, SC<br>FIBERCEMENT SIDING AND TRIMING |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

17   of   22

**POLICY NUMBER  PKG 0182015 05**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| BFG COMPASS LITTLE RIVER PROPCO IV LLC 228 WINTER PARK AVE N STE A WINTER PARK FL 32789 | LITTLE RIVER SC OWNER OF PROJECT |
|  |  |
|  |  |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

18  of  22

**CG 20 37 04 13**

© Insurance Services Office, Inc., 2012

**Page 2 of 2**

*Builders Insurance Group®*

### American Builders Insurance Company

### COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| ACCOUNTS RECEIVABLE | $ |
| CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS | $ ▆▆▆ |
| ELECTRONIC DATA PROCESSING EQUIPMENT | $ |
| INSTALLATION FLOATER | $ |
| SIGNS | $ |
| VALUABLE PAPERS | $ |
| MINIMUM PREMIUM | $ |

**Coverages Provided: Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:** See Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

IM C DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



*Builders Insurance Group®*

**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

| **Contractors Equipment Coverage** | **Limits of Insurance** |
|---|---|
| **Blanket Owned Limit:** | $ 2,500.00 |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000.00 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value** (See Attached Contractors Equipment Schedule) | $ ▮▮▮▮▮ |

| **Employee Tools Coverage** | **Limits of Insurance** |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:   Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:   See Forms Inventory Schedule**

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

**Premium**

Premium for this Coverage Part: $ ▮▮▮▮▮

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**American Builders Insurance Company**

## CONTRACTORS EQUIPMENT SCHEDULE

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

### CONTRACTORS EQUIPMENT SCHEDULE

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

21 of 22

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

POLICY NUMBER  PKG 0182015 05

COMMERCIAL INLAND MARINE
IH 99 22 04 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
COMPUTER SYSTEMS COVERAGE FORM
CONTRACTORS EQUIPMENT COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
INSTALLATION COVERAGE FORM
INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
MACHINERY AND EQUIPMENT COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE\***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
| | | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC PO BOX 2000 8001 BIRCHWOOD CT  STE C JOHNSTON, IA  50131 |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and

**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

22  of  22

# INSURED
# MAILER PAGE

Reference:    **0022PKG018201505**

FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC   29484



dm.v01.01.03.2015

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139



*Builders*
*Insurance*
*Group*®

Date Issued: 02/25/2020

**INSURED**
FOUR BUILDERS PLUS SIDING DIVISION LLC
PO BOX 2322
SUMMERVILLE, SC 29484

**AGENT**
C. T. Lowndes & Company
749 St. Andrews Blvd.
Charleston, SC 29407
Phone: 843-884-3159

**Product: Commercial Package Policy**          **Written Premium:**     $█████

| Policy Number: **PKG 0182015 05**  Policy Term: **01/30/2020 - 01/30/2021**  Pay Plan:  **25%DN /9 INST. $5FEE** |
|---|

## INSTALLMENT SCHEDULE          TOTAL POLICY BALANCE          $████

| DUE DATE | INSTALLMENT AMOUNT |
|---|---|
| 02/29/2020 | █████ |
| 03/30/2020 | |
| 04/30/2020 | |
| 05/30/2020 | |
| 06/30/2020 | |
| 07/30/2020 | |
| 08/30/2020 | |
| 09/30/2020 | |
| 10/30/2020 | |

The Installment Schedule is calculated at the point of policy inception and is subject to change with endorsements or without notice.  Based on your payment plan, installment fees may apply.

For additional information please contact Builders Insurance Group at 1-800-883-9305.

Thank you.

*Builders Insurance Group®*

**POLICY NUMBER:** PKG 0182015 05

**INSURED:** FOUR BUILDERS PLUS SIDING DIVISION LLC

### *American Builders Insurance Company*

A Stock Company
P.O. Box 723099
Atlanta, GA 31139-0099

### COMMERCIAL PACKAGE POLICY

**For:** *FOUR BUILDERS PLUS SIDING DIVISION LLC*
*PO BOX 2322*
*SUMMERVILLE, SC 29484*

**By:** *C. T. Lowndes & Company*
*749 St. Andrews Blvd.*
*Charleston, SC 29407*

**IN WITNESS WHEREOF, we have caused this policy to be executed and attested, and, if required by State law, this policy shall not be valid unless countersigned by our authorized representative.**

