AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

AMERICAN BUILDERS INSURANCE
COMPANY, f/k/a Association Insurance
Company, ,

*Plaintiff*

v.

FOUR BUILDERS PLUS SIDING
DIVISION, LLC; C. HAMPTON ATKINS;
MARK A. BARFORD; MICHELLE T.
BARFORD; HOLLY BLANCHARD; KARL
BUCHANAN; LEO BRUEGGEMAN;
BEVERLY CARROLL; THOMAS
CORDEIRO; GAYLE C. FOSTER; ROBERT
S. FOSTER, SR.; JAN R. GUNN; KIRK A. GUNN;
MATTHEW HORTON; CONNIE
MICHELS; JOHN MICHELS; KAREN
MILLER; ELLEN PARKER; MATTHEW V.
ROUGHGARDEN; NANCY T.
ROUGHGARDEN; LYDIA SCHAFER;
PATRICK SCHAFER; ANNETTE P.
SHERMAN; ENOCH G. SHERMAN; BETH
STENGER; WALTER STENGER; CHRIS
TAYLOR; JANE TAYLOR; TARA WHITE;
WARDEN WILLIAM WHITE; LEAH
WILKINS; TAL WILKINS; CATHERINE
T. YOUNG; and THOMAS E. YOUNG, JR.,
Individually, on Behalf of All Others Similarly
Situated, and On Behalf of The Preserve at
The Clam Farm Homeowners Association, Inc.,

*Defendant(s)*

)
)
)
)
)

Civil Action No.    2:22-cv-02209-DCN

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: summary judgment is entered in favor of Plaintiff, American Builders Insurance Company  and this action is dismissed.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.

Date:   May 3, 2024                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/H.Cornwell
                                                            _____
                                                              *Signature of Clerk or Deputy Clerk*