**President**                    **Secretary**

**For Inquiry purposes, coverage information and complaint assistance, please contact your agent or call:**

**1-800-883-9305**
**or**
**678-309-4000**

3 of 26

PKG POL JAC 05 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change
Number  02

| POLICY NUMBER<br><br>PKG 0182015 05 | POLICY CHANGES<br>EFFECTIVE<br>02/24/2020 | COMPANY<br><br>American Builders Insurance Company |
|---|---|---|
| NAMED INSURED<br><br>FOUR BUILDERS PLUS SIDING DIVISION LLC | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED

☐ Insured's Name  ☐ Insured's Mailing Address  ☐ Change Exposure

☐ Add Coverages  ☐ Delete Coverages

CHANGES

Add additional insureds Commonwealth Construction Corporation and Magnolia Pointe Apartments LLC with CG2037

Annual Return/Additional Premium: $█████

_____

Authorized Representative Signature

4  of  26

IL 12 01 11 85        Copyright, Insurance Services Office, Inc., 1983        Page 1 of 1
Copyright, ISO Commercial Risk Services, Inc., 1983



**Builders Insurance Group**
**American Builders Insurance Company**

**COMMON POLICY DECLARATIONS**

**Policy Number** PKG 0182015 05         **Renewal of** PKG 0182015
**Transaction Type** AUDIT         **Audit Type** ANNUAL

| **Named Insured and Mailing Address** | **Agent Name and Mailing Address** |
|---|---|
| FOUR BUILDERS PLUS SIDING DIVISION LLC<br>PO BOX 2322<br>SUMMERVILLE, SC  29484 | C. T. Lowndes & Company<br>749 St. Andrews Blvd.<br>Charleston, SC  29407<br>Phone:  843-884-3159 |

**Policy Period: From** 01/30/2020     **To**   01/30/2021     **12:01 A.M. Standard time At Your Mailing Address**

**Business Description:** General Contractor - Commercia     **Entity Type:** Limited Liability Corp

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**



|  |  | Premium |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part<br>  Includes Extra Coverage Endorsement | $350.00    $ | |
| Commercial Inland Marine Coverage Part | $ | |
| Crime and Fidelity Coverage Part | $ | |
| Total | $ | |
| Taxes/Surcharges (If Applicable) | $ | |

Forms applicable to all Coverage Parts:  See Forms Inventory Schedule

This Common Policy Declarations and the Coverage Declarations, together with the Common Policy Conditions, Coverage Part (s), Coverage Form (s) Forms and Endorsements, if any, issued, complete the above numbered policy.

Countersigned this 25 Day of February, 2020

By_____

Authorized Representative

5   of   26

COMMON DEC 05 15

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# FORMS INVENTORY

**Policy Level Forms**

| | | | |
|---|---|---|---|
| CW | IL0249 | (7/19) | SC Changes-Canc & Nonrnwl |
| CW | PKGPOLJAC | (5/15) | Policy Jacket Page |
| CW | ILP001 | (1/04) | US Treasury Notice |
| CW | IL0017 | (11/98) | Common Policy Conditions |
| CW | IL0003 | (9/08) | Calculation Of Premium |
| CW | BIG PRVN | (5/15) | Privacy Notice |
| CW | COMMON DEC | (5/15) | Common Policy Declarations |

**Commercial Fire Forms**

| | | | |
|---|---|---|---|
| CW | CP0090 | (7/88) | Commercial Property Conditions |
| CW | CP0140 | (7/06) | Excl of Loss Due To Virus/Bact |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | PR DEC | (5/15) | Property Declarations Page |
| SC | CP0010 | (10/12) | Bldg and Pers Prop Cov Form |
| SC | CP0110 | (7/88) | South Carolina Chgs - Valuatio |
| SC | CP1030 | (10/12) | Cause of Loss - Special Form |
| SC | CP1033 | (10/12) | Theft Exclusion |
| SC | CP1059 | (6/07) | SC Wndstrm or Hail Exclusion |
| SC | IL0194 | (10/12) | SC Chgs Legal Action Agst US |

**General Liability Forms**

| | | | |
|---|---|---|---|
| CW | BIG GLECE | (4/13) | GL Extra Coverage Endorsement |
| CW | CG0001 | (4/13) | Comml Gen Liab Coverage Form |
| CW | CG0300 | (1/96) | Deductible Liability Insurance |
| CW | CG2101 | (11/85) | Exclusion-Athletic/Sports Part |
| CW | CG2106 | (5/14) | Excl-Access or Discl of Info |
| CW | CG2109 | (6/15) | Excl-Unmanned Aircraft |
| CW | CG2116 | (4/13) | Excl-Designated Profes.Service |
| CW | CG2117 | (7/98) | Excl-Movement of Bldgs/Struct |
| CW | CG2152 | (4/13) | Exclusion-Financial Services |
| CW | CG2166 | (6/15) | Excl-Volunteer Workers |
| CW | CG2167 | (12/04) | Fungi or Bacteria Exclusion |
| CW | CG2173 | (1/15) | Exclusion-Cert Acts of Terrori |
| CW | CG2186 | (12/04) | Excl-Exterior Insulation |

Note: CW = Country Wide

Issued Date: 02/25/2020

6 of 26

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
FORMS INVENTORY SCHEDULE

| Policy Number: PKG 0182015 05 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | CG2196 | (3/05) | Silica or Silica-Related Excl |
| CW | CG2233 | (4/13) | Excl-Testing or Consult.E&O |
| CW | CG2234 | (4/13) | Excl-Constr.Mgmt E & O |
| CW | CG2243 | (4/13) | Excl-Engineers,Arch.Surv. Prof |
| CW | CG2279 | (4/13) | Excl-Contractors Prof Liab |
| CW | CG2301 | (4/13) | Excl-Real Est Agents & Brokers |
| CW | CG2413 | (4/13) | Amndmnt-Pers Inj & Ad Inj Def |
| CW | CG2503 | (5/09) | Project Aggregate Limits |
| CW | GL DEC | (5/15) | GL Declarations Page |
| CW | GLAIPNC | (1/09) | Addl Ins Prim/Noncontrib. Covg |
| CW | GLCPTT001 | (8/03) | Copyright Infringement |
| CW | GLEDW | (8/16) | Excl - Designated Work |
| CW | IL0021 | (9/08) | Broad Form Nuclear Energy Excl |
| CW | IL1201 | (11/85) | Policy Change |
| SC | CG2011 | (4/13) | Addl Insd-Managers or Less.OFP |
| SC | CG2033 | (4/13) | Addl Insd-Own,Less,Cntr-Constr |
| SC | CG2037 | (4/13) | Addl Insd-Own,Lss,Cntr-Comp Op |
| SC | CG2146 | (7/98) | Abuse or Molestation Exclusion |
| SC | CG2147 | (12/07) | Excl-Employ.-Related Practices |
| SC | CG2165 | (12/04) | Total Pollution Exclusion |
| SC | CG2426 | (4/13) | Amend Insd Contract Definition |
| SC | GLALX | (1/09) | Asbestos or Lead Exclusion |
| SC | GLCAP | (6/14) | Condominium Exclusion |
| SC | GLCCC | (1/07) | Care, Custody and Control |
| SC | GLEICD | (1/07) | Expansion of Insured Contract |
| SC | GLESCW | (1/07) | Excl-Subcontracted Work |
| SC | GLFB | (1/09) | Fungi & Bacteria |
| SC | GLPCO | (6/15) | Excl-Prior Completed Operation |
| SC | ILN001 | (9/03) | Fraud Statement |

**Inland Marine Forms**

| | | | |
|---|---|---|---|
| CW | C E DEC | (5/15) | Cont Equip/Emp Tools Cov Dec |
| CW | CE SCH | (5/15) | Cont Equip Schedule |
| CW | CM0001 | (9/04) | Coml Inland Marine Conditions |
| CW | CM0122 | (9/00) | South Carolina Chgs-Legal Act |

7 of 26

Note: CW = Country Wide

Issued Date: 02/25/2020

**American Builders Insurance Company**

A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**FORMS INVENTORY SCHEDULE**

| Policy Number: PKG 0182015 05 | |
|---|---|
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

### FORMS INVENTORY

| | | | |
|---|---|---|---|
| CW | IH0068 | (12/13) | Contract Equip Covg Form |
| CW | IH9922 | (4/03) | Loss Payable |
| CW | IL0935 | (7/02) | Exc of Certain Cmpter Rel Loss |
| CW | IL0953 | (1/15) | Excl of Cert Acts of Terrorism |
| CW | IM C DEC | (5/15) | Comml Inland Marine Cov Dec |
| CW | IMMD | (2/15) | Excl-Mysterious Disappearance |

8  of  26

Note: CW = Country Wide
Issued Date: 02/25/2020

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**SUB-LOCATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## SUB-LOCATION ADDRESS SCHEDULE

**Prem #** 1     **Bldg #** 1
PRIMARY
0
DORCHESTER, 180

**Prem #** 2     **Bldg #** 1
TENANT
Horry/Inland, 180

Issued Date: 02/25/2020

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**NAMED INSURED SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# NAMED INSURED SCHEDULE

FOUR BUILDERS PLUS LLC

10 of 26

Issued Date: 02/25/2020

Page 1 of 1


*Builders Insurance Group*®

**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

### Description of Premises:

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00001 | 00001 | 119 ESTATES DR SUMMERVILLE, SC 29483 | Frame | PRIMARY |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00001 | 00001 | BLDG | ▮ | Special | 2,500 | 80 | Replacement "Incl Stock" |
| 00001 | 00001 | PERS | ▮ | Special | 2,500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| *Monthly Limit of Indemnity | *Maximum Period of Indemnity | *Extended Period of Indemnity (Days) |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

### Mortgageholders:

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

| Forms applicable to all Coverage Parts:  See Forms Inventory Schedule |
|---|
| Premium for this Coverage Part: $ ▮ |

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**American Builders Insurance Company**
**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**Description of Premises:**

| Prem. No. | Bldg. No. | Location | Construction | Occupancy |
|---|---|---|---|---|
| 00002 | 00001 | 1508 B HWY 9 EAST LONG, SC 29568 | Frame | TENANT |

**Coverages Provided: Insurance at the described premises applies only for coverages for which a limit of insurance is shown or for which an entry is made.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Covered Causes of Loss | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|---|
| 00002 | 00001 | PERS | ■■■■ | Special | 500 | 80 | Replacement "Incl Stock" |

**\*If Extra Expense Coverage, Limits on Loss Payment**

**Optional Coverages:  Applicable Only When Entries Are Made In The Schedule Below.**

| Prem. No. | Bldg. No. | Coverage | Limit of Insurance | Deductible | Coinsurance* | Valuation |
|---|---|---|---|---|---|---|

| **\*Monthly Limit of Indemnity** | **\*Maximum Period of Indemnity** | **\*Extended Period of Indemnity (Days)** |
|---|---|---|
| N/A | N/A | N/A |

**\*Applies to Business Income Only**

**Mortgageholders:**

| Prem. No. | Bldg. No. | Mortgageholder Name & Mailing Address |
|---|---|---|

Forms applicable to all Coverage Parts:  See Forms Inventory Schedule

Premium for this Coverage Part: $  ■■■■■

12  of  26

PR DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission



**Builders Insurance Group**
**American Builders Insurance Company**
**GENERAL LIABLITY COVERAGE PART DECLARATIONS**

| | |
|---|---|
| **Policy Number:** | PKG 0182015 05 |
| **Name Insured:** | FOUR BUILDERS PLUS SIDING DIVISION LLC |
| | PO BOX 2322 |
| | SUMMERVILLE, SC  29484 |

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Name Insured's Mailing Address.**

| Business Description | Type of Business | Audit Period |
|---|---|---|
| General Contractor - Commercia | Limited Liability Corp | Annual |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You Limit | $ 100,000 | Any one premises |
| Medical Expense Limit | $ 5,000 | Any one person |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any one person or organization |
| General Aggregate Limit (Other than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| Location Number | Address of All Premises You Own, Rent or Occupy |
|---|---|
| Refer to the attached Locations of All Premises You Own, Rent or Occupy Schedule. | |

**CLASSFICATION AND PREMIUM**

| Location Number | Classification | Code No | Premium Base | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|---|
| | | | | Prem/Ops | Prod/Comp Ops | Prem/Ops | Prod/Comp Ops |
| Refer to the attached Commercial General Liability Classification Schedule | | | | | | | |

| | |
|---|---|
| General Liability Coverage Premium | $ |
| State Tax or Other (if applicable) | $ |
| Total General Liability Coverage Premium | $ |
| Subject to Audit | |

**ENDORSEMENTS**

| |
|---|
| Endorsements Attached to this Policy:  See Forms Inventory Schedule |

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

GL DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

COMMERCIAL PACKAGE POLICY
GENERAL LIABILITY CLASSIFICATION SCHEDULE

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY  CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|----|----|------|------|-----------|------------|---------------|-----|-------|---------|
| *ALL | SC | 999 | 44444 | 350.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ENHANCEMENT ENDORSEMENT | | | | | | | | | | |
| *ALL | SC | 999 | 44444 | 0.035 | 01/30/2020 | 01/30/2021 | | | O | |
| PROJECT AGG | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 999 | 44444 | 250.000 | 02/24/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00001 | SC | 001 | 91580 | 17.444 | 01/30/2020 | 01/30/2021 | 374,271 | Payroll | O | |
| CONTRACTORS-EXECUTIVE SUPERVISORS/EXECUTIVE SUPERINTENDENTS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 0.830 | 01/30/2020 | 01/30/2021 | 1,776,806 | Total Cost | O | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00001 | SC | 001 | 91583 | 2.468 | 01/30/2020 | 01/30/2021 | 1,776,806 | Total Cost | P | |
| INSURED SUB-CONTRACTORS - 1 & 2 FAMILY DWELLINGS | | | | | | | | | | |
| 00002 | SC | 999 | 44444 | 50.000 | 01/30/2020 | 01/30/2021 | | | O | |
| ADD'L INSURED | | | | | | | | | | |
| 00002 | SC | 001 | 68702 | 8.987 | 01/30/2020 | 01/30/2021 | 1,500 | Area | O | |
| WAREHOUSES - OCCUPIED BY MULTIPLE INTERESTS (LRO) | | | | | | | | | | |

14  of  26

Issued Date: 02/25/2020
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**GENERAL LIABILITY CLASSIFICATION SCHEDULE**

| | |
|---|---|
| Policy Number: | PKG 0182015 05 |
| Name Insured: | FOUR BUILDERS PLUS SIDING DIVISI |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

# COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| Loc | St | Terr | Code | Rate | Effective | Expiration | Premium Basis | Per | Cov** | Premium |
|-----|-----|------|------|------|-----------|------------|---------------|-----|-------|---------|
| | | | | | | | | | | |

Classification Description

00003 SC 001 61217  32.411  01/30/2020  01/30/2021  Area  O

BUILDINGS/PREMISES-BANK/OFFICE-MERCANTILE/MFG-LRO-FOR PROFIT

TERRORISM CHARGE

REINSTATEMENT/LATE FEES

** - P is for Products-Completed Operations, O is for All Other Hazards

**TOTAL GENERAL LIABILITY COVERAGE PART PREMIUM**      $█████

Issued Date: 02/25/2020
GL CS 001 0515

**American Builders Insurance Company**
A Stock Company
P.O. Box 723099
Atlanta, GA 31139

**COMMERCIAL PACKAGE POLICY**
**LOCATION OF PREMISES SCHEDULE**

| | |
|---|---|
| Policy Number: PKG 0182015 05 | |
| Name Insured: FOUR BUILDERS PLUS SIDING DIVISI | |
| Agent: C. T. LOWNDES & COMPANY | 0002528 |

## LOCATIONS OF ALL PREMISES YOU OWN, RENT OR OCCUPY

**Loc #**    1
119 ESTATES DR
SUMMERVILLE, SC  29483

**Loc #**    2
1508 B HWY 9 EAST
LONG, SC  29568

**Loc #**    3
3487 SOUTH OAKATIE HWY
HARDEEVILLE, SC  29927

16  of  26

Issued Date: 02/25/2020

COMMERCIAL GENERAL LIABILITY
CG 20 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**a.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional architectural, engineering or surveying services.

© Insurance Services Office, Inc., 2012

**2.** "Bodily injury" or "property damage" occurring after:

**a.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**b.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement you have entered into with the additional insured; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

18  of  26

     © Insurance Services Office, Inc., 2012     CG 20 33 04 13

**POLICY NUMBER  PKG 0182015 05**

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| DEANGELIS DIAMOND CONSTRUCTION LLC<br>6635 WILLOW PARK DRIVE<br>NAPLES, FL 34109-8917 | LITLE RIVER, SC<br>FIBERCEMENT SIDING AND TRIMING |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**POLICY NUMBER  PKG 0182015 05**

COMMERCIAL GENERAL LIABILITY
CG 20 37 04 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| BFG COMPASS LITTLE RIVER PROPCO IV LLC 228 WINTER PARK AVE N STE A WINTER PARK FL 32789 | LITTLE RIVER SC OWNER OF PROJECT |
|  |  |
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**CG 20 37 04 13**            **© Insurance Services Office, Inc., 2012**            **Page 2 of 4**

**POLICY NUMBER  PKG 0182015 05**

<div align="right">

**COMMERCIAL GENERAL LIABILITY**
CG 20 37 04 13

</div>

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| COMMONWEALTH CONSTRUCTION CORPORATION | MAGNOLIA POINTE APARTMENTS |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

 © Insurance Services Office, Inc., 2012

**POLICY NUMBER  PKG 0182015 05**

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| MAGNOLIA POINTE APARTMENTS LLC | MAGNOLIA POINTE APARTMENTS |
|  |  |
|  |  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

22  of  26

CG 20 37 04 13

© Insurance Services Office, Inc., 2012

Page 4 of 4

**Builders Insurance Group®**

### American Builders Insurance Company

### COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| COVERAGE | PREMIUM |
|---|---|
| **ACCOUNTS RECEIVABLE** | $ |
| **CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS** | $ ▉ |
| **ELECTRONIC DATA PROCESSING EQUIPMENT** | $ |
| **INSTALLATION FLOATER** | $ |
| **SIGNS** | $ |
| **VALUABLE PAPERS** | $ |
| **MINIMUM PREMIUM** | $ |

**Coverages Provided:  Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:**   See Forms Inventory Schedule

**These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.**

23   of   26

IM C DEC 05 15

*Builders*
*Insurance*
*Group*®

**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT AND EMPLOYEE TOOLS COVERAGE PART DECLARATIONS**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

| Contractors Equipment Coverage | Limits of Insurance |
|---|---|
| **Blanket Owned Limit:** | $ 2,500.00 |
| **Deductible:** | $ 250 |
| **Blanket Non-Owned Limit:** | $ 5,000.00 |
| **Deductible:** | $ 250 |
| **Scheduled Equipment Total Value**<br>**(See Attached Contractors Equipment Schedule)** | $ ██████ |

| Employee Tools Coverage | Limits of Insurance |
|---|---|
| **Maximum Any One Tool:** | $ |
| **Maximum All Employee Tools:** | $ |
| **Deductible:** | $ |

**Coverages Provided:   Coverage applies only for which a limit of insurance is shown or for which an entry is made.**

**Forms Applicable:   See Forms Inventory Schedule**

These Declarations, together with the Common Policy Conditions and Coverage Form(s) and any Endorsement(s), complete the above numbered policy.

24 of 26

**Premium**

Premium for this Coverage Part: $ ██████

CE DEC 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

*Builders Insurance Group*®

**American Builders Insurance Company**

**CONTRACTORS EQUIPMENT SCHEDULE**

**Policy Number:** PKG 0182015 05

**Name Insured:** FOUR BUILDERS PLUS SIDING DIVISION LLC

**Policy Period: From** 01/30/2020 **To** 01/30/2021 **12:01 A.M. Standard Time At The Named Insured's Mailing Address.**

**CONTRACTORS EQUIPMENT SCHEDULE**

| Description | Serial # | Cost | Valuation | Deductible |
|---|---|---|---|---|
| 1998 JLG LIFT MODEL 600S | | | ACTUAL | $500 |
| 2000 GENIE LIFT MODEL S60 | | | ACTUAL | $500 |
| MAHINDRA TR 2565 SHUTTER CAB | | | ACTUAL | $500 |

25 of 26

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

CE SCH 05 15

Includes copyrighted material of the Insurance Services Office, Inc., with its permission

POLICY NUMBER  PKG 0182015 05

COMMERCIAL INLAND MARINE
IH 99 22 04 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
COMMERCIAL FINE ARTS COVERAGE FORM
COMPUTER SYSTEMS COVERAGE FORM
CONTRACTORS EQUIPMENT COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
FINE ARTS DEALERS AND GALLERIES COVERAGE FORM
INSTALLATION COVERAGE FORM
INSTALLMENT SALES AND LEASED PROPERTY COVERAGE FORM
MACHINERY AND EQUIPMENT COVERAGE FORM
MOTOR TRUCK CARGO OWNERS COVERAGE FORM
RADIO AND TELEVISION TOWERS AND EQUIPMENT COVERAGE FORM
SCIENTIFIC AND MEDICAL DIAGNOSTIC EQUIPMENT COVERAGE FORM

**SCHEDULE\***

| Prem. No. | Bldg. No. | Description Of Property | Loss Payable |
|---|---|---|---|
| 0 | 0 | MAHINDRA TR 2565 SHUTTER CAB TBD | MAHINDRA FINANCE USA LLC PO BOX 2000 8001 BIRCHWOOD CT  STE C JOHNSTON, IA  50131 |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**A.** Adjust losses with you; and

**B.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.